| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | Seth L Blum |
| | First Name    Middle Name    Last Name |
| Debtor 2 | Bessy G Blum |
| (Spouse, if filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: District of Maryland | |
| Case number (If known) | _____ |

☐ Check if this is an amended filing

Official Form 104

## For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders    12/15

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an *insider*. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor.  11 U.S.C. § 101.  Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

### Part 1:   List the 20 Unsecured Claims in Order from Largest to Smallest. Do Not Include Claims by Insiders.

**Unsecured claim**

**1**

Atlantic Financial FCU
Creditor's Name
40 Schilling Road
Number    Street
_____
Hunt Valley        MD    21031
City             State    ZIP Code
_____
Contact
_____
Contact phone

What is the nature of the claim? Monies Loaned / Advanced

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured):  $_____
            Value of security:       − $_____
            Unsecured claim           $_____

$ 168,892.96

**2**

Truist Bank/Lightstream
Creditor's Name
150 S Stratford Rd
Number    Street
_____
Winston Salem       NC    27104
City             State    ZIP Code
_____
Contact
_____
Contact phone

What is the nature of the claim? Monies Loaned / Advanced

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured):  $_____
            Value of security:       − $_____
            Unsecured claim           $_____

$ 77,984.00

28

Official Form 104       For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims       page 1

Debtor 1 __Seth L Blum_____  Case number (*if known*)_____
        First Name   Middle Name   Last Name

**Unsecured claim**

### 3 Bank of America
Creditor's Name
PO Box 15284
Number   Street

Wilmington   DE   19850
City   State   ZIP Code

Contact

Contact phone

**What is the nature of the claim?** Credit Card Debt

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

**Does the creditor have a lien on your property?**
☒ No
☐ Yes. Total claim (secured and unsecured): $_____
    Value of security: − $_____
    Unsecured claim: $_____

$29,981.00

### 4 American Express
Creditor's Name
PO Box 981535
Number   Street

El Paso   TX   79998
City   State   ZIP Code

Contact

Contact phone

**What is the nature of the claim?** Credit Card Debt

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

**Does the creditor have a lien on your property?**
☒ No
☐ Yes. Total claim (secured and unsecured): $_____
    Value of security: − $_____
    Unsecured claim: $_____

$24,805.72

### 5 Wells Fargo
Creditor's Name
PO Box 522
Number   Street

Des Moines   IA   50306
City   State   ZIP Code

Contact

Contact phone

**What is the nature of the claim?** Monies Loaned / Advanced

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

**Does the creditor have a lien on your property?**
☒ No
☐ Yes. Total claim (secured and unsecured): $_____
    Value of security: − $_____
    Unsecured claim: $_____

$23,794.00

### 6 Chase
Creditor's Name
PO Box 15298
Number   Street

Wilmington   DE   19850
City   State   ZIP Code

Contact

Contact phone

**What is the nature of the claim?** Credit Card Debt

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

**Does the creditor have a lien on your property?**
☒ No
☐ Yes. Total claim (secured and unsecured): $_____
    Value of security: − $_____
    Unsecured claim: $_____

$22,030.00

### 7 Chase
Creditor's Name
PO Box 15298
Number   Street

Wilmington   DE   19850
City   State   ZIP Code

Contact

Contact phone

**What is the nature of the claim?** Credit Card Debt

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

**Does the creditor have a lien on your property?**
☒ No
☐ Yes. Total claim (secured and unsecured): $_____
    Value of security: − $_____
    Unsecured claim: $_____

$19,940.00

Debtor 1  Seth L Blum
        First Name   Middle Name   Last Name

Case number (*if known*) _____

**Unsecured claim**

**8** Chase
Creditor's Name
PO Box 15298
Number   Street

Wilmington   DE   19850
City   State   ZIP Code

Contact

Contact phone

What is the nature of the claim? Credit Card Debt

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

Does the creditor have a lien on your property?
☒ No
☐ Yes. Total claim (secured and unsecured):   $_____
    Value of security:   − $_____
    Unsecured claim     $_____

$ 19,479.00

**9** Small Business Administration
Creditor's Name
409 3rd St., SW
Number   Street

Washington   DC   20416
City   State   ZIP Code

Contact

Contact phone

What is the nature of the claim? Monies Loaned / Advanced

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

Does the creditor have a lien on your property?
☒ No
☐ Yes. Total claim (secured and unsecured):   $_____
    Value of security:   − $_____
    Unsecured claim     $_____

$ 19,000.00

**10** Wells Fargo
Creditor's Name
PO Box 10347
Number   Street

Des Moines   IA   50306
City   State   ZIP Code

Contact

Contact phone

What is the nature of the claim? Credit Card Debt

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

Does the creditor have a lien on your property?
☒ No
☐ Yes. Total claim (secured and unsecured):   $_____
    Value of security:   − $_____
    Unsecured claim     $_____

$ 14,978.00

**11** American Express
Creditor's Name
PO Box 981535
Number   Street

El Paso   TX   79998
City   State   ZIP Code

Contact

Contact phone

What is the nature of the claim? Credit Card Debt

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

Does the creditor have a lien on your property?
☒ No
☐ Yes. Total claim (secured and unsecured):   $_____
    Value of security:   − $_____
    Unsecured claim     $_____

$ 13,104.00

**12** Capital One
Creditor's Name
PO Box 30285
Number   Street

Salt Lake City   UT   84130
City   State   ZIP Code

Contact

Contact phone

What is the nature of the claim? Credit Card Debt

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

Does the creditor have a lien on your property?
☒ No
☐ Yes. Total claim (secured and unsecured):   $_____
    Value of security:   − $_____
    Unsecured claim     $_____

$ 12,856.00

Debtor 1 __Seth L Blum__  
    First Name    Middle Name    Last Name

Case number (*if known*) _____

**Unsecured claim**

---

**13** **Chase**  
Creditor's Name  
**PO Box 15298**  
Number   Street  

**Wilmington**   **DE**   **19850**  
City   State   ZIP Code  

Contact  

Contact phone  

What is the nature of the claim? **Credit Card Debt**  

As of the date you file, the claim is: Check all that apply.  
☐ Contingent  
☐ Unliquidated  
☐ Disputed  
☒ None of the above apply  

Does the creditor have a lien on your property?  
☒ No  
☐ Yes. Total claim (secured and unsecured): $_____  
    Value of security: − $_____  
    Unsecured claim: $_____  

$ **11,983.00**

---

**14** **Chase**  
Creditor's Name  
**PO Box 15298**  
Number   Street  

**Wilmington**   **DE**   **19850**  
City   State   ZIP Code  

Contact  

Contact phone  

What is the nature of the claim? **Credit Card Debt**  

As of the date you file, the claim is: Check all that apply.  
☐ Contingent  
☐ Unliquidated  
☐ Disputed  
☒ None of the above apply  

Does the creditor have a lien on your property?  
☒ No  
☐ Yes. Total claim (secured and unsecured): $_____  
    Value of security: − $_____  
    Unsecured claim: $_____  

$ **7,872.22**

---

**15** **Wells Fargo**  
Creditor's Name  
**PO Box 10347**  
Number   Street  

**Des Moines**   **IA**   **50306**  
City   State   ZIP Code  

Contact  

Contact phone  

What is the nature of the claim? **Credit Card Debt**  

As of the date you file, the claim is: Check all that apply.  
☐ Contingent  
☐ Unliquidated  
☐ Disputed  
☒ None of the above apply  

Does the creditor have a lien on your property?  
☒ No  
☐ Yes. Total claim (secured and unsecured): $_____  
    Value of security: − $_____  
    Unsecured claim: $_____  

$ **4,131.00**

---

**16** **Discover**  
Creditor's Name  
**PO Box 30943**  
Number   Street  

**Salt Lake City**   **UT**   **84130**  
City   State   ZIP Code  

Contact  

Contact phone  

What is the nature of the claim? _____  

As of the date you file, the claim is: Check all that apply.  
☐ Contingent  
☐ Unliquidated  
☐ Disputed  
☒ None of the above apply  

Does the creditor have a lien on your property?  
☒ No  
☐ Yes. Total claim (secured and unsecured): $_____  
    Value of security: − $_____  
    Unsecured claim: $_____  

$ **4,000.00**

---

**17** **Kagan Stern Marinello & Beard, LLC**  
Creditor's Name  
**238 West St**  
Number   Street  

**Annapolis**   **MD**   **21401**  
City   State   ZIP Code  

Contact  

Contact phone  

What is the nature of the claim? **Legal services**  

As of the date you file, the claim is: Check all that apply.  
☐ Contingent  
☐ Unliquidated  
☒ Disputed  
☐ None of the above apply  

Does the creditor have a lien on your property?  
☐ No  
☐ Yes. Total claim (secured and unsecured): $_____  
    Value of security: − $_____  
    Unsecured claim: $_____  

$ **3,500.00**

---

31

Official Form 104    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    page 4

Debtor 1  Seth L Blum
_First Name   Middle Name   Last Name_

Case number (*if known*)_____

| | | Unsecured claim |
|---|---|---|
| **18** Lewicky, O'Connor, Hunt & Meiser, LLC<br>_Creditor's Name_<br>8110 Maple Lawn Blvd Suite 160<br>_Number   Street_<br><br>Fulton                            MD  20759<br>_City                             State   ZIP Code_<br><br>_Contact_<br><br>_Contact phone_ | What is the nature of the claim? _____<br><br>**As of the date you file, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed<br>☐ None of the above apply<br><br>**Does the creditor have a lien on your property?**<br>☒ No<br>☐ Yes. Total claim (secured and unsecured):   $_____<br>           Value of security:                  – $_____<br>           Unsecured claim                      $_____ | $ 2,500.00 |
| **19** Blanca Amaya<br>_Creditor's Name_<br>8450 Loch Raven Blvd<br>_Number   Street_<br><br>Towson                          MD  21286<br>_City                            State   ZIP Code_<br><br>_Contact_<br><br>_Contact phone_ | What is the nature of the claim? Deposits by individuals<br><br>**As of the date you file, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>☒ None of the above apply<br><br>**Does the creditor have a lien on your property?**<br>☒ No<br>☐ Yes. Total claim (secured and unsecured):   $_____<br>           Value of security:                  – $_____<br>           Unsecured claim                      $_____ | $ 2,100.00 |
| **20** Chase<br>_Creditor's Name_<br>PO Box 15298<br>_Number   Street_<br><br>Wilmington                     DE  19850<br>_City                            State   ZIP Code_<br><br>_Contact_<br><br>_Contact phone_ | What is the nature of the claim? Credit Card Debt<br><br>**As of the date you file, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>☒ None of the above apply<br><br>**Does the creditor have a lien on your property?**<br>☒ No<br>☐ Yes. Total claim (secured and unsecured):   $_____<br>           Value of security:                  – $_____<br>           Unsecured claim                      $_____ | $ 1,449.00 |

Debtor 1    Seth L Blum
            First Name    Middle Name    Last Name

Case number (*if known*)_____

## Part 2: Sign Below

**Under penalty of perjury, I declare that the information provided in this form is true and correct.**

✘ /s/ Seth L Blum
Signature of Debtor 1

Date 01/01/2025
     MM / DD / YYYY

✘ /s/ Bessy G Blum
Signature of Debtor 2

Date 01/01/2025
     MM / DD / YYYY

Official Form 104    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    page 6