_____ RETAIN ✓

Nancy V. Alquist, U. S. BANKRUPTCY JUDGE

Evidentiary Hrg: Y (N)
Exhibits Filed: (Y N)

PROCEEDING MEMO - CHAPTER 11

Date: 02/20/2025 Time: 11:00

CASE: 25-10005 Seth L Blum and Bessy G Blum

Daniel M. Press representing Seth L Blum (Debtor)
Daniel M. Press representing Bessy G Blum (Debtor)

representing Monique Desiree Almy (Trustee)
Hugh M. (UST) Bernstein and Katherine A. (UST) Levin representing US Trustee - Baltimore (U.S. Trustee) Mr Vetter

[33] Pre-Status Conference Report Filed by Daniel M. Press (related document(s) 1 Voluntary Petition (Chapter 11) filed by Debtor Seth L Blum, Debtor Bessy G Blum).

*Peter Elmo (creditor) Mr Vanek (counsel for Elmo) Mr Elmo*

**MOVANT**: Seth Blum Bessy Blum BY D Press D Press

[1] Chapter 11 Subchapter V Voluntary Petition Individual. Fee Amount $1738 Filed by Seth L Blum, Bessy G Blum. Ch 11 Plan Subch V Due by 04/1/2025. Government Proof of Claim due by 06/30/2025. Schedules A/B-J due 01/15/2025. Declaration for Schedules due 01/15/2025. Statement of Financial Affairs due 01/15/2025. Summary of Assets and Liabilities due 01/15/2025. Chapter 11 Statement of Your Current Monthly Income Form 122B due 01/15/2025. Incomplete Filings due 01/15/2025 (Press, Daniel) Modified on 1/2/2025 to update deadlines. (McKenna, Shannon).

**MOVANT**: Seth Blum Bessy Blum BY D Press D Press

*1188 conference held and concluded.*

PLAN/DISCLOSURE STATEMENT DISPOSITIONS:

Approved_____ Denied Approval_____ Deadline to file Amended D/S_____

Other_____

Confirmed_____ as modified by_____

Denied Confirmation_____ with leave to amend by_____

Other_____

DISPOSITIONS:

Granted____ Denied____ Withdrawn____ Consent____ Default____ Under Adv.____

Moot_____ Dismissed_____ Relief by Operation of Law (no order req.)____

Continued to:_____

DECISION:

    [ ] Signed by Court                [ ] Filed by Counsel
    [ ] To be prepared by:
        [ ] Movant's counsel      [ ] Court
        [ ] Respondent's counsel  [ ] Other _____

NOTES: