## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
Baltimore Division

| | | |
|---|---|---|
| In re: ) | | |
| Seth L. Blum and Bessy G. Blum ) | | Case No. 25-10005 |
| ) | | |
| Debtors ) | | Chapter 11 (Subchapter V) |
| _____ ) | | |

**CONSENT MOTION FOR LEAVE TO FILE LATE PROOF OF CLAIM**

COMES NOW Presidential Bank, FSB ("Presidential Bank"), pursuant to Fed. R. Bankr. Proc. Rule 3003(c)(3) and Rule 9006(b)(1), and for its Consent Motion For Leave To File Late Proofs Of Claim, states as follows:

1. Presidential Bank is a secured creditor of the Debtors, holding two separate mortgages on beach homes owned by Debtors.

2. Debtors filed their petition in this matter on January 1, 2025.

3. The deadline to file non-governmental proofs of claim was March 12, 2025.

4. Presidential Bank is correctly identified in the mailing matrix attached to Debtors' petition, however it never received the petition or any other notice of Debtors' bankruptcy.

5. Presidential Bank first learned of the Debtors' bankruptcy on March 12, 2025 when its employee spoke on the telephone with Mr. Blum.

6. Presidential Bank's failure to file proofs of claim by the deadline is the result of excusable neglect as it had no notice of the bankruptcy filing or the deadline in sufficient time to meet the deadline.

7. On March 20, 2025 Presidential Bank filed two proofs of claim [Claim #32 and Claim #33] evidencing its two secured loans.

8. Debtors have not filed their Chapter 11 Plan, which is due July 7, 2025, there is no

1

prejudice to Debtors or any other stakeholder in this matter by the filing of Presidential Bank's proofs of claim after the March 12, 2025 deadline.

9. Presidential Bank has acted in good faith and has attempted to minimize any delay.

10. Debtors, through Counsel, and the Subchapter V Trustee consent to the instant motion.

11. Good cause exists for granting the instant motion.

12. Presidential Bank will not seek legal fees against the Debtors for the instant motion or otherwise resulting from the late filing of its proofs of claim.

**WHEREFORE**, Presidential Bank, FSB, by Counsel, with the consent of the Debtors, moves the Court for leave to file late proofs of claim, and for such other relief as the Court deems proper.

DATE: March 20, 2025

Presidential Bank, FSB

By:   /s/ Jonathan E. Levine

    Jonathan E. Levine, Esquire, Federal Bar No. 17490
    Mahdavi, Bacon, Halfhill & Young, PLLC
    11350 Random Hills Rd., Suite 700
    Fairfax, Virginia 22030
    Telephone:  (703) 352-1300
    Facsimile:  (703) 352-1301
    jlevine@mbhylaw.com
    *Counsel for Presidential Bank, FSB*

We consent to the relief requested above.

Seth L. Blum and Bessy G. Blum

By:   /s/ Daniel Press (by JEL pursuant to authorization given on 3/19/2025)

    Daniel Press, Esquire, Federal Bar No. 07300
    Chung & Press, P.C.
    6718 Whittier Ave. #200
    McLean, VA 22101
    Telephone: (703) 734-3800

Facsimile: (703) 734-0590
dpress@chung-press.com
*Counsel for Debtors*

<u>Subchapter V Trustee, Monique D. Almy</u>

By:   /s/ Monique D. Almy (by JEL pursuant to authorization given on 3/19/2025)

Monique D. Almy
Crowell & Moring
1001 Pennsylvania Avenue, N.W., 10th Fl
Washington, DC 20004-2595
Telephone: (202) 508 8749
Facsimile: (202) 628-5116
malmy@crowell.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 20th day of March, 2025, that a true copy of the foregoing Motion was served via the Court's CM/ECF system or mailed, first-class, postage prepaid to Subchapter V Trustee, Monique Almy, Crowell & Moring, 1001 Pennsylvania Ave., NW, 10th Floor, Washington, DC 20004; and Daniel Press, Esquire, Counsel for Debtors, Chung & Press, P.C., 6718 Whittier Ave. #200, McLean, VA 22101.

*/s/ Jonathan E. Levine*
Jonathan E. Levine