Entered: March 25th, 2025
Signed: March 24th, 2025
**SO ORDERED**



Nancy V. Alquist
U. S. BANKRUPTCY JUDGE

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
Baltimore Division

| | |
|---|---|
| In re: ) | |
| Seth L. Blum and Bessy G. Blum ) | Case No. 25-10005 |
| ) | |
| Debtors ) | Chapter 11 (Subchapter V) |
| ) | |

### ORDER GRANTING LEAVE TO FILE LATE PROOFS OF CLAIM

Upon consideration of the Consent Motion for Lease to File Late Proofs of Claim filed by Presidential Bank, FSB; it is

ORDERED that pursuant to Fed. R. Bankr. Proc. Rule 3003(c)(3) and Rule 9006(b)(1), and good cause having been shown, leave is hereby granted for Presidential Bank, FSB to file late proofs of claim in this matter, and

ORDERED that the proofs of claim filed by Presidential Bank, FSB on March 20, 2025 [Claim #32 and Claim #33] are deemed timely.

cc:

Jonathan E. Levine, Esquire
Mahdavi, Bacon, Halfhill & Young, PLLC
11350 Random Hills Rd., Suite 700
Fairfax, Virginia 22030

Daniel Press, Esquire
Chung & Press, P.C.
6718 Whittier Ave. #200
McLean, VA 22101

Subchapter V Trustee, Monique Almy
Crowell & Moring
1001 Pennsylvania Ave., NW, 10th Floor
Washington, DC 20004

**End of Order**