United States Bankruptcy Court
District of Maryland

In re:                                                                                   Case No. 25-10005-NVA
Seth L Blum                                                                          Chapter 11
Bessy G Blum
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0416-1      User: admin      Page 1 of 2
Date Rcvd: Mar 25, 2025      Form ID: pdfparty      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 27, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Bessy G Blum, 3317 Woodvalley Dr, Pikesville, MD 21208-1956 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 27, 2025      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 25, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Daniel M. Press | dpress@chung-press.com pressdm@gmail.com,danpress@recap.email |
| Hugh M. (UST) Bernstein | hugh.m.bernstein@usdoj.gov |
| Jonathan E. Levine | jlevine@mbhylaw.com |
| Katherine A. (UST) Levin | Katherine.A.Levin@usdoj.gov amy.busch@usdoj.gov |
| Monique Desiree Almy | malmy@crowell.com cbest@crowell.com,malmy@ecf.axosfs.com,monique-almy-7127@ecf.pacerpro.com |
| Richard J Hackerman | |

District/off: 0416-1 | User: admin | Page 2 of 2
Date Rcvd: Mar 25, 2025 | Form ID: pdfparty | Total Noticed: 1

Richard@RichardHackerman.com  6923530420@filings.docketbird.com,Hackerman.RichardR106256@notify.bestcase.com

US Trustee - Baltimore

USTPRegion04.BA.ECF@USDOJ.GOV

TOTAL: 7

Entered: March 25th, 2025
Signed: March 24th, 2025
**SO ORDERED**



Nancy V. Alquist
**NANCY V. ALQUIST**
**U. S. BANKRUPTCY JUDGE**

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
Baltimore Division

| | |
|---|---|
| In re: ) | |
| Seth L. Blum and Bessy G. Blum ) | Case No. 25-10005 |
| ) | |
| Debtors ) | Chapter 11 (Subchapter V) |
| ) | |

### ORDER GRANTING LEAVE TO FILE LATE PROOFS OF CLAIM

Upon consideration of the Consent Motion for Lease to File Late Proofs of Claim filed by Presidential Bank, FSB; it is

ORDERED that pursuant to Fed. R. Bankr. Proc. Rule 3003(c)(3) and Rule 9006(b)(1), and good cause having been shown, leave is hereby granted for Presidential Bank, FSB to file late proofs of claim in this matter, and

ORDERED that the proofs of claim filed by Presidential Bank, FSB on March 20, 2025 [Claim #32 and Claim #33] are deemed timely.

cc:

Jonathan E. Levine, Esquire
Mahdavi, Bacon, Halfhill & Young, PLLC
11350 Random Hills Rd., Suite 700
Fairfax, Virginia 22030

Daniel Press, Esquire
Chung & Press, P.C.
6718 Whittier Ave. #200
McLean, VA 22101

Subchapter V Trustee, Monique Almy
Crowell & Moring
1001 Pennsylvania Ave., NW, 10th Floor
Washington, DC 20004

**End of Order**