# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MARYLAND
### BALTIMORE DIVISION

| | |
|---|---|
| IN RE:<br>Seth L Blum<br>Bessy G Blum | CASE NO: 25-10005<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 11<br>ECF Docket Reference No. 42 |

On 4/1/2025, I did cause a copy of the following documents, described below,

Chapter 11 Plan Dated April 1, 2025 ECF Docket Reference No. 42

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 4/1/2025

/s/ Daniel M. Press
Daniel M. Press  07300
Attorney for Debtor
Chung & Press PC
6718 Whittier Ave Ste 200
Mc Lean, VA  22101
703 734 3800
dpress@chung-press.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND
BALTIMORE DIVISION

| IN RE: | CASE NO: 25-10005 |
|---|---|
| Seth L Blum<br>Bessy G Blum | **CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br>Chapter: 11<br>ECF Docket Reference No. 42 |

On 4/1/2025, a copy of the following documents, described below,

Chapter 11 Plan Dated April 1, 2025 ECF Docket Reference No. 42

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 4/1/2025

_____
Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Daniel M. Press
Chung & Press PC
6718 Whittier Ave Ste 200
Mc Lean, VA  22101

```
USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.
CASE INFO
 LABEL MATRIX FOR LOCAL NOTICING        PRESIDENTIAL BANK FSB                   AFFIRM INC
04161                                   MAHDAVI BACON HALFHILL   YOUNG PLLC     RESURGENT CAPITAL SERVICES
CASE 25-10005                           11350 RANDOM HILLS RD SUITE 700         PO BOX 10587
DISTRICT OF MARYLAND                    FAIRFAX VA 22030-6044                   GREENVILLE SC 29603-0587
BALTIMORE
TUE APR  1 14-24-50 EDT 2025


AMERICAN EXPRESS                        AMERICAN EXPRESS NATIONAL BANK          ATLANTIC FINANCIAL FCU
PO BOX 981535                           CO BECKET AND LEE LLP                   40 SCHILLING ROAD
EL PASO TX 79998-1535                   PO BOX 3001                             HUNT VALLEY MD 21031-1415
                                        MALVERN  PA 19355-0701


ATLANTIC FINANCIAL FEDERAL CREDIT UNION AUDI FINANCIAL                          BANK OF AMERICA
CO SILVERMAN THEOLOGOU LLP              1401 FRANKLIN BLVD                      PO BOX 15284
11200 ROCKVILLE PIKE SUITE 520          LIBERTYVILLE IL 60048-4460              WILMINGTON DE 19850-5284
N BETHESDA MD 20852-7105


BLANCA AMAYA                            CAPITAL ONE                             CAPITAL ONE NA
8450 LOCH RAVEN BLVD                    PO BOX 30285                            4515 N SANTA FE AVE
TOWSON MD 21286-8121                    SALT LAKE CITY UT 84130-0285            OKLAHOMA CITY OK 73118-7901


CHASE                                   CITIBANK NA                             (P)COMPTROLLER OF MARYLAND
PO BOX 15298                            PO BOX 6500                             BANKRUPTCY UNIT
WILMINGTON DE 19850-5298                SIOUX FALLS SD 57117-6500               7 ST PAUL STREET SUITE 230
                                                                                BALTIMORE MD 21202-1626


DEPARTMENT OF THE TREASURY              (P)DISCOVER FINANCIAL SERVICES LLC      FLAGSTAR BANK
INTERNAL REVENUE SERVICE                PO BOX 3025                             5151 CORPORATE DR
CENTRALIZED INSOLVENCY OPERATION        NEW ALBANY OH 43054-3025                TROY MI 48098-2639
PO BOX 7346
PHILADELPHIA PA 19101-7346


JPMORGAN CHASE BANK NA                  KAGAN STERN MARINELLO  BEARD LLC        LAKEVIEW LOAN SERVICING LLC
SBMT CHASE BANK USA NA                  238 WEST ST                             NATIONSTAR MORTGAGE LLC
CO NATIONAL BANKRUPTCY SERVICES LLC     ANNAPOLIS MD 21401-3424                 ATTN- BANKRUPTCY DEPT
PO BOX 9013                                                                     PO BOX 619096
ADDISON TEXAS 75001-9013                                                        DALLAS  TX 75261-9096


LEWICKY OCONNOR HUNT  MEISER LLC        MERRILL THOMAS                          MR COOPER
8110 MAPLE LAWN BLVD SUITE 160          241 QUIET CREEK DRIVE                   800 STATE HWY 121 BYPASS
FULTON MD 20759-2694                    GETTYSBURG PA 17325-9501                LEWISVILLE TX 75067-4180


NAVY FEDERAL CREDIT UNION               PETER ELMO                              PRESIDENTIAL BANK FSB
P O BOX 3000                            2706 HUNTING RIDGE COURT                ATTN COMMERCIAL LENDING
MERRIFIELD VA 22119-3000                BALDWIN MD 21013-9121                   4520 EAST-WEST HWY
                                                                                BETHESDA MD 20814-3365
```

```
USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

RICHARD JAY HACKERMAN              RYAN A PATINO                        SAILFISH SERVICING LLC
3635 OLD COURT RD                  MANNING GROSS + MASSENBURG LLP       NATIONSTAR MORTGAGE LLC
STE 208                            1007 N ORANGE STREET                 ATTN- BANKRUPTCY DEPT
PIKESVILLE MD 21208-3906           SUITE 711 7TH FLOOR                  PO BOX 619096
                                   WILMINGTON DE 19801-1239             DALLAS  TX 75261-9096


SHELLPOINT MORTGAGE                SIGNATURE FCU                        SMALL BUSINESS ADMINISTRATION
PO BOX 10826                       12 HERBERT ST                        409 3RD ST SW
GREENVILLE SC 29603-0826           ALEXANDRIA VA 22305-2628             WASHINGTON DC 20416-0002


TRUIST BANK                        TRUIST BANKLIGHTSTREAM               US ATTORNEY
ATTN SUPPORT SERVICES              150 S STRATFORD RD                   36 S CHARLES ST
PO BOX 85092                       WINSTON SALEM NC 27104-4227          BALTIMORE MD 21201-2692
RICHMOND VA 23286-0001


VW CREDIT INC                      VERIZON BY AMERICAN INFOSOURCE AS AGENT   WELLS FARGO
PO BOX 9013                        4515 N SANTA FE AVE                       PO BOX 10347
ADDISON TEXAS 75001-9013           OKLAHOMA CITY OK 73118-7901               DES MOINES IA 50306-0347


WELLS FARGO                        WELLS FARGO BANK NA                  WELLS FARGO BANK NA
PO BOX 522                         435 FORD ROAD SUITE 300              WELLS FARGO CARD SERVICES
DES MOINES IA 50306-0522           ST LOUIS PARK MN 55426-4927          PO BOX 10438 MAC F8235-02F
                                                                        DES MOINES IA 50306-0438
```