**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
Baltimore Division

|  |  |
|---|---|
| IN RE: | Case No. 25-10005-NVA |
| SETH L. BLUM<br>BESSY G. BLUM<br>*fka* BESSY HENRIQUEZ<br>     Debtors | Chapter 11 |

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICES PURSUANT TO**
**BANKRUPTCY RULE 2002**

TO THE CLERK OF THE COURT AND TO ALL PARTIES:

     PLEASE TAKE NOTICE that, pursuant to Fed. R. Bankr. P. 2002, Eric VandeLinde and the law offices of BWW Law Group, LLC hereby enter their appearance on behalf of Sailfish Servicing, LLC C/O Nationstar Mortgage LLC d/b/a Mr. Cooper ("Creditor"), in the above-captioned case related to the property located at 8450 Loch Raven Boulevard, Baltimore, MD 21286-8121 and the loan number ending XXXXXX5357 and request that notices of all papers, including, but not limited to, orders, reports, pleadings, motions, applications, or petitions, requests, disclosure statements, answering and reply papers and notices of hearings or other proceedings, whether transmitted by mail, delivery, telephone, telegraph, telex or otherwise relating to any issue which may be raised in the above-captioned case be provided to:

Eric VandeLinde
BWW Law Group, LLC
6003 Executive Blvd, Suite 101
Rockville, MD  20852
301-961-6555
bankruptcy@bww-law.com

                                          Respectfully Submitted,

Dated: April 23, 2025                       */s/ Eric VandeLinde*
                                                   Eric VandeLinde, MD Fed. Bar No. 21205
                                                     BWW Law Group, LLC
                                                     6003 Executive Blvd, Suite 101
                                                     Rockville, MD  20852
                                                     301-961-6555
                                                     301-961-6545 (facsimile)
                                                     bankruptcy@bww-law.com
                                                     *Attorney for the Creditor*

BWW#: MD-376809

**CERTIFICATE OF SERVICE**

I hereby certify that on this 23rd day of April, 2025, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the foregoing Notice of Appearance will be served electronically by the Court's CM/ECF system on the following:

Monique Desiree Almy, Trustee

Hugh M. Bernstein, US Trustee

Daniel M. Press, Esq.

I hereby further certify that on this 23rd day of April, 2025, a copy of the foregoing Notice of Appearance was also mailed first class mail, postage prepaid, to:

Seth L Blum
3317 Woodvalley Rd.
Pikesville, MD 21208

Bessy G. Blum
*fka* Bessy Henriquez
3317 Woodvalley Dr.
Pikesville, MD 21208

*/s/ Eric VandeLinde*
Eric VandeLinde, MD Fed. Bar No. 21205
BWW Law Group, LLC
6003 Executive Blvd, Suite 101
Rockville, MD  20852
301-961-6555
301-961-6545 (facsimile)
bankruptcy@bww-law.com
*Attorney for the Creditor*

BWW#: MD-376809