United States Bankruptcy Court
District of Maryland

In re:                                                                                          Case No. 25-10005-NVA
Seth L Blum                                                                                     Chapter 11
Bessy G Blum
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0416-1            User: admin                              Page 1 of 4
Date Rcvd: Apr 24, 2025         Form ID: ntchrgbk                        Total Noticed: 49

The following symbols are used throughout this certificate:
**Symbol      Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 26, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/db | + | Seth L Blum, Bessy G Blum, 3317 Woodvalley Rd, Pikesville, MD 21208-1956 |
| cr | + | Peter Elmo, c/o Richard Hackerman, 3635 Old Court Road Suite 208, Baltimore, MD 21208-3906 |
| cr | + | Presidential Bank, FSB, Mahdavi, Bacon, Halfhill & Young, PLLC, 11350 Random Hills Rd., Suite 700, Fairfax, VA 22030, UNITED STATES 22030-6044 |
| 32741949 | + | Blanca Amaya, 8450 Loch Raven Blvd, Towson, MD 21286-8121 |
| 32741957 | + | Kagan Stern Marinello & Beard, LLC, 238 West St, Annapolis, MD 21401-3424 |
| 32741958 | + | Lewicky OConnor Hunt & Meiser LLC, 8110 Maple Lawn Blvd Suite 160, Fulton, MD 20759-2694 |
| 32785104 | + | Lewicky, O'Connor, Hunt & Meiser, LLC, 8110 Maple Lawn Blvd., Ste. 160, Fulton, MD 20759-2693 |
| 32798707 | + | Merrill Thomas, Manning Gross + Massenburg LLP, 1007 N. Orange Street, Suite 711, 7th Floor, WILMINGTON, DE 19801-1266 |
| 32741959 | + | Merrill Thomas, 241 QUIET CREEK DRIVE, Gettysburg, PA 17325-9501 |
| 32741961 | + | Peter Elmo, 2706 Hunting Ridge Court, Baldwin, MD 21013-9121 |
| 32741962 | + | Presidential Bank, 4520 East West Hwy, Bethesda, MD 20814-3365 |
| 32804747 | + | Presidential Bank, FSB, Attn: Commercial Lending, 4520 East-West Hwy., Bethesda, MD 20814-3365 |
| 32741963 | + | Richard Jay Hackerman, 3635 OLD COURT RD, STE 208, Pikesville, MD 21208-3906 |
| 32798706 | + | Ryan A. Patino, Manning Gross + Massenburg LLP, 1007 N. Orange Street, Suite 711, 7th Floor, WILMINGTON, DE 19801-1266 |
| 32797960 | + | Sailfish Servicing, LLC, Nationstar Mortgage LLC, ATTN: Bankruptcy Dept., PO Box 619096, Dallas, TX 75261-9096 |
| 32741968 | + | US Attorney, 36 S Charles St, Baltimore, MD 21201-2692 |
| 32741971 | + | WILLIAM B LARSON JR.,, MANNING GROSS + MASSENBURG LLP, 1007 N. ORANGE STREET #711, Wilmington, DE 19801-1266 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 32772303 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 24 2025 19:17:27 | Affirm, Inc., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 32741945 | + | Email/PDF: bncnotices@becket-lee.com | Apr 24 2025 19:17:33 | American Express, PO Box 981535, El Paso, TX 79998-1535 |
| 32769316 | | Email/PDF: bncnotices@becket-lee.com | Apr 24 2025 19:17:33 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 32741946 | + | Email/Text: collections@affcu.org | Apr 24 2025 19:12:00 | Atlantic Financial FCU, 40 Schilling Road, Hunt Valley, MD 21031-1415 |
| 32798065 | + | Email/Text: bankruptcy@silvermanlegal.com | Apr 24 2025 19:12:00 | Atlantic Financial Federal Credit Union, c/o Silverman Theologou, LLP, 11200 Rockville Pike, Suite 520, N. Bethesda, MD 20852-7105 |
| 32741947 | + | Email/Text: vci.bkcy@vwcredit.com | Apr 24 2025 19:12:00 | Audi Financial, 1401 Franklin Blvd, Libertyville, IL 60048-4460 |
| 32741948 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Apr 24 2025 19:12:00 | Bank of America, PO Box 15284, Wilmington, DE 19850-5284 |
| 32741953 | | Email/Text: Bankruptcymail@marylandtaxes.gov | Apr 24 2025 19:12:00 | Comptroller of Maryland, 7 St Paul St, Baltimore, MD 21202 |
| 32741950 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | | |

| District/off: 0416-1 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Apr 24, 2025 | Form ID: ntchrgbk | Total Noticed: 49 |

| | | | | |
|---|---|---|---|---|
| | | | Apr 24 2025 19:17:26 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 32768419 | + | Email/PDF: ebn_ais@aisinfo.com | Apr 24 2025 19:17:26 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 32741951 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 24 2025 19:17:33 | Chase, PO Box 15298, Wilmington, DE 19850-5298 |
| 32741952 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 24 2025 19:17:33 | Citibank NA, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 32741954 | | Email/Text: mrdiscen@discover.com | Apr 24 2025 19:12:00 | Discover, PO Box 30943, Salt Lake City, UT 84130 |
| 32768768 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 24 2025 19:12:00 | Department of the Treasury, Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 32790535 | | Email/Text: mrdiscen@discover.com | Apr 24 2025 19:12:00 | Discover Bank, P.O. Box 3025, New Albany, OH 43054-3025 |
| 32741955 | + | Email/Text: servicingmailhub@flagstar.com | Apr 24 2025 19:12:00 | Flagstar Bank, 5151 Corporate Dr, Troy, MI 48098-2639 |
| 32762957 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Apr 24 2025 19:12:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 32798532 | + | Email/Text: nsm_bk_notices@mrcooper.com | Apr 24 2025 19:12:00 | Lakeview Loan Servicing, LLC, Nationstar Mortgage LLC, ATTN: Bankruptcy Dept., PO Box 619096, Dallas, TX 75261-9096 |
| 32741960 | + | Email/Text: nsm_bk_notices@mrcooper.com | Apr 24 2025 19:12:00 | Mr. Cooper, 800 State Hwy 121 Bypass, Lewisville, TX 75067-4180 |
| 32793972 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Apr 24 2025 19:12:00 | NAVY FEDERAL CREDIT UNION, P. O. BOX 3000, MERRIFIELD, VA 22119-3000 |
| 32741964 | + | Email/Text: mtgbk@shellpointmtg.com | Apr 24 2025 19:12:00 | Shellpoint Mortgage, PO Box 10826, Greenville, SC 29603-0826 |
| 32741965 | + | Email/Text: evanb@signaturefcu.org | Apr 24 2025 19:12:00 | Signature FCU, 12 Herbert St,, Alexandria, VA 22305-2628 |
| 32741966 | + | Email/Text: bankruptcynotices@sba.gov | Apr 24 2025 19:12:00 | Small Business Administration, 409 3rd St., SW, Washington, DC 20416-0002 |
| 32826702 | + | Email/Text: ecfbnc@aldridgepite.com | Apr 24 2025 19:12:00 | Todd S. Garan, ALDRIDGE PITE, LLP, 3333 Camino del Rio South, Suite 225, San Diego, CA 92108-3808 |
| 32761928 | + | Email/Text: bankruptcy@bbandt.com | Apr 24 2025 19:12:00 | Truist Bank, Attn: Support Services, P.O. Box 85092, Richmond, VA 23286-0001 |
| 32741967 | + | Email/Text: bankruptcy@bbandt.com | Apr 24 2025 19:12:00 | Truist Bank/Lightstream, 150 S Stratford Rd, Winston Salem, NC 27104-4227 |
| 32789196 | + | Email/Text: VWBKNotices@nationalbankruptcy.com | Apr 24 2025 19:12:00 | VW Credit, Inc., PO Box 9013, Addison, Texas 75001-9013 |
| 32797983 | + | Email/PDF: ebn_ais@aisinfo.com | Apr 24 2025 19:17:27 | Verizon by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City OK 73118-7901 |
| 32741970 | + | Email/PDF: BankruptcynoticesExceptions@wellsfargo.com | Apr 24 2025 19:17:40 | Wells Fargo, PO Box 522, Des Moines, IA 50306-0522 |
| 32741969 | + | Email/PDF: BankruptcynoticesCCSBKOperations@wellsfargo.com | Apr 24 2025 19:17:35 | Wells Fargo, PO Box 10347, Des Moines, IA 50306-0347 |
| 32766147 | + | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | Apr 24 2025 19:17:34 | Wells Fargo Bank, N.A., 435 Ford Road, Suite 300, St. Louis Park, MN 55426-4927 |
| 32767660 | | Email/PDF: BankruptcynoticesCCSBKOperations@wellsfargo.com | Apr 24 2025 19:17:33 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

| District/off: 0416-1 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Apr 24, 2025 | Form ID: ntchrgbk | Total Noticed: 49 |
| TOTAL: 32 | | |

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Nationstar Mortgage LLC |
| 32769319 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 32769318 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 32741956 | *+ | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 32763882 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 32763887 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 32763891 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 32763966 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 32763967 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 32765068 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 32765071 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 32793977 | *+ | Navy Federal Credit Union, P.O. Box 3000, Merrifield, VA 22119-3000 |

TOTAL: 1 Undeliverable, 11 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| Date: Apr 26, 2025 | Signature: | /s/Gustava Winters |
|---|---|---|

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 24, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Daniel M. Press | dpress@chung-press.com  pressdm@gmail.com,danpress@recap.email |
| Eric VandeLinde | eric.vandelinde@bww-law.com |
| Hugh M. (UST) Bernstein | hugh.m.bernstein@usdoj.gov |
| Jonathan E. Levine | jlevine@mbhylaw.com |
| Monique Desiree Almy | malmy@crowell.com  cbest@crowell.com,malmy@ecf.axosfs.com,monique-almy-7127@ecf.pacerpro.com |
| Richard J Hackerman | Richard@RichardHackerman.com  6923530420@filings.docketbird.com,Hackerman.RichardR106256@notify.bestcase.com |
| US Trustee - Baltimore | USTPRegion04.BA.ECF@USDOJ.GOV |

District/off: 0416-1       User: admin                  Page 4 of 4
Date Rcvd: Apr 24, 2025    Form ID: ntchrgbk            Total Noticed: 49
TOTAL: 7

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
## at Baltimore

In re:   Case No.: **25–10005 – NVA**   Chapter: **11**

**Seth L Blum and**
**Bessy G Blum**
Debtors

# NOTICE OF CONFIRMATION HEARING

In person hearing Courtroom 2–A Baltimore, Judge Alquist.

PLEASE TAKE NOTICE that a Confirmation hearing will be held

on 6/18/25 at 11:00 AM

to consider and act upon the following:

42 – Chapter 11 Plan Small Business Subchapter V Filed by Bessy G Blum, Seth L Blum (related document(s)1 Voluntary Petition (Chapter 11) filed by Debtor Seth L Blum, Debtor Bessy G Blum). (Press, Daniel)

**NOTICE TO MOVING PARTY**

**A service list or certificate of service regarding parties noticed by the court may be obtained through CM/ECF or PACER. If you believe that a party entitled to notice is not listed, please provide notice to that party forthwith and file an appropriate certification with the Clerk's office.**

Dated: 4/24/25

Mark A. Neal, Clerk of Court
by Deputy Clerk, Daniel Walston
301–344–3496

Form ntchrgmdb (rev. 08/13/2024)