**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
Baltimore Division

|  |  |
|---|---|
| IN RE: | Case No. 25-10005-NVA |
|  | Chapter 11 |
| SETH L. BLUM |  |
| BESSY G. BLUM |  |
| *fka* BESSY HENRIQUEZ |  |
|     Debtors |  |

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICES PURSUANT TO**
**BANKRUPTCY RULE 2002**

TO THE CLERK OF THE COURT AND TO ALL PARTIES:

 PLEASE TAKE NOTICE that, pursuant to Fed. R. Bankr. P. 2002, Eric VandeLinde and the law offices of BWW Law Group, LLC hereby enter their appearance on behalf of Lakeview Loan Servicing, LLC C/O Nationstar Mortgage LLC ("Creditor"), in the above-captioned case related to the property located at 33796 Freeport Drive, Lewes, DE 19958 and the loan number ending XXXXXX5951 and request that notices of all papers, including, but not limited to, orders, reports, pleadings, motions, applications, or petitions, requests, disclosure statements, answering and reply papers and notices of hearings or other proceedings, whether transmitted by mail, delivery, telephone, telegraph, telex or otherwise relating to any issue which may be raised in the above-captioned case be provided to:

Eric VandeLinde
BWW Law Group, LLC
6003 Executive Blvd, Suite 101
Rockville, MD  20852
301-961-6555
bankruptcy@bww-law.com

                Respectfully Submitted,

Dated: May 1, 2025        */s/ Eric VandeLinde*
                Eric VandeLinde, MD Fed. Bar No. 21205
                BWW Law Group, LLC
                6003 Executive Blvd, Suite 101
                Rockville, MD  20852
                301-961-6555
                301-961-6545 (facsimile)
                bankruptcy@bww-law.com
                *Attorney for the Creditor*

BWW#: DE-377021

**CERTIFICATE OF SERVICE**

 I hereby certify that on this 1st day of May, 2025, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the foregoing Notice of Appearance will be served electronically by the Court's CM/ECF system on the following:

Monique Desiree Almy, Trustee

Daniel M Press, Esq.

 I hereby further certify that on this 1st day of May, 2025, a copy of the foregoing Notice of Appearance was also mailed first class mail, postage prepaid, to:

Seth L. Blum
3317 Woodvalley Rd
Pikesville, MD 21208

Bessy G. Blum
*fka* Bessy Henriquez
3317 Woodvalley Dr
Pikesville, MD 21208

            */s/ Eric VandeLinde*
            Eric VandeLinde, MD Fed. Bar No. 21205
            BWW Law Group, LLC
            6003 Executive Blvd, Suite 101
            Rockville, MD  20852
            301-961-6555
            301-961-6545 (facsimile)
            bankruptcy@bww-law.com
            *Attorney for the Creditor*