**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MARYLAND**
**Baltimore Division**

---------------------------------------------------------X
**In re:**                                              :        **Chapter 11**
                                                        :
Seth L Blum and Bessy G Blum                            :        **Case No.  25-10005**
           **Debtors.**                                 :
---------------------------------------------------------X

**CERTIFICATE OF SERVICE**

This is to certify that on this 7th day of May, 2025, I caused to be served on all creditors and parties in interest, to the addresses on the attached matrix, the ORDER SETTING HEARING ON CONFIRMATION OF PLAN ETC. (Doc. #44); the Plan dated April 1, 2025 (Doc. #42), along with ballots to all Class K creditors.

    /s/ Daniel M. Press
Daniel M. Press, #07300
Chung & Press, P.C.
6718 Whittier Ave., Suite 200
McLean, VA 22101
(703) 734-3800
(703) 734-0590 fax
dpress@chung-press.com