```
Label Matrix for local noticing          Lakeview Loan Servicing, LLC c/o Nationstar   Presidential Bank, FSB
0416-1                                   BWW Law Group, LLC                            Mahdavi, Bacon, Halfhill & Young, PLLC
Case 25-10005                            6003 Executive Blvd, Suite 101                11350 Random Hills Rd., Suite 700
District of Maryland                     Rockville, MD 20852-3813                      Fairfax, VA 22030-6044
Baltimore
Wed May  7 12:14:56 EDT 2025

Affirm, Inc.                             American Express                              American Express National Bank
Resurgent Capital Services               PO Box 981535                                 c/o Becket and Lee LLP
PO Box 10587                             El Paso, TX 79998-1535                        PO Box 3001
Greenville, SC 29603-0587                                                              Malvern  PA 19355-0701


Atlantic Financial FCU                   Atlantic Financial Federal Credit Union       Audi Financial
40 Schilling Road                        c/o Silverman Theologou, LLP                  1401 Franklin Blvd
Hunt Valley, MD 21031-1415               11200 Rockville Pike, Suite 520               Libertyville, IL 60048-4460
                                         N. Bethesda, MD 20852-7105


Bank of America                          Blanca Amaya                                  Capital One
PO Box 15284                             8450 Loch Raven Blvd                          PO Box 30285
Wilmington, DE 19850-5284                Towson, MD 21286-8121                         Salt Lake City, UT 84130-0285


Capital One, N.A.                        Chase                                         Citibank NA
4515 N Santa Fe Ave                      PO Box 15298                                  PO Box 6500
Oklahoma City, OK 73118-7901             Wilmington, DE 19850-5298                     Sioux Falls, SD 57117-6500


(p)COMPTROLLER OF MARYLAND               Department of the Treasury                    (p)DISCOVER FINANCIAL SERVICES LLC
BANKRUPTCY UNIT                          Internal Revenue Service                      PO BOX 3025
7 ST PAUL STREET SUITE 230               Centralized Insolvency Operation              NEW ALBANY OH 43054-3025
BALTIMORE MD 21202-1626                  PO Box 7346
                                         Philadelphia, PA 19101-7346

Discover Bank                            Flagstar Bank                                 Internal Revenue Service
P.O. Box 3025                            5151 Corporate Dr                             PO Box 7346
New Albany, OH 43054-3025                Troy, MI 48098-2639                           Philadelphia, PA 19101-7346


JPMorgan Chase Bank, N.A.                Kagan Stern Marinello & Beard, LLC            Lakeview Loan Servicing
s/b/m/t Chase Bank USA, N.A.             238 West St                                   Eric VandeLinde
c/o National Bankruptcy Services, LLC    Annapolis, MD 21401-3424                      BWW Law Group, LLC
P.O. Box 9013                                                                          6003 Executive Blvd, Suite 101
Addison, Texas 75001-9013                                                              Rockville, MD 20852-3813


Lakeview Loan Servicing, LLC             Lewicky OConnor Hunt & Meiser LLC             Lewicky, O'Connor, Hunt & Meiser, LLC
Nationstar Mortgage LLC                  8110 Maple Lawn Blvd Suite 160                8110 Maple Lawn Blvd., Ste. 160
ATTN: Bankruptcy Dept.                   Fulton, MD 20759-2694                         Fulton, MD 20759-2693
PO Box 619096
Dallas,  TX 75261-9096

Merrill Thomas                           Merrill Thomas                                Mr. Cooper
241 QUIET CREEK DRIVE                    Manning Gross + Massenburg LLP                800 State Hwy 121 Bypass
Gettysburg, PA 17325-9501                1007 N. Orange Street                         Lewisville, TX 75067-4180
                                         Suite 711, 7th Floor
                                         WILMINGTON, DE 19801-1266
```

NAVY FEDERAL CREDIT UNION
P. O. BOX 3000
MERRIFIELD, VA 22119-3000

Nationstar Mortgage LLC
Todd S. Garan
ALDRIDGE PITE, LLP
3333 Camino del Rio South, Suite 225
San Diego, CA 92108-3808

Peter Elmo
2706 Hunting Ridge Court
Baldwin, MD 21013-9121

Presidential Bank
4520 East West Hwy
Bethesda, MD 20814-3365

Presidential Bank, FSB
Attn: Commercial Lending
4520 East-West Hwy.
Bethesda, MD 20814-3365

Richard Jay Hackerman
3635 OLD COURT RD
STE 208
Pikesville, MD 21208-3906

Ryan A. Patino
Manning Gross + Massenburg LLP
1007 N. Orange Street
Suite 711, 7th Floor
WILMINGTON, DE 19801-1266

Sailfish Servicing, LLC
Nationstar Mortgage LLC
ATTN: Bankruptcy Dept.
PO Box 619096
Dallas, TX 75261-9096

Sailfish Servicing, LLC C/O Nationstar Mortg
Eric VandeLinde
BWW Law Group, LLC
6003 Executive Blvd, Suite 101
Rockville, MD 20852-3813

Shellpoint Mortgage
PO Box 10826
Greenville, SC 29603-0826

Signature FCU
12 Herbert St,
Alexandria, VA 22305-2628

Small Business Administration
409 3rd St., SW
Washington, DC 20416-0002

Todd S. Garan
ALDRIDGE PITE, LLP
3333 Camino del Rio South, Suite 225
San Diego, CA 92108-3808

Truist Bank
Attn: Support Services
P.O. Box 85092
Richmond, VA 23286-0001

Truist Bank/Lightstream
150 S Stratford Rd
Winston Salem, NC 27104-4227

US Attorney
36 S Charles St
Baltimore, MD 21201-2692

US Trustee - Baltimore
Garmatz Federal Courthouse
101 West Lombard Street
Suite 2625
Baltimore, MD 21201-2668

VW Credit, Inc.
PO Box 9013
Addison, Texas 75001-9013

Verizon by American InfoSource as agent
4515 N Santa Fe Ave
Oklahoma City OK 73118-7901

WILLIAM B LARSON JR.,
MANNING GROSS + MASSENBURG LLP
1007 N. ORANGE STREET #711
Wilmington, DE 19801-1266

Wells Fargo
PO Box 10347
Des Moines, IA 50306-0347

Wells Fargo
PO Box 522
Des Moines, IA 50306-0522

Wells Fargo Bank, N.A.
435 Ford Road, Suite 300
St. Louis Park, MN 55426-4927

Wells Fargo Bank, N.A.
Wells Fargo Card Services
PO Box 10438, MAC F8235-02F
Des Moines, IA 50306-0438

Bessy G Blum
3317 Woodvalley Dr
Pikesville, MD 21208-1956

Daniel M. Press
Chung & Press, P .C.
6718 Whittier Ave., Ste. 200
McLean, VA 22101-4531

Monique Desiree Almy
Crowell & Moring
1001 Pennsylvania Avenue, N.W., 10th Fl
Washington, DC 20004-2595

Peter Elmo
c/o Richard Hackerman
3635 Old Court Road Suite 208
Baltimore, MD 21208-3906

Seth L Blum
3317 Woodvalley Rd
Pikesville, MD 21208-1956

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Comptroller of Maryland
7 St Paul St
Baltimore, MD 21202

Discover
PO Box 30943
Salt Lake City, UT 84130

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Nationstar Mortgage LLC

(u)Sailfish Servicing, LLC C/O Nationstar Mor

(d)Navy Federal Credit Union
P.O. Box 3000
Merrifield, VA 22119-3000

End of Label Matrix
Mailable recipients    58
Bypassed recipients     3
Total                  61