UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND

IN RE:                                                    *

SETH AND BESSY BLUM                    *    CASE NO: 25-10005

DEBTOR

                                                              *    CHAPTER 11


**************************************************************************

CREDITOR PETER ELMO'S
OBJECTIONS TO CONFIRMATION OF DEBTORS' PROPOSED  CHAPTER 11 PLAN

Now comes Creditor Peter Elmo, by his attorney Richard J. Hackerman, and files the following objections to the confirmation of the Debtors' proposed Chapter 11 Plan.


1.  The plan filed by the Debtors was not proposed in good faith.

2.  The Debtors are not devoting all of their disposable income to the plan.

3.  Debtor Seth Blum is paying $2,133.32 into a "voluntary retirement plan".  Creditors should not be funding the Debtors' retirement.

4.  The Debtors are purportedly  paying $1,600.00 per month for child care/education.  Creditors should not be funding the Debtors' private school education for their children.

5.  The Debtors list $800.00 per month in entertainment expenses.  Creditors should not be funding anything close to that amount, particularly the Debtors' country club life style.

6.  The Debtors list a $1,238,57 vehicle payment for one vehicle.  Creditors should not be funding the Debtors' high brow transportation tastes.

7.  The Debtors list $350.00 per month for charitable and religious donations.   If that is true, Creditors should not be funding the Debtors' donations, particularly to that extent.

8.  The Debtors' homeowner association/condominium payments of $700.00 pe month appear implausible.  If the Debtors are referring to their investment properties, this expense will soon be in large part gone given they intend to sell at least some of these properties.

9.  The Debtors listed expenses as a whole appear inflated.

10.  The Debtors can afford to make a larger payment for a longer period of time than as proposed in their plan.

11.  The Debtors have failed to account for rents received for their investment properties which are primarily summer rentals.

/s/ Richard J. Hackerman

_____

Richard J. Hackerman
3635 Old Court Road, Suite 208
Baltimore, Maryland 21208
(410) 243-8800
(410) 630 7232 (fax)
Attorney for Creditor Peter Elmo
CPF 8212010181
Richard@richardhackerman.com

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 2, 2025 a copy of the foregoing Notice of Appearance were mailed by first class mail, postage prepaid to the following:

Daniel M. Press, Esquire
Chung & Press, P .C.
6718 Whittier Ave., Ste. 200
McLean, VA 22101

Trustee
Monique Desiree Almy
Crowell & Moring
1001 Pennsylvania Avenue, N.W., 10th Fl
Washington, DC 20004-2595

U.S. Trustee
Hugh M. Bernstein
Office of U.S. Trustee
101 W. Lombard Street
Suite 2625
Baltimore, MD 21201

All creditors on the attached mailing matrix.

/s/ Richard J. Hackerman

_____

Richard J. Hackerman
3635 Old Court Road, Suite 208
Baltimore, Maryland 21208
(410) 243-8800
(410) 630 7232 (fax)