```
Label Matrix for local noticing           Lakeview Loan Servicing, LLC c/o Nationstar    Presidential Bank, FSB
0416-1                                    BWW Law Group, LLC                             Mahdavi, Bacon, Halfhill & Young, PLLC
Case 25-10005                             6003 Executive Blvd, Suite 101                 11350 Random Hills Rd., Suite 700
District of Maryland                      Rockville, MD 20852-3813                       Fairfax, VA 22030-6044
Baltimore
Mon Jun  2 10:27:00 EDT 2025

Affirm, Inc.                              American Express                               American Express National Bank
Resurgent Capital Services                PO Box 981535                                  c/o Becket and Lee LLP
PO Box 10587                              El Paso, TX 79998-1535                         PO Box 3001
Greenville, SC 29603-0587                                                                Malvern  PA 19355-0701


Atlantic Financial FCU                    Atlantic Financial Federal Credit Union        Audi Financial
40 Schilling Road                         c/o Silverman Theologou, LLP                   1401 Franklin Blvd
Hunt Valley, MD 21031-1415                11200 Rockville Pike, Suite 520                Libertyville, IL 60048-4460
                                          N. Bethesda, MD 20852-7105


Bank of America                           Blanca Amaya                                   Capital One
PO Box 15284                              8450 Loch Raven Blvd                           PO Box 30285
Wilmington, DE 19850-5284                 Towson, MD 21286-8121                          Salt Lake City, UT 84130-0285


Capital One, N.A.                         Chase                                          Citibank NA
4515 N Santa Fe Ave                       PO Box 15298                                   PO Box 6500
Oklahoma City, OK 73118-7901              Wilmington, DE 19850-5298                      Sioux Falls, SD 57117-6500


(p)COMPTROLLER OF MARYLAND                Department of the Treasury                     (p)DISCOVER FINANCIAL SERVICES LLC
BANKRUPTCY UNIT                           Internal Revenue Service                       PO BOX 3025
7 ST PAUL STREET SUITE 230                Centralized Insolvency Operation               NEW ALBANY OH 43054-3025
BALTIMORE MD 21202-1626                   PO Box 7346
                                          Philadelphia, PA 19101-7346


Discover Bank                             Flagstar Bank                                  Internal Revenue Service
P.O. Box 3025                             5151 Corporate Dr                              PO Box 7346
New Albany, OH 43054-3025                 Troy, MI 48098-2639                            Philadelphia, PA 19101-7346


JPMorgan Chase Bank, N.A.                 Kagan Stern Marinello & Beard, LLC             Lakeview Loan Servicing
s/b/m/t Chase Bank USA, N.A.              238 West St                                    Eric VandeLinde
c/o National Bankruptcy Services, LLC     Annapolis, MD 21401-3424                       BWW Law Group, LLC
P.O. Box 9013                                                                            6003 Executive Blvd, Suite 101
Addison, Texas 75001-9013                                                                Rockville, MD 20852-3813


Lakeview Loan Servicing, LLC              Lewicky OConnor Hunt & Meiser LLC              Lewicky, O'Connor, Hunt & Meiser, LLC
Nationstar Mortgage LLC                   8110 Maple Lawn Blvd Suite 160                 8110 Maple Lawn Blvd., Ste. 160
ATTN: Bankruptcy Dept.                    Fulton, MD 20759-2694                          Fulton, MD 20759-2693
PO Box 619096
Dallas,  TX 75261-9096


Merrill Thomas                            Merrill Thomas                                 Mr. Cooper
241 QUIET CREEK DRIVE                     Manning Gross + Massenburg LLP                 800 State Hwy 121 Bypass
Gettysburg, PA 17325-9501                 1007 N. Orange Street                          Lewisville, TX 75067-4180
                                          Suite 711, 7th Floor
                                          WILMINGTON, DE 19801-1266
```

| | | |
|---|---|---|
| NAVY FEDERAL CREDIT UNION<br>P. O. BOX 3000<br>MERRIFIELD, VA 22119-3000 | Nationstar Mortgage LLC<br>Todd S. Garan<br>ALDRIDGE PITE, LLP<br>3333 Camino del Rio South, Suite 225<br>San Diego, CA 92108-3808 | Peter Elmo<br>2706 Hunting Ridge Court<br>Baldwin, MD 21013-9121 |
| Presidential Bank<br>4520 East West Hwy<br>Bethesda, MD 20814-3365 | Presidential Bank, FSB<br>Attn: Commercial Lending<br>4520 East-West Hwy.<br>Bethesda, MD 20814-3365 | Richard Jay Hackerman<br>3635 OLD COURT RD<br>STE 208<br>Pikesville, MD 21208-3906 |
| Ryan A. Patino<br>Manning Gross + Massenburg LLP<br>1007 N. Orange Street<br>Suite 711, 7th Floor<br>WILMINGTON, DE 19801-1266 | Sailfish Servicing, LLC<br>Nationstar Mortgage LLC<br>ATTN: Bankruptcy Dept.<br>PO Box 619096<br>Dallas,  TX 75261-9096 | Sailfish Servicing, LLC C/O Nationstar Mortg<br>Eric VandeLinde<br>BWW Law Group, LLC<br>6003 Executive Blvd, Suite 101<br>Rockville, MD 20852-3813 |
| Shellpoint Mortgage<br>PO Box 10826<br>Greenville, SC 29603-0826 | Signature FCU<br>12 Herbert St,<br>Alexandria, VA 22305-2628 | Small Business Administration<br>409 3rd St., SW<br>Washington, DC 20416-0002 |
| Todd S. Garan<br>ALDRIDGE PITE, LLP<br>3333 Camino del Rio South, Suite 225<br>San Diego, CA 92108-3808 | Truist Bank<br>Attn: Support Services<br>P.O. Box 85092<br>Richmond, VA 23286-0001 | Truist Bank/Lightstream<br>150 S Stratford Rd<br>Winston Salem, NC 27104-4227 |
| US Attorney<br>36 S Charles St<br>Baltimore, MD 21201-2692 | US Trustee - Baltimore<br>Garmatz Federal Courthouse<br>101 West Lombard Street<br>Suite 2625<br>Baltimore, MD 21201-2668 | VW Credit, Inc.<br>PO Box 9013<br>Addison, Texas 75001-9013 |
| Verizon by American InfoSource as agent<br>4515 N Santa Fe Ave<br>Oklahoma City OK 73118-7901 | WILLIAM B LARSON JR.,<br>MANNING GROSS + MASSENBURG LLP<br>1007 N. ORANGE STREET #711<br>Wilmington, DE 19801-1266 | Wells Fargo<br>PO Box 10347<br>Des Moines, IA 50306-0347 |
| Wells Fargo<br>PO Box 522<br>Des Moines, IA 50306-0522 | Wells Fargo Bank, N.A.<br>435 Ford Road, Suite 300<br>St. Louis Park, MN 55426-4927 | Wells Fargo Bank, N.A.<br>Wells Fargo Card Services<br>PO Box 10438, MAC F8235-02F<br>Des Moines, IA 50306-0438 |
| Bessy G Blum<br>3317 Woodvalley Dr<br>Pikesville, MD 21208-1956 | Daniel M. Press<br>Chung & Press, P .C.<br>6718 Whittier Ave., Ste. 200<br>McLean, VA 22101-4531 | Monique Desiree Almy<br>Crowell & Moring<br>1001 Pennsylvania Avenue, N.W., 10th Fl<br>Washington, DC 20004-2595 |
| Peter Elmo<br>c/o Richard Hackerman<br>3635 Old Court Road Suite 208<br>Baltimore, MD 21208-3906 | Seth L Blum<br>3317 Woodvalley Rd<br>Pikesville, MD 21208-1956 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Comptroller of Maryland                Discover
7 St Paul St                           PO Box 30943
Baltimore, MD 21202                    Salt Lake City, UT 84130
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Nationstar Mortgage LLC        (u)Sailfish Servicing, LLC C/O Nationstar Mor     (d)Navy Federal Credit Union
                                                                                    P.O. Box 3000
                                                                                    Merrifield, VA 22119-3000
```

```
End of Label Matrix
Mailable recipients    58
Bypassed recipients     3
Total                  61
```