# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND

(Baltimore Division)

| | |
|---|---|
| In re<br><br>**SETH L. BLUM and BESSY G. BLUM**<br><br>Debtors | Bankruptcy Case: 25-10005-NVA<br><br>Chapter 11 |

## THE UNITED STATES TRUSTEE'S
## EXHIBIT LIST FOR JUNE 18, 2025 CONFIRMATION HEARING

Matthew W. Cheney, Acting United States Trustee for Region 4, pursuant to this Court's Evidentiary Protocol, files this exhibit list for the pending hearing set for June 18, 2025.

## EXHIBIT LIST

| Exhibit No. | Description | Offered | Objection | Admitted |
|---|---|---|---|---|
| UST01 | Docket Sheet | | | |
| UST02 | Schedules and Statement of Financial Affairs | | | |
| UST03 | January 2025 Monthly Operating Report | | | |
| UST04 | February 2025 Monthly Operating Report | | | |
| UST05 | Chapter 11 Plan Dated April 1, 2025 | | | |

- 2 -

                                                     Respectfully submitted,

Dated: June 9, 2025                Matthew W. Cheney
                                                     Acting United States Trustee for Region Four

                                                     By: _/s/ Hugh M. Bernstein_
                                                     Hugh M. Bernstein
                                                   Fed. Bar No.: 23489
                                                   United State Department of Justice
                                                   101 West Lombard Street
                                                   Baltimore, Maryland 21201
                                                   (410) 962-4300
                                                   E-mail:  hugh.m.bernstein@usdoj.gov

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on June 9, 2025, a copy of the foregoing document filed electronically in the United States Bankruptcy Court for the District of Maryland and that according to the Court's ECF records, electronic notice of this motion should be provided to the following persons:

- **Monique Desiree Almy     malmy@crowell.com, cbest@crowell.com;malmy@ecf.axosfs.com;monique-almy-7127@ecf.pacerpro.com**
- **Hugh M. (UST) Bernstein     hugh.m.bernstein@usdoj.gov**
- **Richard J Hackerman     Richard@RichardHackerman.com, 6923530420@filings.docketbird.com;Hackerman.RichardR106256@notify.bestcase.com**
- **Jonathan E. Levine     jlevine@mbhylaw.com**
- **Daniel M. Press     dpress@chung-press.com, pressdm@gmail.com;danpress@recap.email**
- **US Trustee - Baltimore     USTPRegion04.BA.ECF@USDOJ.GOV**
- **Eric VandeLinde     eric.vandelinde@bww-law.com**

                                         */s/ Hugh M. Bernstein*
                                         Hugh M. Bernstein