Entered: June 11th, 2025
Signed: June 10th, 2025

**SO ORDERED**

THE HEARING SHALL BE HELD ON JULY 8, 2025 AT 11:30 A.M..



NANCY V. ALQUIST
U. S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

In re:   Case No.: **25–10005 – NVA**   Chapter: **11**

**Seth L Blum and**
**Bessy G Blum**
Debtors

### ORDER AND NOTICE OF A HEARING ON MOTION TO CONVERT CASE TO CHAPTER 7 OR IN THE ALTERNATIVE, TO DISMISS CASE

U.S. Trustee having filed Motion to Convert Case to Chapter 7 or in the alternative, to dismiss case it is, pursuant to Federal Bankruptcy Rule 2002(a) and Local Bankruptcy Rule 2002–1(i), by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that a hearing upon Motion to Convert Case to Chapter 7 or in the alternative, to dismiss case will be held on the date and time set forth above, in person in Courtroom 2-A and it is further

ORDERED, that if no objection is filed by any party in interest to U.S. Trustee 's Motion to Convert Case to Chapter 7 or in the alternative, to dismiss case within fourteen (14) days after the date a copy of this Order is served, the U.S. Trustee's Motion to Convert Case to Chapter 7 or in the alternative, to dismiss case may be granted without a hearing.

cc:   Debtor

  Attorney for Debtor – Daniel M. Press
  Case Trustee – Monique Desiree Almy
  U.S. Trustee
  All creditors and parties in interest

**End of Order**

15x21 (rev. 05/02/2017) – ShannonMcKenna