United States Bankruptcy Court
District of Maryland

| | |
|---|---|
| In re: | Case No. 25-10005-NVA |
| Seth L Blum | Chapter 11 |
| Bessy G Blum | |
|    Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0416-1 | User: admin | Page 1 of 4 |
| Date Rcvd: Jun 11, 2025 | Form ID: pdfall | Total Noticed: 54 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 13, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/db | + | Seth L Blum, Bessy G Blum, 3317 Woodvalley Rd, Pikesville, MD 21208-1956 |
| cr | + | Lakeview Loan Servicing, LLC c/o Nationstar Mortga, BWW Law Group, LLC, 6003 Executive Blvd, Suite 101, Rockville, MD 20852-3813 |
| cr | + | Peter Elmo, c/o Richard Hackerman, 3635 Old Court Road Suite 208, Baltimore, MD 21208-3906 |
| cr | + | Presidential Bank, FSB, Mahdavi, Bacon, Halfhill & Young, PLLC, 11350 Random Hills Rd., Suite 700, Fairfax, VA 22030, UNITED STATES 22030-6044 |
| 32741949 | + | Blanca Amaya, 8450 Loch Raven Blvd, Towson, MD 21286-8121 |
| 32741957 | + | Kagan Stern Marinello & Beard, LLC, 238 West St, Annapolis, MD 21401-3424 |
| 32844175 | + | Lakeview Loan Servicing, Eric VandeLinde, BWW Law Group, LLC, 6003 Executive Blvd, Suite 101, Rockville, MD 20852-3813 |
| 32741958 | + | Lewicky OConnor Hunt & Meiser LLC, 8110 Maple Lawn Blvd Suite 160, Fulton, MD 20759-2694 |
| 32785104 | + | Lewicky, O'Connor, Hunt & Meiser, LLC, 8110 Maple Lawn Blvd., Ste. 160, Fulton, MD 20759-2693 |
| 32741959 | + | Merrill Thomas, 241 QUIET CREEK DRIVE, Gettysburg, PA 17325-9501 |
| 32798707 | #+ | Merrill Thomas, Manning Gross + Massenburg LLP, 1007 N. Orange Street, Suite 711, 7th Floor, WILMINGTON, DE 19801-1266 |
| 32741961 | + | Peter Elmo, 2706 Hunting Ridge Court, Baldwin, MD 21013-9121 |
| 32741962 | + | Presidential Bank, 4520 East West Hwy, Bethesda, MD 20814-3365 |
| 32804747 | + | Presidential Bank, FSB, Attn: Commercial Lending, 4520 East-West Hwy., Bethesda, MD 20814-3365 |
| 32741963 | + | Richard Jay Hackerman, 3635 OLD COURT RD, STE 208, Pikesville, MD 21208-3906 |
| 32798706 | #+ | Ryan A. Patino, Manning Gross + Massenburg LLP, 1007 N. Orange Street, Suite 711, 7th Floor, WILMINGTON, DE 19801-1266 |
| 32797960 | + | Sailfish Servicing, LLC, Nationstar Mortgage LLC, ATTN: Bankruptcy Dept., PO Box 619096, Dallas, TX 75261-9096 |
| 32835065 | + | Sailfish Servicing, LLC C/O Nationstar Mortgage LL, Eric VandeLinde, BWW Law Group, LLC, 6003 Executive Blvd, Suite 101, Rockville, MD 20852-3813 |
| 32741968 | + | US Attorney, 36 S Charles St, Baltimore, MD 21201-2692 |
| 32741971 | #+ | WILLIAM B LARSON JR.,, MANNING GROSS + MASSENBURG LLP, 1007 N. ORANGE STREET #711, Wilmington, DE 19801-1266 |

TOTAL: 20

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| | + | Email/Text: ustpregion04.ba.ecf@usdoj.gov | Jun 11 2025 19:43:00 | U.S. Trustee, 101 W. Lombard ST., Ste. 2625, Baltimore, MD 21201-2668 |
| 32772303 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 11 2025 19:58:18 | Affirm, Inc., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 32741945 | + | Email/PDF: bncnotices@becket-lee.com | Jun 11 2025 19:44:49 | American Express, PO Box 981535, El Paso, TX 79998-1535 |
| 32769316 | | Email/PDF: bncnotices@becket-lee.com | Jun 11 2025 19:44:24 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 32741946 | + | Email/Text: collections@affcu.org | Jun 11 2025 19:42:00 | Atlantic Financial FCU, 40 Schilling Road, Hunt Valley, MD 21031-1415 |
| 32798065 | + | Email/Text: bankruptcy@silvermanlegal.com | Jun 11 2025 19:42:00 | Atlantic Financial Federal Credit Union, c/o Silverman Theologou, LLP, 11200 Rockville Pike, |

| District/off: 0416-1 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jun 11, 2025 | Form ID: pdfall | Total Noticed: 54 |

| | | | |
|---|---|---|---|
| | | | Suite 520, N. Bethesda, MD 20852-7105 |
| 32741947 | + Email/Text: vci.bkcy@vwcredit.com | Jun 11 2025 19:43:00 | Audi Financial, 1401 Franklin Blvd, Libertyville, IL 60048-4460 |
| 32741948 | + Email/Text: creditcardbkcorrespondence@bofa.com | Jun 11 2025 19:40:00 | Bank of America, PO Box 15284, Wilmington, DE 19850-5284 |
| 32741953 | Email/Text: Bankruptcymail@marylandtaxes.gov | Jun 11 2025 19:41:00 | Comptroller of Maryland, 7 St Paul St, Baltimore, MD 21202 |
| 32741950 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 11 2025 19:45:21 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 32768419 | + Email/PDF: ebn_ais@aisinfo.com | Jun 11 2025 19:44:29 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 32741951 | + Email/PDF: ais.chase.ebn@aisinfo.com | Jun 11 2025 19:58:12 | Chase, PO Box 15298, Wilmington, DE 19850-5298 |
| 32741952 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 11 2025 19:45:19 | Citibank NA, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 32741954 | Email/Text: mrdiscen@discover.com | Jun 11 2025 19:41:00 | Discover, PO Box 30943, Salt Lake City, UT 84130 |
| 32768768 | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 11 2025 19:42:00 | Department of the Treasury, Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 32790535 | Email/Text: mrdiscen@discover.com | Jun 11 2025 19:41:00 | Discover Bank, P.O. Box 3025, New Albany, OH 43054-3025 |
| 32741955 | + Email/Text: nsm_bk_notices@mrcooper.com | Jun 11 2025 19:41:00 | Flagstar Bank, 5151 Corporate Dr, Troy, MI 48098-2639 |
| 32762957 | + Email/Text: JPMCBKnotices@nationalbankruptcy.com | Jun 11 2025 19:41:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 32798532 | + Email/Text: nsm_bk_notices@mrcooper.com | Jun 11 2025 19:41:00 | Lakeview Loan Servicing, LLC, Nationstar Mortgage LLC, ATTN: Bankruptcy Dept., PO Box 619096, Dallas, TX 75261-9096 |
| 32741960 | + Email/Text: nsm_bk_notices@mrcooper.com | Jun 11 2025 19:41:00 | Mr. Cooper, 800 State Hwy 121 Bypass, Lewisville, TX 75067-4180 |
| 32793972 | + Email/Text: ext_ebn_inbox@navyfederal.org | Jun 11 2025 19:43:00 | NAVY FEDERAL CREDIT UNION, P. O. BOX 3000, MERRIFIELD, VA 22119-3000 |
| 32839448 | + Email/Text: ecfbnc@aldridgepite.com | Jun 11 2025 19:42:00 | Nationstar Mortgage LLC, Todd S. Garan, ALDRIDGE PITE, LLP, 3333 Camino del Rio South, Suite 225, San Diego, CA 92108-3808 |
| 32741964 | + Email/Text: mtgbk@shellpointmtg.com | Jun 11 2025 19:41:00 | Shellpoint Mortgage, PO Box 10826, Greenville, SC 29603-0826 |
| 32741965 | + Email/Text: evanb@signaturefcu.org | Jun 11 2025 19:43:00 | Signature FCU, 12 Herbert St,, Alexandria, VA 22305-2628 |
| 32741966 | + Email/Text: bankruptcynotices@sba.gov | Jun 11 2025 19:41:00 | Small Business Administration, 409 3rd St., SW, Washington, DC 20416-0002 |
| 32826702 | + Email/Text: ecfbnc@aldridgepite.com | Jun 11 2025 19:42:00 | Todd S. Garan, ALDRIDGE PITE, LLP, 3333 Camino del Rio South, Suite 225, San Diego, CA 92108-3808 |
| 32761928 | + Email/Text: bankruptcy@bbandt.com | Jun 11 2025 19:42:00 | Truist Bank, Attn: Support Services, P.O. Box 85092, Richmond, VA 23286-0001 |
| 32741967 | + Email/Text: bankruptcy@bbandt.com | Jun 11 2025 19:42:00 | Truist Bank/Lightstream, 150 S Stratford Rd, Winston Salem, NC 27104-4227 |
| 32789196 | + Email/Text: VWBKNotices@nationalbankruptcy.com | Jun 11 2025 19:41:00 | VW Credit, Inc., PO Box 9013, Addison, Texas 75001-9013 |

| District/off: 0416-1 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jun 11, 2025 | Form ID: pdfall | Total Noticed: 54 |

| | | | | |
|---|---|---|---|---|
| 32797983 | + | Email/PDF: ebn_ais@aisinfo.com | | |
| | | | Jun 11 2025 19:45:04 | Verizon by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City OK 73118-7901 |
| 32741970 | + | Email/PDF: BankruptcynoticesExceptions@wellsfargo.com | | |
| | | | Jun 11 2025 19:45:03 | Wells Fargo, PO Box 522, Des Moines, IA 50306-0522 |
| 32741969 | + | Email/PDF: BankruptcynoticesCCSBKOperations@wellsfargo.com | | |
| | | | Jun 11 2025 19:44:33 | Wells Fargo, PO Box 10347, Des Moines, IA 50306-0347 |
| 32766147 | + | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | | |
| | | | Jun 11 2025 19:45:20 | Wells Fargo Bank, N.A., 435 Ford Road, Suite 300, St. Louis Park, MN 55426-4927 |
| 32767660 | | Email/PDF: BankruptcynoticesCCSBKOperations@wellsfargo.com | | |
| | | | Jun 11 2025 19:45:21 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 34

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Nationstar Mortgage LLC |
| cr | | Nationstar Mortgage LLC |
| 32769318 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 32769319 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 32741956 | *+ | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 32763882 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 32763887 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 32763891 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 32763966 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 32763967 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 32765068 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 32765071 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 32793977 | *+ | Navy Federal Credit Union, P.O. Box 3000, Merrifield, VA 22119-3000 |

TOTAL: 2 Undeliverable, 11 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| Date: Jun 13, 2025 | Signature: | /s/Gustava Winters |
|---|---|---|

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 11, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|

| | | |
|---|---|---|
| District/off: 0416-1 | User: admin | Page 4 of 4 |
| Date Rcvd: Jun 11, 2025 | Form ID: pdfall | Total Noticed: 54 |

Daniel M. Press
    dpress@chung-press.com pressdm@gmail.com,danpress@recap.email

Eric VandeLinde
    eric.vandelinde@bww-law.com

Hugh M. (UST) Bernstein
    hugh.m.bernstein@usdoj.gov

Jonathan E. Levine
    jlevine@mbhylaw.com

Monique Desiree Almy
    malmy@crowell.com cbest@crowell.com,malmy@ecf.axosfs.com,monique-almy-7127@ecf.pacerpro.com

Richard J Hackerman
    Richard@RichardHackerman.com 6923530420@filings.docketbird.com,Hackerman.RichardR106256@notify.bestcase.com

US Trustee - Baltimore
    USTPRegion04.BA.ECF@USDOJ.GOV

TOTAL: 7

Entered: June 11th, 2025
Signed: June 10th, 2025

**SO ORDERED**

THE HEARING SHALL BE HELD ON JULY 8, 2025 AT 11:30 A.M..



Nancy V. Alquist
**NANCY V. ALQUIST**
**U. S. BANKRUPTCY JUDGE**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
### at Baltimore

In re:   Case No.: **25−10005 − NVA**   Chapter: **11**

**Seth L Blum and**
**Bessy G Blum**
Debtors

## ORDER AND NOTICE OF A HEARING ON MOTION TO CONVERT CASE TO CHAPTER 7 OR IN THE ALTERNATIVE, TO DISMISS CASE

U.S. Trustee having filed Motion to Convert Case to Chapter 7 or in the alternative, to dismiss case it is, pursuant to Federal Bankruptcy Rule 2002(a) and Local Bankruptcy Rule 2002−1(i), by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that a hearing upon Motion to Convert Case to Chapter 7 or in the alternative, to dismiss case will be held on the date and time set forth above, in person in Courtroom 2-A and it is further

ORDERED, that if no objection is filed by any party in interest to U.S. Trustee 's Motion to Convert Case to Chapter 7 or in the alternative, to dismiss case within fourteen (14) days after the date a copy of this Order is served, the U.S. Trustee's Motion to Convert Case to Chapter 7 or in the alternative, to dismiss case may be granted without a hearing.

cc:   Debtor

   Attorney for Debtor − Daniel M. Press
   Case Trustee − Monique Desiree Almy
   U.S. Trustee
   All creditors and parties in interest

### End of Order

15x21 (rev. 05/02/2017) − ShannonMcKenna