# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | |
|---|---|
| In re<br><br>**SETH L. BLUM and BESSY G. BLUM**<br><br>Debtors | Bankruptcy Case: 25-10005-NVA<br><br>Chapter 11 |

## LINE WITHDRAWING THE UNITED STATES TRUSTEE'S MOTION TO CONVERT CASE TO CHAPTER 7 OR, IN THE ALTERNATIVE, TO DISMISS CASE

Matthew W. Cheney, Acting United States Trustee for Region Four, which includes the District of Maryland, Baltimore Division (the "United States Trustee"), in furtherance of the administrative responsibilities imposed pursuant to 28 U.S.C. § 586(a), hereby withdraws the Motion to Convert Case to Chapter 7 or, in the Alternative, to Dismiss Case, filed on June 9, 2025, as document 55. Debtors have cured the deficiencies upon which the motion was based.

Respectfully submitted,

Dated: June 23, 2025

Matthew W. Cheney
Acting United States Trustee for Region Four

By: */s/ Hugh M. Bernstein*
Hugh M. Bernstein
Fed. Bar No.: 23489
United State Department of Justice
101 West Lombard Street
Baltimore, Maryland 21201
(410) 962-4300
E-mail: hugh.m.bernstein@usdoj.gov

- 2 -

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on June 23, 2025, a copy of the foregoing document was filed electronically in the United States Bankruptcy Court for the District of Maryland and that according to the Court's ECF records, electronic notice of this motion should be provided to the following persons:

- **Monique Desiree Almy     malmy@crowell.com, cbest@crowell.com;malmy@ecf.axosfs.com;monique-almy-7127@ecf.pacerpro.com**
- **Hugh M. (UST) Bernstein     hugh.m.bernstein@usdoj.gov**
- **Richard J Hackerman     Richard@RichardHackerman.com, 6923530420@filings.docketbird.com;Hackerman.RichardR106256@notify.bestcase.com**
- **Jonathan E. Levine     jlevine@mbhylaw.com**
- **Daniel M. Press     dpress@chung-press.com, pressdm@gmail.com;danpress@recap.email**
- **US Trustee - Baltimore     USTPRegion04.BA.ECF@USDOJ.GOV**
- **Eric VandeLinde     eric.vandelinde@bww-law.com**

                                             */s/ Hugh M. Bernstein*
                                             Hugh M. Bernstein