

Nancy V. Alquist
**NANCY V. ALQUIST**
**U. S. BANKRUPTCY JUDGE**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

| | |
|---|---|
| In re:<br><br>SETH L BLUM and BESSY G BLUM,<br><br>Debtors. | CASE NO.   25-10005-NVA<br><br>CHAPTER 11 (Subchapter V) |

**AMENDED ORDER SETTING
(I) HEARING ON PLAN CONFIRMATION AND (II) DEADLINES FOR
(A) SUBMITTING ACCEPTANCES OR REJECTIONS OF THE PLAN &
(B) FILING WRITTEN OBJECTIONS TO THE PLAN,
COMBINED WITH NOTICE OF THE FOREGOING**

The above-captioned debtor and debtor-in-possession (the "Debtor") has elected to proceed with this case under Subchapter V of Chapter 11 of Title 11 of the United States Code.  The Debtor has filed an amended Plan of Reorganization **[ECF No. 66]**.

The Court enters this *Amended Order Setting Hearing on Plan Confirmation and Setting Deadlines for (I) Submitting Acceptances or Rejections of the Plan and (II) Filing Written Objections to the Plan, Combined with Notice of the Foregoing* to facilitate the efficient administration of this case and to ensure adequate and proper notice to all affected parties. Accordingly, IT IS ORDERED:

1. <u>Confirmation Hearing</u>. The Court shall hold an **IN-PERSON** hearing on confirmation of the Debtor's Plan of Reorganization on **August 29, 2025** at **11:00 a.m.**, in Courtroom 2A, United States Bankruptcy Court for the District of Maryland, 101 West Lombard Street, Baltimore, MD 21201.

2. <u>Service of Plan Documents</u>.  On or before **July 28, 2025**, the Debtor shall serve a copy of this Order, the Debtor's plan of reorganization, and a ballot conforming to Official Form 314 on all creditors, equity security holders, other parties in interest, the Subchapter V Trustee, and the United States Trustee, as provided in Federal Rule of Bankruptcy Procedure 3017(d).  *The Debtor's attorney shall thereafter promptly file a certificate of service with the Court*.

3. <u>Plan Supplement</u>. If applicable, the Debtor shall file and serve its Plan Supplement (as defined in the Plan) on or before **July 28, 2025**. *The Debtor's attorney shall thereafter promptly file a certificate of service with the Court*.

4. <u>Objections to Plan</u>. **August 18, 2025** is the deadline for filing and serving written objections to confirmation of the Debtor's plan of reorganization pursuant to Federal Rules of Bankruptcy Procedure 2002(b) and 3020(b)(1). *Any party in interest objecting to the Debtor's plan of reorganization, including the proposed treatment of any claim or interest under the plan, must file and serve a timely objection in accordance with this Order and the applicable rules*.

5. <u>Voting on Plan</u>. **August 18, 2025** is the deadline for submitting written acceptances or rejections of the Debtor's plan of reorganization. Acceptances and rejections must be submitted such that they are **RECEIVED** by Debtor's attorney by **August 18, 2025**. If a ballot is received after this deadline, it is within the Debtor's discretion as to whether to include such ballot in its tally of ballots or as otherwise ordered by the Court. Acceptances and rejections must be submitted to the Debtor's attorney at the following address:

    **Daniel M. Press**
    **Chung & Press, P.C.**
    **6718 Whittier Ave., Ste. 200**
    **McLean, VA 22101**

6. <u>Tally of Ballots</u>. On or before **August 25, 2025**, the Debtor shall file and serve a tally of ballots.

cc:   Debtor
      Debtor's Counsel

**END OF ORDER**

2