United States Bankruptcy Court
District of Maryland

| | |
|---|---|
| In re: | Case No. 25-10005-NVA |
| Seth L Blum | Chapter 11 |
| Bessy G Blum | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0416-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Jul 16, 2025 | Form ID: pdfparty | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 18, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/db | + | Seth L Blum, Bessy G Blum, 3317 Woodvalley Rd, Pikesville, MD 21208-1956 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 18, 2025        Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 15, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Daniel M. Press | dpress@chung-press.com  pressdm@gmail.com,danpress@recap.email |
| Eric VandeLinde | eric.vandelinde@bww-law.com  bankruptcy@bww-law.com |
| Hugh M. (UST) Bernstein | hugh.m.bernstein@usdoj.gov |
| Jonathan E. Levine | jlevine@mbhylaw.com |
| Monique Desiree Almy | malmy@crowell.com  cbest@crowell.com,malmy@ecf.axosfs.com,monique-almy-7127@ecf.pacerpro.com |
| Richard J Hackerman | Richard@RichardHackerman.com  6923530420@filings.docketbird.com,Hackerman.RichardR106256@notify.bestcase.com |

District/off: 0416-1 | User: admin | Page 2 of 2
Date Rcvd: Jul 16, 2025 | Form ID: pdfparty | Total Noticed: 1

US Trustee - Baltimore
                USTPRegion04.BA.ECF@USDOJ.GOV

TOTAL: 7

Entered: July 15th, 2025
Signed: July 15th, 2025
**SO ORDERED**



NANCY V. ALQUIST
U. S. BANKRUPTCY JUDGE

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

| | |
|---|---|
| In re:<br><br>SETH L BLUM and BESSY G BLUM,<br><br>Debtors. | CASE NO.   25-10005-NVA<br><br>CHAPTER 11 (Subchapter V) |

**AMENDED ORDER SETTING
(I) HEARING ON PLAN CONFIRMATION AND (II) DEADLINES FOR
(A) SUBMITTING ACCEPTANCES OR REJECTIONS OF THE PLAN &
(B) FILING WRITTEN OBJECTIONS TO THE PLAN,
COMBINED WITH NOTICE OF THE FOREGOING**

The above-captioned debtor and debtor-in-possession (the "Debtor") has elected to proceed with this case under Subchapter V of Chapter 11 of Title 11 of the United States Code.  The Debtor has filed an amended Plan of Reorganization **[ECF No. 66]**.

The Court enters this *Amended Order Setting Hearing on Plan Confirmation and Setting Deadlines for (I) Submitting Acceptances or Rejections of the Plan and (II) Filing Written Objections to the Plan, Combined with Notice of the Foregoing* to facilitate the efficient administration of this case and to ensure adequate and proper notice to all affected parties. Accordingly, IT IS ORDERED:

1. Confirmation Hearing. The Court shall hold an **IN-PERSON** hearing on confirmation of the Debtor's Plan of Reorganization on **August 29, 2025** at **11:00 a.m.**, in Courtroom 2A, United States Bankruptcy Court for the District of Maryland, 101 West Lombard Street, Baltimore, MD 21201.

2. Service of Plan Documents.  On or before **July 28, 2025**, the Debtor shall serve a copy of this Order, the Debtor's plan of reorganization, and a ballot conforming to Official Form 314 on all creditors, equity security holders, other parties in interest, the Subchapter V Trustee, and the United States Trustee, as provided in Federal Rule of Bankruptcy Procedure 3017(d).  ***The Debtor's attorney shall thereafter promptly file a certificate of service with the Court***.

3.  <u>Plan Supplement</u>.  If applicable, the Debtor shall file and serve its Plan Supplement (as defined in the Plan) on or before **July 28, 2025**.  *The Debtor's attorney shall thereafter promptly file a certificate of service with the Court*.

4.  <u>Objections to Plan</u>.  **August 18, 2025** is the deadline for filing and serving written objections to confirmation of the Debtor's plan of reorganization pursuant to Federal Rules of Bankruptcy Procedure 2002(b) and 3020(b)(1).  *Any party in interest objecting to the Debtor's plan of reorganization, including the proposed treatment of any claim or interest under the plan, must file and serve a timely objection in accordance with this Order and the applicable rules*.

5.  <u>Voting on Plan</u>.  **August 18, 2025** is the deadline for submitting written acceptances or rejections of the Debtor's plan of reorganization.  Acceptances and rejections must be submitted such that they are **RECEIVED** by Debtor's attorney by **August 18, 2025**.  If a ballot is received after this deadline, it is within the Debtor's discretion as to whether to include such ballot in its tally of ballots or as otherwise ordered by the Court.  Acceptances and rejections must be submitted to the Debtor's attorney at the following address:

    **Daniel M. Press**
    **Chung & Press, P .C.**
    **6718 Whittier Ave., Ste. 200**
    **McLean, VA 22101**

6.  <u>Tally of Ballots</u>.  On or before **August 25, 2025**, the Debtor shall file and serve a tally of ballots.

cc:  Debtor
     Debtor's Counsel

**END OF ORDER**

2