UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND
Baltimore Division

---------------------------------------------------------------X
In re:                                           :     Chapter 11 (Subchapter V)
                                                 :
**Seth L Blum and Bessy G Blum**                 :     Case No.  25-10005
                                                 :
      **Debtors.**   :
                                                 :
---------------------------------------------------------------X

### APPLICATION FOR ORDER AUTHORIZING THE EMPLOYMENT OF ADAM ASK AND NORTHROP REALTY AS REAL ESTATE AGENT FOR THE DEBTOR

    **Seth L Blum and Bessy G Blum**, debtors in possession (the "Debtors"), submit this application (the "Application") pursuant to section 327(a) of title 11 of the United States Code (the "Bankruptcy Code") and Federal Rule of Bankruptcy Procedure (the "Bankruptcy Rules") 2014(a) for an order authorizing the Debtor to employ and retain ADAM ASK of NORTHROP REALTY ("AGENT") as their Delaware REAL ESTATE AGENT in this chapter 11 case.  In support of this Application, the Debtors respectfully represent to this Honorable Court as follows:

    1.    On January 1, 2025, this case was commenced by the filing of a voluntary petition for relief under chapter 11, Subchapter V, of the Bankruptcy Code in the United States Bankruptcy Court for the District of Maryland (the "Bankruptcy Court").

    2.    The Debtors are Maryland residents who own a beach home in Delaware that will need to be sold to pay creditors.

    3.    The Debtors desire to retain and employ AGENT pursuant to section 327(a) of the

Bankruptcy Code and Bankruptcy Rule 2014(a) to perform REAL ESTATE services in these proceedings.

4. The Debtors believe that AGENT is well-qualified to act on behalf of the Debtors, having ample experience in the sale of real estate of this nature.

5. As set forth in the Affidavit of ADAM ASK (the "Affidavit"), annexed hereto and made a part hereof, AGENT represents no interest adverse to the estate regarding the matters upon which he is to be engaged, and is "disinterested" as such term is defined in section 101(14) of the Bankruptcy Code. AGENT will not, while retained by the Debtors, represent any other party in interest in connection with this case.

6. AGENT does not have any connection with the Debtors (other than as their real estate agent), their affiliates, partners, creditors, or, any other party in interest, the United States trustee, or any person employed in the office of the United States trustee.

7. The employment of AGENT is in the best interests of the Debtors, their creditors and the estate.

8. AGENT will charge fees and expenses incurred in these proceedings based on the normal rates charged by AGENT for similar clients, i.e., a 2.5% seller agent commission. (Buyer's agent's commissions in Delaware are included in the sale contract but typically paid by the seller.)

WHEREFORE, the Debtors request that they be authorized to retain and employ ADAM ASK of NORTHROP REALTY as their Delaware real estate agent with

respect to this case pursuant to section 327(a) of the Bankruptcy Code and Bankruptcy Rule 2014(a), and for such other relief as the Court deems just and proper.

Dated:   July 22, 2025.

                                                    Respectfully submitted,

                                                    /s/ Daniel M. Press
                                                  Daniel M. Press, #07300
                                                  Chung & Press, P.C.
                                                  6718 Whittier Ave., Suite 200
                                                  McLean, VA 22101
                                                  (703) 734-3800
                                                  (703) 734-0590 fax
                                                  dpress@chung-press.com

## CERTIFICATE OF SERVICE

This is to certify that on this 25th day of July, 2025, I caused the foregoing document to be served on upon all parties requesting notice by CM/ECF, to:

Monique Desiree Almy malmy@crowell.com,
cbest@crowell.com,
malmy@ecf.axosfs.com,
monique-almy-7127@ecf.pacerpro.com

Hugh M. (UST) Bernstein hugh.m.bernstein@usdoj.gov

Richard J Hackerman Richard@RichardHackerman.com,
6923530420@filings.docketbird.com,
Hackerman.RichardR106256@notify.bestcase.com

Jonathan E. Levine jlevine@mbhylaw.com

Daniel M. Press dpress@chung-press.com,
pressdm@gmail.com,
danpress@recap.email

US Trustee - Baltimore USTPRegion04.BA.ECF@USDOJ.GOV

Eric VandeLinde eric.vandelinde@bww-law.com,
bankruptcy@bww-law.com

                                                  /s/ Daniel M. Press