dotloop signature verification: dtlp.us/FGUn-L7pG-8JVS



# ADDENDUM TO CONTRACT OF SALE



Addendum # _____ dated _____07/21/2025_____ to Contract of Sale dated _____07/03/2025_____

between Buyer _____Robert  L  Hix_____  _____Jennifer  A  Hix_____

and Seller _____Seth    Blum_____  _____Bessy    Blum_____

for Property known as _____11486  Sand Cove rd_____  _____Selbyville  DE  19975_____

NOW, THEREFORE, IT IS MUTUALLY AGREED THAT THE FOLLOWING PROVISIONS BE ADDED:

**The parties agree that $15,000 shall be credited to buyers at settlement to satisfy home inspection requests for repairs and that this addendum satisfies the home inspection contingency.**

All other items and conditions of this contract remain in full force and effect.

_Jennifer Aimee Hix_   dotloop verified 07/21/25 5:34 PM EDT ZZ50-K24H-TUKZ-BT2D
Buyer                                                                 Date

Seller (DocuSigned by: FA43FFA996D64ED...)   7/21/2025
                                                                      Date

_Robert Lowell Hix, 3rd_   dotloop verified 07/21/25 5:35 PM EDT H2FQ-40MK-XXGU-L55G
Buyer                                                                 Date

Seller (Signed by: _Seth Blum_ E749855CA92F422...)   7/21/2025
                                                                      Date

LF032                                                                 8/19