UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND
Baltimore Division

```
-----------------------------------------------------------X
In re:                                          :     Chapter 11 (Subchapter V)
                                                :
Seth L Blum and Bessy G Blum                    :     Case No.  25-10005
                                                :
                Debtors.                        :
                                                :
-----------------------------------------------------------X
```

**ORDER APPROVING CONTRACT TO SELL REAL ESTATE AND AUTHORIZING SALE OF REAL PROPERTY; AND PAYMENT OF REAL ESTATE AGENT**

THIS MATTER came on before the Court upon the **MOTION FOR ORDER APPROVING CONTRACT TO SELL REAL ESTATE AND AUTHORIZING SALE OF REAL PROPERTY FREE AND CLEAR OF LIENS AND INTERESTS OF PETER ELMO; AND TO PAY REAL ESTATE AGENT** (the "Sale Motion") filed by the debtors/debtors in possession herein; and it

APPEARING TO THE COURT that service of the Sale Motion was proper and that good cause exists to grant the relief requested in the Motion; it is therefore

ORDERED that the *Motion* be, and it hereby is, GRANTED; and it is

FURTHER ORDERED that all of the terms and conditions of the Motion and Sale Contract are APPROVED and the Debtors may convey the Property at 11486 W Sand Cove Rd, Selbyville DE (the "Property") to Purchasers, free and clear of the liens, claims, encumbrances and interests of Peter Elmo as provided therein, with all such liens, claims, encumbrances and interests attaching to the proceeds of sale in the same order of priority as they attached prepetition to the Property, and disbursing from the proceeds of sale at closing funds necessary to pay all of seller's closing costs, including the 2.5 % seller (5% total) real estate commissions as set forth in the Sale Motion, which are hereby APPROVED, and including adjustment of real estate taxes to the date of settlement; and that the Debtor is authorized to take any and all actions reasonably calculated to consummate the sale of the Property to the Purchasers, including but not limited to the execution of a special warranty deed or other instrument of conveyance; and it is

FURTHER ORDERED that the claim of Presidential Bank shall be paid in full at closing; and it is

FURTHER ORDERED that the net proceeds shall be held by the Debtors in a separate segregated DIP account, subject to further order of this Court; and it is

FURTHER ORDERED that the sale shall be free and clear of the claims and liens of:

A.  Presidential Bank, as the lien is being paid and satisfied in full.

B.  Peter Elmo, in that the lien appears to be avoidable under 11 U.S.C. § 547 and 550 and is therefore in bona fide dispute (11 U.S.C. § 363(f)(4)).

FURTHER ORDERED that this Court retains jurisdiction over any dispute as to the amount due to any secured creditor or the terms of this Order; and it is

FURTHER ORDERED that the Debtor shall file with the Court a report of sale on or before 30 days after the sale, with service on the United States Trustee; and it is

FURTHER ORDERED that this Order is effective immediately upon entry, and shall not be subject to the 14-day stay provided in Bankr. Rule 6004(h).

Copies by CM/ECF to:

Counsel for Debtor
Subchapter V Trustee
US Trustee
Counsel for Peter Elmo

END OF ORDER