IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Baltimore Division

-------------------------------------------------------------X
In re:                                              :         Chapter 11 (Subchapter V)
                                                    :
**Seth L Blum and Bessy G Blum**                    :         Case No.  25-10005
                                                    :
         Debtors.                                   :
                                                    :
-------------------------------------------------------------X

## MOTION TO SHORTEN TIME AND/OR REQUEST FOR EXPEDITED HEARING

The Movant requests that the Court shorten the time to object to the motion or other paper identified herein in accordance with Local Bankruptcy Rule 9013-7 and for the reasons explained below. If a timely objection is filed or the Court otherwise finds a hearing necessary, the Movant requests that the Court set a hearing on the motion or other paper on the date requested below or as soon as reasonably practicable.

Title of Motion or Other Paper: MOTION FOR ORDER APPROVING CONTRACT TO SELL REAL ESTATE AND AUTHORIZING SALE OF REAL PROPERTY FREE AND CLEAR OF LIENS AND INTERESTS OF PETER ELMO; AND TO PAY REAL ESTATE AGENT

Requested Objection Deadline: August 5, 2025

Requested Hearing Date: August 7, 2025 (by zoom)

Reasons for Request:  Contractual requirement to close by August 8.  Debtors attempted to have buyers extend the deadline, but their rate lock would expire.

Parties affected by the relief requested in the Motion or Other Paper: All, but particularly Peter Elmo (represented by Richard Hackerman, served by CM/ECF).

[X]  I hereby certify that the reduction of the time period is not prohibited under Fed. R. Bankr. P 9006(c)(1).

                                    Respectfully submitted,

                                /s/ Daniel M. Press
                                    Daniel M. Press, #07300
                                    Chung & Press, P.C.
                                    6718 Whittier Ave., Suite 200
                                    McLean, VA 22101
                                    (703) 734-3800

(703) 734-0590 fax
dpress@chung-press.com

## CERTIFICATE OF SERVICE

This is to certify that on this 28th day of July, 2025, I caused the foregoing document to be served on upon the US Trustee, the Subchapter V Trustee, and all parties requesting notice by CM/ECF, to:

Monique Desiree Almy malmy@crowell.com, cbest@crowell.com, malmy@ecf.axosfs.com, monique-almy-7127@ecf.pacerpro.com

Hugh M. (UST) Bernstein hugh.m.bernstein@usdoj.gov

Richard J Hackerman Richard@RichardHackerman.com, 6923530420@filings.docketbird.com, Hackerman.RichardR106256@notify.bestcase.com

Jonathan E. Levine jlevine@mbhylaw.com

US Trustee - Baltimore USTPRegion04.BA.ECF@USDOJ.GOV

Eric VandeLinde eric.vandelinde@bww-law.com, bankruptcy@bww-law.com

And by first class mail to Peter Elmo all other creditors and parties in interest, as set forth on the attached matrix.

_/s/ Daniel M. Press_____