Entered: July 29th, 2025
Signed: July 29th, 2025

**SO ORDERED**

ANY RESPONSE TO THE MOTION TO SELL [ECF NO. 72] MUST BE FILED BY AUGUST 5, 2025. IF NECESSARY, THE COURT WILL SET AN EXPEDITED HEARING BY SEPARATE NOTICE.



NANCY V. ALQUIST
U. S. BANKRUPTCY JUDGE

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### Baltimore Division

------------------------------------------------------------X
In re:                                           :      Chapter 11 (Subchapter V)
                                                 :
Seth L Blum and Bessy G Blum                     :      Case No.  25-10005
                                                 :
        Debtors.                                 :
                                                 :
------------------------------------------------------------X

**ORDER GRANTING MOTION TO SHORTEN TIME
AND/OR REQUEST FOR EXPEDITED HEARING**

Having considered the Movant(s)' Motion to Shorten Time and/or Request for Expedited Hearing, it appearing that cause exists to grant the relief requested, and pursuant to Local Bankruptcy Rule 9013-7, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the time to object to the MOTION FOR ORDER APPROVING CONTRACT TO SELL REAL ESTATE AND AUTHORIZING SALE OF REAL PROPERTY FREE AND CLEAR OF LIENS AND INTERESTS OF PETER ELMO; AND TO PAY REAL ESTATE AGENT is shortened to the date and time set forth above; and it is further

ORDERED, that a hearing upon the MOTION FOR ORDER APPROVING CONTRACT TO SELL REAL ESTATE AND AUTHORIZING SALE OF REAL PROPERTY FREE AND CLEAR OF LIENS AND INTERESTS OF PETER ELMO; AND TO PAY REAL ESTATE

AGENT will be held on the date and time set forth above **BY ZOOM** or if no date is set forth above, *a separate Notice or Order of this Court may be issued*; and it is further

ORDERED, that the Movant shall serve by overnight delivery, electronic mail, or facsimile a copy of the MOTION FOR ORDER APPROVING CONTRACT TO SELL REAL ESTATE AND AUTHORIZING SALE OF REAL PROPERTY FREE AND CLEAR OF LIENS AND INTERESTS OF PETER ELMO; AND TO PAY REAL ESTATE AGENT and this Order on the affected parties identified in the Motion to Shorten Time and/or Request for Expedited Hearing (i.e., upon Peter Elmo) and file the applicable Certificate of Service within one day of entry of this Order; and it is further

ORDERED, that if no objection is filed by any party in interest to the MOTION FOR ORDER APPROVING CONTRACT TO SELL REAL ESTATE AND AUTHORIZING SALE OF REAL PROPERTY FREE AND CLEAR OF LIENS AND INTERESTS OF PETER ELMO; AND TO PAY REAL ESTATE AGENT, the MOTION FOR ORDER APPROVING CONTRACT TO SELL REAL ESTATE AND AUTHORIZING SALE OF REAL PROPERTY FREE AND CLEAR OF LIENS AND INTERESTS OF PETER ELMO; AND TO PAY REAL ESTATE AGENT may be granted without further notice or hearing.

cc:   Debtor's Counsel
      U.S. Trustee
      Subchapter V Trustee

**END OF ORDER**