**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MARYLAND**
**Baltimore Division**

----------------------------------------------------------------X
**In re:**                                              :        **Chapter 11 (Subchapter V)**
                                                        :
**Seth L Blum and Bessy G Blum**                        :        **Case No.  25-10005**
                                                        :
            **Debtors.**                                :
                                                        :
----------------------------------------------------------------X


CERTIFICATE OF SERVICE

     This is to certify that on this 29th day of July, 2025, I caused to be served on all creditors and parties in interest, the ORDER GRANTING MOTION TO SHORTEN TIME AND/OR REQUEST FOR EXPEDITED HEARING (Doc. #76); and the  MOTION FOR ORDER APPROVING CONTRACT TO SELL REAL ESTATE AND AUTHORIZING SALE OF REAL PROPERTY FREE AND CLEAR OF LIENS AND INTERESTS OF PETER ELMO; AND TO PAY REAL ESTATE AGENT (Doc. #72), by email, hand delivery, Fedex, or CM/ECF as set forth on the attached matrix, pursuant to the said Order (#76).

  /s/ Daniel M. Press
Daniel M. Press, #07300
Chung & Press, P.C.
6718 Whittier Ave., Suite 200
McLean, VA 22101
(703) 734-3800
(703) 734-0590 fax
dpress@chung-press.com

Label Matrix for local noticing
0416-1
Case 25-10005
District of Maryland
Baltimore
Mon Jul 28 17:17:19 EDT 2025

Lakeview Loan Servicing, LLC c/o Nationstar
BWW Law Group, LLC
6003 Executive Blvd, Suite 101
Rockville, MD 20852-3813
    Served on BWW by CM/ECF

Presidential Bank, FSB
Mahdavi, Bacon, Halfhill & Young, PLLC
11350 Random Hills Rd., Suite 700
Fairfax, VA 22030-6044
    By CM/ECF

Affirm, Inc.
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587
    Email to bfaliero@resurgent.com

American Express
PO Box 981535
El Paso, TX 79998-1535
    By email to counsel

American Express National Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern PA 19355-0701
    Email to kkleppinger@becket-lee.com

Atlantic Financial FCU
40 Schilling Road
Hunt Valley, MD 21031-1415
    Email to counsel

Atlantic Financial Federal Credit Union
c/o Silverman Theologou, LLP
11200 Rockville Pike, Suite 520
N. Bethesda, MD 20852-7105
    Email to jmcmurray@silvermanlegal.com>

Audi Financial
1401 Franklin Blvd
Libertyville, IL 60048-4460
    Email to
    pocquestions@bonialpc.com

Bank of America
PO Box 15284
Wilmington, DE 19850-5284
    By fax to 980-233-7070

Blanca Amaya
8450 Loch Raven Blvd
Towson, MD 21286-8121
    By hand

Capital One
PO Box 30285
Salt Lake City, UT 84130-0285
    Email to POC_AIS@aisinfo.com

Capital One, N.A.
4515 N Santa Fe Ave
Oklahoma City, OK 73118-7901
    Email to POC_AIS@aisinfo.com

Chase
PO Box 15298
Wilmington, DE 19850-5298
    Email to pocquestions@nbsdefaultservices.com

Citibank NA
PO Box 6500
Sioux Falls, SD 57117-6500
    Email to
    secure.emailhelp@citi.com

(p)COMPTROLLER OF MARYLAND
BANKRUPTCY UNIT
7 ST PAUL STREET SUITE 230
BALTIMORE MD 21202-1626
    Email to ggouel@marylandtaxes.gov

Department of the Treasury
Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346
    Email to colleen.seed@irs.gov

(p)DISCOVER FINANCIAL SERVICES LLC
PO BOX 3025
NEW ALBANY OH 43054-3025
    Email to
    mrdiscpc@discover.com

Discover Bank
P.O. Box 3025
New Albany, OH 43054-3025
    Email to mrdiscpc@discover.com

Flagstar Bank
5151 Corporate Dr
Troy, MI 48098-2639
    Email to joe.campanelli@flagstar.com

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346
    Email to colleen.seed@irs.gov

JPMorgan Chase Bank, N.A.
s/b/m/t Chase Bank USA, N.A.
c/o National Bankruptcy Services, LLC
P.O. Box 9013
Addison, Texas 75001-9013
    Email to pocquestions@nbsdefaultservices.com

Kagan Stern Marinello & Beard, LLC
238 West St
Annapolis, MD 21401-3424
    Email to info@kaganstern.com

Lakeview Loan Servicing
Eric VandeLinde
BWW Law Group, LLC
6003 Executive Blvd, Suite 101
Rockville, MD 20852-3813
    By CM/ECF

Lakeview Loan Servicing, LLC
Nationstar Mortgage LLC
ATTN: Bankruptcy Dept.
PO Box 619096
Dallas, TX 75261-9096
    CM.ECF to counsel

Lewicky OConnor Hunt & Meiser LLC
8110 Maple Lawn Blvd Suite 160
Fulton, MD 20759-2694
    Email to info@lohmlaw.com

Lewicky, O'Connor, Hunt & Meiser, LLC
8110 Maple Lawn Blvd., Ste. 160
Fulton, MD 20759-2693
    Email to info@lohmlaw.com

Merrill Thomas
241 QUIET CREEK DRIVE
Gettysburg, PA 17325-9501
    Email to counsel

Merrill Thomas
Manning Gross + Massenburg LLP
1007 N. Orange Street
Suite 711, 7th Floor
WILMINGTON, DE 19801-1266
    Email to wlarson@mgmlaw.com

Mr. Cooper
800 State Hwy 121 Bypass
Lewisville, TX 75067-4180
    By CM.ECF to counsel

NAVY FEDERAL CREDIT UNION
P. O. BOX 3000
MERRIFIELD, VA 22119-3000
  Email to
  bankruptcyspecialist@navyfederal.org

Nationstar Mortgage LLC
Todd S. Garan
ALDRIDGE PITE, LLP
3333 Camino del Rio South, Suite 225
San Diego, CA 92108-3808
  Email to tgaran@aldridgepite.com

Peter Elmo
2706 Hunting Ridge Court
Baldwin, MD 21013-9121
  By CM/ECF to counsel and
  Fedex

Presidential Bank
4520 East West Hwy
Bethesda, MD 20814-3365
  By CM/ECF to counsel

Presidential Bank, FSB
Attn: Commercial Lending
4520 East-West Hwy.
Bethesda, MD 20814-3365
  By CM/ECF to counsel

Richard Jay Hackerman
3635 OLD COURT RD
STE 208
Pikesville, MD 21208-3906
  By CM/ECF

Ryan A. Patino
Manning Gross + Massenburg LLP
1007 N. Orange Street
Suite 711, 7th Floor
WILMINGTON, DE 19801-1266
  Email to RPatino@mgmlaw.com

Sailfish Servicing, LLC
Nationstar Mortgage LLC
ATTN: Bankruptcy Dept.
PO Box 619096
Dallas, TX 75261-9096
  CM/ECF to counsel

Sailfish Servicing, LLC C/O Nationstar Mortg
Eric VandeLinde
BWW Law Group, LLC
6003 Executive Blvd, Suite 101
Rockville, MD 20852-3813
  By CM/ECF

Shellpoint Mortgage
PO Box 10826
Greenville, SC 29603-0826
  Email to loanservicing@shellpointmtg.com

Signature FCU
12 Herbert St,
Alexandria, VA 22305-2628
  Email to cumail@signaturefcu.org

Small Business Administration
409 3rd St., SW
Washington, DC 20416-0002
  Email to
  answerdesk@sba.gov

Todd S. Garan
ALDRIDGE PITE, LLP
3333 Camino del Rio South, Suite 225
San Diego, CA 92108-3808
  Email to tgaran@aldridgepite.com

Truist Bank
Attn: Support Services
P.O. Box 85092
Richmond, VA 23286-0001
  Email to DefaultBankruptcyManagement@Truist.com

Truist Bank/Lightstream
150 S Stratford Rd
Winston Salem, NC 27104-4227
  (same)

US Attorney
36 S Charles St
Baltimore, MD 21201-2692
  Email to kelly.hayes@usdoj.gov

US Trustee - Baltimore
Garmatz Federal Courthouse
101 West Lombard Street
Suite 2625
Baltimore, MD 21201-2668
  By CM/ECF

VW Credit, Inc.
PO Box 9013
Addison, Texas 75001-9013
  Email to
  pocquestions@bonialpc.com

Verizon by American InfoSource as agent
4515 N Santa Fe Ave
Oklahoma City OK 73118-7901
  Email to POC_AIS@aisinfo.com

WILLIAM B LARSON JR.,
MANNING GROSS + MASSENBURG LLP
1007 N. ORANGE STREET #711
Wilmington, DE 19801-1266
  Email to wlarson@mgmlaw.com

Wells Fargo
PO Box 10347
Des Moines, IA 50306-0347
  Email to
  PCMBankruptcyWFB@wellsfargo.com

Wells Fargo
PO Box 522
Des Moines, IA 50306-0522
  Email to PCMBankruptcyWFB@wellsfargo.com

Wells Fargo Bank, N.A.
435 Ford Road, Suite 300
St. Louis Park, MN 55426-4927
  same

Wells Fargo Bank, N.A.
Wells Fargo Card Services
PO Box 10438, MAC F8235-02F
Des Moines, IA 50306-0438
  same

Bessy G Blum
3317 Woodvalley Dr
Pikesville, MD 21208-1956

Daniel M. Press
Chung & Press, P.C.
6718 Whittier Ave., Ste. 200
McLean, VA 22101-4531

Monique Desiree Almy
Crowell & Moring
1001 Pennsylvania Avenue, N.W., 10th Fl
Washington, DC 20004-2595
  By CM/ECF

Peter Elmo
c/o Richard Hackerman
3635 Old Court Road Suite 208
Baltimore, MD 21208-3906
  By CM/ECF

Seth L Blum
3317 Woodvalley Rd
Pikesville, MD 21208-1956

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Comptroller of Maryland
7 St Paul St
Baltimore, MD 21202

Discover
PO Box 30943
Salt Lake City, UT 84130

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Nationstar Mortgage LLC

(u)Sailfish Servicing, LLC C/O Nationstar Mor

(d)Navy Federal Credit Union
P.O. Box 3000
Merrifield, VA 22119-3000

End of Label Matrix
Mailable recipients    58
Bypassed recipients     3
Total                  61