United States Bankruptcy Court
District of Maryland

In re:                                                                              Case No. 25-10005-NVA
Seth L Blum                                                                         Chapter 11
Bessy G Blum
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0416-1              User: admin              Page 1 of 4
Date Rcvd: Jul 29, 2025        Form ID: pdfall            Total Noticed: 53

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 31, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/db | + | Seth L Blum, Bessy G Blum, 3317 Woodvalley Rd, Pikesville, MD 21208-1956 |
| cr | + | Lakeview Loan Servicing, LLC c/o Nationstar Mortga, BWW Law Group, LLC, 6003 Executive Blvd, Suite 101, Rockville, MD 20852-3813 |
| cr | + | Peter Elmo, c/o Richard Hackerman, 3635 Old Court Road Suite 208, Baltimore, MD 21208-3906 |
| cr | + | Presidential Bank, FSB, Mahdavi, Bacon, Halfhill & Young, PLLC, 11350 Random Hills Rd., Suite 700, Fairfax, VA 22030, UNITED STATES 22030-6044 |
| 32741949 | + | Blanca Amaya, 8450 Loch Raven Blvd, Towson, MD 21286-8121 |
| 32741957 | + | Kagan Stern Marinello & Beard, LLC, 238 West St, Annapolis, MD 21401-3424 |
| 32844175 | + | Lakeview Loan Servicing, Eric VandeLinde, BWW Law Group, LLC, 6003 Executive Blvd, Suite 101, Rockville, MD 20852-3813 |
| 32741958 | + | Lewicky OConnor Hunt & Meiser LLC, 8110 Maple Lawn Blvd Suite 160, Fulton, MD 20759-2694 |
| 32785104 | + | Lewicky, O'Connor, Hunt & Meiser, LLC, 8110 Maple Lawn Blvd., Ste. 160, Fulton, MD 20759-2693 |
| 32798707 | #+ | Merrill Thomas, Manning Gross + Massenburg LLP, 1007 N. Orange Street, Suite 711, 7th Floor, WILMINGTON, DE 19801-1266 |
| 32741959 | + | Merrill Thomas, 241 QUIET CREEK DRIVE, Gettysburg, PA 17325-9501 |
| 32741961 | + | Peter Elmo, 2706 Hunting Ridge Court, Baldwin, MD 21013-9121 |
| 32741962 | + | Presidential Bank, 4520 East West Hwy, Bethesda, MD 20814-3365 |
| 32804747 | + | Presidential Bank, FSB, Attn: Commercial Lending, 4520 East-West Hwy., Bethesda, MD 20814-3365 |
| 32741963 | + | Richard Jay Hackerman, 3635 OLD COURT RD, STE 208, Pikesville, MD 21208-3906 |
| 32798706 | #+ | Ryan A. Patino, Manning Gross + Massenburg LLP, 1007 N. Orange Street, Suite 711, 7th Floor, WILMINGTON, DE 19801-1266 |
| 32797960 | + | Sailfish Servicing, LLC, Nationstar Mortgage LLC, ATTN: Bankruptcy Dept., PO Box 619096, Dallas, TX 75261-9096 |
| 32835065 | + | Sailfish Servicing, LLC C/O Nationstar Mortgage LL, Eric VandeLinde, BWW Law Group, LLC, 6003 Executive Blvd, Suite 101, Rockville, MD 20852-3813 |
| 32741968 | + | US Attorney, 36 S Charles St, Baltimore, MD 21201-2692 |
| 32741971 | #+ | WILLIAM B LARSON JR.,, MANNING GROSS + MASSENBURG LLP, 1007 N. ORANGE STREET #711, Wilmington, DE 19801-1266 |

TOTAL: 20

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | ^ | MEBN | Jul 29 2025 19:13:21 | Lakeview Loan Servicing, LLC c/o Nationstar Mortga, BWW Law Group, LLC, 6003 Executive Blvd, Suite 101, Rockville, MD 20852-3813 |
| 32772303 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 29 2025 19:25:38 | Affirm, Inc., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 32741945 | + | Email/PDF: bncnotices@becket-lee.com | Jul 29 2025 19:25:37 | American Express, PO Box 981535, El Paso, TX 79998-1535 |
| 32769316 | | Email/PDF: bncnotices@becket-lee.com | Jul 29 2025 19:25:44 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 32741946 | + | Email/Text: collections@affcu.org | Jul 29 2025 19:14:00 | Atlantic Financial FCU, 40 Schilling Road, Hunt Valley, MD 21031-1415 |

| | | | |
|---|---|---|---|
| 32798065 | + Email/Text: bankruptcy@silvermanlegal.com | Jul 29 2025 19:14:00 | Atlantic Financial Federal Credit Union, c/o Silverman Theologou, LLP, 11200 Rockville Pike, Suite 520, N. Bethesda, MD 20852-7105 |
| 32741947 | + Email/Text: vci.bkcy@vwcredit.com | Jul 29 2025 19:15:00 | Audi Financial, 1401 Franklin Blvd, Libertyville, IL 60048-4460 |
| 32741948 | + Email/Text: creditcardbkcorrespondence@bofa.com | Jul 29 2025 19:14:00 | Bank of America, PO Box 15284, Wilmington, DE 19850-5284 |
| 32741953 | Email/Text: Bankruptcymail@marylandtaxes.gov | Jul 29 2025 19:14:00 | Comptroller of Maryland, 7 St Paul St, Baltimore, MD 21202 |
| 32741950 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 29 2025 19:25:37 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 32768419 | + Email/PDF: ebn_ais@aisinfo.com | Jul 29 2025 19:25:44 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 32741951 | + Email/PDF: ais.chase.ebn@aisinfo.com | Jul 29 2025 19:25:38 | Chase, PO Box 15298, Wilmington, DE 19850-5298 |
| 32741952 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 29 2025 19:25:39 | Citibank NA, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 32741954 | Email/Text: mrdiscen@discover.com | Jul 29 2025 19:14:00 | Discover, PO Box 30943, Salt Lake City, UT 84130 |
| 32768768 | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 29 2025 19:14:00 | Department of the Treasury, Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 32790535 | Email/Text: mrdiscen@discover.com | Jul 29 2025 19:14:00 | Discover Bank, P.O. Box 3025, New Albany, OH 43054-3025 |
| 32741955 | + Email/Text: nsm_bk_notices@mrcooper.com | Jul 29 2025 19:14:00 | Flagstar Bank, 5151 Corporate Dr, Troy, MI 48098-2639 |
| 32762957 | + Email/Text: JPMCBKnotices@nationalbankruptcy.com | Jul 29 2025 19:14:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 32844175 | ^ MEBN | Jul 29 2025 19:13:20 | Lakeview Loan Servicing, Eric VandeLinde, BWW Law Group, LLC, 6003 Executive Blvd, Suite 101, Rockville, MD 20852-3813 |
| 32798532 | + Email/Text: nsm_bk_notices@mrcooper.com | Jul 29 2025 19:14:00 | Lakeview Loan Servicing, LLC, Nationstar Mortgage LLC, ATTN: Bankruptcy Dept., PO Box 619096, Dallas, TX 75261-9096 |
| 32741960 | + Email/Text: nsm_bk_notices@mrcooper.com | Jul 29 2025 19:14:00 | Mr. Cooper, 800 State Hwy 121 Bypass, Lewisville, TX 75067-4180 |
| 32793972 | + Email/Text: ext_ebn_inbox@navyfederal.org | Jul 29 2025 19:15:00 | NAVY FEDERAL CREDIT UNION, P. O. BOX 3000, MERRIFIELD, VA 22119-3000 |
| 32839448 | + Email/Text: ecfbnc@aldridgepite.com | Jul 29 2025 19:14:00 | Nationstar Mortgage LLC, Todd S. Garan, ALDRIDGE PITE, LLP, 3333 Camino del Rio South, Suite 225, San Diego, CA 92108-3808 |
| 32741964 | + Email/Text: mtgbk@shellpointmtg.com | Jul 29 2025 19:14:00 | Shellpoint Mortgage, PO Box 10826, Greenville, SC 29603-0826 |
| 32741965 | + Email/Text: evanb@signaturefcu.org | Jul 29 2025 19:15:00 | Signature FCU, 12 Herbert St., Alexandria, VA 22305-2628 |
| 32741966 | + Email/Text: bankruptcynotices@sba.gov | Jul 29 2025 19:14:00 | Small Business Administration, 409 3rd St., SW, Washington, DC 20416-0002 |
| 32826702 | + Email/Text: ecfbnc@aldridgepite.com | Jul 29 2025 19:14:00 | Todd S. Garan, ALDRIDGE PITE, LLP, 3333 Camino del Rio South, Suite 225, San Diego, CA 92108-3808 |
| 32761928 | + Email/Text: bankruptcy@bbandt.com | Jul 29 2025 19:14:00 | Truist Bank, Attn: Support Services, P.O. Box 85092, Richmond, VA 23286-0001 |

District/off: 0416-1

Date Rcvd: Jul 29, 2025

User: admin

Form ID: pdfall

Page 3 of 4

Total Noticed: 53

| | | | |
|---|---|---|---|
| 32741967 | + | Email/Text: bankruptcy@bbandt.com | |
| | | Jul 29 2025 19:14:00 | Truist Bank/Lightstream, 150 S Stratford Rd, Winston Salem, NC 27104-4227 |
| 32789196 | + | Email/Text: VWBKNotices@nationalbankruptcy.com | |
| | | Jul 29 2025 19:14:00 | VW Credit, Inc., PO Box 9013, Addison, Texas 75001-9013 |
| 32797983 | + | Email/PDF: ebn_ais@aisinfo.com | |
| | | Jul 29 2025 19:25:44 | Verizon by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City OK 73118-7901 |
| 32741970 | + | Email/PDF: BankruptcynoticesExceptions@wellsfargo.com | |
| | | Jul 29 2025 19:25:40 | Wells Fargo, PO Box 522, Des Moines, IA 50306-0522 |
| 32741969 | + | Email/PDF: BankruptcynoticesCCSBKOperations@wellsfargo.com | |
| | | Jul 29 2025 19:25:46 | Wells Fargo, PO Box 10347, Des Moines, IA 50306-0347 |
| 32766147 | + | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | |
| | | Jul 29 2025 19:25:52 | Wells Fargo Bank, N.A., 435 Ford Road, Suite 300, St. Louis Park, MN 55426-4927 |
| 32767660 | | Email/PDF: BankruptcynoticesCCSBKOperations@wellsfargo.com | |
| | | Jul 29 2025 19:25:39 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 35

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Nationstar Mortgage LLC |
| cr | | Nationstar Mortgage LLC |
| 32769318 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 32769319 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 32741956 | *+ | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 32763882 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 32763887 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 32763891 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 32763966 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 32763967 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 32765068 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 32765071 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 32793977 | *+ | Navy Federal Credit Union, P.O. Box 3000, Merrifield, VA 22119-3000 |

TOTAL: 2 Undeliverable, 11 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 31, 2025            Signature:            /s/Gustava Winters

District/off: 0416-1                         User: admin                                    Page 4 of 4
Date Rcvd: Jul 29, 2025                      Form ID: pdfall                                Total Noticed: 53

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 29, 2025 at the address(es) listed below:**

| Name | Email Address |
|------|---------------|
| Daniel M. Press | dpress@chung-press.com  pressdm@gmail.com,danpress@recap.email |
| Eric VandeLinde | eric.vandelinde@bww-law.com  bankruptcy@bww-law.com |
| Hugh M. (UST) Bernstein | hugh.m.bernstein@usdoj.gov |
| Jonathan E. Levine | jlevine@mbhylaw.com |
| Monique Desiree Almy | malmy@crowell.com  cbest@crowell.com,malmy@ecf.axosfs.com,monique-almy-7127@ecf.pacerpro.com |
| Richard J Hackerman | Richard@RichardHackerman.com  6923530420@filings.docketbird.com,Hackerman.RichardR106256@notify.bestcase.com |
| US Trustee - Baltimore | USTPRegion04.BA.ECF@USDOJ.GOV |

TOTAL: 7

Entered: July 29th, 2025
Signed: July 29th, 2025

**SO ORDERED**

ANY RESPONSE TO THE MOTION TO SELL [ECF NO. 72] MUST
BE FILED BY AUGUST 5, 2025. IF NECESSARY, THE COURT
WILL SET AN EXPEDITED HEARING BY SEPARATE NOTICE.



NANCY V. ALQUIST
U. S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### Baltimore Division

-----------------------------------------------------------X
In re:                                          :       Chapter 11 (Subchapter V)
                                                :
Seth L Blum and Bessy G Blum                    :       Case No.  25-10005
                                                :
        Debtors.                                :
                                                :
-----------------------------------------------------------X

### ORDER GRANTING MOTION TO SHORTEN TIME
### AND/OR REQUEST FOR EXPEDITED HEARING

        Having considered the Movant(s)' Motion to Shorten Time and/or Request for Expedited
Hearing, it appearing that cause exists to grant the relief requested, and pursuant to Local
Bankruptcy Rule 9013-7, it is, by the United States Bankruptcy Court for the District of Maryland,

        ORDERED, that the time to object to the MOTION FOR ORDER APPROVING
CONTRACT TO SELL REAL ESTATE AND AUTHORIZING SALE OF REAL PROPERTY
FREE AND CLEAR OF LIENS AND INTERESTS OF PETER ELMO; AND TO PAY REAL
ESTATE AGENT is shortened to the date and time set forth above; and it is further

        ORDERED, that a hearing upon the MOTION FOR ORDER APPROVING CONTRACT
TO SELL REAL ESTATE AND AUTHORIZING SALE OF REAL PROPERTY FREE AND
CLEAR OF LIENS AND INTERESTS OF PETER ELMO; AND TO PAY REAL ESTATE

AGENT will be held on the date and time set forth above **BY ZOOM** or if no date is set forth above, *a separate Notice or Order of this Court may be issued*; and it is further

ORDERED, that the Movant shall serve by overnight delivery, electronic mail, or facsimile a copy of the MOTION FOR ORDER APPROVING CONTRACT TO SELL REAL ESTATE AND AUTHORIZING SALE OF REAL PROPERTY FREE AND CLEAR OF LIENS AND INTERESTS OF PETER ELMO; AND TO PAY REAL ESTATE AGENT and this Order on the affected parties identified in the Motion to Shorten Time and/or Request for Expedited Hearing (i.e., upon Peter Elmo) and file the applicable Certificate of Service within one day of entry of this Order; and it is further

ORDERED, that if no objection is filed by any party in interest to the MOTION FOR ORDER APPROVING CONTRACT TO SELL REAL ESTATE AND AUTHORIZING SALE OF REAL PROPERTY FREE AND CLEAR OF LIENS AND INTERESTS OF PETER ELMO; AND TO PAY REAL ESTATE AGENT, the MOTION FOR ORDER APPROVING CONTRACT TO SELL REAL ESTATE AND AUTHORIZING SALE OF REAL PROPERTY FREE AND CLEAR OF LIENS AND INTERESTS OF PETER ELMO; AND TO PAY REAL ESTATE AGENT may be granted without further notice or hearing.

cc:   Debtor's Counsel
      U.S. Trustee
      Subchapter V Trustee

**END OF ORDER**