UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND
Baltimore Division

---

|  |  |
|---|---|
| In re: | Chapter 11 (Subchapter V) |
| Seth L Blum and Bessy G Blum | Case No. 25-10005 |
| Debtors. |  |

---

## REPORT OF SALE

Seth L Blum and Bessy G Blum ("Debtors"), the Debtors herein, by counsel, reports that the sale of the real property at 11486 W Sand Cove Rd, Selbyville DE occurred on August 8, 2025. A copy of the settlement statement is attached. The settlement agent has paid off the secured claim of Presidential Bank in the amount of $208,193.01. Net proceeds of $275,444.65 are being sent to the Debtors to hold in a segregated DIP account pending further order of the Court.

Dated: August 9, 2025.

Respectfully submitted,

  /s/ Daniel M. Press
Daniel M. Press, #07300
CHUNG & PRESS, P.C.
6718 Whittier Avenue, Suite 200
McLean, Virginia 22101
(703) 734-3800
dpress@chung-press.com
Counsel for Debtors

CERTIFICATE OF SERVICE

      This is to certify that on this 9th day of August, 2025, I caused the foregoing document to be served on upon the U.S. Trustee, the Subchapter V Trustee, and all parties requesting notice by CM/ECF, as follows:

Monique Desiree Almy malmy@crowell.com,
cbest@crowell.com,
malmy@ecf.axosfs.com,
monique-almy-7127@ecf.pacerpro.com

Hugh M. (UST) Bernstein hugh.m.bernstein@usdoj.gov

Richard J Hackerman Richard@RichardHackerman.com,
6923530420@filings.docketbird.com,
Hackerman.RichardR106256@notify.bestcase.com

Jonathan E. Levine jlevine@mbhylaw.com

US Trustee - Baltimore USTPRegion04.BA.ECF@USDOJ.GOV

Eric VandeLinde eric.vandelinde@bww-law.com,
bankruptcy@bww-law.com

                                                                          /s/ Daniel M. Press_____

| American Land Title Association | ALTA Settlement Statement - Combined<br>Adopted 05-01-2015 |
|---|---|

| | |
|---|---|
| File No./Escrow No.: 2025-1003<br>Print Date & Time: 08/08/2025  1:38 PM<br>Officer/Escrow Officer:<br>Settlement Location:  34026 Coastal Highway<br>                              Bethany Beach DE 19930 | **T. Carney Sussex Law LLC**<br><br>**18979 Coastal Highway<br>Suite 203<br>Rehoboth Beach, DE 19971** |

Property Address: 11486 W Sand Cove Road Ext., Selbyville, DE 19975
Buyer: Jennifer Aimee Hix and Robert L. Hix, III
Seller: Seth Blum and Bessy Blum
Lender: Guaranteed Rate Affinity, LLC

Settlement Date:  August 8, 2025
Disbursement Date: August 8, 2025
Additional dates per state requirements:

| Seller ||  Description | Borrower/Buyer ||
| Debit | Credit |  | Debit | Credit |
|---|---|---|---|---|
| | | **Financial** | | |
| | 550,000.00 | Sale Price of Property | 550,000.00 | |
| | | Deposit Northrop Realty - Bethany Beach, DE | | 5,000.00 |
| | | Borrower's Loan Amount | | 467,500.00 |
| 15,000.00 | | Seller Credit | | 15,000.00 |
| | | Lender Cure | | 7.30 |
| | 17.44 | Credit on sewer account | 17.44 | |
| | | | | |
| | | **Prorations/Adjustments** | | |
| | 1,021.65 | County Taxes from 08/08/2025 to 06/30/2026 | 1,021.65 | |
| | 50.70 | Sewer Fees from 08/08/2025 to 09/30/2025 | 50.70 | |
| | | | | |
| | | **Loan Charges to Guaranteed Rate Affinity, LLC** | | |
| | | Loan Origination to Guaranteed Rate Affinity, LLC | 1,640.00 | |
| | | 1.1870% of Loan Amount (Points) to Guaranteed Rate Affinity, LLC | 5,549.23 | |
| | | Appraisal Fee to Guaranteed Rate Affinity, LLC ($575.00 POCB) | | |
| | | Credit Report to Guaranteed Rate Affinity, LLC ($35.00 POCB) | | |
| | | Credit Technology to Guaranteed Rate Affinity, LLC | 210.00 | |
| | | Prepaid Interest to Guaranteed Rate Affinity, LLC | 2,305.44 | |
| | | | | |
| | | **Other Loan Charges** | | |
| | | Homeowners Insurance Premium to Universal Property & Casualty | 2,091.01 | |

| Seller | | Description | Borrower/Buyer | |
|---|---|---|---|---|
| Debit | Credit | | Debit | Credit |
| | | **Impounds** | | |
| | | Homeowner's insurance 3 mo @ $174.25/mo | 522.75 | |
| | | Property taxes 2 mo @ $95.32/mo | 288.96 | |
| | | Aggregate Adjustment | - 174.25 | |
| | | | | |
| | | **Title Charges & Escrow / Settlement Charges** | | |
| | | Title - Owner's title insurance (Optional) to Fidelity National Title Insurance Company | 1,300.36 | |
| | | Title - Lender's title insurance to Fidelity National Title Insurance Company | 1,718.64 | |
| | | Title - Attorney Fee to T. Carney Sussex Law LLC | 395.00 | |
| | | Title - Courier Fee to T. Carney Sussex Law LLC | 75.00 | |
| 395.00 | | Title - Deed Prep Fee to T. Carney Sussex Law LLC | | |
| | | Title - Administrative Fee to T. Carney Sussex Law LLC | 150.00 | |
| | | Title - e-recording fee to Sussex County Recorder of Deeds | 9.50 | |
| | | Title - Title Review Fee to T. Carney Sussex Law LLC | 395.00 | |
| | | Title - Title Search Fee to T. Carney Sussex Law LLC | 235.00 | |
| | | Title - Incoming Wire Fee to T. Carney Sussex Law LLC | 30.00 | |
| 40.00 | | Title - Proceeds Wire Fee to T. Carney Sussex Law LLC | | |
| 40.00 | | Title - Payoff Wire Fee to T. Carney Sussex Law LLC | | |
| 150.00 | | Title - Mortgage Satisfaction to T. Carney Sussex Law LLC | | |
| | | Title - CPL to Title Company | 125.00 | |
| 28.00 | | Title - Closing Lock Security Fee to T. Carney Sussex Law LLC | 28.00 | |
| | | | | |
| | | **Commission** | | |
| 13,750.00 | | Real Estate Commission 13,750.00 to Northrop Realty - Bethany Beach, DE | | |
| 13,750.00 | | Real Estate Commission 13,750.00 to Coldwell Banker Realty - Coastal Delaware | | |
| | | | | |
| | | **Government Recording and Transfer Charges** | | |
| | | Recording Fees Deed: $58.00 Mtg: $364.00 | 422.00 | |
| 6,875.00 | | State Transfer Tax to Sussex County Recorder of Deeds | 6,875.00 | |
| 4,125.00 | | County Transfer Tax to Sussex County Recorder of Deeds | 4,125.00 | |
| | | | | |
| | | **Payoff(s)** | | |
| 208,193.01 | | Presidential Bank, FSB | | |
| | | | | |
| | | **Miscellaneous** | | |
| | | Broker Fee to Coldwell Banker Realty - Coastal Delaware | 480.00 | |
| 1,143.87 | | 2025 Property Tax to Sussex County | | |
| 11,648.26 | | Past Due HOA Balance and Fees as of 7/11/25 to Bayside Community Association | | |
| | | Resale Fee to Bayside Community Master Association | 1,760.00 | |

| Seller | | Description | Borrower/Buyer | |
| --- | --- | --- | --- | --- |
| Debit | Credit | | Debit | Credit |
| | | Post Closing Fee to Legum & Norman | 175.00 | |
| 358.00 | | Reimbursement for HVAC Diagnostic Fee/Trip Charge to Adam Ask | | |
| 49.00 | | Reimbursement for Water Heater Trip Charge to Adam Ask | | |
| 100.00 | | Reimbursement for Fireplace Inspection Service Charge to Adam Ask | | |
| | | Survey to Richard Vetter, P.E. | 500.00 | |
| | | | | |
| Seller | | | Borrower/Buyer | |
| Debit | Credit | | Debit | Credit |
| 275,645.14 | 551,089.79 | **Subtotals** | 582,321.43 | 487,507.30 |
| | | Due From Borrower | | 94,814.13 |
| 275,444.65 | | Due To Seller | | |
| **551,089.79** | **551,089.79** | **Totals** | **582,321.43** | **582,321.43** |

### Acknowledgement

We/I have carefully reviewed the ALTA Settlement Statement and find it to be a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction and further certify that I have received a copy of the ALTA Settlement Statement. We/I authorize T. Carney Sussex Law LLC to cause the funds to be disbursed in accordance with this statement.

_____
Jennifer Aimee Hix

_____
Robert L. Hix, III

DocuSigned by:
_____
E749855CA92F422...
Seth Blum

DocuSigned by:
_____
FA43FFA996D64ED...
Bessy Blum

_____
Escrow Officer