| | | |
|---|---|---|
| Label Matrix for local noticing<br>0416-1<br>Case 25-10005<br>District of Maryland<br>Baltimore<br>Mon Aug 18 17:38:49 EDT 2025 | Lakeview Loan Servicing, LLC c/o Nationstar<br>BWW Law Group, LLC<br>6003 Executive Blvd, Suite 101<br>Rockville, MD 20852-3813 | Presidential Bank, FSB<br>Mahdavi, Bacon, Halfhill & Young, PLLC<br>11350 Random Hills Rd., Suite 700<br>Fairfax, VA 22030-6044 |
| Affirm, Inc.<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | American Express<br>PO Box 981535<br>El Paso, TX 79998-1535 | American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern  PA 19355-0701 |
| Atlantic Financial FCU<br>40 Schilling Road<br>Hunt Valley, MD 21031-1415 | Atlantic Financial Federal Credit Union<br>c/o Silverman Theologou, LLP<br>11200 Rockville Pike, Suite 520<br>N. Bethesda, MD 20852-7105 | Audi Financial<br>1401 Franklin Blvd<br>Libertyville, IL 60048-4460 |
| Bank of America<br>PO Box 15284<br>Wilmington, DE 19850-5284 | Blanca Amaya<br>8450 Loch Raven Blvd<br>Towson, MD 21286-8121 | Capital One<br>PO Box 30285<br>Salt Lake City, UT 84130-0285 |
| Capital One, N.A.<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118-7901 | Chase<br>PO Box 15298<br>Wilmington, DE 19850-5298 | Citibank NA<br>PO Box 6500<br>Sioux Falls, SD 57117-6500 |
| (p)COMPTROLLER OF MARYLAND<br>BANKRUPTCY UNIT<br>7 ST PAUL STREET SUITE 230<br>BALTIMORE MD 21202-1626 | Department of the Treasury<br>Internal Revenue Service<br>Centralized Insolvency Operation<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | (p)DISCOVER FINANCIAL SERVICES LLC<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025 |
| Discover Bank<br>P.O. Box 3025<br>New Albany, OH 43054-3025 | Flagstar Bank<br>5151 Corporate Dr<br>Troy, MI 48098-2639 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |
| JPMorgan Chase Bank, N.A.<br>s/b/m/t Chase Bank USA, N.A.<br>c/o National Bankruptcy Services, LLC<br>P.O. Box 9013<br>Addison, Texas 75001-9013 | Kagan Stern Marinello & Beard, LLC<br>238 West St<br>Annapolis, MD 21401-3424 | Lakeview Loan Servicing<br>Eric VandeLinde<br>BWW Law Group, LLC<br>6003 Executive Blvd, Suite 101<br>Rockville, MD 20852-3813 |
| Lakeview Loan Servicing, LLC<br>Nationstar Mortgage LLC<br>ATTN: Bankruptcy Dept.<br>PO Box 619096<br>Dallas,  TX 75261-9096 | Lewicky OConnor Hunt & Meiser LLC<br>8110 Maple Lawn Blvd Suite 160<br>Fulton, MD 20759-2694 | Lewicky, O'Connor, Hunt & Meiser, LLC<br>8110 Maple Lawn Blvd., Ste. 160<br>Fulton, MD 20759-2693 |
| Merrill Thomas<br>241 QUIET CREEK DRIVE<br>Gettysburg, PA 17325-9501 | Merrill Thomas<br>Manning Gross + Massenburg LLP<br>1007 N. Orange Street<br>Suite 711, 7th Floor<br>WILMINGTON, DE 19801-1266 | Mr. Cooper<br>800 State Hwy 121 Bypass<br>Lewisville, TX 75067-4180 |

NAVY FEDERAL CREDIT UNION
P. O. BOX 3000
MERRIFIELD, VA 22119-3000

Nationstar Mortgage LLC
Todd S. Garan
ALDRIDGE PITE, LLP
3333 Camino del Rio South, Suite 225
San Diego, CA 92108-3808

Peter Elmo
2706 Hunting Ridge Court
Baldwin, MD 21013-9121

Presidential Bank
4520 East West Hwy
Bethesda, MD 20814-3365

Presidential Bank, FSB
Attn: Commercial Lending
4520 East-West Hwy.
Bethesda, MD 20814-3365

Richard Jay Hackerman
3635 OLD COURT RD
STE 208
Pikesville, MD 21208-3906

Ryan A. Patino
Manning Gross + Massenburg LLP
1007 N. Orange Street
Suite 711, 7th Floor
WILMINGTON, DE 19801-1266

Sailfish Servicing, LLC
Nationstar Mortgage LLC
ATTN: Bankruptcy Dept.
PO Box 619096
Dallas, TX 75261-9096

Sailfish Servicing, LLC C/O Nationstar Mortg
Eric VandeLinde
BWW Law Group, LLC
6003 Executive Blvd, Suite 101
Rockville, MD 20852-3813

Shellpoint Mortgage
PO Box 10826
Greenville, SC 29603-0826

Signature FCU
12 Herbert St,
Alexandria, VA 22305-2628

Small Business Administration
409 3rd St., SW
Washington, DC 20416-0002

Todd S. Garan
ALDRIDGE PITE, LLP
3333 Camino del Rio South, Suite 225
San Diego, CA 92108-3808

Truist Bank
Attn: Support Services
P.O. Box 85092
Richmond, VA 23286-0001

Truist Bank/Lightstream
150 S Stratford Rd
Winston Salem, NC 27104-4227

US Attorney
36 S Charles St
Baltimore, MD 21201-2692

US Trustee - Baltimore
Garmatz Federal Courthouse
101 West Lombard Street
Suite 2625
Baltimore, MD 21201-2668

VW Credit, Inc.
PO Box 9013
Addison, Texas 75001-9013

Verizon by American InfoSource as agent
4515 N Santa Fe Ave
Oklahoma City OK 73118-7901

WILLIAM B LARSON JR.,
MANNING GROSS + MASSENBURG LLP
1007 N. ORANGE STREET #711
Wilmington, DE 19801-1266

Wells Fargo
PO Box 10347
Des Moines, IA 50306-0347

Wells Fargo
PO Box 522
Des Moines, IA 50306-0522

Wells Fargo Bank, N.A.
435 Ford Road, Suite 300
St. Louis Park, MN 55426-4927

Wells Fargo Bank, N.A.
Wells Fargo Card Services
PO Box 10438, MAC F8235-02F
Des Moines, IA 50306-0438

Bessy G Blum
3317 Woodvalley Dr
Pikesville, MD 21208-1956

Daniel M. Press
Chung & Press, P .C.
6718 Whittier Ave., Ste. 200
McLean, VA 22101-4531

Monique Desiree Almy
Crowell & Moring
1001 Pennsylvania Avenue, N.W., 10th Fl
Washington, DC 20004-2595

Peter Elmo
c/o Richard Hackerman
3635 Old Court Road Suite 208
Baltimore, MD 21208-3906

Seth L Blum
3317 Woodvalley Rd
Pikesville, MD 21208-1956

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Comptroller of Maryland  
7 St Paul St  
Baltimore, MD 21202

Discover  
PO Box 30943  
Salt Lake City, UT 84130

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Nationstar Mortgage LLC

(u)Sailfish Servicing, LLC C/O Nationstar Mor

(d)Navy Federal Credit Union  
P.O. Box 3000  
Merrifield, VA 22119-3000

End of Label Matrix  
Mailable recipients    58  
Bypassed recipients     3  
Total                  61