# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | |
|---|---|
| In re<br><br>**SETH L. BLUM and BESSY G. BLUM**<br><br>Debtors | Bankruptcy Case: 25-10005-NVA<br><br>Chapter 11 |

## THE UNITED STATES TRUSTEE'S
## EXHIBIT LIST FOR AUGUST 29, 2025 CONFIRMATION HEARING

Matthew W. Cheney, Acting United States Trustee for Region 4, pursuant to this Court's Evidentiary Protocol, files this exhibit list for the pending hearing set for June 18, 2025.

## EXHIBIT LIST

| Exhibit No. | Description | Offered | Objection | Admitted |
|---|---|---|---|---|
| UST01 | Docket Sheet | | | |
| UST02 | Schedules and Statement of Financial Affairs | | | |
| UST03 | January 2025 Monthly Operating Report | | | |
| UST04 | February 2025 Monthly Operating Report | | | |
| UST05 | March 2025 Monthly Operating Report | | | |

- 2 -

| | | | | |
|---|---|---|---|---|
| UST06 | April 2025 Monthly Operating Report | | | |
| UST07 | May 2025 Monthly Operating Report | | | |
| UST08 | June 2025 Monthly Operating Report | | | |
| UST09 | Report of Sale dated August 9, 2025 | | | |
| UST10 | Chapter 11 Plan Dated July 14, 2025 | | | |

                                        Respectfully submitted,

Dated: August 22, 2025          Matthew W. Cheney
                                        Acting United States Trustee for Region Four

By: */s/ Hugh M. Bernstein*
Hugh M. Bernstein
Fed. Bar No.: 23489
United State Department of Justice
101 West Lombard Street
Baltimore, Maryland 21201
(410) 962-4300
E-mail:  hugh.m.bernstein@usdoj.gov

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on August 22, 2025, a copy of the foregoing document filed electronically in the United States Bankruptcy Court for the District of Maryland and that according to the Court's ECF records, electronic notice of this motion should be provided to the following persons:

- **Monique Desiree Almy    malmy@crowell.com, cbest@crowell.com;malmy@ecf.axosfs.com;monique-almy-7127@ecf.pacerpro.com**
- **Hugh M. (UST) Bernstein    hugh.m.bernstein@usdoj.gov**
- **Richard J Hackerman    Richard@RichardHackerman.com, 6923530420@filings.docketbird.com;Hackerman.RichardR106256@notify.bestcase.com**
- **Jonathan E. Levine    jlevine@mbhylaw.com**
- **Daniel M. Press    dpress@chung-press.com, pressdm@gmail.com;danpress@recap.email**
- **US Trustee - Baltimore    USTPRegion04.BA.ECF@USDOJ.GOV**
- **Eric VandeLinde    eric.vandelinde@bww-law.com**

                                        */s/ Hugh M. Bernstein*
                                        Hugh M. Bernstein