UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND
Baltimore Division

```
-------------------------------------------------------------X
In re:                                          :    Chapter 11 (Subchapter V)
                                                :
Seth L Blum and Bessy G Blum                    :    Case No.  25-10005
                                                :
          Debtors.                              :
                                                :
-------------------------------------------------------------X
```

**DEBTORS' EXHIBIT AND WITNESS LIST**

Seth L Blum and Bessy G Blum ("Debtors"), the Debtors herein, by counsel, submit the following Exhibits for use at the Confirmation Hearing, and witnesses to be called.   As the US Trustee filed its list, Debtors will not duplicate their list, but reserve the right to use any of their (or any other party's) exhibits.

Witnesses:

Seth Blum

Bessy Blum



Exhibits: See next page

| EXHIBIT NO. | DESCRIPTION | OFFERED | OBJECTION | ADMITTED |
|---|---|---|---|---|
| D1 | Inappropriate Texts from Elmo | | | |
| D2 | Daisy Duke shorts from Elmo (Physical Exhibit – will bring to court) | | | |
| D3 | July 2025 MOR (to be filed – awaiting bank statement) | ------------------ | ------------------ | ------------------ |

Dated:  August 22, 2025.

                              Respectfully submitted,

                                /s/ Daniel M. Press
                              Daniel M. Press, #07300
                              CHUNG & PRESS, P.C.
                              6718 Whittier Avenue, Suite 200
                              McLean, Virginia 22101
                              (703) 734-3800
                              dpress@chung-press.com
                              Counsel for Debtors

CERTIFICATE OF SERVICE

      This is to certify that on this 22nd day of August, 2025, I caused the foregoing document to be served on upon the U.S. Trustee, the Subchapter V Trustee, and all parties requesting notice by CM/ECF, as follows:

Monique Desiree Almy malmy@crowell.com,
cbest@crowell.com,
malmy@ecf.axosfs.com,
monique-almy-7127@ecf.pacerpro.com

Hugh M. (UST) Bernstein hugh.m.bernstein@usdoj.gov

Richard J Hackerman Richard@RichardHackerman.com,
6923530420@filings.docketbird.com,
Hackerman.RichardR106256@notify.bestcase.com

Jonathan E. Levine jlevine@mbhylaw.com

US Trustee - Baltimore USTPRegion04.BA.ECF@USDOJ.GOV

Eric VandeLinde eric.vandelinde@bww-law.com,
bankruptcy@bww-law.com

                                                /s/ Daniel M. Press