

Exhibit D1







