IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| IN RE: | * | CASE NO.: 25-10005 |
| SETH BLUM AND BESSY BLUM | * | |
| | * | |
| DEBTOR | * | CHAPTER 1Q |
| | * | |

*************************************************************************

### CREDITOR PETER ELMO'S WITNESS AND EXHIBIT LIST

    Now comes Creditor Peter Elmo, by his attorney, Richard J. Hackerman, and files this Witness and Exhibit List.

### WITNESSES

1. Peter Elmo.
2. Bessy Blum.
3. Seth Blum.

### EXHIBITS

1. Complaint with attachments.
2. Judgment.
3. Debtor's schedules, plan, amended schedules, amended plan, monthly operating reports and any other document or pleading which is part of the record.
4. Any exhibits offered by any other party to this proceeding.

        /s/ Richard J Hackerman
        _____
        Richard J. Hackerman
        3635 Old Court Road, Suite 208
        Baltimore, MD 21208
        410 243 8800
        Attorney for Creditor, Peter Elmo.
        Richard@Richardhackerman.com

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY, that on August 22, 2025, a copy of the foregoing was sent electronically via ecf unto:

Daniel M. Press, counsel for the Debtor
Monique Almy, Trustee
Hugh M. Burnstein, Office of the US Trustee

                                      /s/ Richard J. Hackerman
                                      _____
                                      Richard J. Hackerman