## VERIFICATION

I, Peter Elmo, being duly sworn, deposes and says:

I have read the Verified Complaint, and the facts set forth in the Verified Complaint are true to the best of my own knowledge, information, and belief.

_____
Peter Elmo

Sworn to and subscribed before me this 16 day of May, 2024.

_____
Notary Public

SHERRY L KOUNESKI
NOTARY PUBLIC
HARFORD COUNTY
MARYLAND
My Commission Expires May 29, 2028