**EXHIBIT B**

| | | |
|---|---|---|
| PETER ELMO | * | IN THE |
| PLAINTIFF | * | CIRCUIT COURT |
| v. | * | FOR |
| BESSY BLUM, et al | * | BALTIMORE COUNTY |
| DEFENDANTS | * | CASE NO.:C-03-CV-24-000826 |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## ORDER GRANTING RELIEF

Upon the Motion for a temporary restraining order or preliminary injunction, it is hereby

ORDERED, that the motion is granted, and it is further

ORDERED, that Bessy Blum and Seth Blum shall cause the proceeds of any sale of 11486 W. Sand Cove Road, Selbyville, Delaware 19975 to be placed in this court's registry, and it is further

ORDERED, that the Blum Defendants shall not further encumber nor lien in any way, shape or fashion the lien or encumber the property known as 11486 W. Sand Cove Road, Selbyville, Delaware 19975, subject to further Order of this Court.

_____
Judge

During the emergency hearing held on 5/14/23, counsel for the Blums confirmed that the proposed sale has fallen through and further confirmed that there is no pending sale and no immediate settlement date.  Counsel also confirmed that, should an offer be made on the property and accepted, she will notify counsel for Plaintiff and for Truist immediately.  Pending motion for TRO and/or injunction is denied as moot at this time. JCE 5/14/24

Entered: Clerk, Circuit Court for
Baltimore County, MD
May 15, 2024