

**GRANTED**

IN THE COURT OF CHANCERY OF THE STATE OF DELAWARE

| | |
|---|---|
| PETER ELMO<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>BESSY BLUM AND SETH BLUM,<br><br>　　　Defendants. | C.A. No. 2024-0528-BWD |

### [PROPOSED] ORDER FOR DEFAULT JUDGMENT

The Court, having heard and considered Plaintiff Peter Elmo's Motion for Default Judgment under Court of Chancery Rule 55 against Defendants Bessy Blum and Seth Blum,

IT IS SO ORDERED this _____ day of _____, 2024, as follows:

1. The Motion for Default Judgment is GRANTED.

2. Defendants Bessy Blum and Seth Blum shall be bound by the Court's decision in this matter.

3. An equitable lien on the Property shall be recorded with the Recorder of Deeds in favor of Plaintiff and against Defendants in the amount of the Judgment set forth as follows:

    a.　Principal Amount:　　　　　　　　　　　　　　$520,000
    b.　Attorneys' Fees:　　　　　　　　　　　　　　　$38,702

|   |   |   |   |
|---|---|---|---|
| c. | Interest from 3/25/22 to 6/28/24 at 11.5%: | | $73,015.58 |
| d. | Additional interest at 11.5% or $92.14/day after 6/28/24: | | $TBD |
| e. | Statutory post-judgment interest at 5% over the Federal Reserve discount rate[1] after the date the Judgment is entered: | | $TBD |

**TOTAL AMOUNT**:                                $631,717.58

*+ Additional Interest and Post-Judgment Interest*

4. This Judgment in the above amount shall also be recorded as a lien in favor of Plaintiff and against Defendants against any other property owned by Defendants in the State of Delaware.

5. This Court shall retain jurisdiction of this action for enforcement of this Order or for determination of any requested fees and costs.

_____
The Honorable Bonnie W. David
Magistrate in Chancery

---

[1] *See* 6 *Del. C.* § 2301(a).

This document constitutes a ruling of the court and should be treated as such.

|  |  |
|---:|:---|
| **Court:** | DE Court of Chancery Civil Action |
| **Judge:** | Bonnie W. David |
| **File & Serve Transaction ID:** | 73516689 |
| **Current Date:** | Oct 04, 2024 |
| **Case Number:** | 2024-0528-BWD |
| **Case Name:** | Peter Elmo v. Bessy Blum and Seth Blum |
| **Court Authorizer:** | Bonnie W. David |

**Court Authorizer Comments:**

On September 21, 2024, the Court entered a minute order stating: "At the July 24, 2024 hearing in this matter, the Court extended the deadline for defendants to file an answer to the complaint to August 5, 2024, and explained that if defendants failed to file an answer by that date, default judgment would be entered. It appears that thereafter, defendants attempted to file a responsive pleading but their filing was rejected. If defendants fail to file an answer on the docket on or before September 30, 2024, default judgment will be entered." Defendants did not file an answer on the docket by September 30, 2024, and default judgment is therefore entered.

**/s/ Judge Bonnie W. David**