**Fill in this information to identify the case:**

Debtor Name  Seth & Bessy Blum

United States Bankruptcy Court for the          District of

Case number:  25-10005

☐ Check if this is an
amended filing

Official Form 425C

# Monthly Operating Report for Small Business Under Chapter 11

12/17

Month:  July          Date report filed:  8/20/2025
MM / DD / YYYY

Line of business:  Real Estate          NAISC code:  _____

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party:  Seth & Bessy Blum

Original signature of responsible party  _____

Printed name of responsible party  Seth Blum

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

| | Yes | No | N/A |
|---|---|---|---|
| **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.** | | | |
| 1. Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. Did you pay your employees on time? | ☐ | ☐ | ☑ |
| 5. Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. Have you timely filed all other required government filings? | ☐ | ☐ | ☑ |
| 8. Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☑ |
| 9. Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |
| **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.** | | | |
| 10. Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name Seth & Bessy Blum     Case number 25-10005

17  Have you paid any bills you owed before you filed bankruptcy?

18  Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?



## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

$ 8,279.10

20. **Total cash receipts**

Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

Report the total from *Exhibit C* here.

$ 19,716.40

21. **Total cash disbursements**

Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

Report the total from *Exhibit D* here.

– $ 24,090.70

22. **Net cash flow**

Subtract line 21 from line 20 and report the result here.
This amount may be different from what you may have calculated as *net profit*.

+ $ 4,374.30

23. **Cash on hand at the end of the month**

Add line 22 + line 19. Report the result here.

Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

= $ 3,904.80

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**

    *(Exhibit E)*

$ _____

Debtor Name _Sott & Barry Blur_    Case number _25-6005_

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**

$ _Yuptr 14u_

(Exhibit F)

## 5. Employees

26. What was the number of employees when the case was filed?    _N/A_

27. What is the number of employees as of the date of this monthly report?    _N/A_

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?    $ _0_

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?    $ _0_

30. How much have you paid this month in other professional fees?    $ _0_

31. How much have you paid in total other professional fees since filing the case?    $ _0_

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | Column A | | Column B | | Column C |
|---|---|---|---|---|---|
|  | *Projected* | — | *Actual* | = | *Difference* |
|  | Copy lines 35-37 from the previous month's report. |  | Copy lines 20-22 of this report. |  | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ 30,000 | — | $ 19,716.40 | = | $ 10,283.60 |
| 33. **Cash disbursements** | $ 25,000 | — | $ 24,090.70 | = | $ 909.30 |
| 34. **Net cash flow** | $ 5,000 | — | $ 4,374.30 | = | $ 625.70 |

35. Total projected cash receipts for the next month:    $ 30,000

36. Total projected cash disbursements for the next month:    - $ 25,000

37. Total projected net cash flow for the next month:    = $ 5,000



Debtor Name _Seth Besty Bros_    Case number _25-10005_

### 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☑ 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).

☐ 39. Bank reconciliation reports for each account.

☐ 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐ 41. Budget, projection, or forecast reports.

☐ 42. Project, job costing, or work-in-progress reports.

Print     Save As...     Reset

# Sandy Spring Bank
### A Division of Atlantic Union Bank

Last statement: June 16, 2025
This statement: July 16, 2025
Total days in statement period: 30

Page 1 of 3
XX-XXXX48-07
(0)

Direct inquiries to:
800-399-5919

SETH L BLUM
BESSY BLUM
DEBTOR IN POSSESSION CASE 2510005 NVA
RENTAL INCOME
3317 WOODVALLEY DR
PIKESVILLE MD 21208-1956

Sandy Spring Bank
A Division Of Atlantic Union Bank
17801 Georgia Ave | Olney MD  20832

*EFFECTIVE JULY 1, 2025,  THE AMOUNT  AVAILABLE  TO  YOU  WHEN  A  HOLD  IS PLACED  ON  YOUR  DEPOSIT WILL  INCREASE. DETAILS FOLLOW: $225  NEXT DAY AVAILABILITY WILL INCREASE TO $275.  FOR LARGE DOLLAR AND NEW ACCOUNT HOLDS, $5,525  NEXT DAY AVAILABILITY WILL INCREASE TO $6,725.  PLEASE SEE THE FUNDS AVAILABILITY DISCLOSURE IN YOUR DEPOSIT ACCOUNT AGREEMENT AVAILABLE ON WWW.SANDYSPRINGBANK.COM  FOR MORE DETAILS.*

## My Free Banking

| | |
|---|---|
| Account number | XX-XXXX48-07 |
| Low balance | $1,055.73 |
| Average balance | $2,937.42 |

### DAILY ACTIVITY

| Date | Description | Additions | Subtractions | Balance |
|---|---|---|---|---|
| 06-16 | Beginning balance | | | $5,001.87 |
| 06-18 | ' ACH Withdrawal<br>NSM DBAMR.COOPER NSM DBAMR<br>250618 | | -1,843.00 | 3,158.87 |
| 06-23 | ' ACH Withdrawal<br>Jones Onslow EMC PAYMENT<br>250623 | | -127.55 | 3,031.32 |
| 06-23 | ' ACH Withdrawal<br>COMCAST ONLINE PMT<br>250623 | | -177.87 | 2,853.45 |
| 06-30 | ' ACH Withdrawal<br>DE ELECTRIC COOP ONLINE PMT<br>250630 | | -42.60 | 2,810.85 |
| 07-01 | ' ACH Withdrawal<br>TIDEWATER UTIL ONLINE PMT<br>250701 | | -80.17 | 2,730.68 |
| 07-02 | ' ACH Withdrawal<br>SHARP ENERGY INC WEB PMTS<br>250702 | | -92.97 | 2,637.71 |

17801 Georgia Avenue, Olney, Maryland 20832

1-800-399-5919 • 301-774-6400 • www.sandyspringbank.com

# Sandy Spring Bank
### A Division of Atlantic Union Bank

SETH L BLUM
July 16, 2025

Page 2 of 3
XX-XXXX48-07

| Date | Description | Additions | Subtractions | Balance |
|------|-------------|-----------|--------------|---------|
| 07-07 | ' Money Talks Trans Cr | 2,100.00 | | 4,737.71 |
| | REF 1861134L FUNDS TRANSFER FRM DEP 1890304806 FROM | | | |
| 07-07 | ' ACH Withdrawal | | -1,843.38 | 2,894.33 |
| | NSM DBAMR.COOPER NSM DBAMR 250707 | | | |
| 07-08 | ' ACH Credit | 2,572.10 | | 5,466.43 |
| | DELAWARE BEACH H CORP PAY JULY RENTALS | | | |
| 07-08 | ' ACH Withdrawal | | -117.97 | 5,348.46 |
| | SHARP ENERGY ONLINE PMT 250708 | | | |
| 07-10 | ' ACH Withdrawal | | -143.85 | 5,204.61 |
| | DE ELECTRIC COOP ONLINE PMT 250710 | | | |
| 07-11 | ' Money Talks Trans Dr | | -25.00 | 5,179.61 |
| | REF 1921026L FUNDS TRANSFER TO DEP 1890304806 FROM | | | |
| 07-11 | ' ACH Withdrawal | | -83.64 | 5,095.97 |
| | Jones Onslow EMC PAYMENT 250711 | | | |
| 07-11 | ' ACH Withdrawal | | -1,833.33 | 3,262.64 |
| | NSM DBAMR.COOPER NSM DBAMR 250711 | | | |
| 07-11 | ' ACH Withdrawal | | -1,839.14 | 1,423.50 |
| | NSM DBAMR.COOPER NSM DBAMR 250711 | | | |
| 07-14 | ' Money Talks Trans Dr | | -217.00 | 1,206.50 |
| | REF 1930922L FUNDS TRANSFER TO DEP 1890304806 FROM | | | |
| 07-14 | ' Money Talks Trans Dr | | -10.00 | 1,196.50 |
| | REF 1950910L FUNDS TRANSFER TO DEP 1890304806 FROM | | | |
| 07-14 | ' ACH Withdrawal | | -140.77 | 1,055.73 |
| | SHARP ENERGY INC WEB PMTS 250714 | | | |
| 07-15 | ' Money Talks Trans Cr | 2,200.00 | | 3,255.73 |
| | REF 1960845L FUNDS TRANSFER FRM DEP 1890304806 FROM | | | |
| 07-16 | ' ACH Withdrawal | | -2,011.27 | 1,244.46 |
| | SIGNATURE FCU EFUNDS TFR 250716 | | | |
| 07-16 | **Ending totals** | **6,872.10** | **-10,629.51** | **$1,244.46** |

# Sandy Spring Bank
### A Division of Atlantic Union Bank

SETH L BLUM
July 16, 2025

Page 3 of 3
XX-XXXX48-07

**OVERDRAFT/RETURN ITEM FEES**

|  | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

*Thank you for banking with Sandy Spring Bank*

**17801 Georgia Avenue, Olney, Maryland 20832**

**1-800-399-5919 • 301-774-6400 • www.sandyspringbank.com**

Printset Check E-Statements - 07/16/2025

# Sandy Spring Bank
### A Division of Atlantic Union Bank

Last statement: June 16, 2025
This statement: July 16, 2025
Total days in statement period: 30

Page 1 of 9
XX-XXXX48-06
(0)

Direct inquiries to:
800-399-5919

SETH L BLUM
BESSY BLUM
DEBTOR IN POSSESSION CASE 2510005 NVA
3317 WOODVALLEY DR
PIKESVILLE MD 21208-1956

Sandy Spring Bank
A Division Of Atlantic Union Bank
17801 Georgia Ave | Olney MD  20832

*EFFECTIVE JULY 1, 2025,  THE AMOUNT AVAILABLE TO YOU WHEN A HOLD IS PLACED ON YOUR DEPOSIT WILL INCREASE. DETAILS FOLLOW: $225  NEXT DAY AVAILABILITY WILL INCREASE TO $275.  FOR LARGE DOLLAR AND NEW ACCOUNT HOLDS, $5,525  NEXT DAY AVAILABILITY WILL INCREASE TO $6,725.  PLEASE SEE THE FUNDS AVAILABILITY DISCLOSURE IN YOUR DEPOSIT ACCOUNT AGREEMENT AVAILABLE ON WWW.SANDYSPRINGBANK.COM  FOR MORE DETAILS.*

## My Free Banking

Account number        XX-XXXX48-06
Low balance           $1,210.44
Average balance       $2,494.94

**DAILY ACTIVITY**

| Date | Description | Additions | Subtractions | Balance |
|------|-------------|-----------|--------------|---------|
| 06-16 | Beginning balance | | | $3,989.43 |
| 06-17 | ' Debit Card Purchase | | -42.40 | 3,947.03 |
| | MERCHANT PURCHASE TERMINAL 55500365 | | | |
| | FOOT LOCKER - 08473 TOWSON MD | | | |
| | XXXXXXXXXXXX1547 SEQ # 374825029386 | | | |
| 06-17 | ' Debit Card Purchase | | -146.28 | 3,800.75 |
| | MERCHANT PURCHASE TERMINAL 55432865 | | | |
| | INTUIT *TURBOTAX CL.INTUIT CA | | | |
| | XXXXXXXXXXXX1547 SEQ # 204792940939 | | | |
| 06-17 | ' Debit Card Purchase | | -5.00 | 3,795.75 |
| | MERCHANT PURCHASE TERMINAL 05314615 | | | |
| | BALTIMORE COUNTY REVEN TOWSON MD | | | |
| | XXXXXXXXXXXX1547 SEQ # 500207282965 | | | |
| 06-17 | ' Debit Card Purchase | | -15.80 | 3,779.95 |
| | MERCHANT PURCHASE TERMINAL 25247805 | | | |
| | BETTER CARE PHARMACY PIKESVILL MD | | | |
| | XXXXXXXXXXXX1547 SEQ # 002897039688 | | | |

**17801 Georgia Avenue, Olney, Maryland 20832**

**1-800-399-5919 • 301-774-6400 • www.sandyspringbank.com**

# Sandy Spring Bank
### A Division of Atlantic Union Bank

SETH L BLUM
July 16, 2025

Page 2 of 9
XX-XXXX48-06

| Date | Description | Additions | Subtractions | Balance |
|------|-------------|-----------|--------------|---------|
| 06-17 | Debit Card Purchase | | -8.47 | 3,771.48 |
| | MERCHANT PURCHASE TERMINAL 55432865 | | | |
| | APPLE.COM/BILL 866-712-7 CA | | | |
| | XXXXXXXXXXXX1547 SEQ # 204959007951 | | | |
| 06-17 | Debit Card Purchase | | -9.99 | 3,761.49 |
| | MERCHANT PURCHASE TERMINAL 55131585 | | | |
| | APPLE.COM/BILL CUPERTINO CA | | | |
| | XXXXXXXXXXXX1547 SEQ # 375266448480 | | | |
| 06-17 | Debit Card Purchase | | -250.00 | 3,511.49 |
| | MERCHANT PURCHASE TERMINAL 02305375 | | | |
| | PETRO WOODBURY NY | | | |
| | XXXXXXXXXXXX1547 SEQ # 300278262024 | | | |
| 06-17 | Debit Card Purchase | | -198.00 | 3,313.49 |
| | MERCHANT PURCHASE TERMINAL 55432865 | | | |
| | SQ *COMFORT EXPERTS HE gosq.com DE | | | |
| | XXXXXXXXXXXX1547 SEQ # 204942223657 | | | |
| 06-17 | Debit Card Purchase | | -11.65 | 3,301.84 |
| | MERCHANT PURCHASE TERMINAL 55432865 | | | |
| | Prime Video Channels amzn.com/ WA | | | |
| | XXXXXXXXXXXX1547 SEQ # 205012581352 | | | |
| 06-17 | Debit Card Purchase | | -45.38 | 3,256.46 |
| | POS PURCHASE TERMINAL 31541072 | | | |
| | TARGET T- 1737 REISTER PIKESVILL MD | | | |
| | XXXXXXXXXXXX1547 SEQ # 213057 | | | |
| 06-17 | Debit Card Purchase | | -36.99 | 3,219.47 |
| | POS PURCHASE TERMINAL 50130301 | | | |
| | THE FRESH MARKE BALTIMORE MD | | | |
| | XXXXXXXXXXXX1547 SEQ # 535211 | | | |
| 06-17 | ACH Withdrawal | | -63.33 | 3,156.14 |
| | ERIE LIFE INSUR PREM | | | |
| | 250616 | | | |
| 06-17 | ACH Withdrawal | | -37.40 | 3,118.74 |
| | ERIE LIFE INSUR PREM | | | |
| | 250616 | | | |
| 06-17 | ACH Withdrawal | | -49.30 | 3,069.44 |
| | ERIE LIFE INSUR PREM | | | |
| | 250616 | | | |
| 06-17 | ACH Withdrawal | | -85.43 | 2,984.01 |
| | ERIE LIFE INSUR PREM | | | |
| | 250616 | | | |
| 06-17 | ACH Withdrawal | | -128.78 | 2,855.23 |
| | ERIE LIFE INSUR PREM | | | |
| | 250616 | | | |
| 06-17 | ACH Withdrawal | | -171.28 | 2,683.95 |
| | ERIE LIFE INSUR PREM | | | |
| | 250616 | | | |

**17801 Georgia Avenue, Olney, Maryland 20832**

**1-800-399-5919 • 301-774-6400 • www.sandyspringbank.com**

Printset Check E-Statements - 07/16/2025

# Sandy Spring Bank
### A Division of Atlantic Union Bank

SETH L BLUM
July 16, 2025

Page 3 of 9
XX-XXXX48-06

| Date | Description | Additions | Subtractions | Balance |
|------|-------------|-----------|--------------|---------|
| 06-17 | ACH Withdrawal<br>WATER DEPT ONLINE PMT<br>250617 | | -33.46 | 2,650.49 |
| 06-20 | Debit Card Purchase<br>MERCHANT PURCHASE TERMINAL 82305095<br>PELOTON* MEMBERSHIP NEW YORK NY<br>XXXXXXXXXXXX1547 SEQ # 500052124522 | | -46.64 | 2,603.85 |
| 06-20 | Debit Card Purchase<br>MERCHANT PURCHASE TERMINAL 25247805<br>QUARRY WINE AND SPIRIT BALTIMORE MD<br>XXXXXXXXXXXX1547 SEQ # 003221220489 | | -65.37 | 2,538.48 |
| 06-20 | Debit Card Purchase<br>MERCHANT PURCHASE TERMINAL 12302025<br>Hair Cuttery - 4520 Pikesvill MD<br>XXXXXXXXXXXX1547 SEQ # 002052820040 | | -52.50 | 2,485.98 |
| 06-20 | Debit Card Purchase<br>MERCHANT PURCHASE TERMINAL 82711165<br>THE MARYLAND ZOO BALTIMORE MD<br>XXXXXXXXXXXX1547 SEQ # 500009309784 | | -250.00 | 2,235.98 |
| 06-20 | Debit Card Purchase<br>MERCHANT PURCHASE TERMINAL 55432865<br>APPLE.COM/BILL 866-712-7 CA<br>XXXXXXXXXXXX1547 SEQ # 205966604453 | | -19.05 | 2,216.93 |
| 06-20 | ACH Withdrawal<br>VENMO PAYMENT<br>250620 | | -350.00 | 1,866.93 |
| 06-23 | Authorized Transfer<br>ZELLE LATOYA M HUNTER<br>SANDY SPRING BANK 91043<br>17801 GEORGIA AVEN | 10.00 | | 1,876.93 |
| 06-23 | Debit Card Purchase<br>MERCHANT PURCHASE TERMINAL 55432865<br>APPLE.COM/BILL 866-712-7 CA<br>XXXXXXXXXXXX1547 SEQ # 206320579265 | | -317.99 | 1,558.94 |
| 06-23 | ACH Withdrawal<br>VENMO PAYMENT<br>250623 | | -75.00 | 1,483.94 |
| 06-23 | Authorized Transfer<br>ZELLE TOYA HUNTER<br>SANDY SPRING BANK 91043<br>17801 GEORGIA AVEN | | -10.00 | 1,473.94 |
| 06-25 | POS Refund<br>DISP CLAIM PROV CRTERMINAL PROVCR<br>APPLE.COM/BILL 866-712-7 CA<br>XXXXXXXXXXXX1547 SEQ # 020495900795 | 8.47 | | 1,482.41 |

**17801 Georgia Avenue, Olney, Maryland 20832**

**1-800-399-5919 • 301-774-6400 • www.sandyspringbank.com**

# Sandy Spring Bank

A Division of Atlantic Union Bank

SETH L BLUM
July 16, 2025

Page 4 of 9
XX-XXXX48-06

| Date | Description | Additions | Subtractions | Balance |
|------|-------------|-----------|--------------|---------|
| 06-25 | ' POS Refund | 19.05 | | 1,501.46 |
| | DISP CLAIM PROV CRTERMINAL PROVCR | | | |
| | APPLE.COM/BILL 866-712-7 CA | | | |
| | XXXXXXXXXXXX1547 SEQ # 020596660445 | | | |
| 06-25 | ' POS Refund | 317.99 | | 1,819.45 |
| | DISP CLAIM PROV CRTERMINAL PROVCR | | | |
| | APPLE.COM/BILL 866-712-7 CA | | | |
| | XXXXXXXXXXXX1547 SEQ # 020632057926 | | | |
| 06-26 | ' Authorized Transfer | 12.00 | | 1,831.45 |
| | ZELLE BRADLEY STEVEN DAV | | | |
| | SANDY SPRING BANK 91043 | | | |
| | 17801 GEORGIA AVEN | | | |
| 06-26 | ' Authorized Transfer | 12.00 | | 1,843.45 |
| | ZELLE MARILYN CARRERA | | | |
| | SANDY SPRING BANK 91043 | | | |
| | 17801 GEORGIA AVEN | | | |
| 06-27 | ' Debit Card Refund | 19.05 | | 1,862.50 |
| | MERCHANT REFUND TERMINAL 55432865 | | | |
| | APPLE.COM/BILL 866-712-7 CA | | | |
| | XXXXXXXXXXXX1547 SEQ # 208197846961 | | | |
| 06-27 | ' Debit Card Refund | 317.99 | | 2,180.49 |
| | MERCHANT REFUND TERMINAL 55432865 | | | |
| | APPLE.COM/BILL 866-712-7 CA | | | |
| | XXXXXXXXXXXX1547 SEQ # 208197855574 | | | |
| 06-27 | ' Authorized Transfer | | -27.00 | 2,153.49 |
| | ZELLE MIRANDA PRICE | | | |
| | SANDY SPRING BANK 91043 | | | |
| | 17801 GEORGIA AVEN | | | |
| 06-30 | ' ACH Credit | 4,227.07 | | 6,380.56 |
| | PINNACLE BANK PAYROLL | | | |
| | 250630 | | | |
| 06-30 | ' Debit Card Purchase | | -12.31 | 6,368.25 |
| | POS PURCHASE TERMINAL 62729801 | | | |
| | GRAUL'S MARKET RUXTON MD | | | |
| | XXXXXXXXXXXX3265 SEQ # 332063 | | | |
| 06-30 | ' Debit Card Purchase | | -20.00 | 6,348.25 |
| | POS PURCHASE TERMINAL 10076T21 | | | |
| | WALGREENS 2560 QUARRY BALTIMORE MD | | | |
| | XXXXXXXXXXXX3265 SEQ # 214860 | | | |
| 06-30 | ' Authorized Transfer | | -500.00 | 5,848.25 |
| | ZELLE GMA | | | |
| | SANDY SPRING BANK 91043 | | | |
| | 17801 GEORGIA AVEN | | | |
| 06-30 | ' Authorized Transfer | | -380.00 | 5,468.25 |
| | ZELLE MOM | | | |
| | SANDY SPRING BANK 91043 | | | |
| | 17801 GEORGIA AVEN | | | |

**17801 Georgia Avenue, Olney, Maryland 20832**

**1-800-399-5919 • 301-774-6400 • www.sandyspringbank.com**

# Sandy Spring Bank
### A Division of Atlantic Union Bank

SETH L BLUM

July 16, 2025

Page 5 of 9

XX-XXXX48-06

| Date | Description | Additions | Subtractions | Balance |
|------|-------------|-----------|--------------|---------|
| 07-01 | ' ACH Credit<br>CFG COMMUNITY BA PAYROLL<br>250701 | 3,722.03 | | 9,190.28 |
| 07-01 | ' Debit Card Purchase<br>MERCHANT PURCHASE TERMINAL 82711165<br>SA*BT SCHOOL TUITION BALTIMORE MD<br>XXXXXXXXXXXX3265 SEQ # 500016140419 | | -1,329.35 | 7,860.93 |
| 07-02 | ' Debit Card Purchase<br>MERCHANT PURCHASE TERMINAL 82711165<br>HOWARD COUNTY CHAMBER COLUMBIA MD<br>XXXXXXXXXXXX3265 SEQ # 500016414417 | | -580.00 | 7,280.93 |
| 07-02 | ' ACH Withdrawal<br>BALTIMORE GAS AN ONLINE PMT<br>250702 | | -261.58 | 7,019.35 |
| 07-02 | ' ACH Withdrawal<br>COMCAST ONLINE PMT<br>250702 | | -400.00 | 6,619.35 |
| 07-02 | ' ACH Withdrawal<br>NEWREZ-SHELLPOIN WEB PMTS<br>250701 | | -4,274.18 | 2,345.17 |
| 07-03 | ' ACH Credit<br>VENMO CASHOUT<br>250703 | 30.00 | | 2,375.17 |
| 07-03 | ' Debit Card Purchase<br>POS PURCHASE TERMINAL 54096802<br>ROYAL FARMS 80 QUEEN ANN MD<br>XXXXXXXXXXXX3265 SEQ # 753254 | | -35.82 | 2,339.35 |
| 07-07 | ' Authorized Transfer<br>ZELLE BLANCA AMAYA<br>SANDY SPRING BANK 91043<br>17801 GEORGIA AVEN | 100.00 | | 2,439.35 |
| 07-07 | ' ACH Credit<br>PINNACLE BANK ACH<br>Pinnacle Bank/EDDE<br>5470131B485FB6A9/Associate Expense R | 758.40 | | 3,197.75 |
| 07-07 | ' Authorized Transfer<br>ZELLE BLANCA AMAYA<br>SANDY SPRING BANK 91043<br>17801 GEORGIA AVEN | 2,000.00 | | 5,197.75 |
| 07-07 | ' Money Talks Trans Dr<br>REF 1861134L FUNDS TRANSFER TO<br>DEP 1890304807 FROM | | -2,100.00 | 3,097.75 |
| 07-07 | ' Debit Card Purchase<br>MERCHANT PURCHASE TERMINAL 05140485<br>CHICK-FIL-A #02884 MILLSBORO DE<br>XXXXXXXXXXXX3265 SEQ # 710018573241 | | -32.12 | 3,065.63 |

**17801 Georgia Avenue, Olney, Maryland 20832**

**1-800-399-5919 • 301-774-6400 • www.sandyspringbank.com**

# Sandy Spring Bank
## A Division of Atlantic Union Bank

SETH L BLUM                                                          Page 6 of 9
July 16, 2025                                                        XX-XXXX48-06

| Date | Description | Additions | Subtractions | Balance |
|------|-------------|-----------|--------------|---------|
| 07-07 | Debit Prch Csh Back | | -183.10 | 2,882.53 |
| | POS PCH CSH BACK TERMINAL 0001 | | | |
| | FOOD LION #2123 37468 SELBYVILL DE | | | |
| | XXXXXXXXXXXX3265 SEQ # 961685 | | | |
| 07-07 | Debit Card Purchase | | -16.94 | 2,865.59 |
| | POS PURCHASE TERMINAL 00010001 | | | |
| | SUNSATIONS #015 (140 OCEAN CIT MD | | | |
| | XXXXXXXXXXXX3265 SEQ # 414025 | | | |
| 07-07 | Debit Card Purchase | | -15.75 | 2,849.84 |
| | MERCHANT PURCHASE TERMINAL 12302025 | | | |
| | Lighthouse Liquors -45 Fenwick I DE | | | |
| | XXXXXXXXXXXX3265 SEQ # 002533097069 | | | |
| 07-07 | Debit Card Purchase | | -24.35 | 2,825.49 |
| | MERCHANT PURCHASE TERMINAL 02305375 | | | |
| | TST* SURF BAGEL - FENW FENWICK DE | | | |
| | XXXXXXXXXXXX3265 SEQ # 500349233393 | | | |
| 07-07 | Debit Card Purchase | | -39.87 | 2,785.62 |
| | MERCHANT PURCHASE TERMINAL 05314615 | | | |
| | CANDY KITCHEN - REHOBO REHOBOTH DE | | | |
| | XXXXXXXXXXXX3265 SEQ # 500260275119 | | | |
| 07-07 | Debit Card Purchase | | -55.00 | 2,730.62 |
| | MERCHANT PURCHASE TERMINAL 82305095 | | | |
| | SP FUNLAND TICKETS REHOBOTH DE | | | |
| | XXXXXXXXXXXX3265 SEQ # 500026715536 | | | |
| 07-07 | Debit Card Purchase | | -40.75 | 2,689.87 |
| | POS PURCHASE TERMINAL 62062702 | | | |
| | ROYAL FARMS #31 DAGSBORO DE | | | |
| | XXXXXXXXXXXX3265 SEQ # 978778 | | | |
| 07-07 | Debit Card Purchase | | -41.16 | 2,648.71 |
| | MERCHANT PURCHASE TERMINAL 15270215 | | | |
| | Subway 65967 Perryvill MD | | | |
| | XXXXXXXXXXXX3265 SEQ # 001379383043 | | | |
| 07-07 | Debit Card Purchase | | -21.19 | 2,627.52 |
| | MERCHANT PURCHASE TERMINAL 55432865 | | | |
| | APPLE.COM/BILL 866-712-7 CA | | | |
| | XXXXXXXXXXXX3265 SEQ # 201930069998 | | | |
| 07-07 | Debit Card Purchase | | -250.00 | 2,377.52 |
| | MERCHANT PURCHASE TERMINAL 57540245 | | | |
| | FANDUELSBKPRIMARY 971708301 NJ | | | |
| | XXXXXXXXXXXX3265 SEQ # 714012495014 | | | |
| 07-07 | Debit Card Purchase | | -41.46 | 2,336.06 |
| | POS PURCHASE TERMINAL 19212T21 | | | |
| | WALGREENS 23 W TIMONIU TIMONIUM MD | | | |
| | XXXXXXXXXXXX3265 SEQ # 445010 | | | |
| 07-07 | Authorized Transfer | | -500.00 | 1,836.06 |
| | ZELLE GMA | | | |
| | SANDY SPRING BANK 91043 | | | |
| | 17801 GEORGIA AVEN | | | |

**17801 Georgia Avenue, Olney, Maryland 20832**

**1-800-399-5919 • 301-774-6400 • www.sandyspringbank.com**

# Sandy Spring Bank
### A Division of Atlantic Union Bank

SETH L BLUM                                                    Page 7 of 9
July 16, 2025                                                  XX-XXXX48-06

| Date | Description | Additions | Subtractions | Balance |
|------|-------------|-----------|--------------|---------|
| 07-10 | Debit Card Purchase | | -5.67 | 1,830.39 |
| | MERCHANT PURCHASE TERMINAL 52704875 | | | |
| | DUNKIN #354586 Q35 PIKESVILL MD | | | |
| | XXXXXXXXXXXX3265 SEQ # 243026108225 | | | |
| 07-10 | ACH Withdrawal | | -500.00 | 1,330.39 |
| | AUDI FINCL, TEL. TEL DEBIT | | | |
| | 250710 | | | |
| 07-11 | Money Talks Trans Cr | 25.00 | | 1,355.39 |
| | REF 1921026L FUNDS TRANSFER FRM | | | |
| | DEP 1890304807 FROM | | | |
| 07-11 | Debit Card Purchase | | -47.64 | 1,307.75 |
| | MERCHANT PURCHASE TERMINAL 55432865 | | | |
| | XFINITY MOBILE 888-936-4 PA | | | |
| | XXXXXXXXXXXX3265 SEQ # 203418692808 | | | |
| 07-11 | Debit Card Purchase | | -12.60 | 1,295.15 |
| | MERCHANT PURCHASE TERMINAL 05436845 | | | |
| | 5GUYS 0527 QSR COLUMBIA MD | | | |
| | XXXXXXXXXXXX3265 SEQ # 500183744183 | | | |
| 07-11 | Debit Card Purchase | | -59.72 | 1,235.43 |
| | POS PURCHASE TERMINAL 12678401 | | | |
| | HOOKS LANE PIKESVILL MD | | | |
| | XXXXXXXXXXXX3265 SEQ # 077810 | | | |
| 07-14 | Money Talks Trans Cr | 10.00 | | 1,245.43 |
| | REF 1950910L FUNDS TRANSFER FRM | | | |
| | DEP 1890304807 FROM | | | |
| 07-14 | Money Talks Trans Cr | 217.00 | | 1,462.43 |
| | REF 1930922L FUNDS TRANSFER FRM | | | |
| | DEP 1890304807 FROM | | | |
| 07-14 | Debit Card Purchase | | -4.99 | 1,457.44 |
| | MERCHANT PURCHASE TERMINAL 25247805 | | | |
| | 0009P - PARKINGCOM CHICAGO IL | | | |
| | XXXXXXXXXXXX3265 SEQ # 001923333304 | | | |
| 07-14 | Debit Card Purchase | | -217.00 | 1,240.44 |
| | MERCHANT PURCHASE TERMINAL 75454915 | | | |
| | TUXEDO HOUSE LUTHERVIL MD | | | |
| | XXXXXXXXXXXX3265 SEQ # 900018300061 | | | |
| 07-14 | Authorized Transfer | | -30.00 | 1,210.44 |
| | ZELLE ROD MORRISON | | | |
| | SANDY SPRING BANK 91043 | | | |
| | 17801 GEORGIA AVEN | | | |
| 07-15 | ACH Credit | 3,722.02 | | 4,932.46 |
| | CFG COMMUNITY BA PAYROLL | | | |
| | 250715 | | | |
| 07-15 | ACH Credit | 4,947.80 | | 9,880.26 |
| | PINNACLE BANK PAYROLL | | | |
| | 250715 | | | |

**17801 Georgia Avenue, Olney, Maryland 20832**

**1-800-399-5919 • 301-774-6400 • www.sandyspringbank.com**

# Sandy Spring Bank
## A Division of Atlantic Union Bank

SETH L BLUM                                               Page 8 of 9
July 16, 2025                                             XX-XXXX48-06

| Date | Description | Additions | Subtractions | Balance |
|------|-------------|-----------|--------------|---------|
| 07-15 | Money Talks Trans Dr<br>REF 1960845L FUNDS TRANSFER TO<br>DEP 1890304807 FROM | | -2,200.00 | 7,680.26 |
| 07-15 | Debit Card Purchase<br>POS PURCHASE TERMINAL 1443CL01<br>WEIGHT WISE PIKESVILL MD<br>XXXXXXXXXXXX3265 SEQ # 130230 | | -90.00 | 7,590.26 |
| 07-15 | Debit Card Purchase<br>DISP PROV CR REV TERMINAL PROVCRRV<br>APPLE.COM/BILL 866-712-7 CA<br>XXXXXXXXXXXX1547 SEQ # 020632057926 | | -317.99 | 7,272.27 |
| 07-15 | Debit Card Purchase<br>POS PURCHASE TERMINAL 31541113<br>TARGET T- 1737 REISTER PIKESVILL MD<br>XXXXXXXXXXXXX3265 SEQ # 950135 | | -77.46 | 7,194.81 |
| 07-15 | ACH Withdrawal<br>ERIE INS GROUP ERIEXPSPAY<br>250715 | | -49.46 | 7,145.35 |
| 07-15 | Authorized Transfer<br>ZELLE GMA<br>SANDY SPRING BANK 91043<br>17801 GEORGIA AVEN | | -500.00 | 6,645.35 |
| 07-15 | Authorized Transfer<br>ZELLE MOM<br>SANDY SPRING BANK 91043<br>17801 GEORGIA AVEN | | -350.00 | 6,295.35 |
| 07-16 | Debit Card Purchase<br>MERCHANT PURCHASE TERMINAL 25247805<br>BETTER CARE PHARMACY PIKESVILL MD<br>XXXXXXXXXXXX3265 SEQ # 002698033992 | | -15.80 | 6,279.55 |
| 07-16 | Debit Card Purchase<br>POS PURCHASE TERMINAL 93132613<br>COSTCO GAS #132 OWINGS MI MD<br>XXXXXXXXXXXX3265 SEQ # 145849 | | -61.76 | 6,217.79 |
| 07-16 | ACH Withdrawal<br>ERIE LIFE INSUR PREM<br>250715 | | -63.33 | 6,154.46 |
| 07-16 | ACH Withdrawal<br>ERIE LIFE INSUR PREM<br>250715 | | -37.40 | 6,117.06 |
| 07-16 | ACH Withdrawal<br>ERIE LIFE INSUR PREM<br>250715 | | -49.30 | 6,067.76 |
| 07-16 | ACH Withdrawal<br>ERIE LIFE INSUR PREM<br>250715 | | -85.43 | 5,982.33 |

**17801 Georgia Avenue, Olney, Maryland 20832**

**1-800-399-5919 • 301-774-6400 • www.sandyspringbank.com**

# Sandy Spring Bank
## A Division of Atlantic Union Bank

SETH L BLUM
July 16, 2025

Page 9 of 9
XX-XXXX48-06

| Date | Description | Additions | Subtractions | Balance |
|------|-------------|-----------|--------------|---------|
| 07-16 | ' ACH Withdrawal | | -128.78 | 5,853.55 |
| | ERIE LIFE INSUR PREM | | | |
| | 250715 | | | |
| 07-16 | ' ACH Withdrawal | | -171.28 | 5,682.27 |
| | ERIE LIFE INSUR PREM | | | |
| | 250715 | | | |
| 07-16 | ' ACH Withdrawal | | -540.00 | 5,142.27 |
| | ERIEINSURANCEWEB PAYMENT | | | |
| | 250716 | | | |
| 07-16 | **Ending totals** | **20,475.87** | **-19,323.03** | **$5,142.27** |

## OVERDRAFT/RETURN ITEM FEES

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $58.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

*Thank you for banking with Sandy Spring Bank*

**17801 Georgia Avenue, Olney, Maryland 20832**

**1-800-399-5919 • 301-774-6400 • www.sandyspringbank.com**

Printset Check E-Statements - 07/16/2025


Blum Seth L/Bessy

███4806 My Free Banking

---

| | | |
|---|---|---|
| Ledger balance: | 3,072.13 | Today's activity: | -2,030.10 |
| Current balance: | 1,042.03 | Total Holds: | 0.00 |
| Account available balance: | 1,042.03 | Float: | 0.00 |
| Total accessible balance: | 1,042.03 | Unused PRA: | |
| Closing balance: | 1,042.03 | Related available balance: | 0.00 |
| Last statement: | 07/16/2025 | | |

115  Transactions from 07/17/2025 to 08/25/2025

| Date | Check | Debit | Credit | Other | Description | Status | Balance |
|---|---|---|---|---|---|---|---|
| 08/25/2025 | | 36.58 | | | DDA Purchase/T | Pending | |
| 08/24/2025 | | 25.46 | | | DDA Purchase | Pending | |
| 08/25/2025 | | 1,329.35 | | | MC Purchase | Pending | |
| 08/25/2025 | | 11.79 | | | MC Purchase/T | Pending | |
| 08/24/2025 | | 69.78 | | | DDA Purchase | Pending | |
| 08/23/2025 | | 5.17 | | | DDA Purchase/T | Pending | |
| 08/23/2025 | | 7.05 | | | DDA Purchase/T | Pending | |
| 08/22/2025 | | 44.92 | | | DDA Purchase/T | Pending | |
| 08/25/2025 | | 500.00 | | | 185 - Authorized Transfer | Pending | |
| 08/22/2025 | | 11.76 | | | 227 - Debit Card Purchase | | |
| 08/22/2025 | | 22.35 | | | 227 - Debit Card Purchase | | |
| 08/21/2025 | | 5.09 | | | 227 - Debit Card Purchase | | |
| 08/21/2025 | | | 9.36 | | 111 - Debit Card Refund | | |
| 08/20/2025 | | 24.04 | | | 235 - Debit Card Purchase | | |
| 08/19/2025 | | 222.62 | | | 227 - Debit Card Purchase | | |
| 08/19/2025 | | 34.44 | | | 227 - Debit Card Purchase | | |
| 08/19/2025 | | 62.79 | | | 235 - Debit Card Purchase | | |
| 08/18/2025 | | 100.00 | | | 185 - Authorized Transfer | | |
| 08/18/2025 | | 317.45 | | | 941 - Ach Withdrawal | | |
| 08/18/2025 | | 171.28 | | | 941 - Ach Withdrawal | | |
| 08/18/2025 | | 128.78 | | | 941 - Ach Withdrawal | | |
| 08/18/2025 | | 85.43 | | | 941 - Ach Withdrawal | | |

| Date | Amount | Amount | Description |
|---|---|---|---|
| 08/18/2025 | 63.33 | | 941 - Ach Withdrawal |
| 08/18/2025 | 49.30 | | 941 - Ach Withdrawal |
| 08/18/2025 | 37.40 | | 941 - Ach Withdrawal |
| 08/18/2025 | 200.00 | | 235 - Debit Card Purchase |
| 08/18/2025 | 5.24 | | 235 - Debit Card Purchase |
| 08/18/2025 | 50.10 | | 227 - Debit Card Purchase |
| 08/18/2025 | 10.29 | | 235 - Debit Card Purchase |
| 08/18/2025 | 16.96 | | 235 - Debit Card Purchase |
| 08/18/2025 | 36.60 | | 235 - Debit Card Purchase |
| 08/18/2025 | 9.74 | | 235 - Debit Card Purchase |
| 08/18/2025 | 36.45 | | 235 - Debit Card Purchase |
| 08/18/2025 | 24.95 | | 235 - Debit Card Purchase |
| 08/18/2025 | 32.95 | | 235 - Debit Card Purchase |
| 08/18/2025 | 15.80 | | 235 - Debit Card Purchase |
| 08/18/2025 | 35.35 | | 235 - Debit Card Purchase |
| 08/15/2025 | 390.00 | | 185 - Authorized Transfer |
| 08/15/2025 | 500.00 | | 185 - Authorized Transfer |
| 08/15/2025 | 24.73 | | 941 - Ach Withdrawal |
| 08/15/2025 | 19.05 | | 227 - Debit Card Purchase |
| 08/15/2025 | 90.00 | | 227 - Debit Card Purchase |
| 08/15/2025 | 15.89 | | 227 - Debit Card Purchase |
| 08/15/2025 | 2,800.00 | | 215 - Money Talks Trans Dr |
| 08/15/2025 | | 4,947.81 | 736 - Ach Credit |
| 08/15/2025 | | 3,723.84 | 736 - Ach Credit |
| 08/14/2025 | 13.77 | | 235 - Debit Card Purchase |
| 08/13/2025 | 51.23 | | 227 - Debit Card Purchase |
| 08/13/2025 | 40.04 | | 235 - Debit Card Purchase |
| 08/13/2025 | | 100.00 | 115 - Money Talks Trans Cr |
| 08/12/2025 | 78.44 | | 227 - Debit Card |

| Date | Amount | Amount | Description |
|---|---|---|---|
| | | | Purchase |
| 08/11/2025 | 404.00 | | 941 - Ach Withdrawal |
| 08/11/2025 | 150.00 | | 941 - Ach Withdrawal |
| 08/11/2025 | 100.00 | | 941 - Ach Withdrawal |
| 08/11/2025 | 47.64 | | 235 - Debit Card Purchase |
| 08/11/2025 | 34.05 | | 227 - Debit Card Purchase |
| 08/11/2025 | 41.65 | | 235 - Debit Card Purchase |
| 08/11/2025 | 44.00 | | 235 - Debit Card Purchase |
| 08/11/2025 | 141.99 | | 235 - Debit Card Purchase |
| 08/11/2025 | | 404.00 | 115 - Money Talks Trans Cr |
| 08/08/2025 102 | 1,000.00 | | 800 - Check |
| 08/08/2025 | | 171.42 | 736 - Ach Credit |
| 08/07/2025 | | 1,000.00 | 115 - Money Talks Trans Cr |
| 08/05/2025 | 16.94 | | 235 - Debit Card Purchase |
| 08/05/2025 | 21.18 | | 235 - Debit Card Purchase |
| 08/05/2025 | 25.42 | | 235 - Debit Card Purchase |
| 08/05/2025 | 117.62 | | 235 - Debit Card Purchase |
| 08/04/2025 | 80.00 | | 185 - Authorized Transfer |
| 08/04/2025 | 4,274.18 | | 941 - Ach Withdrawal |
| 08/04/2025 | 732.29 | | 941 - Ach Withdrawal |
| 08/04/2025 | 400.00 | | 941 - Ach Withdrawal |
| 08/04/2025 | 42.38 | | 235 - Debit Card Purchase |
| 08/04/2025 | 14.61 | | 235 - Debit Card Purchase |
| 08/04/2025 | 31.77 | | 227 - Debit Card Purchase |
| 08/04/2025 | 9.60 | | 235 - Debit Card Purchase |
| 08/04/2025 | 23.03 | | 235 - Debit Card Purchase |
| 08/04/2025 | 77.12 | | 227 - Debit Card Purchase |
| 08/04/2025 | 72.74 | | 235 - Debit Card Purchase |
| 08/04/2025 | 28.32 | | 235 - Debit Card Purchase |

| Date | Amount | Amount | Description |
|---|---|---|---|
| 08/04/2025 | 2,100.00 | | 215 - Money Talks Trans Dr |
| 08/01/2025 | 17.00 | | 185 - Authorized Transfer |
| 08/01/2025 | 100.00 | | 185 - Authorized Transfer |
| 08/01/2025 | 500.00 | | 185 - Authorized Transfer |
| 08/01/2025 | 20.05 | | 235 - Debit Card Purchase |
| 08/01/2025 | | 3,722.02 | 736 - Ach Credit |
| 08/01/2025 | | 2,000.00 | 192 - Authorized Transfer |
| 08/01/2025 | | 100.00 | 192 - Authorized Transfer |
| 07/31/2025 | 200.00 | | 235 - Debit Card Purchase |
| 07/31/2025 | 23.30 | | 235 - Debit Card Purchase |
| 07/31/2025 | | 1,856.11 | 736 - Ach Credit |
| 07/30/2025 | 55.09 | | 235 - Debit Card Purchase |
| 07/30/2025 | 249.32 | | 230 - Debit Prch Csh Back |
| 07/30/2025 | 9.28 | | 227 - Debit Card Purchase |
| 07/28/2025 | 5.49 | | 227 - Debit Card Purchase |
| 07/28/2025 | 4.24 | | 235 - Debit Card Purchase |
| 07/28/2025 | 36.60 | | 235 - Debit Card Purchase |
| 07/28/2025 | 200.00 | | 235 - Debit Card Purchase |
| 07/28/2025 | | 7.94 | 111 - Debit Card Refund |
| 07/25/2025 | 500.00 | | 185 - Authorized Transfer |
| 07/25/2025 | 7.94 | | 227 - Debit Card Purchase |
| 07/25/2025 | 1,329.35 | | 235 - Debit Card Purchase |
| 07/25/2025 | 19.96 | | 227 - Debit Card Purchase |
| 07/25/2025 | 66.03 | | 227 - Debit Card Purchase |
| 07/25/2025 | 9.95 | | 235 - Debit Card Purchase |
| 07/25/2025 | 101.11 | | 235 - Debit Card Purchase |
| 07/24/2025 | | 101.11 | 115 - Money Talks Trans Cr |
| 07/23/2025 | 134.98 | | 235 - Debit Card Purchase |
| 07/22/2025 | 208.00 | | 235 - Debit Card |

| | | | Purchase |
|---|---|---|---|
| 07/21/2025 | 8.32 | | 235 - Debit Card Purchase |
| 07/21/2025 | 21.00 | | 235 - Debit Card Purchase |
| 07/17/2025 | 354.00 | | 185 - Authorized Transfer |
| 07/17/2025 | 10.29 | | 235 - Debit Card Purchase |
| 07/17/2025 | 100.00 | | 235 - Debit Card Purchase |
| 07/17/2025 | 12.70 | | 235 - Debit Card Purchase |
| 07/17/2025 | 45.58 | | 235 - Debit Card Purchase |

Blum Seth L/Bessy

4807 My Free Banking

| | | |
|---|---|---|
| Ledger balance: | 546.94 | Today's activity: | 0.00 |
| Current balance: | 546.94 | Total Holds: | 0.00 |
| Account available balance: | 546.94 | Float: | 0.00 |
| Total accessible balance: | 546.94 | Unused PRA: | |
| Closing balance: | 546.94 | Related available balance: | 0.00 |
| Last statement: | 07/16/2025 | | |

20  Transactions from 07/17/2025 to 08/25/2025

| Date | Check | Debit | Credit | Other | Description | Status | Balance |
|------|-------|-------|--------|-------|-------------|--------|---------|
| 08/18/2025 | | 2,011.22 | | | 941 - Ach Withdrawal | | |
| 08/18/2025 | | 1,839.14 | | | 941 - Ach Withdrawal | | |
| 08/18/2025 | | 1,796.62 | | | 941 - Ach Withdrawal | | |
| 08/18/2025 | | 88.60 | | | 941 - Ach Withdrawal | | |
| 08/18/2025 | | 79.74 | | | 941 - Ach Withdrawal | | |
| 08/15/2025 | | | 2,800.00 | | 115 - Money Talks Trans Cr | | |
| 08/13/2025 | | 100.00 | | | 215 - Money Talks Trans Dr | | |
| 08/11/2025 | | 12.00 | | | 925 - Wire Fee | | |
| 08/11/2025 | | 275,444.65 | | | 215 - Money Talks Trans Dr | | |
| 08/11/2025 | | 404.00 | | | 215 - Money Talks Trans Dr | | |
| 08/11/2025 | | | 275,444.65 | | 627 - Wire In | | |
| 08/07/2025 | | 1,000.00 | | | 215 - Money Talks Trans Dr | | |
| 08/06/2025 | | | 2,572.10 | | 736 - Ach Credit | | |
| 08/04/2025 | | 103.74 | | | 941 - Ach Withdrawal | | |
| 08/04/2025 | | | 2,100.00 | | 115 - Money Talks Trans Cr | | |
| 07/29/2025 | | 277.87 | | | 941 - Ach Withdrawal | | |
| 07/29/2025 | | 211.10 | | | 941 - Ach Withdrawal | | |
| 07/29/2025 | | 124.25 | | | 941 - Ach Withdrawal | | |
| 07/29/2025 | | 20.23 | | | 941 - Ach Withdrawal | | |
| 07/24/2025 | | 101.11 | | | 215 - Money Talks Trans Dr | | |