IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Baltimore Division

```
-------------------------------------------------------------X
In re:                                              :     Chapter 11 (Subchapter V)
                                                    :
Seth L Blum and Bessy G Blum                        :     Case No.  25-10005
                                                    :
         Debtors.                                   :
                                                    :
-------------------------------------------------------------X
```

**OBJECTION TO PROOFS OF CLAIM #23, 24, and 25 (Navy Federal Credit Union)**

**NOTIFY IS HEREBY GIVEN to the above-named creditor that such creditor must file with the Clerk of the Bankruptcy Court, 6500 Cherrywood Lane, Greenbelt MD 20770, a responsive memorandum opposing the objection and a request for a hearing, if desired, unless the claimant wishes to rely solely upon the proofs of claim, and mail a copy thereof to the undersigned, within thirty (30) days of the date of service of this objection. A hearing may be held upon the objection, and any response thereto, by the court at the Court's discretion.**

1.      Jurisdiction over this matter is proper pursuant to 28 U.S.C. § 1334(b) as a civil proceeding arising under Title 11 or arising in a case under Title 11.  As a matter concerning the allowance or disallowance of claim, this constitutes a core proceeding. 28 U.S.C. § 157(b)(2)(B).

2.      The debtor does not owe this debt, and therefore it is unenforceable against the debtor and property of the debtor under 11 U.S.C. § 502(b)(1).

3.      The alleged debt, on its face, is time-barred by Maryland's 3-year statute of limitations.  The attachments show last transaction dates in 2014 and 2015, over 9 years before the petition date.

4.      Accordingly, the claims are unenforceable under 11 U.S.C. § 502(b)(1), and Debtor's objection must be sustained.

WHEREFORE, the Debtor respectfully objects to Claims #23, 24 and 25 under 11 U.S.C. § 502(b)(1) and requests that they be disallowed in their entirety.

Dated: August 28, 2025.

Respectfully submitted,

   /s/Daniel M. Press        
Daniel M. Press
CHUNG & PRESS, P.C.
6718 Whittier Avenue, Suite 200
McLean, Virginia 22101
(703) 734-3800
dpress@chung-press.com
Counsel for Debtors

**CERTIFICATE OF SERVICE**

I certify that on the 28th day of August, 2025, the foregoing Objection was served on the U.S. Trustee, the Subchapter V Trustee, and all other parties requesting notice by CM/ECF as follows:

Monique Desiree Almy malmy@crowell.com,
cbest@crowell.com,
malmy@ecf.axosfs.com,
monique-almy-7127@ecf.pacerpro.com

Hugh M. (UST) Bernstein hugh.m.bernstein@usdoj.gov

Richard J Hackerman Richard@RichardHackerman.com,
6923530420@filings.docketbird.com,
Hackerman.RichardR106256@notify.bestcase.com

Jonathan E. Levine jlevine@mbhylaw.com

US Trustee - Baltimore USTPRegion04.BA.ECF@USDOJ.GOV

Eric VandeLinde eric.vandelinde@bww-law.com,
bankruptcy@bww-law.com


and upon the claimant by first class mail, postage prepaid, addressed as follows:

Navy Federal Credit Union
Attn Nia Dillon, Bankruptcy Specialist
PO Box 3000
Merrifield VA 22119

President
Navy Federal Credit Union
820 Follin Lane SE
Vienna, VA 22180-4907


                                                 __/s/Daniel M. Press_____
                                                 Daniel M. Press