IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Baltimore Division

```
-------------------------------------------------------------X
In re:                                       :      Chapter 11 (Subchapter V)
                                             :
Seth L Blum and Bessy G Blum                 :      Case No.  25-10005
                                             :
          Debtors.                           :
                                             :
-------------------------------------------------------------X
```

**ORDER SUSTAINING**
**OBJECTION TO PROOFS OF CLAIM #23, 24 and 25 (Navy Federal Credit Union)**

Upon consideration of the objection of the Debtors to Proof of Claim #23, 24 and 25 filed in this case by Navy Federal Credit Union, and any response thereto, and it appearing that the claims are time barred and not owed, it is hereby

ORDERED that proofs of claim #23, 24 and 25 are DISALLOWED.

Copies to:

Navy Federal Credit Union
Attn Nia Dillon, Bankruptcy Specialist
PO Box 3000
Merrifield VA 22119

Debtor's Counsel (by CM/ECF)
U.S. Trustee (by CM/ECF)
Subchapter V Trustee (by CM/ECF)

End of Order