_____                              ✓ RETAIN

Nancy V. Alquist , U. S. BANKRUPTCY JUDGE        Evidentiary Hrg: Y N
                                                  Exhibits Filed: Y N

PROCEEDING MEMO - CHAPTER 11

Date: 08/29/2025  Time: 11:00

CASE: 25-10005 Seth L Blum and Bessy G Blum

Daniel M. Press representing Seth L Blum (Debtor)
Daniel M. Press representing Bessy G Blum (Debtor)

representing Monique Desiree Almy (Trustee)
Hugh M. (UST) Bernstein representing US Trustee - Baltimore (U.S. Trustee)

[66] Chapter 11 Plan Small Business Subchapter V Filed
by Bessy G Blum, Seth L Blum.

MOVANT : Seth Blum Bessy Blum BY D Press D Press

*MS Almy*

[82] Objection to Confirmation of Proposed Chapter 11
plan. on behalf of Peter Elmo Filed by Richard
J Hackerman (related document(s) 1 Appendix
Matrix)

MOVANT : Peter Elmo BY R Hackerman

[83] United States Trustee's Exhibit List for August
29, 2025 Confirmation Hearing Filed by Hugh M. (UST)
Bernstein (related document(s) 2 Exhibits 6-10)

MOVANT : US Trustee - Baltimore BY H Bernstein

[84] Debtor's Exhibit and Witness List Filed by
Daniel M. Press (related document(s) 1 Exhibit
Exhibit D1)

MOVANT : Seth Blum Bessy Blum BY D Press D Press

[85] Creditor Peter Elmo's Exhibit and Witness List
Filed by Richard J Hackerman (related document(s)
5 Exhibit 2. Judgment)

MOVANT : Peter Elmo BY R Hackerman

[86] Tally of Ballots on behalf of Bessy G Blum,
Seth L Blum Filed by Daniel M. Press.

MOVANT : Seth Blum Bessy Blum BY D Press D Press

PLAN/DISCLOSURE STATEMENT DISPOSITIONS:

   Approved_____   Denied Approval_____   Deadline to file Amended D/S_____

Other_____

Confirmed_____ as modified by _____

Denied Confirmation_____ with leave to amend by _____

Other_____

DISPOSITIONS:

    Granted____ Denied____ Withdrawn____ Consent____ Default____ Under Adv.____

    Moot____ Dismissed____ Relief by Operation of Law (no order req.)____

    (Continued) ~~to:~~ Without date; a continued date will be set by the Court in consultation with the parties.

DECISION:

    [ ] Signed by Court      [ ] Filed by Counsel
    [ ] To be prepared by:
        [ ] Movant's counsel    [ ] Court
        [ ] Respondent's counsel  [ ] Other _____

NOTES: