Entered: September 3rd, 2025
Signed: September 2nd, 2025

**SO ORDERED**



NANCY V. ALQUIST
U. S. BANKRUPTCY JUDGE

<br>

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MARYLAND**
**Baltimore Division**

```
-------------------------------------------------------------X
In re:                              :     Chapter 11 (Subchapter V)
                                    :
Seth L Blum and Bessy G Blum        :     Case No.  25-10005
                                    :
        Debtors.                    :
                                    :
-------------------------------------------------------------X
```

<u>ORDER APPROVING EMPLOYMENT OF REAL ESTATE AGENT</u>

UPON CONSIDERATION of Debtors'Application for an Order authorizing and designating ADAM ASK of NORTHROP REALTY to perform real estate agent services on behalf of the Debtors, proper notice having been given and no objections having been filed, and

IT APPEARING to the Court that said Application should be granted, it is hereby

ORDERED that ADAM ASK of NORTHROP REALTY are hereby authorized and designated to perform real eatate agency services for the Debtors as necessary to assist the Debtors with respect to this case, on a 2.5% seller-side commission.

Copies by CM/ECF to:

Counsel for Debtor
U.S. Trustee

END OF ORDER