United States Bankruptcy Court
District of Maryland

| | |
|---|---|
| In re: | Case No. 25-10005-NVA |
| Seth L Blum | Chapter 11 |
| Bessy G Blum | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0416-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Sep 03, 2025 | Form ID: pdfparty | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol       Definition**

\+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 05, 2025:**

**Recip ID**        **Recipient Name and Address**
db/db           + Seth L Blum, Bessy G Blum, 3317 Woodvalley Rd, Pikesville, MD 21208-1956

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 05, 2025                Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 3, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Daniel M. Press | dpress@chung-press.com  pressdm@gmail.com,danpress@recap.email |
| Eric VandeLinde | eric.vandelinde@bww-law.com  bankruptcy@bww-law.com |
| Hugh M. (UST) Bernstein | hugh.m.bernstein@usdoj.gov |
| Jonathan E. Levine | jlevine@mbhylaw.com |
| Monique Desiree Almy | malmy@crowell.com  cbest@crowell.com,malmy@ecf.axosfs.com,monique-almy-7127@ecf.pacerpro.com |
| Richard J Hackerman | |

District/off: 0416-1 | User: admin | Page 2 of 2
Date Rcvd: Sep 03, 2025 | Form ID: pdfparty | Total Noticed: 1

Richard@RichardHackerman.com  6923530420@filings.docketbird.com,Hackerman.RichardR106256@notify.bestcase.com

US Trustee - Baltimore

USTPRegion04.BA.ECF@USDOJ.GOV

TOTAL: 7

Entered: September 3rd, 2025
Signed: September 2nd, 2025

**SO ORDERED**



Nancy V. Alquist
U. S. BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND
Baltimore Division

```
-----------------------------------------------------------X
In re:                                    :    Chapter 11 (Subchapter V)
                                          :
Seth L Blum and Bessy G Blum              :    Case No.  25-10005
                                          :
           Debtors.                       :
                                          :
-----------------------------------------------------------X
```

ORDER APPROVING EMPLOYMENT OF REAL ESTATE AGENT

UPON CONSIDERATION of Debtors' Application for an Order authorizing and designating ADAM ASK of NORTHROP REALTY to perform real estate agent services on behalf of the Debtors, proper notice having been given and no objections having been filed, and

IT APPEARING to the Court that said Application should be granted, it is hereby

ORDERED that ADAM ASK of NORTHROP REALTY are hereby authorized and designated to perform real eatate agency services for the Debtors as necessary to assist the Debtors with respect to this case, on a 2.5% seller-side commission.

Copies by CM/ECF to:

Counsel for Debtor
U.S. Trustee

END OF ORDER