Fill in this information to identify the case:

Debtor Name: Seth & Betsy Blum

United States Bankruptcy Court for the: _____ District of _____

Case number: 25-10005

☐ Check if this is an amended filing

## Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11    12/17

Month: August

Line of business: Real Estate

Date report filed: 9/22/25 (MM/DD/YYYY)

NAISC code: _____

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party: Seth & Betsy Blum

Original signature of responsible party: /s/

Printed name of responsible party: Seth Blum

### 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.

| # | Question | Yes | No | N/A |
|---|----------|-----|----|----|
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☐ | ☐ | ☑ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☐ | ☐ | ☑ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☑ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |

If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.

| # | Question | Yes | No | N/A |
|---|----------|-----|----|----|
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name: Seth & Berry Blum    Case number: 25-10005

17. Have you paid any bills you owed before you filed bankruptcy?  ☐ ☑ ☐
18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?  ☐ ☑ ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**  $3,904.80

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.    $25,970.58

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.    −$21,018.45

22. **Net cash flow**    +$4,952.13

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*.

23. **Cash on hand at the end of the month**    =$8,856.93

    Add line 22 + line 19. Report the result here.

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**    $ _____

    (Exhibit E)

Debtor Name ___Seth & Betsy Blue___    Case number ___25-1005___

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. Total receivables    $ __Upon M__

    (Exhibit F)

## 5. Employees

26. What was the number of employees when the case was filed?    __N/A__
27. What is the number of employees as of the date of this monthly report?    __N/A__

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?    $ __0__
29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?    $ __0__
30. How much have you paid this month in other professional fees?    $ __0__
31. How much have you paid in total other professional fees since filing the case?    $ __0__

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | Column A<br>**Projected** | − | Column B<br>**Actual** | = | Column C<br>**Difference** |
|---|---|---|---|---|---|
|  | Copy lines 35-37 from the previous month's report. |  | Copy lines 20-22 of this report. |  | Subtract Column B from Column A. |
| 32. Cash receipts | $ 30,000 | − | $ 25,970.58 | = | $ 4,029.42 |
| 33. Cash disbursements | $ 22,000 | − | $ 21,018.45 | = | $ 981.55 |
| 34. Net cash flow | $ 8,000 | − | $ 4,952.13 | = | $ 3,047.87 |

35. Total projected cash receipts for the next month:    $ 30,000
36. Total projected cash disbursements for the next month:  − $ 22,000
37. Total projected net cash flow for the next month:    = $ 8,000

Debtor Name  Seth & Betsy Blum          Case number  25-10005

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

- [x] 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).
- [x] 39. Bank reconciliation reports for each account.
- [x] 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.
- [x] 41. Budget, projection, or forecast reports.
- [x] 42. Project, job costing, or work-in-progress reports.

# Sandy Spring Bank
A Division of Atlantic Union Bank

Last statement: July 16, 2025
This statement: August 31, 2025
Total days in statement period: 46

Page 1 of 3
XX-XXXX48-07
(0)

Direct inquiries to:
800-399-5919

SETH L BLUM
BESSY BLUM
DEBTOR IN POSSESSION CASE 2510005 NVA
RENTAL INCOME
3317 WOODVALLEY DR
PIKESVILLE MD 21208-1956

Sandy Spring Bank
A Division Of Atlantic Union Bank
17801 Georgia Ave | Olney MD 20832

WHILE SANDY SPRING BANK (SSB) HAS LEGALLY MERGED INTO ATLANTIC UNION BANK (AUB), THE PROCESS OF COMBINING OUR SYSTEMS IS ONGOING. PLEASE BE AWARE THAT AS EACH SSB ATM TRANSITIONS TO AUB'S ATM NETWORK, ITS CUTOFF TIME WILL CHANGE FROM 7:00 PM ET TO 4:00 PM ET. THEN ON 8/11/25, THE ATM CUTOFF TIME WILL CHANGE TO 6:00 PM ET.

## My Free Banking

| | |
|---|---|
| Account number | XX-XXXX48-07 |
| Low balance | $154.51 |
| Average balance | $1,802.72 |

**DAILY ACTIVITY**

| Date | Description | Additions | Subtractions | Balance |
|---|---|---|---|---|
| 07-16 | Beginning balance | | | $1,244.46 |
| 07-24 | ' Money Talks Trans Dr<br>REF 2051312L FUNDS TRANSFER TO<br>DEP 1890304806 FROM | | -101.11 | 1,143.35 |
| 07-29 | ' ACH Withdrawal<br>CHESAPEAKE UTIL ONLINE PMT<br>250729 | | -20.23 | 1,123.12 |
| 07-29 | ' ACH Withdrawal<br>DE ELECTRIC COOP ONLINE PMT<br>250729 | | -124.25 | 998.87 |
| 07-29 | ' ACH Withdrawal<br>DE ELECTRIC COOP ONLINE PMT<br>250729 | | -211.10 | 787.77 |
| 07-29 | ' ACH Withdrawal<br>COMCAST ONLINE PMT<br>250729 | | -277.87 | 509.90 |
| 08-04 | ' Money Talks Trans Cr<br>REF 2140722L FUNDS TRANSFER FRM<br>DEP 1890304806 FROM | 2,100.00 | | 2,609.90 |

17801 Georgia Avenue, Olney, Maryland 20832

1-800-399-5919 • 301-774-6400 • www.sandyspringbank.com

**Sandy Spring Bank**
A Division of Atlantic Union Bank

SETH L BLUM
August 31, 2025

Page 2 of 3
XX-XXXX48-07

| Date | Description | Additions | Subtractions | Balance |
|---|---|---|---|---|
| 08-04 | ' ACH Withdrawal<br>SHARP ENERGY ONLINE PMT<br>250804 | | -103.74 | 2,506.16 |
| 08-06 | ' ACH Credit<br>DELAWARE BEACH H CORP PAY<br>AUGUST RENTALS | 2,572.10 | | 5,078.26 |
| 08-07 | ' Money Talks Trans Dr<br>REF 2191104L FUNDS TRANSFER TO<br>DEP 1890304806 FROM | | -1,000.00 | 4,078.26 |
| 08-11 | ' Wire IN<br>202508110112570 T CARNEY SUSSEX LA<br>RULE 1.15A ATTORNESeth and Bessy Blu<br>Seth and Bessy BlumSeller proceeds | 275,444.65 | | 279,522.91 |
| 08-11 | ' Money Talks Trans Dr<br>REF 2211017L FUNDS TRANSFER TO<br>DEP 1890304806 FROM | | -404.00 | 279,118.91 |
| 08-11 | ' Money Talks Trans Dr<br>REF 2231535L FUNDS TRANSFER TO<br>DEP 1890304809 FROM | | -275,444.65 | 3,674.26 |
| 08-11 | ' Wire Fee<br>202508110112570 T CARNEY SUSSEX LA<br>RULE 1.15A ATTORNESeth and Bessy Blu<br>Seth and Bessy BlumSeller proceeds | | -12.00 | 3,662.26 |
| 08-13 | ' Money Talks Trans Dr<br>REF 2251617L FUNDS TRANSFER TO<br>DEP 1890304806 FROM | | -100.00 | 3,562.26 |
| 08-15 | ' Money Talks Trans Cr<br>REF 2271218L FUNDS TRANSFER FRM<br>DEP 1890304806 FROM | 2,800.00 | | 6,362.26 |
| 08-18 | ' ACH Withdrawal<br>Onslow Water & S doxoPAY<br>250818 | | -79.74 | 6,282.52 |
| 08-18 | ' ACH Withdrawal<br>Jones Onslow EMC PAYMENT<br>250818 | | -88.60 | 6,193.92 |
| 08-18 | ' ACH Withdrawal<br>NSM DBAMR.COOPER NSM DBAMR<br>250818 | | -1,796.62 | 4,397.30 |
| 08-18 | ' ACH Withdrawal<br>NSM DBAMR.COOPER NSM DBAMR<br>250818 | | -1,839.14 | 2,558.16 |
| 08-18 | ' ACH Withdrawal<br>SIGNATURE FCU EFUNDS TFR<br>250816 | | -2,011.22 | 546.94 |
| 08-26 | ' ACH Withdrawal<br>CHESAPEAKE UTIL ONLINE PMT<br>250826 | | -41.67 | 505.27 |

17801 Georgia Avenue, Olney, Maryland 20832

1-800-399-5919 • 301-774-6400 • www.sandyspringbank.com

**Sandy Spring Bank**
A Division of Atlantic Union Bank

SETH L BLUM  
August 31, 2025

Page 3 of 3  
XX-XXXX48-07

| Date | Description | Additions | Subtractions | Balance |
|---|---|---|---|---|
| 08-26 | ' ACH Withdrawal<br>DE ELECTRIC COOP ONLINE PMT<br>250826 | | -252.83 | 252.44 |
| 08-28 | ' ACH Withdrawal<br>COMCAST ONLINE PMT<br>250828 | | -97.93 | 154.51 |
| 08-31 | **Ending totals** | 282,916.75 | -284,006.70 | $154.51 |

**OVERDRAFT/RETURN ITEM FEES**

|  | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

**Thank you for banking with Sandy Spring Bank**

**17801 Georgia Avenue, Olney, Maryland 20832**

1-800-399-5919 • 301-774-6400 • www.sandyspringbank.com

# Sandy Spring Bank
A Division of Atlantic Union Bank

Last statement: July 16, 2025
This statement: August 31, 2025
Total days in statement period: 46

Page 1 of 12
XX-XXXX48-06
(0)

Direct inquiries to:
800-399-5919

SETH L BLUM
BESSY BLUM
DEBTOR IN POSSESSION CASE 2510005 NVA
3317 WOODVALLEY DR
PIKESVILLE MD 21208-1956

Sandy Spring Bank
A Division Of Atlantic Union Bank
17801 Georgia Ave | Olney MD 20832

WHILE SANDY SPRING BANK (SSB) HAS LEGALLY MERGED INTO ATLANTIC UNION BANK (AUB), THE PROCESS OF COMBINING OUR SYSTEMS IS ONGOING. PLEASE BE AWARE THAT AS EACH SSB ATM TRANSITIONS TO AUB'S ATM NETWORK, ITS CUTOFF TIME WILL CHANGE FROM 7:00 PM ET TO 4:00 PM ET. THEN ON 8/11/25, THE ATM CUTOFF TIME WILL CHANGE TO 6:00 PM ET.

## My Free Banking

| | |
|---|---|
| Account number | XX-XXXX48-06 |
| Low balance | $41.28 |
| Average balance | $3,236.83 |

**DAILY ACTIVITY**

| Date | Description | Additions | Subtractions | Balance |
|---|---|---|---|---|
| 07-16 | Beginning balance | | | $5,142.27 |
| 07-17 | ' Debit Card Purchase<br>MERCHANT PURCHASE TERMINAL 55446415<br>THE CLUB BALTIMORE MD<br>XXXXXXXXXXXX3265 SEQ # 100349994521 | | -45.58 | 5,096.69 |
| 07-17 | ' Debit Card Purchase<br>MERCHANT PURCHASE TERMINAL 02305375<br>BARNES & NOBLE #3417 PIKESVILL MD<br>XXXXXXXXXXXX3265 SEQ # 100093668494 | | -12.70 | 5,083.99 |
| 07-17 | ' Debit Card Purchase<br>MERCHANT PURCHASE TERMINAL 57540245<br>DK*DRAFTKINGSPKGF 617986674 MA<br>XXXXXXXXXXXX3265 SEQ # 742362827021 | | -100.00 | 4,983.99 |
| 07-17 | ' Debit Card Purchase<br>MERCHANT PURCHASE TERMINAL 55432865<br>APPLE.COM/BILL 866-712-7 CA<br>XXXXXXXXXXXX3265 SEQ # 205484394206 | | -10.29 | 4,973.70 |

17801 Georgia Avenue, Olney, Maryland 20832

1-800-399-5919 • 301-774-6400 • www.sandyspringbank.com

# Sandy Spring Bank
A Division of Atlantic Union Bank

SETH L BLUM  
August 31, 2025

Page 2 of 12  
XX-XXXX48-06

| Date | Description | Additions | Subtractions | Balance |
|---|---|---|---|---|
| 07-17 | Authorized Transfer<br>ZELLE RANDY AMON<br>SANDY SPRING BANK 91043<br>17801 GEORGIA AVEN | | -354.00 | 4,619.70 |
| 07-21 | Debit Card Purchase<br>MERCHANT PURCHASE TERMINAL 75369435<br>BLACKWALL BARN AND LOD COLUMBIA MD<br>XXXXXXXXXXXX3265 SEQ # 090301840421 | | -21.00 | 4,598.70 |
| 07-21 | Debit Card Purchase<br>MERCHANT PURCHASE TERMINAL 55488725<br>RITAS #429 QPS OWINGS MI MD<br>XXXXXXXXXXXX3265 SEQ # 070837674040 | | -8.32 | 4,590.38 |
| 07-22 | Debit Card Purchase<br>MERCHANT PURCHASE TERMINAL 82711165<br>CA-ORDER* COMMUNITY AR RICHARDSO TX<br>XXXXXXXXXXXX3265 SEQ # 500018029102 | | -208.00 | 4,382.38 |
| 07-23 | Debit Card Purchase<br>MERCHANT PURCHASE TERMINAL 55419375<br>VERIZON WRL MY ACCT VE FOLSOM CA<br>XXXXXXXXXXXX3265 SEQ # 666131889212 | | -134.98 | 4,247.40 |
| 07-24 | Money Talks Trans Cr<br>REF 2051312L FUNDS TRANSFER FRM<br>DEP 1890304807 FROM | 101.11 | | 4,348.51 |
| 07-25 | Debit Card Purchase<br>MERCHANT PURCHASE TERMINAL 55436875<br>MDC*ONSLOW WATER AND S JACKSONVI NC<br>XXXXXXXXXXXX3265 SEQ # 162063546520 | | -101.11 | 4,247.40 |
| 07-25 | Debit Card Purchase<br>MERCHANT PURCHASE TERMINAL 02305375<br>TST* THE CHARMERY - CO COLUMBIA MD<br>XXXXXXXXXXXX3265 SEQ # 500353888394 | | -9.95 | 4,237.45 |
| 07-25 | Debit Card Purchase<br>POS PURCHASE TERMINAL 61995002<br>ROYAL FARMS #29 JOPPA MD<br>XXXXXXXXXXXX3265 SEQ # 841867 | | -66.03 | 4,171.42 |
| 07-25 | Debit Card Purchase<br>POS PURCHASE TERMINAL 01295716<br>MCDONALD'S F11134 PIIKESVIL MD<br>XXXXXXXXXXXX3265 SEQ # 50358700 | | -19.96 | 4,151.46 |
| 07-25 | Debit Card Purchase<br>MERCHANT PURCHASE TERMINAL 82711165<br>SA*BT SCHOOL TUITION BALTIMORE MD<br>XXXXXXXXXXXX3265 SEQ # 500005877949 | | -1,329.35 | 2,822.11 |
| 07-25 | Debit Card Purchase<br>POS PURCHASE TERMINAL 0416<br>GIANT FOOD INC #159 37 PIKESVILL MD<br>XXXXXXXXXXXX3265 SEQ # 800721 | | -7.94 | 2,814.17 |

# Sandy Spring Bank
A Division of Atlantic Union Bank

SETH L BLUM  
August 31, 2025

Page 3 of 12  
XX-XXXX48-06

| Date | Description | Additions | Subtractions | Balance |
|---|---|---|---|---|
| 07-25 | ' Authorized Transfer<br>ZELLE GMA<br>SANDY SPRING BANK 91043<br>17801 GEORGIA AVEN | | -500.00 | 2,314.17 |
| 07-28 | ' Debit Card Refund<br>MERCHANT REFUND TERMINAL 55432865<br>GIANT FOOD INC #159 PIKESVILL MD<br>XXXXXXXXXXXX3265 SEQ # 209245910349 | 7.94 | | 2,322.11 |
| 07-28 | ' Debit Card Purchase<br>MERCHANT PURCHASE TERMINAL 02305375<br>PETRO WOODBURY NY<br>XXXXXXXXXXXX3265 SEQ # 300310028659 | | -200.00 | 2,122.11 |
| 07-28 | ' Debit Card Purchase<br>MERCHANT PURCHASE TERMINAL 85369435<br>PIZZA MAN RESTAURANT PIKESVILL MD<br>XXXXXXXXXXXX3265 SEQ # 130300042729 | | -36.60 | 2,085.51 |
| 07-28 | ' Debit Card Purchase<br>MERCHANT PURCHASE TERMINAL 12302025<br>Sky Zone Timonium Luthervil MD<br>XXXXXXXXXXXX3265 SEQ # 002371559026 | | -4.24 | 2,081.27 |
| 07-28 | ' Debit Card Purchase<br>POS PURCHASE TERMINAL 0419<br>GIANT FOOD INC #159 37 PIKESVILL MD<br>XXXXXXXXXXXX3265 SEQ # 281739 | | -5.49 | 2,075.78 |
| 07-30 | ' Debit Card Purchase<br>POS PURCHASE TERMINAL 45763001<br>DOLLAR TR 9616 REISTER OWINGS MI MD<br>XXXXXXXXXXXX3265 SEQ # 360179 | | -9.28 | 2,066.50 |
| 07-30 | ' Debit Prch Csh Back<br>POS PCH CSH BACK TERMINAL 0007<br>GIANT FOOD INC #159 37 PIKESVILL MD<br>XXXXXXXXXXXX3265 SEQ # 203540 | | -249.32 | 1,817.18 |
| 07-30 | ' Debit Card Purchase<br>MERCHANT PURCHASE TERMINAL 05140485<br>CHICK-FIL-A #03937 OWINGS MI MD<br>XXXXXXXXXXXX3265 SEQ # 710025388839 | | -55.09 | 1,762.09 |
| 07-31 | ' ACH Credit<br>PINNACLE BANK PAYROLL<br>250731 | 1,856.11 | | 3,618.20 |
| 07-31 | ' Debit Card Purchase<br>MERCHANT PURCHASE TERMINAL 55548075<br>ULTA #751 OWINGS MI MD<br>XXXXXXXXXXXX3265 SEQ # 144449772124 | | -23.30 | 3,594.90 |
| 07-31 | ' Debit Card Purchase<br>MERCHANT PURCHASE TERMINAL 55500365<br>FANS FIRST ENTERTAINME SAVANNAH GA<br>XXXXXXXXXXXX3265 SEQ # 426182225950 | | -200.00 | 3,394.90 |

17801 Georgia Avenue, Olney, Maryland 20832

1-800-399-5919 • 301-774-6400 • www.sandyspringbank.com

# Sandy Spring Bank
A Division of Atlantic Union Bank

SETH L BLUM  
August 31, 2025

Page 4 of 12  
XX-XXXX48-06

| Date | Description | Additions | Subtractions | Balance |
|---|---|---|---|---|
| 08-01 | ' Authorized Transfer<br>ZELLE BLANCA AMAYA<br>SANDY SPRING BANK 91043<br>17801 GEORGIA AVEN | 100.00 | | 3,494.90 |
| 08-01 | ' Authorized Transfer<br>ZELLE BLANCA AMAYA<br>SANDY SPRING BANK 91043<br>17801 GEORGIA AVEN | 2,000.00 | | 5,494.90 |
| 08-01 | ' ACH Credit<br>CFG COMMUNITY BA PAYROLL<br>250801 | 3,722.02 | | 9,216.92 |
| 08-01 | ' Debit Card Purchase<br>MERCHANT PURCHASE TERMINAL 55639955<br>EXXON COLUMBIA AUTO CA COLUMBIA MD<br>XXXXXXXXXXXX3265 SEQ # 013742787413 | | -20.05 | 9,196.87 |
| 08-01 | ' Authorized Transfer<br>ZELLE GMA<br>SANDY SPRING BANK 91043<br>17801 GEORGIA AVEN | | -500.00 | 8,696.87 |
| 08-01 | ' Authorized Transfer<br>ZELLE MOM<br>SANDY SPRING BANK 91043<br>17801 GEORGIA AVEN | | -100.00 | 8,596.87 |
| 08-01 | ' Authorized Transfer<br>ZELLE PAUL MERKLE<br>SANDY SPRING BANK 91043<br>17801 GEORGIA AVEN | | -17.00 | 8,579.87 |
| 08-04 | ' Money Talks Trans Dr<br>REF 2140722L FUNDS TRANSFER TO<br>DEP 1890304807 FROM | | -2,100.00 | 6,479.87 |
| 08-04 | ' Debit Card Purchase<br>MERCHANT PURCHASE TERMINAL 75369435<br>2LEVY@ORIOLESPARK BALTIMORE MD<br>XXXXXXXXXXXX3265 SEQ # 174000065995 | | -28.32 | 6,451.55 |
| 08-04 | ' Debit Card Purchase<br>MERCHANT PURCHASE TERMINAL 75369435<br>2LEVY@ORIOLESPARK BALTIMORE MD<br>XXXXXXXXXXXX3265 SEQ # 174001890367 | | -72.74 | 6,378.81 |
| 08-04 | ' Debit Card Purchase<br>POS PURCHASE TERMINAL 64235902<br>ROYAL FARMS #23 OWINGS MI MD<br>XXXXXXXXXXXX3265 SEQ # 609482 | | -77.12 | 6,301.69 |
| 08-04 | ' Debit Card Purchase<br>MERCHANT PURCHASE TERMINAL 05140485<br>CHICK-FIL-A #03937 OWINGS MI MD<br>XXXXXXXXXXXX3265 SEQ # 710025586270 | | -23.03 | 6,278.66 |

17801 Georgia Avenue, Olney, Maryland 20832

1-800-399-5919 • 301-774-6400 • www.sandyspringbank.com

**Sandy Spring Bank**
A Division of Atlantic Union Bank

SETH L BLUM
August 31, 2025

Page 5 of 12
XX-XXXX48-06

| Date | Description | Additions | Subtractions | Balance |
|---|---|---|---|---|
| 08-04 | Debit Card Purchase<br>MERCHANT PURCHASE TERMINAL 82711165<br>PMC - PAID PARKING NASHVILLE TN<br>XXXXXXXXXXXX3265 SEQ # 500000343789 | | -9.60 | 6,269.06 |
| 08-04 | Debit Card Purchase<br>POS PURCHASE TERMINAL 12560T23<br>WALGREENS 1510 REISTER PIKESVILL MD<br>XXXXXXXXXXXX3265 SEQ # 333780 | | -31.77 | 6,237.29 |
| 08-04 | Debit Card Purchase<br>MERCHANT PURCHASE TERMINAL 05140485<br>MCDONALD'S F21123 COLLEGE P MD<br>XXXXXXXXXXXX3265 SEQ # 720253820457 | | -14.61 | 6,222.68 |
| 08-04 | Debit Card Purchase<br>MERCHANT PURCHASE TERMINAL 55432865<br>APPLE.COM/BILL 866-712-7 CA<br>XXXXXXXXXXXX3265 SEQ # 201841903810 | | -42.38 | 6,180.30 |
| 08-04 | ACH Withdrawal<br>COMCAST ONLINE PMT<br>250804 | | -400.00 | 5,780.30 |
| 08-04 | ACH Withdrawal<br>BALTIMORE GAS AN ONLINE PMT<br>250804 | | -732.29 | 5,048.01 |
| 08-04 | ACH Withdrawal<br>NEWREZ-SHELLPOIN WEB PMTS<br>250801 | | -4,274.18 | 773.83 |
| 08-04 | Authorized Transfer<br>ZELLE MOM<br>SANDY SPRING BANK 91043<br>17801 GEORGIA AVEN | | -80.00 | 693.83 |
| 08-05 | Debit Card Purchase<br>MERCHANT PURCHASE TERMINAL 75504995<br>BALTIMORE SPORTS & NOV OWINGS MI MD<br>XXXXXXXXXXXX3265 SEQ # 900011300030 | | -117.62 | 576.21 |
| 08-05 | Debit Card Purchase<br>MERCHANT PURCHASE TERMINAL 75369435<br>LEVY2@M&T STADIUM CONC BALTIMORE MD<br>XXXXXXXXXXXX3265 SEQ # 184010401658 | | -25.42 | 550.79 |
| 08-05 | Debit Card Purchase<br>MERCHANT PURCHASE TERMINAL 75369435<br>LEVY2@M&T STADIUM CONC BALTIMORE MD<br>XXXXXXXXXXXX3265 SEQ # 184010405519 | | -21.18 | 529.61 |
| 08-05 | Debit Card Purchase<br>MERCHANT PURCHASE TERMINAL 75369435<br>LEVY2@M&T STADIUM CONC BALTIMORE MD<br>XXXXXXXXXXXX3265 SEQ # 184003346910 | | -16.94 | 512.67 |
| 08-07 | Money Talks Trans Cr<br>REF 2191104L FUNDS TRANSFER FRM<br>DEP 1890304807 FROM | 1,000.00 | | 1,512.67 |

17801 Georgia Avenue, Olney, Maryland 20832

1-800-399-5919 • 301-774-6400 • www.sandyspringbank.com

# Sandy Spring Bank
A Division of Atlantic Union Bank

SETH L BLUM  
August 31, 2025

Page 6 of 12  
XX-XXXX48-06

| Date | Description | Additions | Subtractions | Balance |
|---|---|---|---|---|
| 08-08 | ' ACH Credit<br>PINNACLE BANK ACH<br>Pinnacle Bank/71AA<br>AF9A864647DDBBB7/Associate Expense R | 171.42 | | 1,684.09 |
| 08-08 | Check 102 | | -1,000.00 | 684.09 |
| 08-11 | ' Money Talks Trans Cr<br>REF 2211017L FUNDS TRANSFER FRM<br>DEP 1890304807 FROM | 404.00 | | 1,088.09 |
| 08-11 | ' Debit Card Purchase<br>MERCHANT PURCHASE TERMINAL 55432865<br>MARRIOTT CONF CTR UNIV COLLEGE P MD<br>XXXXXXXXXXXX3265 SEQ # 203760587155 | | -141.99 | 946.10 |
| 08-11 | ' Debit Card Purchase<br>MERCHANT PURCHASE TERMINAL 75369435<br>THE UPS STORE 6847 OWINGS MI MD<br>XXXXXXXXXXXX3265 SEQ # 211003671270 | | -44.00 | 902.10 |
| 08-11 | ' Debit Card Purchase<br>MERCHANT PURCHASE TERMINAL 15410195<br>FEDEX OFFIC18100018143 OWINGS MI MD<br>XXXXXXXXXXXX3265 SEQ # 069223639369 | | -41.65 | 860.45 |
| 08-11 | ' Debit Card Purchase<br>POS PURCHASE TERMINAL 0416<br>GIANT FOOD INC #159 37 PIKESVILL MD<br>XXXXXXXXXXXX3265 SEQ # 118454 | | -34.05 | 826.40 |
| 08-11 | ' Debit Card Purchase<br>MERCHANT PURCHASE TERMINAL 55432865<br>XFINITY MOBILE 888-936-4 PA<br>XXXXXXXXXXXX3265 SEQ # 203942067802 | | -47.64 | 778.76 |
| 08-11 | ' ACH Withdrawal<br>VENMO PAYMENT<br>250811 | | -100.00 | 678.76 |
| 08-11 | ' ACH Withdrawal<br>VENMO PAYMENT<br>250811 | | -150.00 | 528.76 |
| 08-11 | ' ACH Withdrawal<br>VENMO PAYMENT<br>250811 | | -404.00 | 124.76 |
| 08-12 | ' Debit Card Purchase<br>POS PURCHASE TERMINAL 64235902<br>ROYAL FARMS #23 OWINGS MI MD<br>XXXXXXXXXXXX3265 SEQ # 238018 | | -78.44 | 46.32 |
| 08-13 | ' Money Talks Trans Cr<br>REF 2251617L FUNDS TRANSFER FRM<br>DEP 1890304807 FROM | 100.00 | | 146.32 |
| 08-13 | ' Debit Card Purchase<br>MERCHANT PURCHASE TERMINAL 25247805<br>LINWOODS RESTAURANT OWINGS MI MD<br>XXXXXXXXXXXX3265 SEQ # 002105087322 | | -40.04 | 106.28 |

# Sandy Spring Bank
A Division of Atlantic Union Bank

SETH L BLUM  
August 31, 2025

Page 7 of 12  
XX-XXXX48-06

| Date | Description | Additions | Subtractions | Balance |
|---|---|---|---|---|
| 08-13 | ' Debit Card Purchase<br>POS PURCHASE TERMINAL 12560T23<br>WALGREENS 1510 REISTER PIKESVILL MD<br>XXXXXXXXXXX3265 SEQ # 149562 | | -51.23 | 55.05 |
| 08-14 | ' Debit Card Purchase<br>MERCHANT PURCHASE TERMINAL 75369435<br>PIZZA MAN RESTAURANT PIKESVILL MD<br>XXXXXXXXXXX3265 SEQ # 242002123349 | | -13.77 | 41.28 |
| 08-15 | ' ACH Credit<br>CFG COMMUNITY BA PAYROLL<br>250815 | 3,723.84 | | 3,765.12 |
| 08-15 | ' ACH Credit<br>PINNACLE BANK PAYROLL<br>250815 | 4,947.81 | | 8,712.93 |
| 08-15 | ' Money Talks Trans Dr<br>REF 2271218L FUNDS TRANSFER TO<br>DEP 1890304807 FROM | | -2,800.00 | 5,912.93 |
| 08-15 | ' Debit Card Purchase<br>POS PURCHASE TERMINAL 50155001<br>THE FRESH MARKE TOWSON MD<br>XXXXXXXXXXX3265 SEQ # 977715 | | -15.89 | 5,897.04 |
| 08-15 | ' Debit Card Purchase<br>POS PURCHASE TERMINAL 1443CL01<br>WEIGHT WISE PIKESVILL MD<br>XXXXXXXXXXX3265 SEQ # 170057 | | -90.00 | 5,807.04 |
| 08-15 | ' Debit Card Purchase<br>DISP PROV CR REV TERMINAL PROVCRRV<br>APPLE.COM/BILL 866-712-7 CA<br>XXXXXXXXXXX1547 SEQ # 020596660445 | | -19.05 | 5,787.99 |
| 08-15 | ' ACH Withdrawal<br>ERIE INS GROUP ERIEXPSPAY<br>250815 | | -24.73 | 5,763.26 |
| 08-15 | ' Authorized Transfer<br>ZELLE GMA<br>SANDY SPRING BANK 91043<br>17801 GEORGIA AVEN | | -500.00 | 5,263.26 |
| 08-15 | ' Authorized Transfer<br>ZELLE MOM<br>SANDY SPRING BANK 91043<br>17801 GEORGIA AVEN | | -390.00 | 4,873.26 |
| 08-18 | ' Debit Card Purchase<br>MERCHANT PURCHASE TERMINAL 55432865<br>TST*PASTA MISTA - TOWS Towson MD<br>XXXXXXXXXXX3265 SEQ # 206051137237 | | -35.35 | 4,837.91 |
| 08-18 | ' Debit Card Purchase<br>MERCHANT PURCHASE TERMINAL 25247805<br>BETTER CARE PHARMACY PIKESVILL MD<br>XXXXXXXXXXX3265 SEQ # 002724031914 | | -15.80 | 4,822.11 |

17801 Georgia Avenue, Olney, Maryland 20832

1-800-399-5919 • 301-774-6400 • www.sandyspringbank.com

# Sandy Spring Bank
A Division of Atlantic Union Bank

SETH L BLUM  
August 31, 2025

Page 8 of 12  
XX-XXXX48-06

| Date | Description | Additions | Subtractions | Balance |
|---|---|---|---|---|
| 08-18 | ' Debit Card Purchase<br>MERCHANT PURCHASE TERMINAL 15270215<br>UBER *TRIP HELP UBER.C 800592899 CA<br>XXXXXXXXXXXX3265 SEQ # 001317267028 | | -32.95 | 4,789.16 |
| 08-18 | ' Debit Card Purchase<br>MERCHANT PURCHASE TERMINAL 15270215<br>UBER *TRIP HELP.UBER.C 800592899 CA<br>XXXXXXXXXXXX3265 SEQ # 001450592034 | | -24.95 | 4,764.21 |
| 08-18 | ' Debit Card Purchase<br>MERCHANT PURCHASE TERMINAL 02305375<br>TST* ELK ROOM - ATLAS BALTIMORE MD<br>XXXXXXXXXXXX3265 SEQ # 500412309675 | | -36.45 | 4,727.76 |
| 08-18 | ' Debit Card Purchase<br>MERCHANT PURCHASE TERMINAL 52708285<br>BURGER KING #11007 Q07 OWINGS MI MD<br>XXXXXXXXXXXX3265 SEQ # 056661887309 | | -9.74 | 4,718.02 |
| 08-18 | ' Debit Card Purchase<br>MERCHANT PURCHASE TERMINAL 15270215<br>UBER *TRIP HELP.UBER.C 800592899 CA<br>XXXXXXXXXXXX3265 SEQ # 001385234025 | | -36.60 | 4,681.42 |
| 08-18 | ' Debit Card Purchase<br>MERCHANT PURCHASE TERMINAL 55432865<br>SQ *O'DELL'S Joppatown MD<br>XXXXXXXXXXXX3265 SEQ # 206227559470 | | -16.96 | 4,664.46 |
| 08-18 | ' Debit Card Purchase<br>MERCHANT PURCHASE TERMINAL 55432865<br>APPLE.COM/BILL 866-712-7 CA<br>XXXXXXXXXXXX3265 SEQ # 206285845688 | | -10.29 | 4,654.17 |
| 08-18 | ' Debit Card Purchase<br>POS PURCHASE TERMINAL 61995002<br>ROYAL FARMS #29 JOPPA MD<br>XXXXXXXXXXXX3265 SEQ # 622364 | | -50.10 | 4,604.07 |
| 08-18 | ' Debit Card Purchase<br>MERCHANT PURCHASE TERMINAL 55432865<br>SQ *KONA ICE OF BEL AI Edgewood MD<br>XXXXXXXXXXXX3265 SEQ # 206502524859 | | -5.24 | 4,598.83 |
| 08-18 | ' Debit Card Purchase<br>MERCHANT PURCHASE TERMINAL 55446415<br>GPRC PIKESVILL MD<br>XXXXXXXXXXXX3265 SEQ # 109420020213 | | -200.00 | 4,398.83 |
| 08-18 | ' ACH Withdrawal<br>ERIE LIFE INSUR PREM<br>250815 | | -37.40 | 4,361.43 |
| 08-18 | ' ACH Withdrawal<br>ERIE LIFE INSUR PREM<br>250815 | | -49.30 | 4,312.13 |

17801 Georgia Avenue, Olney, Maryland 20832

1-800-399-5919 • 301-774-6400 • www.sandyspringbank.com

# Sandy Spring Bank
A Division of Atlantic Union Bank

SETH L BLUM  
August 31, 2025

Page 9 of 12  
XX-XXXX48-06

| Date | Description | Additions | Subtractions | Balance |
|---|---|---|---|---|
| 08-18 | ACH Withdrawal<br>ERIE LIFE INSUR PREM<br>250815 | | -63.33 | 4,248.80 |
| 08-18 | ACH Withdrawal<br>ERIE LIFE INSUR PREM<br>250815 | | -85.43 | 4,163.37 |
| 08-18 | ACH Withdrawal<br>ERIE LIFE INSUR PREM<br>250815 | | -128.78 | 4,034.59 |
| 08-18 | ACH Withdrawal<br>ERIE LIFE INSUR PREM<br>250815 | | -171.28 | 3,863.31 |
| 08-18 | ACH Withdrawal<br>ERIEINSURANCEWEB PAYMENT<br>250818 | | -317.45 | 3,545.86 |
| 08-18 | Authorized Transfer<br>ZELLE JOSE PAVON CHENCHO<br>SANDY SPRING BANK 91043<br>17801 GEORGIA AVEN | | -100.00 | 3,445.86 |
| 08-19 | Debit Card Purchase<br>MERCHANT PURCHASE TERMINAL 55639955<br>EXXON ASHLAND ASHLAND VA<br>XXXXXXXXXXXX3265 SEQ # 014613129402 | | -62.79 | 3,383.07 |
| 08-19 | Debit Card Purchase<br>POS PURCHASE TERMINAL 31772701<br>DOLLAR GENERAL #17727 SNEADS FE NC<br>XXXXXXXXXXXX3265 SEQ # 523100411097 | | -34.44 | 3,348.63 |
| 08-19 | Debit Card Purchase<br>POS PURCHASE TERMINAL 0008<br>FOOD LION #0401 965 OL SNEADS FE NC<br>XXXXXXXXXXXX3265 SEQ # 643126 | | -222.62 | 3,126.01 |
| 08-20 | Debit Card Purchase<br>MERCHANT PURCHASE TERMINAL 05140485<br>CHICK-FIL-A #02945 ASHLAND VA<br>XXXXXXXXXXXX3265 SEQ # 710017767219 | | -24.04 | 3,101.97 |
| 08-21 | Debit Card Refund<br>MERCHANT REFUND TERMINAL 05140485<br>CHICK-FIL-A #02945 ASHLAND VA<br>XXXXXXXXXXXX3265 SEQ # 710017767227 | 9.36 | | 3,111.33 |
| 08-21 | Debit Card Purchase<br>POS PURCHASE TERMINAL 0006<br>FOOD LION #0401 965 OL SNEADS FE NC<br>XXXXXXXXXXXX3265 SEQ # 865919 | | -5.09 | 3,106.24 |
| 08-22 | Debit Card Purchase<br>POS PURCHASE TERMINAL 0004<br>FOOD LION #0401 965 OL SNEADS FE NC<br>XXXXXXXXXXXX3265 SEQ # 656283 | | -22.35 | 3,083.89 |

**Sandy Spring Bank**
A Division of Atlantic Union Bank

SETH L BLUM  
August 31, 2025

Page 10 of 12  
XX-XXXX48-06

| Date | Description | Additions | Subtractions | Balance |
|---|---|---|---|---|
| 08-22 | Debit Card Purchase<br>POS PURCHASE TERMINAL 0006<br>FOOD LION #0401 965 OL SNEADS FE NC<br>XXXXXXXXXXXX3265 SEQ # 693470 | | -11.76 | 3,072.13 |
| 08-25 | Debit Card Purchase<br>POS PURCHASE TERMINAL 0055<br>FOOD LION #0401 965 OL SNEADS FE NC<br>XXXXXXXXXXXX3265 SEQ # 891081 | | -44.92 | 3,027.21 |
| 08-25 | Debit Card Purchase<br>POS PURCHASE TERMINAL 30254817<br>CVS/PHARM 02548--2808 SURF CITY NC<br>XXXXXXXXXXXX3265 SEQ # 365515 | | -7.05 | 3,020.16 |
| 08-25 | Debit Card Purchase<br>POS PURCHASE TERMINAL 30254818<br>CVS/PHARM 02548--2808 SURF CITY NC<br>XXXXXXXXXXXX3265 SEQ # 323487 | | -5.17 | 3,014.99 |
| 08-25 | Debit Card Purchase<br>POS PURCHASE TERMINAL 39484501<br>BP#1710995C - C SNEADS FE NC<br>XXXXXXXXXXXX3265 SEQ # 241932 | | -69.78 | 2,945.21 |
| 08-25 | Debit Card Purchase<br>MERCHANT PURCHASE TERMINAL 12302025<br>Store Ashland VA<br>XXXXXXXXXXXX3265 SEQ # 001704659029 | | -11.79 | 2,933.42 |
| 08-25 | Debit Card Purchase<br>POS PURCHASE TERMINAL 01295705<br>MCDONALD'S F11134 PIIKESVIL MD<br>XXXXXXXXXXXX3265 SEQ # 73724700 | | -25.46 | 2,907.96 |
| 08-25 | Debit Card Purchase<br>MERCHANT PURCHASE TERMINAL 82711165<br>SA*BT SCHOOL TUITION BALTIMORE MD<br>XXXXXXXXXXXX3265 SEQ # 500005445955 | | -1,329.35 | 1,578.61 |
| 08-25 | Debit Card Purchase<br>POS PURCHASE TERMINAL 31541077<br>TARGET T- 1737 REISTER PIKESVILL MD<br>XXXXXXXXXXXX3265 SEQ # 201190 | | -36.58 | 1,542.03 |
| 08-25 | Debit Card Purchase<br>POS PURCHASE TERMINAL 54120502<br>ROYAL FARMS 173 RANDALLST MD<br>XXXXXXXXXXXX3265 SEQ # 287719 | | -69.44 | 1,472.59 |
| 08-25 | Authorized Transfer<br>ZELLE GMA<br>SANDY SPRING BANK 91043<br>17801 GEORGIA AVEN | | -500.00 | 972.59 |
| 08-26 | Debit Card Purchase<br>MERCHANT PURCHASE TERMINAL 02305375<br>PETRO WOODBURY NY<br>XXXXXXXXXXXX3265 SEQ # 300274687576 | | -250.00 | 722.59 |

17801 Georgia Avenue, Olney, Maryland 20832

1-800-399-5919 • 301-774-6400 • www.sandyspringbank.com

**Sandy Spring Bank**
A Division of Atlantic Union Bank

SETH L BLUM  
August 31, 2025

Page 12 of 12  
XX-XXXX48-06

| Date | Description | Additions | Subtractions | Balance |
|---|---|---|---|---|
| 08-28 | Debit Card Purchase<br>POS PURCHASE TERMINAL 00000101<br>AMAZON.COM*BM0K49OQ3 SEATTLE WA<br>XXXXXXXXXXXX3265 SEQ # 4IRW4T17FSKW | | -13.25 | 430.73 |
| 08-29 | ACH Credit<br>PINNACLE BANK PAYROLL<br>250829 | 50.52 | | 481.25 |
| 08-29 | ACH Credit<br>CFG COMMUNITY BA PAYROLL<br>250829 | 3,723.84 | | 4,205.09 |
| 08-29 | ACH Credit<br>PINNACLE BANK PAYROLL<br>250829 | 4,949.67 | | 9,154.76 |
| 08-29 | Debit Card Purchase<br>MERCHANT PURCHASE TERMINAL 55432865<br>AMAZON PRIME*IG7TB0J63 888-802-3 WA<br>XXXXXXXXXXXX3265 SEQ # 200458517466 | | -11.65 | 9,143.11 |
| 08-29 | Debit Card Purchase<br>MERCHANT PURCHASE TERMINAL 55432865<br>AMAZON PRIME*BW3W52XS3 Amzn.com/ WA<br>XXXXXXXXXXXX3265 SEQ # 200491510247 | | -15.89 | 9,127.22 |
| 08-29 | Debit Card Purchase<br>MERCHANT PURCHASE TERMINAL 85179245<br>TAQUERIA & PUPUSERIA M PIKESVILL MD<br>XXXXXXXXXXXX3265 SEQ # 980012009569 | | -24.80 | 9,102.42 |
| 08-29 | Authorized Transfer<br>ZELLE GMA<br>SANDY SPRING BANK 91043<br>17801 GEORGIA AVEN | | -400.00 | 8,702.42 |
| 08-31 | Ending totals | 26,867.64 | -23,307.49 | $8,702.42 |

**CHECKS**

| Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|
| 102 | 08-08 | 1,000.00 | | | |

**OVERDRAFT/RETURN ITEM FEES**

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $58.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

*Thank you for banking with Sandy Spring Bank*

17801 Georgia Avenue, Olney, Maryland 20832

1-800-399-5919 • 301-774-6400 • www.sandyspringbank.com