IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Baltimore Division

```
-------------------------------------------------------------X
In re:                                             :    Chapter 11 (Subchapter V)
                                                   :
Seth L Blum and Bessy G Blum                       :    Case No. 25-10005
                                                   :
        Debtors.                                   :
                                                   :
-------------------------------------------------------------X
```

### SUPPLEMENT TO AUGUST 2025 MONTHLY OPERATING REPORT

Debtors, through counsel, herewith file a copy of the bank statement for the DIP account set up pursuant to the ORDER APPROVING CONTRACT TO SELL REAL ESTATE AND AUTHORIZING SALE OF REAL PROPERTY; AND PAYMENT OF REAL ESTATE AGENT (Doc. #79), which provided "FURTHER ORDERED that the net proceeds shall be held by the Debtors in a separate segregated DIP account, subject to further order of this Court." As these funds are held in escrow subject to the Court's determination as to entitlement to these proceeds, they have not been included in Debtors' receipts/income on the Monthly Operating Report ("MOR"), but the statement is being provided for informational purposes. Future statements will be attached to the MORs until the Court rules on the distribution of these funds.

Dated: October 9, 2025.

Respectfully submitted,

__/s/Daniel M. Press_____
Daniel M. Press
CHUNG & PRESS, P.C.
6718 Whittier Avenue, Suite 200
McLean, Virginia 22101
(703) 734-3800
dpress@chung-press.com
Counsel for Debtors

## CERTIFICATE OF SERVICE

I certify that on the 28th day of August, 2025, the foregoing document was served on the U.S. Trustee, the Subchapter V Trustee, and all other parties requesting notice by CM/ECF as follows:

Monique Desiree Almy malmy@crowell.com,
cbest@crowell.com,
malmy@ecf.axosfs.com,
monique-almy-7127@ecf.pacerpro.com

Hugh M. (UST) Bernstein hugh.m.bernstein@usdoj.gov

Richard J Hackerman Richard@RichardHackerman.com,
6923530420@filings.docketbird.com,
Hackerman.RichardR106256@notify.bestcase.com

Jonathan E. Levine jlevine@mbhylaw.com

US Trustee - Baltimore USTPRegion04.BA.ECF@USDOJ.GOV

Eric VandeLinde eric.vandelinde@bww-law.com,
bankruptcy@bww-law.com


                                                                                    /s/Daniel M. Press       
                                                                                     Daniel M. Press

# Sandy Spring Bank
### A Division of Atlantic Union Bank

Last statement: August 11, 2025
This statement: August 31, 2025
Total days in statement period: 21

Page 1 of 1
XX-XXXX48-09
(0)

Direct inquiries to:
800-399-5919

SETH L BLUM
BESSY BLUM
DEBTOR IN POSSESSION CASE 2510005 NVA
3317 WOODVALLEY DR
PIKESVILLE MD 21208-1956

Sandy Spring Bank
A Division Of Atlantic Union Bank
17801 Georgia Ave | Olney MD  20832

**WHILE SANDY SPRING BANK (SSB) HAS LEGALLY MERGED INTO ATLANTIC UNION BANK (AUB), THE PROCESS OF COMBINING OUR SYSTEMS IS ONGOING. PLEASE BE AWARE THAT AS EACH SSB ATM TRANSITIONS TO AUB'S ATM NETWORK, ITS CUTOFF TIME WILL CHANGE FROM 7:00 PM ET TO 4:00 PM ET. THEN ON 8/11/25, THE ATM CUTOFF TIME WILL CHANGE TO 6:00 PM ET.**

## My Free Banking

Account number        XX-XXXX48-09
Low balance           $275,444.65
Average balance       $275,444.65

**DAILY ACTIVITY**

| Date | Description | Additions | Subtractions | Balance |
|---|---|---|---|---|
| 08-11 | Beginning balance | | | $0.00 |
| 08-11 | ' Money Talks Trans Cr | 275,444.65 | | 275,444.65 |
| | REF 2231535L FUNDS TRANSFER FRM | | | |
| | DEP 1890304807 FROM | | | |
| 08-31 | **Ending totals** | **275,444.65** | **.00** | **$275,444.65** |

**OVERDRAFT/RETURN ITEM FEES**

|  | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

*Thank you for banking with Sandy Spring Bank*

17801 Georgia Avenue, Olney, Maryland 20832

1-800-399-5919 • 301-774-6400 • www.sandyspringbank.com

Printset Check E-Statements - 08/29/2025