**Fill in this information to identify the case:**

Debtor Name _Seth & Bessy Blum_

United States Bankruptcy Court for the _____   District of _____

Case number _25-10005_

☐ Check if this is an amended filing

## Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11    12/17

Month: _September_

Date report filed: _10/22/2025_  MM / DD / YYYY

Line of business: _Real Estate_

NAISC code: _____

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party: _Seth & Bessy Blum_

Original signature of responsible party _____

Printed name of responsible party _Seth Blum_

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

| | | Yes | No | N/A |
|---|---|:---:|:---:|:---:|
| | **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A.*** | | | |
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☐ | ☐ | ☑ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☐ | ☐ | ☑ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☑ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |
| | **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B.*** | | | |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name  Seth & Bobby Blum                              Case number  25 - 10005

17. Have you paid any bills you owed before you filed bankruptcy?                    ☐   ☑   ☐

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?    ☐   ☑   ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

This amount must equal what you reported as the cash on hand at the end of the month in the previous
month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

$ 8,856.93

20. **Total cash receipts**

Attach a listing of all cash received for the month and label it *Exhibit C*. Include all
cash received even if you have not deposited it at the bank, collections on
receivables, credit card deposits, cash received from other parties, or loans, gifts, or
payments made by other parties on your behalf. Do not attach bank statements in
lieu of *Exhibit C*.

Report the total from *Exhibit C* here.

$ 22,877.63

21. **Total cash disbursements**

Attach a listing of all payments you made in the month and label it *Exhibit D*. List the
date paid, payee, purpose, and amount. Include all cash payments, debit card
transactions, checks issued even if they have not cleared the bank, outstanding
checks issued before the bankruptcy was filed that were allowed to clear this month,
and payments made by other parties on your behalf. Do not attach bank statements
in lieu of *Exhibit D*.

Report the total from *Exhibit D* here.

- $ 22,326.77

22. **Net cash flow**

Subtract line 21 from line 20 and report the result here.
This amount may be different from what you may have calculated as *net profit*.

+ $ 551.36

23. **Cash on hand at the end of the month**

Add line 22 + line 19. Report the result here.

Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

= $ 9,408.29

This amount may not match your bank account balance because you may have outstanding checks that
have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but
have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the
purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**

*(Exhibit E)*

$ _____

Debtor Name  Seth Cy Betry Blum          Case number  25-10005

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**          $ _Upia 14k_

   *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?          _N/A_

27. What is the number of employees as of the date of this monthly report?          _N/A_

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?          $ _0_

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?          $ _0_

30. How much have you paid this month in other professional fees?          $ _0_

31. How much have you paid in total other professional fees since filing the case?          $ _0_

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

| | Column A<br>Projected | − | Column B<br>Actual | = | Column C<br>Difference |
|---|---|---|---|---|---|
| | Copy lines 35-37 from the previous month's report. | | Copy lines 20-22 of this report. | | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ 24,000 | − | $ 19,247.4 | = | $ 4,752.86 |
| 33. **Cash disbursements** | $ 23,000 | − | $ 22,326.77 | = | $ 673.00 |
| 34. **Net cash flow** | $ 4,000 | − | $ 3,079.13 | = | $ 920.87 |

35. Total projected cash receipts for the next month:          $ _24k_

36. Total projected cash disbursements for the next month:          - $ _20k_

37. Total projected net cash flow for the next month:          = $ _4,000_



Debtor Name  Seth & Betsy Bur

Case number  25-10005

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents

☑ 38  Bank statements for each open account (redact all but the last 4 digits of account numbers)

☐ 39  Bank reconciliation reports for each account.

☑ 40  Financial reports such as an income statement (profit & loss) and/or balance sheet

☑ 41  Budget, projection, or forecast reports.

☐ 42  Project, job costing, or work-in-progress reports.

Print     Save As...                    Reset

##XXH1462DPCSTM                    4806

```
Last statement: August 31, 2025        Page 1 of 10
This statement: September 30, 2025         48-06
Total days in statement period: 30     (0)

                                       Direct inquiries to:
                                       800-399-5919
SETH L BLUM
BESSY BLUM                             Sandy Spring Bank
DEBTOR IN POSSESSION CASE 2510005 NVA  A Division Of Atlantic Union Bank
3317 WOODVALLEY DR                     17801 Georgia Ave | Olney MD  20832
PIKESVILLE MD 21208-1956
```

WHILE SANDY SPRING BANK (SSB) HAS LEGALLY MERGED INTO ATLANTIC UNION
BANK (AUB), THE PROCESS OF COMBINING OUR SYSTEMS IS ONGOING. PLEASE BE
AWARE THAT AS EACH SSB ATM TRANSITIONS TO AUB'S ATM NETWORK,
ITS CUTOFF TIME WILL CHANGE FROM 7:00 PM ET TO 4:00 PM ET. THEN ON
8/11/25, THE ATM CUTOFF TIME WILL CHANGE TO 6:00 PM ET.

My Free Banking

```
Account number          48-06
Low balance             $113.51
Average balance         $2,534.07
```

DAILY ACTIVITY

| Date | Description | Additions | Subtractions | Balance | Control Number |
|------|-------------|-----------|--------------|---------|----------------|
| 08-31 | Beginning balance | | | $8,702.42 | |
| 09-02 | 'Authorized Transfer<br>ZELLE BLANCA AMAYA<br>SANDY SPRING BANK 91043<br>17801 GEORGIA AVEN | 100.00 | | 8,802.42 | 000000901142029 |
| 09-02 | 'Authorized Transfer<br>ZELLE BLANCA AMAYA<br>SANDY SPRING BANK 91043<br>17801 GEORGIA AVEN | 2,000.00 | | 10,802.42 | 000000901141945 |
| 09-02 | 'Money Talks Trans Dr<br>REF 2441919L FUNDS TRANSFER TO<br>DEP    4807 FROM | | -2,100.00 | 8,702.42 | 984000901191955 |
| 09-02 | 'Debit Card Purchase<br>MERCHANT PURCHASE TERMINAL 05140485<br>CHICK-FIL-A #03937 OWINGS MI MD<br>XXXXXXXXXXXX3265 SEQ # 710027475611 | | -36.23 | 8,666.19 | 000004756110000 |

##XXH1462DPCSTM                    4806

```
SETH L BLUM                                Page 2 of 10
September 30, 2025                              06

Date   Description          Additions  Subtractions      Balance   Control Number
09-02 'Debit Card Purchase               -11.97         8,654.22   000006565040000
       MERCHANT PURCHASE TERMINAL 05140485
       MCDONALD'S F4680 RANDALLST MD
       XXXXXXXXXXXXX3265 SEQ # 720260656504
09-02 'Debit Card Purchase               -13.77         8,640.45   000007941560000
       MERCHANT PURCHASE TERMINAL 75369435
       PIZZA MAN RESTAURANT PIKESVILL MD
       XXXXXXXXXXXXX3265 SEQ # 335103794156
09-02 'Debit Card Purchase              -311.09         8,329.36   000008753760000
       POS PURCHASE TERMINAL 99132614
       COSTCO WHSE #13 OWINGS MI MD
       XXXXXXXXXXXXX3265 SEQ # 875376
09-02 'Debit Card Purchase               -35.00         8,294.36   000002894360000
       MERCHANT PURCHASE TERMINAL 22303795
       SOUTH CHARLES GARAGE BALTIMORE MD
       XXXXXXXXXXXXX3265 SEQ # 005490289436
09-02 'ACH Withdrawal                 -4,274.18         4,020.18   028000086499937
       NEWREZ-SHELLPOIN WEB PMTS
       250901
09-03 'Debit Card Purchase               -61.22         3,958.96   000001288580000
       POS PURCHASE TERMINAL 64235902
       ROYAL FARMS #23 OWINGS MI MD
       XXXXXXXXXXXXX3265 SEQ # 128858
09-03 'Debit Card Purchase               -20.67         3,938.29   000000533090000
       POS PURCHASE TERMINAL 45763001
       DOLLAR TR 9616 REISTER OWINGS MI MD
       XXXXXXXXXXXXX3265 SEQ # 053309
09-03 'Debit Card Purchase              -107.74         3,830.55   000008582560000
       POS PURCHASE TERMINAL 0003
       GIANT FOOD INC #159 37 PIKESVILL MD
       XXXXXXXXXXXXX3265 SEQ # 858256
09-03 'ACH Withdrawal                   -150.00         3,680.55   091000011029962
       VENMO PAYMENT
       250903
09-03 'ACH Withdrawal                   -400.00         3,280.55   121141285411234
       COMCAST ONLINE PMT
       250903
09-03 'ACH Withdrawal                   -837.43         2,443.12   121141284549658
       BALTIMORE GAS AN ONLINE PMT
       250903
```

##XXH1462DPCSTM                        4806

SETH L BLUM                                    Page 3 of 10
September 30, 2025                             48-06

| Date | Description | Additions | Subtractions | Balance | Control Number |
|------|-------------|-----------|--------------|---------|----------------|
| 09-03 | 'Authorized Transfer ZELLE MOM SANDY SPRING BANK 91043 17801 GEORGIA AVEN | | -200.00 | 2,243.12 | 000000903122636 |
| 09-04 | 'Debit Card Purchase MERCHANT PURCHASE TERMINAL 55432865 SQ *SHAKE SHACK Columbia MD XXXXXXXXXXXXX3265 SEQ # 202447870613 | | -11.12 | 2,232.00 | 000008706130000 |
| 09-04 | 'Debit Card Purchase MERCHANT PURCHASE TERMINAL 05140485 CHICK-FIL-A #01454 COLUMBIA MD XXXXXXXXXXXXX3265 SEQ # 710009222309 | | -3.13 | 2,228.87 | 000002223090000 |
| 09-04 | 'ACH Withdrawal AUDI FINCL, TEL. TEL DEBIT 250904 | | -1,238.56 | 990.31 | 022000021721558 |
| 09-08 | 'Debit Card Purchase MERCHANT PURCHASE TERMINAL 55432865 Amazon Kids+*HJ6IM87C3 888-802-3 WA XXXXXXXXXXXXX3265 SEQ # 200334576860 | | -6.35 | 983.96 | 000005768600000 |
| 09-08 | 'Debit Card Purchase MERCHANT PURCHASE TERMINAL 52708285 BURGER KING #9129 Q07 COLUMBIA MD XXXXXXXXXXXXX3265 SEQ # 059799924387 | | -9.74 | 974.22 | 000009243870000 |
| 09-08 | 'Debit Card Purchase POS PURCHASE TERMINAL 10076T22 WALGREENS 2560 QUARRY BALTIMORE MD XXXXXXXXXXXXX3265 SEQ # 258985 | | -25.00 | 949.22 | 000002589850000 |
| 09-08 | 'Debit Card Purchase MERCHANT PURCHASE TERMINAL 52704875 DUNKIN #364701 BALTIMORE MD XXXXXXXXXXXXX3265 SEQ # 282809485878 | | -6.17 | 943.05 | 000004858780000 |
| 09-08 | 'ACH Withdrawal VENMO PAYMENT 250908 | | -150.00 | 793.05 | 091000018592012 |
| 09-08 | 'Authorized Transfer ZELLE GMA SANDY SPRING BANK 91043 17801 GEORGIA AVEN | | -400.00 | 393.05 | 000000906093528 |
| 09-08 | 'Authorized Transfer ZELLE BRAD DAVIS SANDY SPRING BANK 91043 17801 GEORGIA AVEN | | -30.00 | 363.05 | 000000908122623 |
| 09-09 | 'Mobile Deposit | 320.20 | | 683.25 | 000000023001334 |

48-06          PAGE

##XXH1462DPCSTM                4806

| Date | Description | Additions | Subtractions | Balance | Control Number |
|------|-------------|-----------|--------------|---------|----------------|
| 09-09 | 'Debit Card Purchase<br>POS PURCHASE TERMINAL 64235902<br>ROYAL FARMS #23 OWINGS MI MD<br>XXXXXXXXXXXXX3265 SEQ # 717238 | | -43.93 | 639.32 | 000007172380000 |
| 09-10 | 'Debit Card Purchase<br>MERCHANT PURCHASE TERMINAL 55432865<br>XFINITY MOBILE 888-936-4 PA<br>XXXXXXXXXXXXX3265 SEQ # 201738627872 | | -47.59 | 591.73 | 000006278720000 |
| 09-10 | 'Debit Card Purchase<br>MERCHANT PURCHASE TERMINAL 05140485<br>CHICK-FIL-A #01454 COLUMBIA MD<br>XXXXXXXXXXXXX3265 SEQ # 710009129356 | | -11.78 | 579.95 | 000001293560000 |
| 09-11 | 'Debit Card Purchase<br>MERCHANT PURCHASE TERMINAL 55310205<br>P.F.CHANG'S 9600 POS COLUMBIA MD<br>XXXXXXXXXXXXX3265 SEQ # 284882260000 | | -33.68 | 546.27 | 000002600000000 |
| 09-12 | 'Authorized Transfer<br>ZELLE BRADLEY STEVEN DAV<br>SANDY SPRING BANK 91043<br>17801 GEORGIA AVEN | 20.00 | | 566.27 | 000000912155848 |
| 09-12 | 'Authorized Transfer<br>ZELLE AL<br>SANDY SPRING BANK 91043<br>17801 GEORGIA AVEN | | -100.00 | 466.27 | 000000912073334 |
| 09-15 | 'ACH Credit<br>CFG COMMUNITY BA PAYROLL<br>250915 | 3,630.48 | | 4,096.75 | 051000013041065 |
| 09-15 | 'ACH Credit<br>PINNACLE BANK PAYROLL<br>250915 | 4,949.67 | | 9,046.42 | 064008634531354 |
| 09-15 | 'Debit Card Purchase<br>MERCHANT PURCHASE TERMINAL 55432865<br>SOUTHWES 800-435-9 TX<br>XXXXXXXXXXXXX3265 SEQ # 202982263221 | | -409.97 | 8,636.45 | 000002632210000 |
| 09-15 | 'Debit Card Purchase<br>MERCHANT PURCHASE TERMINAL 55546505<br>LE'S NAIL BAR PIKESVIL PIKESVILLE MD<br>XXXXXXXXXXXXX3265 SEQ # 478258623877 | | -13.00 | 8,623.45 | 000006238770000 |
| 09-15 | 'Debit Card Purchase<br>MERCHANT PURCHASE TERMINAL 05140485<br>CHICK-FIL-A #03937 OWINGS MI MD<br>XXXXXXXXXXXXX3265 SEQ # 710026353935 | | -43.51 | 8,579.94 | 000003539350000 |

##XXH1462DPCSTM                    4806

```
SETH L BLUM                                Page 5 of 10
September 30, 2025                          48-06

Date   Description          Additions  Subtractions      Balance  Control Number
09-15 'ACH Withdrawal                        -25.62      8,554.32  043300736513081
       ERIE INS GROUP ERIEXPSPAY
       250915
09-15 'Authorized Transfer                  -400.00      8,154.32  000000913114945
       ZELLE MOM
       SANDY SPRING BANK 91043
       17801 GEORGIA AVEN
09-15 'Authorized Transfer                  -400.00      7,754.32  000000913182523
       ZELLE GMA
       SANDY SPRING BANK 91043
       17801 GEORGIA AVEN
09-16 'Authorized Transfer    33.00                      7,787.32  000000916161557
       ZELLE ANTHONY BU RGESS
       SANDY SPRING BANK 91043
       17801 GEORGIA AVEN
09-16 'Money Talks Trans Dr               -2,100.00      5,687.32  984000916140812
       REF 2591408L FUNDS TRANSFER TO
       DEP       4807 FROM
09-16 'ACH Withdrawal                        -37.40      5,649.92  042000017832844
       ERIE LIFE INSUR PREM
       250915
09-16 'ACH Withdrawal                        -49.30      5,600.62  042000017832846
       ERIE LIFE INSUR PREM
       250915
09-16 'ACH Withdrawal                        -63.33      5,537.29  042000017836324
       ERIE LIFE INSUR PREM
       250915
09-16 'ACH Withdrawal                        -85.43      5,451.86  042000017836326
       ERIE LIFE INSUR PREM
       250915
09-16 'ACH Withdrawal                       -128.78      5,323.08  042000017838685
       ERIE LIFE INSUR PREM
       250915
09-16 'ACH Withdrawal                       -171.28      5,151.80  042000017838686
       ERIE LIFE INSUR PREM
       250915
09-16 'ACH Withdrawal                       -600.00      4,551.80  031101119684905
       ERIEINSURANCEWEB PAYMENT
       250916
09-17 'ACH Credit            672.01                      5,223.81  064008635787201
       PINNACLE BANK ACH
       Pinnacle Bank/073E
       5E16ABE54877A618/Associate Expense R
```

```
                        1      48-06      PAGE

##XXH1462DPCSTM                 4806




SETH L BLUM                              Page 6 of 10
September 30, 2025                        48-06

Date    Description          Additions Subtractions      Balance  Control Number
09-17 'Debit Card Purchase                 -10.29        5,213.52  000003996150000
        MERCHANT PURCHASE TERMINAL 55432865
        APPLE.COM/BILL 866-712-7 CA
        XXXXXXXXXXXXX3265 SEQ # 204072399615
09-17 'Debit Card Purchase                 -11.65        5,201.87  000003666170000
        MERCHANT PURCHASE TERMINAL 55432865
        Prime Video Channels amzn.com/ WA
        XXXXXXXXXXXXX3265 SEQ # 204126366617
09-18 'Debit Card Purchase                 -10.00        5,191.87  000001279390000
        MERCHANT PURCHASE TERMINAL 51742955
        MERCY MEDICAL CENTER I BALTIMORE MD
        XXXXXXXXXXXXX3265 SEQ # 104663127939
09-18 'Debit Card Purchase                 -24.80        5,167.07  000000095230000
        MERCHANT PURCHASE TERMINAL 85179245
        TAQUERIA & PUPUSERIA M PIKESVILL MD
        XXXXXXXXXXXXX3265 SEQ # 980012009523
09-18 'Authorized Transfer                -250.00        4,917.07  000000918192825
        ZELLE JOSE PAVON CHENCHO
        SANDY SPRING BANK 91043
        17801 GEORGIA AVEN
09-19 'Debit Card Purchase                 -31.11        4,885.96  000003333990000
        MERCHANT PURCHASE TERMINAL 55639955
        EXXON HOOKS LANE PIKESVILL MD
        XXXXXXXXXXXXX3265 SEQ # 016068333399
09-19 'Debit Card Purchase                 -10.43        4,875.53  000003618200000
        MERCHANT PURCHASE TERMINAL 52708285
        BURGER KING #1701 Q07 BALTIMORE MD
        XXXXXXXXXXXXX3265 SEQ # 061862361820
09-19 'Debit Card Purchase                  -3.45        4,872.08  000003339650000
        MERCHANT PURCHASE TERMINAL 55432865
        STARBUCKS STORE 11686 BALTIMORE MD
        XXXXXXXXXXXXX3265 SEQ # 204552333965
09-19 'Debit Card Purchase                 -14.90        4,857.18  000003339320000
        MERCHANT PURCHASE TERMINAL 55432865
        STARBUCKS STORE 11686 BALTIMORE MD
        XXXXXXXXXXXXX3265 SEQ # 204552333932
09-19 'Debit Card Purchase                -573.73        4,283.45  000003536340000
        POS PURCHASE TERMINAL 99132614
        COSTCO WHSE #13 OWINGS MI MD
        XXXXXXXXXXXXX3265 SEQ # 353634
```

##XXH1462DPCSTM                    4806

```
SETH L BLUM                                    Page 7 of 10
September 30, 2025                              48-06

Date   Description          Additions  Subtractions      Balance   Control Number
09-19 'Debit Card Purchase                -58.70       4,224.75   000002352620000
       POS PURCHASE TERMINAL 93132613
       COSTCO GAS #132 OWINGS MI MD
       XXXXXXXXXXXXX3265 SEQ # 235262
09-19 'Debit Card Purchase                -31.79       4,192.96   000000818180000
       POS PURCHASE TERMINAL 08159562
       STAPLES 0085 PIKESVILL MD
       XXXXXXXXXXXXX3265 SEQ # 081818
09-19 'Authorized Transfer               -400.00       3,792.96   000000919120512
       ZELLE GMA
       SANDY SPRING BANK 91043
       17801 GEORGIA AVEN
09-22 'Debit Card Purchase                -21.19       3,771.77   000005267400000
       MERCHANT PURCHASE TERMINAL 55131585
       APPLE.COM/BILL CUPERTINO CA
       XXXXXXXXXXXXX3265 SEQ # 485118526740
09-22 'Debit Card Purchase                -45.03       3,726.74   000006430210000
       MERCHANT PURCHASE TERMINAL 55263525
       SAFEWAY #0073 BALTIMORE MD
       XXXXXXXXXXXXX3265 SEQ # 484862643021
09-22 'Debit Card Purchase                 -9.52       3,717.22   000000101970000
       MERCHANT PURCHASE TERMINAL 55488725
       RITA'S 1159 BALTIMORE MD
       XXXXXXXXXXXXX3265 SEQ # 082703010197
09-22 'Debit Card Purchase                -23.69       3,693.53   000001944670000
       MERCHANT PURCHASE TERMINAL 52653845
       DAVE & BUSTERS #116 BALTIMORE MD
       XXXXXXXXXXXXX3265 SEQ # 487535194467
09-22 'Debit Card Purchase                 -7.00       3,686.53   000003015330000
       MERCHANT PURCHASE TERMINAL 52653845
       DAVE & BUSTERS #116 PW BALTIMORE MD
       XXXXXXXXXXXXX3265 SEQ # 487544301533
09-22 'Debit Card Purchase                -37.07       3,649.46   000005574100000
       MERCHANT PURCHASE TERMINAL 02305375
       TST* MOBY DICK HOUSE O PIKEVILLE MD
       XXXXXXXXXXXXX3265 SEQ # 300291557410
09-22 'Debit Card Purchase                -90.00       3,559.46   000001324520000
       POS PURCHASE TERMINAL 1443CL01
       WEIGHT WISE PIKESVILL MD
       XXXXXXXXXXXXX3265 SEQ # 132452
```

##XXH1462DPCSTM                        4806

SETH L BLUM                                    Page 8 of 10
September 30, 2025                              48-06

| Date | Description | Additions | Subtractions | Balance | Control Number |
|------|-------------|-----------|--------------|---------|----------------|
| 09-23 | 'Debit Card Purchase | | -15.80 | 3,543.66 | 000000282240000 |
| | MERCHANT PURCHASE TERMINAL 25247805 | | | | |
| | BETTER CARE PHARMACY PIKESVILL MD | | | | |
| | XXXXXXXXXXXX3265 SEQ # 004187028224 | | | | |
| 09-23 | 'Debit Card Purchase | | -250.00 | 3,293.66 | 000001313270000 |
| | MERCHANT PURCHASE TERMINAL 02305375 | | | | |
| | PETRO WOODBURY NY | | | | |
| | XXXXXXXXXXXX3265 SEQ # 300270131327 | | | | |
| 09-23 | 'Debit Card Purchase | | -9.95 | 3,283.71 | 000002772370000 |
| | MERCHANT PURCHASE TERMINAL 55432865 | | | | |
| | TST*THE CHARMERY - COL Columbia MD | | | | |
| | XXXXXXXXXXXX3265 SEQ # 206231277237 | | | | |
| 09-23 | 'Debit Card Purchase | | -290.00 | 2,993.71 | 000006675260000 |
| | POS PURCHASE TERMINAL 06393665 | | | | |
| | HERITAGE TOYOTA OWINGS OWINGS MI MD | | | | |
| | XXXXXXXXXXXX3265 SEQ # 667526 | | | | |
| 09-23 | 'Debit Card Purchase | | -48.13 | 2,945.58 | 000001905260000 |
| | POS PURCHASE TERMINAL 64235902 | | | | |
| | ROYAL FARMS #23 OWINGS MI MD | | | | |
| | XXXXXXXXXXXX3265 SEQ # 190526 | | | | |
| 09-23 | 'ACH Withdrawal | | -10.00 | 2,935.58 | 091000016534781 |
| | VENMO PAYMENT | | | | |
| | 250923 | | | | |
| 09-24 | 'Debit Card Purchase | | -135.00 | 2,800.58 | 000005164090000 |
| | MERCHANT PURCHASE TERMINAL 55419375 | | | | |
| | VZWRLSS*BILL PAY VE FOLSOM CA | | | | |
| | XXXXXXXXXXXX3265 SEQ # 666103516409 | | | | |
| 09-25 | 'Debit Card Purchase | | -9.00 | 2,791.58 | 000003390710000 |
| | MERCHANT PURCHASE TERMINAL 51742955 | | | | |
| | MERCY MEDICAL CENTER I BALTIMORE MD | | | | |
| | XXXXXXXXXXXX3265 SEQ # 106520339071 | | | | |
| 09-25 | 'Debit Card Purchase | | -1,366.44 | 1,425.14 | 000003455630000 |
| | MERCHANT PURCHASE TERMINAL 82711165 | | | | |
| | SA*BT SCHOOL TUITION BALTIMORE MD | | | | |
| | XXXXXXXXXXXX3265 SEQ # 500029345563 | | | | |
| 09-25 | 'Debit Card Purchase | | -25.55 | 1,399.59 | 000002512710000 |
| | POS PURCHASE TERMINAL 54073302 | | | | |
| | ROYAL FARMS 9 BALTIMORE MD | | | | |
| | XXXXXXXXXXXX3265 SEQ # 251271 | | | | |
| 09-26 | 'Debit Card Purchase | | -25.31 | 1,374.28 | 000007653800000 |
| | MERCHANT PURCHASE TERMINAL 75369435 | | | | |
| | LEDO PIZZA - PIKESVILL PIKESVILL MD | | | | |
| | XXXXXXXXXXXX3265 SEQ # 484105765380 | | | | |

8-06        PAGE

##XXH1462DPCSTM                    4806

```
SETH L BLUM                                    Page 9 of 10
September 30, 2025                              8-06

Date   Description           Additions  Subtractions      Balance   Control Number
09-26  'Debit Card Purchase              -11.44          1,362.84   000005514520000
        MERCHANT PURCHASE TERMINAL 05140485
        CHICK-FIL-A #03937 OWINGS MI MD
        XXXXXXXXXXXXX3265 SEQ # 710025551452
09-26  'Debit Card Purchase              -65.50          1,297.34   000007981840000
        POS PURCHASE TERMINAL 0414
        GIANT FOOD INC #159 37 PIKESVILL MD
        XXXXXXXXXXXXX3265 SEQ # 798184
09-29  'Debit Card Purchase              -10.59          1,286.75   000000418090000
        MERCHANT PURCHASE TERMINAL 02305375
        BARNES & NOBLE #3417 PIKESVILL MD
        XXXXXXXXXXXXX3265 SEQ # 100167041809
09-29  'Debit Card Purchase              -50.53          1,236.22   000000358890000
        POS PURCHASE TERMINAL 64235902
        ROYAL FARMS #23 OWINGS MI MD
        XXXXXXXXXXXXX3265 SEQ # 035889
09-29  'Debit Card Purchase              -36.68          1,199.54   000002263910000
        MERCHANT PURCHASE TERMINAL 05140485
        CHICK-FIL-A #01047 COCKEYSVI MD
        XXXXXXXXXXXXX3265 SEQ # 710007226391
09-29  'Debit Card Purchase              -14.29          1,185.25   000000595760000
        POS PURCHASE TERMINAL 12560T23
        WALGREENS STORE PIKESVILL MD
        XXXXXXXXXXXXX3265 SEQ # 059576
09-29  'Debit Card Purchase              -11.65          1,173.60   000009477060000
        MERCHANT PURCHASE TERMINAL 55432865
        AMAZON PRIME*KI37I7C83 888-802-3 WA
        XXXXXXXXXXXXX3265 SEQ # 208247947706
09-29  'Debit Card Purchase              -15.89          1,157.71   000008265810000
        MERCHANT PURCHASE TERMINAL 55432865
        AMAZON PRIME*NJ0MX90F1 Amzn.com/ WA
        XXXXXXXXXXXXX3265 SEQ # 208276826581
09-29  'Debit Card Purchase              -44.20          1,113.51   000005093790000
        POS PURCHASE TERMINAL 0007
        GIANT FOOD INC #159 37 PIKESVILL MD
        XXXXXXXXXXXXX3265 SEQ # 509379
09-29  Check  103                     -1,000.00            113.51   000000018008600
09-30  'ACH Credit          4,949.68                     5,063.19   064008638849874
        PINNACLE BANK PAYROLL
        250930
09-30  Ending totals       16,675.04  -20,314.27       $5,063.19
```

##XXH1462DPCSTM                    4806

SETH L BLUM                                    Page 10 of 10
September 30, 2025                                        06

```
Number            Date            Amount          Control
103               09-29           1,000.00    000000018008600
```

OVERDRAFT/RETURN ITEM FEES

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $58.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

48-07        PAGE

##XXH1462DPCSTM                    4807

Last statement: August 31, 2025        Page 1 of 2
This statement: September 30, 2025            48-07
Total days in statement period: 30      (0)

                                     Direct inquiries to:
                                     800-399-5919

SETH L BLUM
BESSY BLUM                           Sandy Spring Bank
DEBTOR IN POSSESSION CASE 2510005 NVA   A Division Of Atlantic Union Bank
RENTAL INCOME                        17801 Georgia Ave | Olney MD  20832
3317 WOODVALLEY DR
PIKESVILLE MD 21208-1956


WHILE SANDY SPRING BANK (SSB) HAS LEGALLY MERGED INTO ATLANTIC UNION
BANK (AUB), THE PROCESS OF COMBINING OUR SYSTEMS IS ONGOING. PLEASE BE
AWARE THAT AS EACH SSB ATM TRANSITIONS TO AUB'S ATM NETWORK,
ITS CUTOFF TIME WILL CHANGE FROM 7:00 PM ET TO 4:00 PM ET. THEN ON
8/11/25, THE ATM CUTOFF TIME WILL CHANGE TO 6:00 PM ET.

My Free Banking

     Account number              48-07
     Low balance                 $714.61
     Average balance           $2,767.81


DAILY ACTIVITY

| Date | Description | Additions | Subtractions | Balance | Control Number |
|---|---|---|---|---|---|
| 08-31 | Beginning balance | | | $154.51 | |
| 09-02 | 'Money Talks Trans Cr | 2,100.00 | | 2,254.51 | 984000901191955 |
| | REF 2441919L FUNDS TRANSFER FRM | | | | |
| | DEP      806 FROM | | | | |
| 09-05 | 'ACH Credit | 2,572.10 | | 4,826.61 | 031301423485699 |
| | DELAWARE BEACH H CORP PAY | | | | |
| | SEP RENTALS | | | | |
| 09-11 | 'ACH Withdrawal | | -155.68 | 4,670.93 | 121141283643716 |
| | DE ELECTRIC COOP ONLINE PMT | | | | |
| | 250911 | | | | |
| 09-16 | 'Money Talks Trans Cr | 2,100.00 | | 6,770.93 | 984000916140812 |
| | REF 2591408L FUNDS TRANSFER FRM | | | | |
| | DEP     4806 FROM | | | | |
| 09-17 | 'ACH Withdrawal | | -2,011.19 | 4,759.74 | 254074930000197 |
| | SIGNATURE FCU EFUNDS TFR | | | | |
| | 250917 | | | | |

48-07        PAGE

##XXH1462DPCSTM                    807

SETH L BLUM                                    Page 2 of 2
September 30, 2025                              48-07

| Date | Description | Additions | Subtractions | Balance | Control Number |
|------|-------------|-----------|--------------|---------|----------------|
| 09-18 | 'ACH Withdrawal |  | -1,833.33 | 2,926.41 | 021000029179731 |
|  | NSM DBAMR.COOPER NSM DBAMR |  |  |  |  |
|  | 250918 |  |  |  |  |
| 09-18 | 'ACH Withdrawal |  | -1,839.14 | 1,087.27 | 021000029178956 |
|  | NSM DBAMR.COOPER NSM DBAMR |  |  |  |  |
|  | 250918 |  |  |  |  |
| 09-26 | 'ACH Withdrawal |  | -372.66 | 714.61 | 121141280665176 |
|  | COMCAST ONLINE PMT |  |  |  |  |
|  | 250926 |  |  |  |  |
| 09-30 | Ending totals | 6,772.10 | -6,212.00 | $714.61 |  |

OVERDRAFT/RETURN ITEM FEES

```
 -------------------------------------------------------------------
|                                | Total for    | Total            |
|                                | this period  | year-to-date     |
|--------------------------------|--------------|------------------|
|  Total Overdraft Fees          | $0.00        | $0.00            |
|--------------------------------|--------------|------------------|
|  Total Returned Item Fees      | $0.00        | $0.00            |
 -------------------------------------------------------------------
```

8-09        PAGE

##XXH1462DPCSTM                          4809

```
        Last statement: August 31, 2025      Page 1 of 1
        This statement: October 13, 2025            09
        Total days in statement period: 43   (0)

                                             Direct inquiries to:
                                             800-399-5919

        SETH L BLUM
        BESSY BLUM                           Sandy Spring Bank
        DEBTOR IN POSSESSION CASE 2510005 NVA A Division Of Atlantic Union Bank
        3317 WOODVALLEY DR                   17801 Georgia Ave | Olney MD  20832
        PIKESVILLE MD 21208-1956
```

My Free Banking

```
        Account number              8-09
        Low balance            $275,444.65
        Average balance        $275,444.65
```

DAILY ACTIVITY

| Date | Description | Additions | Subtractions | Balance | Control Number |
|------|-------------|-----------|--------------|---------|----------------|
| 08-31 | Beginning balance | | | $275,444.65 | |
| 10-13 | Ending totals | .00 | .00 | $275,444.65 | |

** No activity this statement period **

OVERDRAFT/RETURN ITEM FEES

```
    --------------------------------------------------------------
    |                             | Total for   |      Total      |
    |                             | this period | year-to-date    |
    |-----------------------------|-------------|-----------------|
    | Total Overdraft Fees        |      $0.00  |         $0.00   |
    |-----------------------------|-------------|-----------------|
    | Total Returned Item Fees    |      $0.00  |         $0.00   |
    --------------------------------------------------------------
```