UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND
Baltimore Division

```
-------------------------------------------------------------X
In re:                                          :       Chapter 11 (Subchapter V)
                                                :
Seth L Blum and Bessy G Blum                    :       Case No.  25-10005
                                                :
        Debtors.                                :
                                                :
-------------------------------------------------------------X
```

## NOTICE AND MOTION TO APPROVE COMPROMISE AND SETTLEMENT

TO ALL INTERESTED PARTIES:

PLEASE TAKE NOTICE that the Debtors in Possession ("Debtors") have filed the within Motion to Approve Compromise and Settlement under Fed. R. Bankr. Pro. 9019 ("Motion"). The Motion includes a request that the Court approve a compromise reached between the Debtors and Peter Elmo as set forth below. This settlement is subject to the approval of the Court after notice to all creditors pursuant to Bankruptcy Rule 9019. The Debtors believe that the settlement on the terms stated herein is fair and reasonable and should be approved.

PLEASE TAKE NOTICE THAT WITHIN TWENTY-ONE DAYS (21) AFTER THE DATE OF THIS NOTICE you must file and serve a written objection to the motion if you intend to object to the compromise, together with the proposed order required by Local Bankruptcy Rules. The objection and proposed order must be filed with the Clerk, U.S. Bankruptcy Court, 101 W Lombard St., Baltimore MD 21201, and served by delivery or by mailing a copy upon the undersigned. The objection must contain a complete specification of the factual and legal grounds upon which it is based. You may append affidavits and documents in support of the objection.

IF YOU FAIL TO FILE A TIMELY OBJECTION, THE MOTION MAY BE GRANTED BY THE COURT WITHOUT A HEARING. The Court may grant the motion without a hearing if the objection filed states inadequate grounds for denial. Parties in interest with questions may contact the undersigned.

NOW COME Seth and Bessy Blum (the "Debtors"), by and through the undersigned counsel, and pursuant to Bankruptcy Rule 9019(a) file this Motion seeking approval of a settlement with Peter Elmo ("Elmo"). In support of this motion, the Debtors state as follows:

### Jurisdiction and Venue

1.  This Court has jurisdiction over this matter pursuant to the provisions of 28

U.S.C. §§157 and 1334.  This is a core proceeding pursuant to the provisions of 28 U.S.C. §157(b)(2)(A), (F) and (O).  Venue is proper in this District and Division pursuant to 28 U.S.C. §§1408 and 1409. Debtors consent to the entry of a final judgment on this matter by the Bankruptcy Court.

## Background

2. On January 1, 2025, this case was commenced by the filing of a voluntary petition for relief under Chapter 11, Subchapter V of the Bankruptcy Code in the United States Bankruptcy Court for the District of Maryland (the "Bankruptcy Court").  The Debtors are continuing to possess and manage their property. Monique Almy has been appointed Subchapter V Trustee.

3. Elmo is a creditor of the Debtors, and has filed an unsecured proof of claim in the amount of $738,202.92.

4. On October 04, 2024, within 90 days before he commencement of this case, Elmo obtained a default judgment for $631,717.58 against Debtors in the Court of Chancery of the State of Delaware in C.A. No. 2024-0528-BWD (the "Delaware Judgment").  The Delaware Judgment provides that "An equitable lien on the Property shall be recorded with the Recorder of Deeds in favor of Plaintiff and against Defendants in the amount of the Judgment" and that "This Judgment in the above amount shall also be recorded as a lien in favor of Plaintiff and against Defendants against any other property owned by Defendants in the State of Delaware."  Prior to obtaining the Delaware Judgment, Elmo filed a notice of lis pendens in the appropriate land records in Delaware.   The Delaware Judgment was subsequently filed in Baltimore County Maryland.

5. Debtors own real property in Delaware and Maryland to which the judgment attached as a lien. One property in Delaware – the one as to which the Delaware judgment imposed an equitable lien – was sold by order of this Court free and clear of liens, with Elmo's lien attaching to the net proceeds of $275,444.65 being held in escrow by the Debtors subject to further order of this Court.

6. Debtors brought an adversary proceeding against Elmo seeking to avoid the liens on Debtors' property as a preference under 11 U.S.C. §§ 547 and 550, *Blum v. Elmo,* 25-00264. Elmo filed an answer asserting that the equitable lien is not avoidable because the transfer did not occur within 90 says, and for other reasons as to the other properties.

7. After investigation of this matter by both parties, who are both represented by competent counsel, and with the assistance of the Subchapter V Trustee, the parties have agreed to a settlement of this matter on the following terms:

A. Mr Elmo's lien on the proceeds of the Delaware property that was sold shall be avoided in the amount of a $25,000 carve-out, but otherwise the lien shall not be avoided, and upon approval of the agreement he will receive the escrowed amount less $25,000. Payment shall be made by the Debtors to Peter Elmo within ten days of the entry of the order approving this settlement. His claim shall be deemed unsecured and shall be reduced by the amount received from the property sale escrow.

B. The judgment lien shall be avoided under 11 U.S.C. §§ 547 and 550 as to all other properties.

C. In the event of the dismissal of this case, the judgment liens that Mr. Elmo has against the Debtors in Maryland and Delaware shall reattach to any real properties of the Debtors to which the judgment liens attached prior to the filing of this case (other than the property known as 11486 W. Sand Cove Road, Selbyville, Delaware 19975 which has been sold), to the end and effect that the order avoiding liens to be entered in this case against Mr. Elmo pursuant to the settlement agreement referenced herein will be null, void, vacated and of no effect.

8. Upon approval, the Debtors will amend their plan to reflect the foregoing. The effect compared to the current proposed plan will be to defer payment of a portion of the priority tax claims and to reduce the distribution to unsecured creditors as a result of the lien on the Delaware property proceeds that were originally proposed to be paid to creditors. Mr Elmo agrees that he will not object to such amended plan and will vote in favor of it (and will be deemed to so vote if no ballot is returned), which may expedite confirmation and avoid substantial additional legal fees.

9. Under Fed. R. Bank. P. 9019, approval of a proposed compromise of controversy may be given when the compromise is: (a) fair and equitable; (b) in the best interests of the estate and the creditors; and (c) surpasses the lowest level within a range of reasonableness. *In re Apex Oil Co.*, 92 B.R. 847, 867 (Bankr. E.D. Mo. 1988); *In re A & C Properties*, 784 F.2d 1377, 1381 (9th Cir) cert. denied 479 U.S. 854 (1986); *In re Jackson Brewing Co.*, 624 F.2d 599, 602 (5th Cir 1980).

10. The Debtors believe this settlement to be in the best interests of the estate and all creditors because there is a substantial risk that the Court would not have avoided the alleged preference, particularly as to the property proceeds as to which an equitable lien was imposed. Both the nature of an equitable lien and the existence of the lis pendens (of which Debtors were unaware) create a substantial risk. Further, Elmo would have pursued his objections to the Debtors' Plan, putting at risk the Debtors' proposed reorganization and incurring significant fees; and the settlement will result in no need to incur additional attorney's fees litigating the preference matter without months of delay.

WHEREFORE, the Debtors respectfully request that this Court enter an Order approving the Debtor's settlement with Elmo under the terms and conditions set out in this Motion.

Respectfully submitted,

　/s/Daniel M. Press　
Daniel M. Press, #07300
CHUNG & PRESS, P.C.
6718 Whittier Avenue, Suite 200
McLean, Virginia 22101
(703) 734-3800
dpress@chung-press.com
Counsel for Debtors

The foregoing is agreed by Peter Elmo.

/s/ Richard J. Hackerman　
Richard J. Hackerman
3635 Old Court Road, Suite 208
Baltimore, Maryland 21208
(410) 243-8800
(410) 630 7232 (fax)
Richard@richardhackerman.com

## CERTIFICATE OF SERVICE

This is to certify that on this 7th day of November, 2025, I caused copies of the foregoing Motion to be served by CM/ECF on the following:

Monique Desiree Almy malmy@crowell.com,
cbest@crowell.com,
malmy@ecf.axosfs.com,
monique-almy-7127@ecf.pacerpro.com

Hugh M. (UST) Bernstein hugh.m.bernstein@usdoj.gov

Richard J Hackerman Richard@RichardHackerman.com,
6923530420@filings.docketbird.com,
Hackerman.RichardR106256@notify.bestcase.com

Jonathan E. Levine jlevine@mbhylaw.com

Daniel M. Press dpress@chung-press.com,
pressdm@gmail.com,
danpress@recap.email

US Trustee - Baltimore USTPRegion04.BA.ECF@USDOJ.GOV

Eric VandeLinde eric.vandelinde@bww-law.com,
bankruptcy@bww-law.com

and by first class mail, postage prepaid, on all other creditors on the attached matrix.

                                            /s/ Daniel M. Press
                                          Daniel M. Press

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0416-1<br>Case 25-10005<br>District of Maryland<br>Baltimore<br>Fri Nov  7 09:53:37 EST 2025 | Lakeview Loan Servicing, LLC c/o Nationstar<br>BWW Law Group, LLC<br>6003 Executive Blvd, Suite 101<br>Rockville, MD 20852-3813 | Presidential Bank, FSB<br>Mahdavi, Bacon, Halfhill & Young, PLLC<br>11350 Random Hills Rd., Suite 700<br>Fairfax, VA 22030-6044 |
| Affirm, Inc.<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | American Express<br>PO Box 981535<br>El Paso, TX 79998-1535 | American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern  PA 19355-0701 |
| Atlantic Financial FCU<br>40 Schilling Road<br>Hunt Valley, MD 21031-1415 | Atlantic Financial Federal Credit Union<br>c/o Silverman Theologou, LLP<br>11200 Rockville Pike, Suite 520<br>N. Bethesda, MD 20852-7105 | Audi Financial<br>1401 Franklin Blvd<br>Libertyville, IL 60048-4460 |
| Bank of America<br>PO Box 15284<br>Wilmington, DE 19850-5284 | Blanca Amaya<br>8450 Loch Raven Blvd<br>Towson, MD 21286-8121 | Capital One<br>PO Box 30285<br>Salt Lake City, UT 84130-0285 |
| Capital One, N.A.<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118-7901 | Chase<br>PO Box 15298<br>Wilmington, DE 19850-5298 | Citibank NA<br>PO Box 6500<br>Sioux Falls, SD 57117-6500 |
| (p)COMPTROLLER OF MARYLAND<br>BANKRUPTCY UNIT<br>7 ST PAUL STREET SUITE 230<br>BALTIMORE MD 21202-1626 | Department of the Treasury<br>Internal Revenue Service<br>Centralized Insolvency Operation<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | (p)DISCOVER FINANCIAL SERVICES LLC<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025 |
| Discover Bank<br>P.O. Box 3025<br>New Albany, OH 43054-3025 | Flagstar Bank<br>5151 Corporate Dr<br>Troy, MI 48098-2639 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |
| JPMorgan Chase Bank, N.A.<br>s/b/m/t Chase Bank USA, N.A.<br>c/o National Bankruptcy Services, LLC<br>P.O. Box 9013<br>Addison, Texas 75001-9013 | Kagan Stern Marinello & Beard, LLC<br>238 West St<br>Annapolis, MD 21401-3424 | Lakeview Loan Servicing<br>Eric VandeLinde<br>BWW Law Group, LLC<br>6003 Executive Blvd, Suite 101<br>Rockville, MD 20852-3813 |
| Lakeview Loan Servicing, LLC<br>Nationstar Mortgage LLC<br>ATTN: Bankruptcy Dept.<br>PO Box 619096<br>Dallas,  TX 75261-9096 | Lewicky OConnor Hunt & Meiser LLC<br>8110 Maple Lawn Blvd Suite 160<br>Fulton, MD 20759-2694 | Lewicky, O'Connor, Hunt & Meiser, LLC<br>8110 Maple Lawn Blvd., Ste. 160<br>Fulton, MD 20759-2693 |
| Merrill Thomas<br>241 QUIET CREEK DRIVE<br>Gettysburg, PA 17325-9501 | Merrill Thomas<br>Manning Gross + Massenburg LLP<br>1007 N. Orange Street<br>Suite 711, 7th Floor<br>WILMINGTON, DE 19801-1266 | Mr. Cooper<br>800 State Hwy 121 Bypass<br>Lewisville, TX 75067-4180 |

| | | |
|---|---|---|
| NAVY FEDERAL CREDIT UNION<br>P. O. BOX 3000<br>MERRIFIELD, VA 22119-3000 | Nationstar Mortgage LLC<br>Todd S. Garan<br>ALDRIDGE PITE, LLP<br>3333 Camino del Rio South, Suite 225<br>San Diego, CA 92108-3808 | Peter Elmo<br>2706 Hunting Ridge Court<br>Baldwin, MD 21013-9121 |
| Presidential Bank<br>4520 East West Hwy<br>Bethesda, MD 20814-3365 | Presidential Bank, FSB<br>Attn: Commercial Lending<br>4520 East-West Hwy.<br>Bethesda, MD 20814-3365 | Richard Jay Hackerman<br>3635 OLD COURT RD<br>STE 208<br>Pikesville, MD 21208-3906 |
| Ryan A. Patino<br>Manning Gross + Massenburg LLP<br>1007 N. Orange Street<br>Suite 711, 7th Floor<br>WILMINGTON, DE 19801-1266 | Sailfish Servicing, LLC<br>Nationstar Mortgage LLC<br>ATTN: Bankruptcy Dept.<br>PO Box 619096<br>Dallas,  TX 75261-9096 | Sailfish Servicing, LLC C/O Nationstar Mortg<br>Eric VandeLinde<br>BWW Law Group, LLC<br>6003 Executive Blvd, Suite 101<br>Rockville, MD 20852-3813 |
| Shellpoint Mortgage<br>PO Box 10826<br>Greenville, SC 29603-0826 | Signature FCU<br>12 Herbert St,<br>Alexandria, VA 22305-2628 | Small Business Administration<br>409 3rd St., SW<br>Washington, DC 20416-0002 |
| Todd S. Garan<br>ALDRIDGE PITE, LLP<br>3333 Camino del Rio South, Suite 225<br>San Diego, CA 92108-3808 | Truist Bank<br>Attn: Support Services<br>P.O. Box 85092<br>Richmond, VA 23286-0001 | Truist Bank/Lightstream<br>150 S Stratford Rd<br>Winston Salem, NC 27104-4227 |
| US Attorney<br>36 S Charles St<br>Baltimore, MD 21201-2692 | US Trustee - Baltimore<br>Garmatz Federal Courthouse<br>101 West Lombard Street<br>Suite 2625<br>Baltimore, MD 21201-2668 | VW Credit, Inc.<br>PO Box 9013<br>Addison, Texas 75001-9013 |
| Verizon by American InfoSource as agent<br>4515 N Santa Fe Ave<br>Oklahoma City OK 73118-7901 | WILLIAM B LARSON JR.,<br>MANNING GROSS + MASSENBURG LLP<br>1007 N. ORANGE STREET #711<br>Wilmington, DE 19801-1266 | Wells Fargo<br>PO Box 10347<br>Des Moines, IA 50306-0347 |
| Wells Fargo<br>PO Box 522<br>Des Moines, IA 50306-0522 | Wells Fargo Bank, N.A.<br>435 Ford Road, Suite 300<br>St. Louis Park, MN 55426-4927 | Wells Fargo Bank, N.A.<br>Wells Fargo Card Services<br>PO Box 10438, MAC F8235-02F<br>Des Moines, IA 50306-0438 |
| Bessy G Blum<br>3317 Woodvalley Dr<br>Pikesville, MD 21208-1956 | Daniel M. Press<br>Chung & Press, P .C.<br>6718 Whittier Ave., Ste. 200<br>McLean, VA 22101-4531 | Monique Desiree Almy<br>Crowell & Moring<br>1001 Pennsylvania Avenue, N.W., 10th Fl<br>Washington, DC 20004-2595 |
| Peter Elmo<br>c/o Richard Hackerman<br>3635 Old Court Road Suite 208<br>Baltimore, MD 21208-3906 | Seth L Blum<br>3317 Woodvalley Rd<br>Pikesville, MD 21208-1956 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Comptroller of Maryland  
7 St Paul St  
Baltimore, MD 21202  

Discover  
PO Box 30943  
Salt Lake City, UT 84130  


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Nationstar Mortgage LLC

(u)Sailfish Servicing, LLC C/O Nationstar Mor

(d)Navy Federal Credit Union  
P.O. Box 3000  
Merrifield, VA 22119-3000


(u)Adam Ask  
Northrop Realty

End of Label Matrix  
Mailable recipients    58  
Bypassed recipients     4  
Total                  62