**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MARYLAND**
**Baltimore Division**

```
-------------------------------------------------------------X
In re:                                         :        Chapter 11 (Subchapter V)
                                               :
Seth L Blum and Bessy G Blum                   :        Case No.  25-10005
                                               :
              Debtors.                         :
                                               :
-------------------------------------------------------------X
```

**ORDER APPROVING SETTLEMENT**

     Upon consideration of the Motion of the Debtors under Rule 9019 to approve their settlement with Peter Elmo ("Elmo"), and any response thereto, and it appearing that the settlement is reasonable and in the best interests of the Debtors, creditors and the estate, it is hereby ORDERED that the settlement as set forth in the Motion is APPROVED.

     It is FURTHER ORDERED that Mr Elmo's lien on the proceeds of the Delaware property that was sold (11486 W. Sand Cove Road, Selbyville, Delaware 19975) shall be avoided in the amount of a $25,000 carve-out, but otherwise the lien shall not be avoided, and Debtors shall pay to Mr. Elmo the escrowed amount, retaining $25,000. Payment shall be made by the Debtors to Peter Elmo within ten days of the entry of this order. Mr. Elmo's claim shall be deemed unsecured and shall be reduced by the amount received from the property sale escrow.

It is FURTHER ORDERED that the lien of the judgments entered in favor of Elmo and against Debtors in the Court of Chancery of the State of Delaware, C.A. No. 2024-0528-BWD, and in the Baltimore County Maryland Circuit Court, case no. C-03-JG-24-009959, shall be and hereby are avoided and of no further force or effect pursuant to 11 U.S.C. §§ 547 and 550; and

It is FURTHER ORDERED that in the event of the dismissal of this case, the judgment liens that Mr. Elmo has against the Debtors in Maryland and Delaware shall reattach to any real properties of the Debtors to which the judgment liens attached prior to the filing of this case (other than the property known as 11486 W. Sand Cove Road, Selbyville, Delaware 19975 which has been sold), to the end and effect that the foregoing provision of this order avoiding liens shall be null, void, vacated and of no effect; and

It is FURTHER ORDERED that the Clerks of the Baltimore County Maryland Circuit Court and the Court of Chancery of the State of Delaware shall accept a certified copy of this Order for recordation to provide notice of the foregoing; and

It is FURTHER ORDERED that Adversary Proceeding 25-00264 shall be dismissed and closed as settled.

Copies to:

Richard Hackerman (by CM/ECF)
Daniel M. Press (by CM/ECF)
Monique Almy (by CM/ECF)
U.S. Trustee (by CM/ECF)

END OF ORDER