United States Bankruptcy Court
District of Maryland

In re:                                                                                                                                                   Case No. 25-10005-NVA
Seth L Blum                                                                                                                                 Chapter 11
Bessy G Blum
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0416-1                                   User: admin                                                            Page 1 of 2
Date Rcvd: Nov 28, 2025                           Form ID: pdfparty                                    Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol          Definition**

+             Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 30, 2025:**

**Recip ID**                 **Recipient Name and Address**
db/db                       +    Seth L Blum, Bessy G Blum, 3317 Woodvalley Rd, Pikesville, MD 21208-1956

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 30, 2025                                Signature:           /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 28, 2025 at the address(es) listed below:**

**Name**                                **Email Address**

Daniel M. Press
                                      dpress@chung-press.com  pressdm@gmail.com,danpress@recap.email

Eric VandeLinde
                                      eric.vandelinde@bww-law.com  bankruptcy@bww-law.com

Hugh M. (UST) Bernstein
                                      hugh.m.bernstein@usdoj.gov

Jonathan E. Levine
                                      jlevine@mbhylaw.com

Monique Desiree Almy
                                      malmy@crowell.com  cbest@crowell.com,malmy@ecf.axosfs.com,monique-almy-7127@ecf.pacerpro.com

Richard J Hackerman

District/off: 0416-1 | User: admin | Page 2 of 2
Date Rcvd: Nov 28, 2025 | Form ID: pdfparty | Total Noticed: 1

Richard@RichardHackerman.com  6923530420@filings.docketbird.com,Hackerman.RichardR106256@notify.bestcase.com

US Trustee - Baltimore

USTPRegion04.BA.ECF@USDOJ.GOV

TOTAL: 7



**Nancy V. Alquist**
**U. S. BANKRUPTCY JUDGE**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

| | |
|---|---|
| In re: | |
| SETH L BLUM and BESSY G BLUM, | CASE NO.   25-10005-NVA |
| Debtors. | CHAPTER 11 (Subchapter V) |

**AMENDED ORDER SETTING
(I) HEARING ON PLAN CONFIRMATION AND (II) DEADLINES FOR
(A) SUBMITTING ACCEPTANCES OR REJECTIONS OF THE PLAN &
(B) FILING WRITTEN OBJECTIONS TO THE PLAN,
<u>COMBINED WITH NOTICE OF THE FOREGOING</u>**

The above-captioned debtor and debtor-in-possession (the "Debtor") has elected to proceed with this case under Subchapter V of Chapter 11 of Title 11 of the United States Code.  The Debtor has filed an amended Plan of Reorganization **[ECF No. 97]**.

The Court enters this *Amended Order Setting Hearing on Plan Confirmation and Setting Deadlines for (I) Submitting Acceptances or Rejections of the Plan and (II) Filing Written Objections to the Plan, Combined with Notice of the Foregoing* to facilitate the efficient administration of this case and to ensure adequate and proper notice to all affected parties.  Accordingly, IT IS ORDERED:

1. <u>Confirmation Hearing</u>. The Court shall hold an **IN-PERSON** hearing on confirmation of the Debtor's amended Plan of Reorganization on **<u>January 22, 2026</u>** at **<u>11:00 a.m.</u>**, in Courtroom 2A, United States Bankruptcy Court for the District of Maryland, 101 West Lombard Street, Baltimore, MD 21201.

2. <u>Service of Plan Documents</u>.  On or before **<u>December 19, 2025</u>**, the Debtor shall serve a copy of this Order, the Debtor's plan of reorganization, and a ballot conforming to Official Form 314 on all creditors, equity security holders, other parties in interest, the Subchapter V Trustee, and the United States Trustee, as provided in Federal Rule of Bankruptcy Procedure 3017(d).  ***The Debtor's attorney shall thereafter promptly file a certificate of service with the Court***.

3.  <u>Plan Supplement</u>.  If applicable, the Debtor shall file and serve its Plan Supplement (as defined in the Plan) on or before **December 19, 2025**.  *The Debtor's attorney shall thereafter promptly file a certificate of service with the Court*.

4.  <u>Objections to Plan</u>.  **January 8, 2026** is the deadline for filing and serving written objections to confirmation of the Debtor's plan of reorganization pursuant to Federal Rules of Bankruptcy Procedure 2002(b) and 3020(b)(1).  *Any party in interest objecting to the Debtor's plan of reorganization, including the proposed treatment of any claim or interest under the plan, must file and serve a timely objection in accordance with this Order and the applicable rules*.

5.  <u>Voting on Plan</u>.  **January 8, 2026** is the deadline for submitting written acceptances or rejections of the Debtor's plan of reorganization.  Acceptances and rejections must be submitted such that they are **RECEIVED** by Debtor's attorney by **January 8, 2026**.  If a ballot is received after this deadline, it is within the Debtor's discretion as to whether to include such ballot in its tally of ballots or as otherwise ordered by the Court.  Acceptances and rejections must be submitted to the Debtor's attorney at the following address:

    **Daniel M. Press**
    **Chung & Press, P.C.**
    **6718 Whittier Ave., Ste. 200**
    **McLean, VA 22101**

6.  <u>Tally of Ballots</u>.  On or before **January 15, 2026**, the Debtor shall file and serve a tally of ballots.

cc:  Debtor
     Debtor's Counsel

**END OF ORDER**