UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND
Baltimore Division

```
-------------------------------------------------------------X
In re:                                          :      Chapter 11 (Subchapter V)
                                                :
Seth L Blum and Bessy G Blum                    :      Case No.  25-10005
                                                :
        Debtors.                                :
                                                :
-------------------------------------------------------------X
```

CERTIFICATE OF SERVICE

    This is to certify that on this 17th day of December, 2025, I caused to be served on all creditors and parties in interest, to the addresses on the attached matrix, the ORDER SETTING HEARING ON CONFIRMATION OF PLAN ETC. (Doc. #98); the Plan dated November 17, 2025 (Doc. #97), along with ballots to all Class K creditors.

    /s/ Daniel M. Press
Daniel M. Press, #07300
Chung & Press, P.C.
6718 Whittier Ave., Suite 200
McLean, VA 22101
(703) 734-3800
(703) 734-0590 fax
dpress@chung-press.com

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0416-1<br>Case 25-10005<br>District of Maryland<br>Baltimore<br>Wed Dec 17 05:44:49 EST 2025 | Lakeview Loan Servicing, LLC c/o Nationstar<br>BWW Law Group, LLC<br>6003 Executive Blvd, Suite 101<br>Rockville, MD 20852-3813 | Presidential Bank, FSB<br>Mahdavi, Bacon, Halfhill & Young, PLLC<br>11350 Random Hills Rd., Suite 700<br>Fairfax, VA 22030-6044 |
| Affirm, Inc.<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | American Express<br>PO Box 981535<br>El Paso, TX 79998-1535 | American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern  PA 19355-0701 |
| Atlantic Financial FCU<br>40 Schilling Road<br>Hunt Valley, MD 21031-1415 | Atlantic Financial Federal Credit Union<br>c/o Silverman Theologou, LLP<br>11200 Rockville Pike, Suite 520<br>N. Bethesda, MD 20852-7105 | Audi Financial<br>1401 Franklin Blvd<br>Libertyville, IL 60048-4460 |
| Bank of America<br>PO Box 15284<br>Wilmington, DE 19850-5284 | Blanca Amaya<br>8450 Loch Raven Blvd<br>Towson, MD 21286-8121 | Capital One<br>PO Box 30285<br>Salt Lake City, UT 84130-0285 |
| Capital One, N.A.<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118-7901 | Chase<br>PO Box 15298<br>Wilmington, DE 19850-5298 | Citibank NA<br>PO Box 6500<br>Sioux Falls, SD 57117-6500 |
| (p)COMPTROLLER OF MARYLAND<br>BANKRUPTCY UNIT<br>7 ST PAUL STREET SUITE 230<br>BALTIMORE MD 21202-1626 | Department of the Treasury<br>Internal Revenue Service<br>Centralized Insolvency Operation<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | (p)DISCOVER FINANCIAL SERVICES LLC<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025 |
| Discover Bank<br>P.O. Box 3025<br>New Albany, OH 43054-3025 | Flagstar Bank<br>5151 Corporate Dr<br>Troy, MI 48098-2639 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |
| JPMorgan Chase Bank, N.A.<br>s/b/m/t Chase Bank USA, N.A.<br>c/o National Bankruptcy Services, LLC<br>P.O. Box 9013<br>Addison, Texas 75001-9013 | Kagan Stern Marinello & Beard, LLC<br>238 West St<br>Annapolis, MD 21401-3424 | Lakeview Loan Servicing<br>Eric VandeLinde<br>BWW Law Group, LLC<br>6003 Executive Blvd, Suite 101<br>Rockville, MD 20852-3813 |
| Lakeview Loan Servicing, LLC<br>Nationstar Mortgage LLC<br>ATTN: Bankruptcy Dept.<br>PO Box 619096<br>Dallas,  TX 75261-9096 | Lewicky OConnor Hunt & Meiser LLC<br>8110 Maple Lawn Blvd Suite 160<br>Fulton, MD 20759-2694 | Lewicky, O'Connor, Hunt & Meiser, LLC<br>8110 Maple Lawn Blvd., Ste. 160<br>Fulton, MD 20759-2693 |
| Merrill Thomas<br>241 QUIET CREEK DRIVE<br>Gettysburg, PA 17325-9501 | Merrill Thomas<br>Manning Gross + Massenburg LLP<br>1007 N. Orange Street<br>Suite 711, 7th Floor<br>WILMINGTON, DE 19801-1266 | Mr. Cooper<br>800 State Hwy 121 Bypass<br>Lewisville, TX 75067-4180 |

| | | |
|---|---|---|
| NAVY FEDERAL CREDIT UNION<br>P. O. BOX 3000<br>MERRIFIELD, VA 22119-3000 | Nationstar Mortgage LLC<br>Todd S. Garan<br>ALDRIDGE PITE, LLP<br>3333 Camino del Rio South, Suite 225<br>San Diego, CA 92108-3808 | Peter Elmo<br>2706 Hunting Ridge Court<br>Baldwin, MD 21013-9121 |
| Presidential Bank<br>4520 East West Hwy<br>Bethesda, MD 20814-3365 | Presidential Bank, FSB<br>Attn: Commercial Lending<br>4520 East-West Hwy.<br>Bethesda, MD 20814-3365 | Richard Jay Hackerman<br>3635 OLD COURT RD<br>STE 208<br>Pikesville, MD 21208-3906 |
| Ryan A. Patino<br>Manning Gross + Massenburg LLP<br>1007 N. Orange Street<br>Suite 711, 7th Floor<br>WILMINGTON, DE 19801-1266 | Sailfish Servicing, LLC<br>Nationstar Mortgage LLC<br>ATTN: Bankruptcy Dept.<br>PO Box 619096<br>Dallas, TX 75261-9096 | Sailfish Servicing, LLC C/O Nationstar Mortg<br>Eric VandeLinde<br>BWW Law Group, LLC<br>6003 Executive Blvd, Suite 101<br>Rockville, MD 20852-3813 |
| Shellpoint Mortgage<br>PO Box 10826<br>Greenville, SC 29603-0826 | Signature FCU<br>12 Herbert St,<br>Alexandria, VA 22305-2628 | Small Business Administration<br>409 3rd St., SW<br>Washington, DC 20416-0002 |
| Todd S. Garan<br>ALDRIDGE PITE, LLP<br>3333 Camino del Rio South, Suite 225<br>San Diego, CA 92108-3808 | Truist Bank<br>Attn: Support Services<br>P.O. Box 85092<br>Richmond, VA 23286-0001 | Truist Bank/Lightstream<br>150 S Stratford Rd<br>Winston Salem, NC 27104-4227 |
| US Attorney<br>36 S Charles St<br>Baltimore, MD 21201-2692 | US Trustee - Baltimore<br>Garmatz Federal Courthouse<br>101 West Lombard Street<br>Suite 2625<br>Baltimore, MD 21201-2668 | VW Credit, Inc.<br>PO Box 9013<br>Addison, Texas 75001-9013 |
| Verizon by American InfoSource as agent<br>4515 N Santa Fe Ave<br>Oklahoma City OK 73118-7901 | WILLIAM B LARSON JR.,<br>MANNING GROSS + MASSENBURG LLP<br>1007 N. ORANGE STREET #711<br>Wilmington, DE 19801-1266 | Wells Fargo<br>PO Box 10347<br>Des Moines, IA 50306-0347 |
| Wells Fargo<br>PO Box 522<br>Des Moines, IA 50306-0522 | Wells Fargo Bank, N.A.<br>435 Ford Road, Suite 300<br>St. Louis Park, MN 55426-4927 | Wells Fargo Bank, N.A.<br>Wells Fargo Card Services<br>PO Box 10438, MAC F8235-02F<br>Des Moines, IA 50306-0438 |
| Bessy G Blum<br>3317 Woodvalley Dr<br>Pikesville, MD 21208-1956 | Daniel M. Press<br>Chung & Press, P .C.<br>6718 Whittier Ave., Ste. 200<br>McLean, VA 22101-4531 | Monique Desiree Almy<br>Crowell & Moring<br>1001 Pennsylvania Avenue, N.W., 10th Fl<br>Washington, DC 20004-2595 |
| Peter Elmo<br>c/o Richard Hackerman<br>3635 Old Court Road Suite 208<br>Baltimore, MD 21208-3906 | Seth L Blum<br>3317 Woodvalley Rd<br>Pikesville, MD 21208-1956 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Comptroller of Maryland
7 St Paul St
Baltimore, MD 21202

Discover
PO Box 30943
Salt Lake City, UT 84130

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Nationstar Mortgage LLC

(u)Sailfish Servicing, LLC C/O Nationstar Mor

(d)Navy Federal Credit Union
P.O. Box 3000
Merrifield, VA 22119-3000

(u)Adam Ask
Northrop Realty

End of Label Matrix
Mailable recipients    58
Bypassed recipients     4
Total                  62