Fill in this information to identify the case:

Debtor Name _Seth & Bessy Blum_

United States Bankruptcy Court for the _____ District of _____

Case number: _25-10005_

☐ Check if this is an amended filing

Official Form 425C

# Monthly Operating Report for Small Business Under Chapter 11      12/17

Month: _October_

Line of business: _Real Estate_

Date report filed: _11/30/25_
MM / DD / YYYY

NAISC code: _____

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party: _Seth & Bessy Blum_

Original signature of responsible party _[signature]_

Printed name of responsible party _Seth Blum_

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

| | Yes | No | N/A |
|---|---|---|---|
| **If you answer _No_ to any of the questions in lines 1-9, attach an explanation and label it _Exhibit A._** | | | |
| 1. Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. Did you pay your employees on time? | ☐ | ☐ | ☑ |
| 5. Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. Have you timely filed all other required government filings? | ☐ | ☐ | ☑ |
| 8. Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☑ |
| 9. Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |
| **If you answer _Yes_ to any of the questions in lines 10-18, attach an explanation and label it _Exhibit B._** | | | |
| 10. Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name *Seth & Betsy Blum*   Case number *25-10005*

17. Have you paid any bills you owed before you filed bankruptcy?   ☐ ☑ ☐

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?   ☐ ☑ ☐



## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

    $ 8,491.13

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.

    $ 24,737.00

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.

    – $ 24,586.95

22. **Net cash flow**

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*.

    + $ 150.05

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

    = $ 8,641.18

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**   $ _____

    *(Exhibit E)*

Debtor Name *Seth & Bessy Blum*     Case number *25-10005*

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before and after you filed bankruptcy. Label it *Exhibit F* Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here

25   **Total receivables**                                                    $ *YUPA 14k*

(Exhibit F)

## 5. Employees

26. What was the number of employees when the case was filed?              *N/a*

27. What is the number of employees as of the date of this monthly report?  *N/a*

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?                         $ *0*

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?          $ *0*

30. How much have you paid this month in other professional fees?                                                    $ *0*

31. How much have you paid in total other professional fees since filing the case?                                   $ *0*

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

| | Column A | | Column B | | Column C |
|---|---|---|---|---|---|
| | **Projected** | − | **Actual** | = | **Difference** |
| | Copy lines 35-37 from the previous month's report. | | Copy lines 20-22 of this report. | | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ *28,000* | − | $ *24,737.* | = | $ *3,263.* |
| 33. **Cash disbursements** | $ *25,000* | − | $ *24,586.95* | = | $ *413.05* |
| 34. **Net cash flow** | $ *3,000* | − | $ *150.05* | = | $ *2,849.95* |

35. Total projected cash receipts for the next month:              $ *20,000*

36. Total projected cash disbursements for the next month:        − $ *25,000*

37. Total projected net cash flow for the next month:              = $ *3,000*

Debtor Name Seth ey Ressy Blum          Case number 25-1005

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents

☑ 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).

☑ 39. Bank reconciliation reports for each account.

☑ 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.

☑ 41. Budget, projection, or forecast reports.

☑ 42. Project, job costing, or work-in-progress reports.

Print          Save As...          Reset

**Atlantic Union Bank®**

PO Box 5568 • Glen Allen, VA 23058

| | |
|---|---|
| Account Number | 4806 |
| Statement Date | 11/28/2025 |
| Statement Thru Date | 11/30/2025 |
| Check/Items Enclosed | 0 |
| Page | 1 |

00117408 M4389DDA113025005502 01 000000000 0117408 007

SETH L BLUM
BESSY BLUM
DEBTOR IN POSSESSION CASE 2510005
NVA
3317 WOODVALLEY DR
PIKESVILLE MD 21208-1956

**Customer Service Information**

 **Customer Care Center:**
800.990.4828
Monday - Friday: 7am-8pm
Saturday: 7am-5pm

 **Mailing Address:**
PO Box 5568
Glen Allen, VA 23058

 **Visit Us Online:**
AtlanticUnionBank.com

**Follow us on:** 

## RELATIONSHIP SUMMARY AND CURRENT STATEMENT ACTIVITY

| Account Type | Account Number | Balance |
|---|---|---|
| FREE CHECKING | 4806 | $8,633.55 |

## FREE CHECKING                                         Account Number:     4806

**Account Owner(s):**   SETH L BLUM
BESSY BLUM
DEBTOR IN POSSESSION CASE 2510005 NVA

### Balance Summary

| | |
|---|---|
| Beginning Balance as of 11/01/2025 | $8,191.77 |
| + Deposits and Credits  (9) | $18,564.90 |
| - Withdrawals and Debits  (84) | $18,123.12 |
| Ending Balance as of 11/30/2025 | $8,633.55 |
| Service Charges for Period | $0.00 |

### TRANSACTION DETAIL

| Date | Description | Deposits | Withdrawals | Balance |
|---|---|---|---|---|
| Nov 01 | BEGINNING BALANCE | | | $8,191.77 |



# 'TIS THE SEASON FOR HOLIDAY FRAUD

Beware of scammers who may be waiting to take advantage of your good spirits.
You can stay safe from holiday fraud by only shopping on trusted sites, checking
your bank statements often and never sending money to someone you don't know.

Visit **atlanticunionbank.com/securitycenter** for more tips.





## Change of Address

Please change my
mailing address on the
accounts listed below:

☐ Acct # _____
☐ Acct # _____
☐ Acct # _____
☐ Acct # _____
☐ Acct # _____
☐ Other _____
☐ Other _____

Please detach and mail to:

ATLANTIC UNION BANK
P.O. BOX 5568
GLEN ALLEN, VA 23058

_____
NUMBER AND STREET

_____
CITY AND STATE

_____    _____
DATE                              AUTHORIZED SIGNATURE

## Checkbook Reconciliation

### Checks Outstanding

| DATE OR NUMBER | AMOUNT |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| TOTAL |  |

**Enter**
BALANCE THIS STATEMENT   $ _____

**Add**
DEPOSITS NOT CREDITED
ON THIS STATEMENT
_____
_____

**Total**              _____

**Subtract**
CHECKS OUTSTANDING     _____

**Balance**          $ _____

SHOULD AGREE WITH YOUR
CHECKBOOK BALANCE AFTER
DEDUCTING CHARGES AND
ADDING CREDITS INCLUDED ON
THIS STATEMENT, BUT NOT SHOWN
IN YOUR CHECKBOOK.

*Please report any discrepancies within 14 days

### Important Notice Concerning Electronic Fund Transfers
*(applies to consumer accounts only)*

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS (employer or governmental direct deposits of pay or benefits, and payments you have authorized for direct deduction from your account) call us at 800.990.4828 or write us at the address on the front of this statement.

As soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent the FIRST statement on which the problem or error appeared.

  1. Tell us your name and account number.
  2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
  3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

**PREAUTHORIZED DEPOSITS**
If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us at 800.990.4828 to find out whether or not the deposit was made as scheduled.

# Atlantic Union Bank®

| | |
|---|---|
| Account Number | 4806 |
| Statement Date | 11/28/2025 |
| Statement Thru Date | 11/30/2025 |
| Page | 2 |

## TRANSACTION DETAIL (Continued)

| Date | Description | Deposits | Withdrawals | Balance |
|---|---|---|---|---|
| Nov 03 | POS PURCHASE NON-PIN<br>MCDONALD'S F11134 PIIKESVILLE MD<br>01295705 *****3265 10/31 18:04 | | 30.90 | 8,160.87 |
| Nov 03 | POS PURCHASE NON-PIN<br>APPLE.COM/BILL CUPERTINO CA 00112137<br>*****3265 10/31 21:41 | | 31.76 | 8,129.11 |
| Nov 03 | POS PURCHASE NON-PIN<br>SQ *MOTR FOOD TRUCK BALTIMORE MD<br>77827301 *****3265 11/01 19:29 | | 18.02 | 8,111.09 |
| Nov 03 | POS PURCHASE NON-PIN<br>ROYAL FARMS #34 BALTIMORE MD 63415802<br>*****3265 11/01 21:02 | | 70.42 | 8,040.67 |
| Nov 03 | POS PURCHASE NON-PIN<br>QUARRY WINE AND SPIRIT BALTIMORE MD<br>103002 *****3265 10/31 01:00 | | 22.88 | 8,017.79 |
| Nov 03 | PERSON-TO-PERSON TRANSFER<br>11/02 08:05 800-990-4828<br>ZELLE MOM | | 350.00 | 7,667.79 |
| Nov 03 | PERSON-TO-PERSON TRANSFER<br>11/02 08:06 800-990-4828<br>ZELLE GMA | | 400.00 | 7,267.79 |
| Nov 03 | POS PURCHASE WITH PIN<br>COSTCO WHSE #13 OWINGS MILLS MD<br>99132614 *****3265 11/02 09:44 | | 457.24 | 6,810.55 |
| Nov 03 | POS PURCHASE WITH PIN<br>GIANT LANDOVER #2318 1 OWINGS MILLS MD<br>0014 *****3265 11/02 10:05 | | 75.00 | 6,735.55 |
| Nov 03 | POS PURCHASE NON-PIN<br>TST*EASY LIKE SUNDAY - BALTIMORE MD<br>212 *****3265 11/01 14:43 | | 109.59 | 6,625.96 |
| Nov 03 | POS PURCHASE NON-PIN<br>WOOF GANG QUARRY LAKE BALTIMORE MD<br>54150998 *****3265 11/02 21:15 | | 38.11 | 6,587.85 |
| Nov 03 | POS PURCHASE NON-PIN<br>CHICK-FIL-A #02553 BALTIMORE MD<br>0004 *****3265 11/01 03:12 | | 32.38 | 6,555.47 |
| Nov 03 | POS PURCHASE NON-PIN<br>DUNKIN #354586 Q35 PIKESVILLE MD<br>00210025 *****3265 11/02 09:18 | | 5.67 | 6,549.80 |
| Nov 03 | NEWREZ-SHELLPOIN/WEB PMTS<br>BLUM SETH | | 4,274.18 | 2,275.62 |
| Nov 04 | POS PURCHASE NON-PIN<br>IN *B&D POOLS LLC SILVER SPRING MD<br>00458082 *****3265 11/03 02:37 | | 500.00 | 1,775.62 |
| Nov 04 | POS PURCHASE WITH PIN<br>WEIGHT WISE PIKESVILLE MD 1443CL01<br>*****3265 11/04 08:06 | | 90.00 | 1,685.62 |
| Nov 04 | VENMO/PAYMENT<br>SETH BLUM | | 11.00 | 1,674.62 |
| Nov 05 | PINNACLE BANK/ACH<br>PINNACLE BANK/4E9707FEBA3C46DF931B/ASSOC<br>IATE EXPENSE REPOR<br>SETH BLUM | 1,123.27 | | 2,797.89 |
| Nov 05 | POS PURCHASE NON-PIN<br>BETTER CARE PHARMACY PIKESVILLE MD<br>81365753 *****3265 11/04 02:45 | | 15.80 | 2,782.09 |
| Nov 05 | COMCAST MARYLAN/BILL PAYMT<br>BLUM SETH | | 450.00 | 2,332.09 |
| Nov 05 | BALTIMORE GAS &/BILL PAYMT<br>BLUM SETH | | 473.00 | 1,859.09 |



00117408 0430145 0002-0006

![Atlantic Union Bank]

Account Number 4806
Statement Date 11/28/2025
Statement Thru Date 11/30/2025
Page 3

## TRANSACTION DETAIL (Continued)

| Date | Description | Deposits | Withdrawals | Balance |
|------|-------------|----------|-------------|---------|
| Nov 06 | POS PURCHASE NON-PIN<br>AMAZON KIDS+*BT9S27NZ0 SEATTLE WA<br>00160146 *****3265 11/06 06:33 | | 6.35 | 1,852.74 |
| Nov 06 | POS PURCHASE NON-PIN<br>COLPARK LOC 517 MCLEAN VA 10018546<br>*****3265 11/05 08:44 | | 13.95 | 1,838.79 |
| Nov 06 | POS PURCHASE NON-PIN<br>HYATT REGENCY TYSONS C TYSONS CORNER VA<br>00000001 *****3265 11/05 09:59 | | 58.88 | 1,779.91 |
| Nov 06 | POS PURCHASE NON-PIN<br>BONEFISH 8102 OWINGS MILLS MD 0017<br>*****3265 11/05 12:05 | | 106.58 | 1,673.33 |
| Nov 07 | PERSON-TO-PERSON TRANSFER<br>11/07 13:09 800-990-4828<br>ZELLE GMA | | 400.00 | 1,273.33 |
| Nov 10 | POS PURCHASE WITH PIN<br>SQUARE TACO NORTH POTOMAC MD 09052320<br>*****3265 11/08 12:06 | | 59.40 | 1,213.93 |
| Nov 10 | POS PURCHASE NON-PIN<br>SQ *SMOOTHIES GERMANTOWN MD 77827301<br>*****3265 11/08 17:10 | | 13.10 | 1,200.83 |
| Nov 10 | POS PURCHASE NON-PIN<br>SQ *BEN & JERRY'S ROCKV ROCKVILLE MD<br>77827301 *****3265 11/08 17:50 | | 16.96 | 1,183.87 |
| Nov 10 | POS PURCHASE NON-PIN<br>EXXON HOOKS LANE PIKESVILLE MD<br>00010003 *****3265 11/08 08:55 | | 40.31 | 1,143.56 |
| Nov 10 | POS PURCHASE WITH PIN<br>GIANT FOOD INC #159 37 PIKESVILLE MD<br>0003 *****3265 11/09 14:43 | | 52.10 | 1,091.46 |
| Nov 10 | POS PURCHASE WITH PIN<br>WALGREENS STORE PIKESVILLE MD 12560T21<br>*****3265 11/09 15:14 | | 3.17 | 1,088.29 |
| Nov 10 | POS PURCHASE NON-PIN<br>ROYAL FARMS #23 OWINGS MILLS MD<br>64235902 *****3265 11/10 07:59 | | 55.67 | 1,032.62 |
| Nov 10 | POS PURCHASE NON-PIN<br>XFINITY MOBILE PHILADELPHIA PA<br>00274581 *****3265 11/10 08:44 | | 47.65 | 984.97 |
| Nov 10 | VENMO/PAYMENT<br>SETH BLUM | | 334.00 | 650.97 |
| Nov 12 | FUNDS TRANSFER VIA MOBILE FROM:  4807 | 100.00 | | 750.97 |
| Nov 12 | POS PURCHASE NON-PIN<br>PIZZA MAN RESTAURANT PIKESVILLE MD<br>00000001 *****3265 11/09 00:09 | | 13.77 | 737.20 |
| Nov 12 | POS PURCHASE NON-PIN<br>TAQUERIA & PUPUSERIA M PIKESVILLE MD<br>99999999 *****3265 11/09 00:32 | | 27.56 | 709.64 |
| Nov 12 | POS PURCHASE NON-PIN<br>CM SOCCER BALTIMORE MD YE2IPTOA<br>*****3265 11/10 02:09 | | 306.25 | 403.39 |
| Nov 12 | POS PURCHASE NON-PIN<br>PETRO WOODBURY NY 99999999<br>*****3265 11/10 05:39 | | 225.00 | 178.39 |
| Nov 12 | POS PURCHASE WITH PIN<br>GIANT FOOD INC #159 37 PIKESVILLE MD<br>0007 *****3265 11/11 18:37 | | 45.60 | 132.79 |
| Nov 12 | POS PURCHASE NON-PIN<br>AMAZON GROCERY SUBSCRI SEATTLE WA<br>00486760 *****3265 11/11 21:57 | | 9.99 | 122.80 |

00117408 0430146 0003-0006



## Atlantic Union Bank®

| | |
|---|---|
| Account Number | 4806 |
| Statement Date | 11/28/2025 |
| Statement Thru Date | 11/30/2025 |
| Page | 4 |

## TRANSACTION DETAIL (Continued)

| Date | Description | Deposits | Withdrawals | Balance |
|---|---|---|---|---|
| Nov 12 | POS PURCHASE NON-PIN<br>APPLE.COM/BILL CUPERTINO CA 00112137<br>*****3265 11/11 22:09 | | 26.48 | 96.32 |
| Nov 12 | POS PURCHASE NON-PIN<br>CERTIFIED TRADING CARD SARASOTA FL<br>00000001 *****3265 11/11 04:56 | | 56.00 | 40.32 |
| Nov 12 | POS PURCHASE NON-PIN<br>DUNKIN #364701 BALTIMORE MD 00210021<br>*****3265 11/11 09:59 | | 5.07 | 35.25 |
| Nov 13 | CFG COMMUNITY BA/PAYROLL<br>BLUM, BESSY | 3,630.50 | | 3,665.75 |
| Nov 13 | PINNACLE BANK/PAYROLL<br>BLUM,SETH LOGAN | 4,949.68 | | 8,615.43 |
| Nov 14 | POS PURCHASE NON-PIN<br>AMAZON PRIME*B84BS8X40 SEATTLE WA<br>00160146 *****3265 11/13 23:49 | | 21.19 | 8,594.24 |
| Nov 14 | POS PURCHASE NON-PIN<br>DUNKIN #354586 Q35 PIKESVILLE MD<br>00210025 *****3265 11/13 08:20 | | 1.89 | 8,592.35 |
| Nov 14 | PERSON-TO-PERSON TRANSFER<br>11/14 13:15 800-990-4828<br>ZELLE GMA | | 400.00 | 8,192.35 |
| Nov 14 | PERSON-TO-PERSON TRANSFER<br>11/14 13:15 800-990-4828<br>ZELLE MOM | | 330.00 | 7,862.35 |
| Nov 14 | FUNDS TRANSFER VIA MOBILE TO: 4807 | | 1,500.00 | 6,362.35 |
| Nov 17 | POS PURCHASE NON-PIN<br>BLACKWALL BARN AND LOD COLUMBIA MD<br>00000001 *****3265 11/13 21:24 | | 51.60 | 6,310.75 |
| Nov 17 | POS PURCHASE NON-PIN<br>AMAZON.COM SEATTLE WA 00000101<br>*****3265 11/14 21:32 | | 7.79 | 6,302.96 |
| Nov 17 | POS PURCHASE NON-PIN<br>PEPES BALTIMORE MD 00000001<br>*****3265 11/14 22:27 | | 32.83 | 6,270.13 |
| Nov 17 | POS PURCHASE NON-PIN<br>HAIR CUTTERY - 4520 PIKESVILLE MD<br>05750509 *****3265 11/15 22:56 | | 55.00 | 6,215.13 |
| Nov 17 | POS PURCHASE NON-PIN<br>PETRO HOME SVCS WOODBURY NY 2924<br>*****3265 11/15 01:58 | | 525.16 | 5,689.97 |
| Nov 17 | POS PURCHASE NON-PIN<br>CHICK-FIL-A #03937 OWINGS MILLS MD<br>0006 *****3265 11/14 02:28 | | 41.51 | 5,648.46 |
| Nov 17 | POS PURCHASE NON-PIN<br>CHICK-FIL-A #03937 OWINGS MILLS MD<br>0006 *****3265 11/14 02:38 | | 5.82 | 5,642.64 |
| Nov 17 | POS PURCHASE NON-PIN<br>ROYAL FARMS #23 OWINGS MILLS MD<br>64235902 *****3265 11/16 09:17 | | 74.30 | 5,568.34 |
| Nov 17 | POS PURCHASE NON-PIN<br>STARBUCKS STORE 00740 BALTIMORE MD<br>0003 *****3265 11/15 21:42 | | 23.91 | 5,544.43 |
| Nov 17 | POS PURCHASE NON-PIN<br>PRIME VIDEO CHANNELS SEATTLE WA<br>00160146 *****3265 11/17 04:57 | | 11.65 | 5,532.78 |
| Nov 17 | ERIE INS GROUP/ERIEXPSPAY<br>SETH BLUM | | 25.58 | 5,507.20 |
| Nov 17 | VENMO/PAYMENT<br>SETH BLUM | | 68.00 | 5,439.20 |
| Nov 17 | FUNDS TRANSFER VIA MOBILE TO: 4807 | | 2,100.00 | 3,339.20 |



00117408 0430147 0004-0006

# Atlantic Union Bank®

Account Number 806
Statement Date 11/28/2025
Statement Thru Date 11/30/2025
Page 5

## TRANSACTION DETAIL (Continued)

| Date | Description | Deposits | Withdrawals | Balance |
|---|---|---|---|---|
| Nov 18 | POS PURCHASE NON-PIN<br>SAKE OWINGS MILLS MD 78610247<br>*****3265 11/17 02:30 | | 118.11 | 3,221.09 |
| Nov 18 | ERIE LIFE/INSUR PREM<br>BLUM, SETH L | | 37.40 | 3,183.69 |
| Nov 18 | ERIE LIFE/INSUR PREM<br>BLUM, BESSY G | | 49.30 | 3,134.39 |
| Nov 18 | ERIE LIFE/INSUR PREM<br>BLUM, BESSY | | 63.33 | 3,071.06 |
| Nov 18 | ERIE LIFE/INSUR PREM<br>BLUM, SETH | | 85.43 | 2,985.63 |
| Nov 18 | ERIE LIFE/INSUR PREM<br>BLUM, BESSY | | 128.78 | 2,856.85 |
| Nov 18 | ERIE LIFE/INSUR PREM<br>BLUM, SETH | | 171.28 | 2,685.57 |
| Nov 19 | POS PURCHASE NON-PIN<br>MCDONALD'S F11134 PIIKESVILLE MD<br>01295705 *****3265 11/18 19:09 | | 29.91 | 2,655.66 |
| Nov 19 | POS PURCHASE NON-PIN<br>AMAZON.COM SEATTLE WA 00000101<br>*****3265 11/19 04:33 | | 71.52 | 2,584.14 |
| Nov 19 | POS PURCHASE NON-PIN<br>TST*BUSBOYS AND POETS COLUMBIA MD<br>045 *****3265 11/18 11:11 | | 3.18 | 2,580.96 |
| Nov 19 | VENMO/PAYMENT<br>SETH BLUM | | 100.00 | 2,480.96 |
| Nov 20 | PERSON-TO-PERSON TRANSFER<br>11/20 05:19 800-990-4828<br>ZELLE JOSE THE PLUMBER | | 100.00 | 2,380.96 |
| Nov 20 | POS PURCHASE WITH PIN<br>ROYAL FARMS 49 BALTIMORE MD 54091002<br>*****3265 11/20 15:10 | | 17.25 | 2,363.71 |
| Nov 21 | FUNDS TRANSFER VIA MOBILE FROM:  4807 | 40.00 | | 2,403.71 |
| Nov 21 | POS PURCHASE NON-PIN<br>CHICK-FIL-A #03937 OWINGS MILLS MD<br>0003 *****3265 11/19 03:14 | | 44.93 | 2,358.78 |
| Nov 21 | POS PURCHASE NON-PIN<br>DUNKIN #364701 BALTIMORE MD 00210021<br>*****3265 11/20 11:36 | | 4.30 | 2,354.48 |
| Nov 24 | POS PURCHASE NON-PIN<br>PEPES BALTIMORE MD 00000001<br>*****3265 11/20 20:43 | | 18.01 | 2,336.47 |
| Nov 24 | POS PURCHASE NON-PIN<br>PABC MULTI SPACE 3 BALTIMORE MD<br>65782804 *****3265 11/20 23:22 | | 1.00 | 2,335.47 |
| Nov 24 | POS PURCHASE NON-PIN<br>DD *THEBLACKWALLBARN SAN FRANCISCO CA<br>APGEHDCX *****3265 11/22 06:00 | | 10.60 | 2,324.87 |
| Nov 25 | MOBILE CHECK DEPOSIT | 85.00 | | 2,409.87 |
| Nov 25 | POS PURCHASE NON-PIN<br>SA*BT SCHOOL TUITION BALTIMORE MD<br>ASCRCNMQ *****3265 11/24 06:08 | | 1,329.35 | 1,080.52 |
| Nov 25 | POS PURCHASE NON-PIN<br>TST* HANGRY JOE'S - CO COLUMBIA MD<br>99999999 *****3265 11/25 10:42 | | 38.13 | 1,042.39 |
| Nov 28 | PINNACLE BANK/PAYROLL<br>BLUM,SETH LOGAN | 55.67 | | 1,098.06 |
| Nov 28 | CFG COMMUNITY BA/PAYROLL<br>BLUM, BESSY | 3,630.48 | | 4,728.54 |
| Nov 28 | PINNACLE BANK/PAYROLL<br>BLUM,SETH LOGAN | 4,950.30 | | 9,678.84 |

00117408 0430148 0005-0006





| | Account Number | 4806 |
|---|---|---|
| | Statement Date | 11/28/2025 |
| | Statement Thru Date | 11/30/2025 |
| | Page | 6 |

## TRANSACTION DETAIL (Continued)

| Date | Description | Deposits | Withdrawals | Balance |
|---|---|---|---|---|
| Nov 28 | POS PURCHASE NON-PIN | | 5.29 | 9,673.55 |
| | APPLE.COM/BILL CUPERTINO CA 00112137 | | | |
| | *****3265 11/27 05:29 | | | |
| Nov 28 | VENMO/PAYMENT | | 40.00 | 9,633.55 |
| | SETH BLUM | | | |
| Nov 28 | CHECK #104 | | 1,000.00 | 8,633.55 |
| Nov 30 | ENDING BALANCE | | | $8,633.55 |

## CHECK TRANSACTION SUMMARY                    * Indicates a Skip in Check Number(s)

| Date | Check No. | Amount | | |
|---|---|---|---|---|
| Nov 28 | 104 | 1,000.00 | | |

## FEE RECAP

| | Total For This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $58.00 |
| Total Returned Item Fees | $0.00 | $0.00 |



00117408 0430149 0006-0006



**PO Box 5568 • Glen Allen, VA 23058**

| | |
|---|---|
| Account Number | 4809 |
| Statement Date | 11/28/2025 |
| Statement Thru Date | 11/30/2025 |
| Check/Items Enclosed | 0 |
| Page | 1 |



00117410 M4389DDA113025005502 01 000000000 0117410 003

SETH L BLUM
BESSY BLUM
DEBTOR IN POSSESSION CASE 2510005
NVA
3317 WOODVALLEY DR
PIKESVILLE MD 21208-1956

00117410 0430153 0001-0002

### Customer Service Information

 **Customer Care Center:**
800.990.4828
Monday - Friday: 7am-8pm
Saturday: 7am-5pm

 **Mailing Address:**
PO Box 5568
Glen Allen, VA 23058

 **Visit Us Online:**
AtlanticUnionBank.com

**Follow us on:**


## RELATIONSHIP SUMMARY AND CURRENT STATEMENT ACTIVITY

| Account Type | Account Number | Balance |
|---|---|---|
| FREE CHECKING | 4809 | $275,444.65 |

### FREE CHECKING                                   Account Number: **4809**

**Account Owner(s):**   SETH L BLUM
BESSY BLUM
DEBTOR IN POSSESSION CASE 2510005 NVA

### Balance Summary

| | |
|---|---|
| **Beginning Balance as of 11/01/2025** | **$275,444.65** |
| + Deposits and Credits  (0) | $0.00 |
| - Withdrawals and Debits  (0) | $0.00 |
| **Ending Balance as of 11/30/2025** | **$275,444.65** |
| Service Charges for Period | $0.00 |



# 'TIS THE SEASON FOR HOLIDAY FRAUD

Beware of scammers who may be waiting to take advantage of your good spirits.
You can stay safe from holiday fraud by only shopping on trusted sites, checking
your bank statements often and never sending money to someone you don't know.

Visit **atlanticunionbank.com/securitycenter** for more tips.





## Change of Address

Please change my
mailing address on the
accounts listed below:

☐ Acct # _____
☐ Acct # _____
☐ Acct # _____
☐ Acct # _____
☐ Acct # _____
☐ Other _____
☐ Other _____

Please detach and mail to:

ATLANTIC UNION BANK
P.O. BOX 5568
GLEN ALLEN, VA 23058

_____
NUMBER AND STREET

_____
CITY AND STATE

_____    _____
DATE                                    AUTHORIZED SIGNATURE

## Checkbook Reconciliation

### Checks Outstanding

| DATE OR NUMBER | AMOUNT |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| TOTAL |  |

**Enter**
BALANCE THIS STATEMENT    $ _____

**Add**
DEPOSITS NOT CREDITED
ON THIS STATEMENT        _____

_____

**Total**                    _____

**Subtract**
CHECKS OUTSTANDING        _____

**Balance**              $ _____

SHOULD AGREE WITH YOUR
CHECKBOOK BALANCE AFTER
DEDUCTING CHARGES AND
ADDING CREDITS INCLUDED ON
THIS STATEMENT, BUT NOT SHOWN
IN YOUR CHECKBOOK.

*Please report any discrepancies within 14 days

### Important Notice Concerning Electronic Fund Transfers
*(applies to consumer accounts only)*

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS (employer or governmental direct deposits of pay or benefits, and payments you have authorized for direct deduction from your account) call us at 800.990.4828 or write us at the address on the front of this statement.

As soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent the FIRST statement on which the problem or error appeared.

1. Tell us your name and account number.
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

**PREAUTHORIZED DEPOSITS**
If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us at 800.990.4828 to find out whether or not the deposit was made as scheduled.



| | |
|---|---|
| Account Number | 4809 |
| Statement Date | 11/28/2025 |
| Statement Thru Date | 11/30/2025 |
| Page | 2 |

## FEE RECAP

| | Total For This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

00117410 0430155 0002-0002





**Atlantic Union Bank**®

PO Box 5568 • Glen Allen, VA 23058

| | |
|---|---|
| Account Number | 4807 |
| Statement Date | 11/28/2025 |
| Statement Thru Date | 11/30/2025 |
| Check/Items Enclosed | 0 |
| Page | 1 |

00117409 M4389DDA113025005502 01 000000000 0117409 003

SETH L BLUM
BESSY BLUM
DEBTOR IN POSSESSION CASE 2510005
NVA
RENTAL INCOME
3317 WOODVALLEY DR
PIKESVILLE MD 21208-1956

### Customer Service Information

 **Customer Care Center:**
800.990.4828
Monday - Friday: 7am-8pm
Saturday: 7am-5pm

**Mailing Address:**
PO Box 5568
Glen Allen, VA 23058

**Visit Us Online:**
AtlanticUnionBank.com

**Follow us on:**
  

## RELATIONSHIP SUMMARY AND CURRENT STATEMENT ACTIVITY

| Account Type | Account Number | Balance |
|---|---|---|
| FREE CHECKING | 4807 | $7.63 |

## FREE CHECKING                                        Account Number:    4807

**Account Owner(s):**    SETH L BLUM
BESSY BLUM
DEBTOR IN POSSESSION CASE 2510005 NVA
RENTAL INCOME

### Balance Summary

| | |
|---|---|
| **Beginning Balance as of 11/01/2025** | **$299.36** |
| + Deposits and Credits  (3) | $6,172.10 |
| - Withdrawals and Debits  (10) | $6,463.83 |
| **Ending Balance as of 11/30/2025** | **$7.63** |
| Service Charges for Period | $0.00 |

## TRANSACTION DETAIL

| Date | Description | Deposits | Withdrawals | Balance |
|---|---|---|---|---|
| Nov 01 | BEGINNING BALANCE | | | $299.36 |



# 'TIS THE SEASON FOR HOLIDAY FRAUD

Beware of scammers who may be waiting to take advantage of your good spirits.
You can stay safe from holiday fraud by only shopping on trusted sites, checking
your bank statements often and never sending money to someone you don't know.

Visit **atlanticunionbank.com/securitycenter** for more tips.



 MEMBER FDIC

## Change of Address

Please change my
mailing address on the
accounts listed below:

Please detach and mail to:

ATLANTIC UNION BANK
P.O. BOX 5568
GLEN ALLEN, VA 23058

- [ ] Acct # _____
- [ ] Acct # _____
- [ ] Acct # _____
- [ ] Acct # _____
- [ ] Acct # _____
- [ ] Other _____
- [ ] Other _____

_____
NUMBER AND STREET

_____
CITY AND STATE

_____    _____
DATE              AUTHORIZED SIGNATURE

## Checkbook Reconciliation

### Checks Outstanding

| DATE OR NUMBER | AMOUNT |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| TOTAL |  |

**Enter**
BALANCE THIS STATEMENT $ _____

**Add**
DEPOSITS NOT CREDITED
ON THIS STATEMENT          _____

                          _____

**Total**                 _____

**Subtract**
CHECKS OUTSTANDING        _____

**Balance**        $ _____

SHOULD AGREE WITH YOUR
CHECKBOOK BALANCE AFTER
DEDUCTING CHARGES AND
ADDING CREDITS INCLUDED ON
THIS STATEMENT, BUT NOT SHOWN
IN YOUR CHECKBOOK.

*Please report any discrepancies within 14 days

### Important Notice Concerning Electronic Fund Transfers
*(applies to consumer accounts only)*

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS (employer or governmental direct deposits of pay or benefits, and payments you have authorized for direct deduction from your account) call us at 800.990.4828 or write us at the address on the front of this statement.

As soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent the FIRST statement on which the problem or error appeared.

1. Tell us your name and account number.
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

**PREAUTHORIZED DEPOSITS**

If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us at 800.990.4828 to find out whether or not the deposit was made as scheduled.

**Atlantic Union Bank**

| | |
|---|---|
| Account Number | 4807 |
| Statement Date | 11/28/2025 |
| Statement Thru Date | 11/30/2025 |
| Page | 2 |

## TRANSACTION DETAIL (Continued)

| Date | Description | Deposits | Withdrawals | Balance |
|---|---|---|---|---|
| Nov 05 | COMCAST DELAWARE/BILL PAYMT<br>BLUM SETH | | 175.35 | 124.01 |
| Nov 07 | DELAWARE BEACH H/CORP PAY<br>NOVEMBER RENTALS<br>BLUMBESSYSETH | 2,572.10 | | 2,696.11 |
| Nov 12 | FUNDS TRANSFER VIA MOBILE TO:  4806 | | 100.00 | 2,596.11 |
| Nov 14 | FUNDS TRANSFER VIA MOBILE FROM:  4806 | 1,500.00 | | 4,096.11 |
| Nov 17 | FUNDS TRANSFER VIA MOBILE FROM:  4806 | 2,100.00 | | 6,196.11 |
| Nov 17 | DELAWARE ELECTRI/BILL PAYMT<br>BLUM SETH | | 136.76 | 6,059.35 |
| Nov 17 | NSM DBAMR.COOPER/NSM DBAMR<br>SETH *BLUM | | 1,796.62 | 4,262.73 |
| Nov 17 | NSM DBAMR.COOPER/NSM DBAMR<br>SETH *BLUM | | 1,839.14 | 2,423.59 |
| Nov 18 | SIGNATURE FCU/EFUNDS TFR<br>BLUM,SETH | | 1,986.93 | 436.66 |
| Nov 21 | FUNDS TRANSFER VIA MOBILE TO:  4806 | | 40.00 | 396.66 |
| Nov 21 | JONES ONSLOW EMC/PAYMENT<br>SETH BLUM | | 122.87 | 273.79 |
| Nov 24 | CHESAPEAKE UTILI/BILL PAYMT<br>BLUM SETH | | 126.35 | 147.44 |
| Nov 24 | ONSLOW WATER & S/DOXOPAY<br>SETH BLUM | | 139.81 | 7.63 |
| Nov 30 | ENDING BALANCE | | | $7.63 |

## FEE RECAP

| | Total For This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

00117409 0430152 0002-0002

