# UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF MARYLAND
## CHAPTER 11 CONFIRMATION HEARING - TALLY OF BALLOTS

IN RE: Seth L Blum and Bessy G Blum (Debtors)                                    Case No. 25-10005-NVA

Confirmation Hearing: 1/22/26, 11:00 a.m.

| Creditor Class (#, Descrip) | Members of Class Casting Ballots | Total $ Value of Claims Voting | # Accept-ing | % Accept-ing | $ Value of Accept-ances | % of Value accept-ing | # Reject-ing | % Reject-ing | $ Value of Rejecting | % of Value Rejecting | Indicate if claim is unim-paired |
|---|---|---|---|---|---|---|---|---|---|---|---|
| A: Priority non-tax | - | - | - | - | - | - | - | - | - | - | Yes |
| B: IRS Secured | - | - | - | - | - | - | - | - | - | - | (n/a) |
| C: VW Credit Secured | - | - | - | - | - | - | - | - | - | - | Yes |
| D: Nationstar LR Secured | - | - | - | - | - | - | - | - | - | - | Yes |
| E: Nation-star Lewes Secured | - | - | - | - | - | - | - | - | - | - | Yes |
| F: Presid. NC | 1 | $336,748.39 | 1 | 100% | $336,748.39 | 100% | 0 | 0 | 0 | 0 | Yes |
| G: Presid DE | - | - | - | - | - | - | - | - | - | - | Yes |

| Creditor Class (#, Descrip) | Members of Class Casting Ballots | Total $ Value of Claims Voting | # Accept-ing | % Accept-ing | $ Value of Accept-ances | % of Value accept-ing | # Reject-ing | % Reject-ing | $ Value of Rejecting | % of Value Rejecting | Indicate if claim is unim-paired |
|---|---|---|---|---|---|---|---|---|---|---|---|
| H: Shellpt. Secured | - | - | - | - | - | - | - | - | - | - | Yes |
| I: Signature Secured | - | - | - | - | - | - | - | - | - | - | Yes |
| J: SBA Secured | - | - | - | - | - | - | - | - | - | - | Yes |
| K: Gen Unsecured | 4 | $780,750.85 | 4 | 100% | $780750.85 | 100% | 0 | 0% | $0 | 0% | No |

I hereby certify that this ballot summary sets forth an accurate and complete tabulation of all ballots received by the debtor as to rejection and acceptance of the Plan, by class of creditors and interests with number and total amount of claims or interests in each category.

Dated: 1/9/26

/s/ Daniel M. Press
Daniel M. Press
Counsel for Debtors