United States Bankruptcy Court
District of Maryland

In re:  
Seth L Blum  
Bessy G Blum  
    Debtors

Case No. 25-10005-NVA  
Chapter 11

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0416-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Jan 07, 2026 | Form ID: pdfparty | Total Noticed: 4 |

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 09, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/db | + | Seth L Blum, Bessy G Blum, 3317 Woodvalley Rd, Pikesville, MD 21208-1956 |
| cr | + | Peter Elmo, c/o Richard Hackerman, 3635 Old Court Road Suite 208, Baltimore, MD 21208-3906 |
| cr | + | Presidential Bank, FSB, Mahdavi, Bacon, Halfhill & Young, PLLC, 11350 Random Hills Rd., Suite 700, Fairfax, VA 22030, UNITED STATES 22030-6044 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | ^ MEBN | Jan 07 2026 19:41:29 | Lakeview Loan Servicing, LLC c/o Nationstar Mortga, BWW Law Group, LLC, 6003 Executive Blvd, Suite 101, Rockville, MD 20852-3813 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| r | | Adam Ask, Northrop Realty |
| cr | | Nationstar Mortgage LLC |
| cr | | Nationstar Mortgage LLC |

TOTAL: 3 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 09, 2026        Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

| District/off: 0416-1 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jan 07, 2026 | Form ID: pdfparty | Total Noticed: 4 |

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 7, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Daniel M. Press | dpress@chung-press.com pressdm@gmail.com,danpress@recap.email |
| Eric VandeLinde | eric.vandelinde@bww-law.com bankruptcy@bww-law.com |
| Hugh M. (UST) Bernstein | hugh.m.bernstein@usdoj.gov |
| Jonathan E. Levine | jlevine@mbhylaw.com |
| Monique Desiree Almy | malmy@crowell.com cbest@crowell.com,malmy@ecf.axosfs.com,monique-almy-7127@ecf.pacerpro.com |
| Richard J Hackerman | Richard@RichardHackerman.com 6923530420@filings.docketbird.com,Hackerman.RichardR106256@notify.bestcase.com |
| US Trustee - Baltimore | USTPRegion04.BA.ECF@USDOJ.GOV |

TOTAL: 7

Entered: January 7th, 2026
Signed: January 6th, 2026
**SO ORDERED**



Nancy V. Alquist
**NANCY V. ALQUIST
U. S. BANKRUPTCY JUDGE**

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MARYLAND
### Baltimore Division

---------------------------------------------------------X
**In re:**                                              :    **Chapter 11 (Subchapter V)**
                                                         :
**Seth L Blum and Bessy G Blum**                         :    **Case No.  25-10005**
                                                         :
         **Debtors.**                                    :
                                                         :
---------------------------------------------------------X

### ORDER APPROVING SETTLEMENT

Upon consideration of the Motion of the Debtors under Rule 9019 to approve their settlement with Peter Elmo ("Elmo"), and any response thereto, and it appearing that the settlement is reasonable and in the best interests of the Debtors, creditors and the estate, it is hereby ORDERED that the settlement as set forth in the Motion is APPROVED.

It is FURTHER ORDERED that Mr Elmo's lien on the proceeds of the Delaware property that was sold (11486 W. Sand Cove Road, Selbyville, Delaware 19975) shall be avoided in the amount of a $25,000 carve-out, but otherwise the lien shall not be avoided, and Debtors shall pay to Mr. Elmo the escrowed amount, retaining $25,000.  Payment shall be made by the Debtors to Peter Elmo within ten days of the entry of this order.  Mr. Elmo's claim shall be deemed unsecured and shall be reduced by the amount received from the property sale escrow.

It is FURTHER ORDERED that the lien of the judgments entered in favor of Elmo and against Debtors in the Court of Chancery of the State of Delaware, C.A. No. 2024-0528-BWD, and in the Baltimore County Maryland Circuit Court, case no. C-03-JG-24-009959, shall be and hereby are avoided and of no further force or effect pursuant to 11 U.S.C. §§ 547 and 550; and

It is FURTHER ORDERED that in the event of the dismissal of this case, the judgment liens that Mr. Elmo has against the Debtors in Maryland and Delaware shall reattach to any real properties of the Debtors to which the judgment liens attached prior to the filing of this case (other than the property known as 11486 W. Sand Cove Road, Selbyville, Delaware 19975 which has been sold), to the end and effect that the foregoing provision of this order avoiding liens shall be null, void, vacated and of no effect; and

It is FURTHER ORDERED that the Clerks of the Baltimore County Maryland Circuit Court and the Court of Chancery of the State of Delaware shall accept a certified copy of this Order for recordation to provide notice of the foregoing; and

It is FURTHER ORDERED that Adversary Proceeding 25-00264 shall be dismissed and closed as settled.

Copies to:

Richard Hackerman (by CM/ECF)
Daniel M. Press (by CM/ECF)
Monique Almy (by CM/ECF)
U.S. Trustee (by CM/ECF)

END OF ORDER