UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND

| | | |
|---|---|---|
| IN RE: | * | |
| SETH AND BESSY BLUM DEBTOR | * | CASE NO: 25-10005 |
| | * | CHAPTER 11 |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

<u>LINE</u>

TO THE COURT:

    Now comes Creditor, Peter Elmo, by his attorney, Richard J. Hackerman, and advises the Court and parties that neither Creditor nor the undersigned attorney will appear at the Confirmation hearing scheduled for January 22, 2026.

    /s/ Richard J. Hackerman

_____

Richard J. Hackerman
3635 Old Court Road, Suite 208
Baltimore, Maryland 21208
(410) 243-8800
(410) 630 7232 (fax)
Attorney for Creditor Peter Elmo
CPF 8212010181
Richard@richardhackerman.com

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on January 12, 2026   a copy of the foregoing Notice of Appearance were  mailed by first class mail, postage prepaid to the following

Daniel M. Press, Esquire.
Chung & Press, P .C.
6718 Whittier Ave., Ste. 200
McLean, VA 22101
Email: dpress@chung-press.com

Trustee, Monique Desiree Almy
Crowell & Moring
1001 Pennsylvania Avenue, N.W., 10th Fl

Washington, DC 20004-2595
Email: malmy@crowell.com

U.S. Trustee
Hugh M. Bernstein
Office of U.S. Trustee
101 W. Lombard Street
Suite 2625
Baltimore, MD 21201
Email: hugh.m.bernstein@usdoj.gov

        /s/ Richard J. Hackerman

        _____
        Richard J. Hackerman
        3635 Old Court Road, Suite 208
        Baltimore, Maryland 21208
        (410) 243-8800
        (410) 630 7232 (fax)
        Attorney for Creditor Peter Elmo
        CPF 8212010181
        Richard@richardhackerman.com