Fill in this information to identify the case:

Debtor Name ___Seth & Bessy Blum___

United States Bankruptcy Court for the: _____ District of _____

Case number: ___25-16005___

☐ Check if this is an
amended filing

Official Form 425C

# Monthly Operating Report for Small Business Under Chapter 11                    12/17

Month: ___December___

Line of business: ___Real Estate___

Date report filed: __1_/_21_/_2026_
                    MM / DD / YYYY

NAISC code: _____

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party: 

Original signature of responsible party ___Seth & Bessy Blum___

Printed name of responsible party ___Seth Blum___

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

| | Yes | No | N/A |
|---|---|---|---|
| **If you answer No to any of the questions in lines 1-9, attach an explanation and label it Exhibit A.** | | | |
| 1. Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. Did you pay your employees on time? | ☑ | ☐ | ☐ |
| 5. Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☐ | ☐ | ☑ |
| 6. Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☑ |
| 9. Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |
| **If you answer Yes to any of the questions in lines 10-18, attach an explanation and label it Exhibit B.** | | | |
| 10. Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name Seth Blum & Betsy Blum       Case number 25-10005

17. Have you paid any bills you owed before you filed bankruptcy?    ☐ ☑/☐

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?    ☐ ☑ ☐

## 2. Summary of Cash Activity for All Accounts

19  **Total opening balance of all accounts**

This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

$ 8,641.18

20. **Total cash receipts**

Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

Report the total from *Exhibit C* here.

$ 25,275.55

21. **Total cash disbursements**

Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

Report the total from *Exhibit D* here.

– $ 25,746.60

22. **Net cash flow**

Subtract line 21 from line 20 and report the result here.
This amount may be different from what you may have calculated as *net profit*.

+ $ 470.05

23. **Cash on hand at the end of the month**

Add line 22 + line 19. Report the result here.

Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

= $ 8,170.13

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**

*(Exhibit E)*

$ _____

Debtor Name _Seth & Rory Blum_    Case number _25-1005_

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**    $ _Supra 14k_

    *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?    _N/A_

27. What is the number of employees as of the date of this monthly report?    _N/A_

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?    $ _0_

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?    $ _0_

30. How much have you paid this month in other professional fees?    $ _0_

31. How much have you paid in total other professional fees since filing the case?    $ _0_

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

| | Column A<br>**Projected** | — | Column B<br>**Actual** | = | Column C<br>**Difference** |
|---|---|---|---|---|---|
| | Copy lines 35-37 from the previous month's report. | | Copy lines 20-22 of this report. | | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ _28,000_ | — | $ _25,275.55_ | = | $ _2,724.45_ |
| 33. **Cash disbursements** | $ _26,000_ | — | $ _25,746.60_ | = | $ _253.40_ |
| 34. **Net cash flow** | $ _2,000_ | — | $ _471.05_ | = | $ _1,528.95_ |

35. Total projected cash receipts for the next month:    $ _28,000_

36. Total projected cash disbursements for the next month:    - $ _26,000_

37. Total projected net cash flow for the next month:    = $ _2,000_

**Debtor Name** _Seth G. Berg Blum_          Case number _25-10005_

## 8. Additional Information

**If available, check** the box to the left and attach copies of the following documents.

☑ **38. Bank** statements for each open account (redact all but the last 4 digits of account numbers).

☑ 39. Bank reconciliation reports for each account.

☑ 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.

☑ 41. Budget, projection, or forecast reports.

☑ 42. Project, job costing, or work-in-progress reports.

Print   Save As...   Reset

**Atlantic Union Bank**®

PO Box 5568 • Glen Allen, VA 23058

| | |
|---|---|
| Account Number | 4807 |
| Statement Date | 12/31/2025 |
| Statement Thru Date | 01/01/2026 |
| Check/Items Enclosed | 0 |
| Page | 1 |

00117220 M4389DDA010126065018 01 000000000 0117220 003

SETH L BLUM
BESSY BLUM
DEBTOR IN POSSESSION CASE 2510005
NVA
RENTAL INCOME
3317 WOODVALLEY DR
PIKESVILLE MD 21208-1956

00117220 0442904 0001-0002

**Customer Service Information**

 **Customer Care Center:**
800.990.4828
Monday - Friday: 7am-8pm
Saturday: 7am-5pm

 **Mailing Address:**
PO Box 5568
Glen Allen, VA 23058

**Visit Us Online:**
AtlanticUnionBank.com

**Follow us on:**
  

---

## RELATIONSHIP SUMMARY AND CURRENT STATEMENT ACTIVITY

| Account Type | Account Number | Balance |
|---|:---:|---:|
| FREE CHECKING | 4807 | $123.52 |

---

**FREE CHECKING**                     **Account Number:    4807**

Account Owner(s):   SETH L BLUM
                    BESSY BLUM
                    DEBTOR IN POSSESSION CASE 2510005 NVA
                    RENTAL INCOME

### Balance Summary

| | |
|---|---:|
| **Beginning Balance as of 12/01/2025** | **$7.63** |
| + Deposits and Credits  (4) | $6,108.10 |
| - Withdrawals and Debits  (5) | $5,992.21 |
| **Ending Balance as of 12/31/2025** | **$123.52** |
| Service Charges for Period | $0.00 |

### TRANSACTION DETAIL

| Date | Description | Deposits | Withdrawals | Balance |
|---|---|---|---|---:|
| Dec 01 | BEGINNING BALANCE | | | $7.63 |





**STAY VIGILANT!**

Jugging happens when criminals rob customers after an ATM visit.
Be aware of your surroundings, and use ATMs that are well-lit or in busy spots.


MEMBER FDIC

## Change of Address

Please change my
mailing address on the
accounts listed below:

Please detach and mail to:

ATLANTIC UNION BANK
P.O. BOX 5568
GLEN ALLEN, VA 23058

☐ Acct #
☐ Acct #
☐ Acct #
☐ Acct #
☐ Acct #
☐ Other
☐ Other

NUMBER AND STREET

CITY AND STATE

DATE                    AUTHORIZED SIGNATURE

## Checkbook Reconciliation

### Checks Outstanding

| DATE OR NUMBER | AMOUNT |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| TOTAL |  |

**Enter**
BALANCE THIS STATEMENT    $ _____

**Add**
DEPOSITS NOT CREDITED
ON THIS STATEMENT         _____

                          _____

**Total**                 _____

**Subtract**
CHECKS OUTSTANDING        _____

**Balance**               $ _____

SHOULD AGREE WITH YOUR
CHECKBOOK BALANCE AFTER
DEDUCTING CHARGES AND
ADDING CREDITS INCLUDED ON
THIS STATEMENT, BUT NOT SHOWN
IN YOUR CHECKBOOK.

*Please report any discrepancies within 14 days

### Important Notice Concerning Electronic Fund Transfers
*(applies to consumer accounts only)*

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS (employer or governmental direct deposits of pay or benefits, and payments you have authorized for direct deduction from your account) call us at 800.990.4828 or write us at the address on the front of this statement.

As soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent the FIRST statement on which the problem or error appeared.

    1. Tell us your name and account number.

    2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.

    3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

**PREAUTHORIZED DEPOSITS**
If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us at 800.990.4828 to find out whether or not the deposit was made as scheduled.

**Atlantic Union Bank**

| | |
|---|---|
| Account Number | 4807 |
| Statement Date | 12/31/2025 |
| Statement Thru Date | 01/01/2026 |
| Page | 2 |

## TRANSACTION DETAIL (Continued)

| Date | Description | Deposits | Withdrawals | Balance |
|---|---|---|---|---|
| Dec 02 | FUNDS TRANSFER VIA MOBILE FROM: 4806 | 250.00 | | 257.63 |
| Dec 04 | COMCAST DELAWARE/BILL PAYMT BLUM SETH | | 245.00 | 12.63 |
| Dec 05 | DELAWARE BEACH H/CORP PAY DEC RENTALS BLUMBESSYSETH | 2,572.10 | | 2,584.73 |
| Dec 15 | FUNDS TRANSFER VIA MOBILE FROM: 4806 | 1,300.00 | | 3,884.73 |
| Dec 17 | FUNDS TRANSFER VIA MOBILE FROM: 4806 | 1,986.00 | | 5,870.73 |
| Dec 17 | DELAWARE ELECTRI/BILL PAYMT BLUM SETH | | 124.56 | 5,746.17 |
| Dec 17 | NSM DBAMR.COOPER/NSM DBAMR BESSY *BLUM | | 1,796.62 | 3,949.55 |
| Dec 17 | NSM DBAMR.COOPER/NSM DBAMR SETH *BLUM | | 1,839.14 | 2,110.41 |
| Dec 18 | SIGNATURE FCU/EFUNDS TFR BLUM,SETH | | 1,986.89 | 123.52 |
| Jan 01 | ENDING BALANCE | | | $123.52 |

## FEE RECAP

| | Total For This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

00117220 0442906 0002-0002



# Atlantic Union Bank®

PO Box 5568 • Glen Allen, VA 23058

| | |
|---|---|
| Account Number | 4809 |
| Statement Date | 12/31/2025 |
| Statement Thru Date | 01/01/2026 |
| Check/Items Enclosed | 0 |
| Page | 1 |

00117221 M4389DDA010126065018 01 000000000 0117221 003

SETH L BLUM
BESSY BLUM
DEBTOR IN POSSESSION CASE 2510005
NVA
3317 WOODVALLEY DR
PIKESVILLE MD 21208-1956

00117221 0442907 0001-0002

### Customer Service Information

 **Customer Care Center:**
800.990.4828
Monday - Friday: 7am-8pm
Saturday: 7am-5pm

 **Mailing Address:**
PO Box 5568
Glen Allen, VA 23058

**Visit Us Online:**
AtlanticUnionBank.com

**Follow us on:**


---

## RELATIONSHIP SUMMARY AND CURRENT STATEMENT ACTIVITY

| Account Type | Account Number | Balance |
|---|---|---|
| FREE CHECKING | 4809 | $275,444.65 |

## FREE CHECKING                                    Account Number:    4809

| | |
|---|---|
| **Account Owner(s):** | **SETH L BLUM** |
| | **BESSY BLUM** |
| | **DEBTOR IN POSSESSION CASE 2510005 NVA** |

### Balance Summary

| | |
|---|---|
| **Beginning Balance as of 12/01/2025** | **$275,444.65** |
| + Deposits and Credits  (0) | $0.00 |
| - Withdrawals and Debits  (0) | $0.00 |
| **Ending Balance as of 12/31/2025** | **$275,444.65** |
| Service Charges for Period | $0.00 |




# STAY VIGILANT!

Jugging happens when criminals rob customers after an ATM visit.
Be aware of your surroundings, and use ATMs that are well-lit or in busy spots.



## Change of Address

Please change my
mailing address on the
accounts listed below:

Please detach and mail to:

ATLANTIC UNION BANK
P.O. BOX 5568
GLEN ALLEN, VA 23058

☐ Acct # _____

☐ Acct # _____

☐ Acct # _____

☐ Acct # _____

☐ Acct # _____

☐ Other _____

☐ Other _____

_____
NUMBER AND STREET

_____
CITY AND STATE

_____        _____
DATE                        AUTHORIZED SIGNATURE

## Checkbook Reconciliation

### Checks Outstanding

| DATE OR NUMBER | AMOUNT |
|----------------|--------|
|                |        |
|                |        |
|                |        |
|                |        |
|                |        |
|                |        |
|                |        |
|                |        |
|                |        |
|                |        |
|                |        |
|                |        |
|                |        |
|                |        |
|                |        |
| TOTAL          |        |

**Enter**
BALANCE THIS STATEMENT  $ _____

**Add**
DEPOSITS NOT CREDITED
ON THIS STATEMENT          _____

_____

**Total**                            _____

**Subtract**
CHECKS OUTSTANDING          _____

**Balance**                   $ _____

SHOULD AGREE WITH YOUR
CHECKBOOK BALANCE AFTER
DEDUCTING CHARGES AND
ADDING CREDITS INCLUDED ON
THIS STATEMENT, BUT NOT SHOWN
IN YOUR CHECKBOOK.

*Please report any discrepancies within 14 days

### Important Notice Concerning Electronic Fund Transfers
*(applies to consumer accounts only)*

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS (employer or governmental direct deposits of pay or benefits, and payments you have authorized for direct deduction from your account) call us at 800.990.4828 or write us at the address on the front of this statement.

As soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent the FIRST statement on which the problem or error appeared.

    1. Tell us your name and account number.

    2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.

    3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

**PREAUTHORIZED DEPOSITS**

If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us at 800.990.4828 to find out whether or not the deposit was made as scheduled.



| | Account Number | 4809 |
|---|---|---|
| | Statement Date | 12/31/2025 |
| | Statement Thru Date | 01/01/2026 |
| | Page | 2 |

## FEE RECAP

| | Total For This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

00117221 0442909 0002-0002





**Atlantic Union Bank®**

PO Box 5568 • Glen Allen, VA 23058

| | |
|---|---|
| Account Number | 4806 |
| Statement Date | 12/31/2025 |
| Statement Thru Date | 01/01/2026 |
| Check/Items Enclosed | 0 |
| Page | 1 |



00117219 M4389DDA010126065018 01 000000000 0117219 009

SETH L BLUM
BESSY BLUM
DEBTOR IN POSSESSION CASE 2510005
NVA
3317 WOODVALLEY DR
PIKESVILLE MD 21208-1956

**Customer Service Information**

 **Customer Care Center:**
800.990.4828
Monday - Friday: 7am-8pm
Saturday: 7am-5pm

 **Mailing Address:**
PO Box 5568
Glen Allen, VA 23058

 **Visit Us Online:**
AtlanticUnionBank.com

**Follow us on:**
 

## RELATIONSHIP SUMMARY AND CURRENT STATEMENT ACTIVITY

| Account Type | Account Number | Balance |
|---|---|---|
| FREE CHECKING | 4806 | $8,049.61 |

### FREE CHECKING                                                      Account Number:    4806

**Account Owner(s):**  SETH L BLUM
BESSY BLUM
DEBTOR IN POSSESSION CASE 2510005 NVA

### Balance Summary

| | |
|---|---|
| **Beginning Balance as of 12/01/2025** | **$8,633.55** |
| + Deposits and Credits  (6) | $19,167.45 |
| - Withdrawals and Debits  (124) | $19,751.39 |
| **Ending Balance as of 12/31/2025** | **$8,049.61** |
| Service Charges for Period | $0.00 |

### TRANSACTION DETAIL

| Date | Description | Deposits | Withdrawals | Balance |
|---|---|---|---|---|
| Dec 01 | BEGINNING BALANCE | | | $8,633.55 |





STAY VIGILANT!

Jugging happens when criminals rob customers after an ATM visit.
Be aware of your surroundings, and use ATMs that are well-lit or in busy spots.



## Change of Address

Please change my
mailing address on the
accounts listed below:

Please detach and mail to:

ATLANTIC UNION BANK
P.O. BOX 5568
GLEN ALLEN, VA 23058

☐ Acct #

☐ Acct #

☐ Acct #

☐ Acct #

☐ Acct #

☐ Other

☐ Other

_____
NUMBER AND STREET

_____
CITY AND STATE

_____    _____
DATE                                  AUTHORIZED SIGNATURE

## Checkbook Reconciliation

### Checks Outstanding

| DATE OR NUMBER | AMOUNT |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| TOTAL |  |

**Enter**
BALANCE THIS STATEMENT   $ _____

**Add**
DEPOSITS NOT CREDITED
ON THIS STATEMENT        _____

_____

**Total**                _____

**Subtract**
CHECKS OUTSTANDING       _____

**Balance**              $ _____

SHOULD AGREE WITH YOUR
CHECKBOOK BALANCE AFTER
DEDUCTING CHARGES AND
ADDING CREDITS INCLUDED ON
THIS STATEMENT, BUT NOT SHOWN
IN YOUR CHECKBOOK.

*Please report any discrepancies within 14 days

### Important Notice Concerning Electronic Fund Transfers
*(applies to consumer accounts only)*

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS (employer or governmental direct deposits of pay or benefits, and payments you have authorized for direct deduction from your account) call us at 800.990.4828 or write us at the address on the front of this statement.

As soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent the FIRST statement on which the problem or error appeared.

    1. Tell us your name and account number.

    2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.

    3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

**PREAUTHORIZED DEPOSITS**

If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us at 800.990.4828 to find out whether or not the deposit was made as scheduled.

![Atlantic Union Bank]

## TRANSACTION DETAIL (Continued)

| Date | Description | Deposits | Withdrawals | Balance |
|------|-------------|----------|-------------|---------|
| Dec 01 | POS PURCHASE NON-PIN<br>AMAZON PRIME*2L5RJ3SO3 SEATTLE WA<br>00089047 *****3265 11/29 08:46 | | 15.89 | 8,617.66 |
| Dec 01 | PERSON-TO-PERSON TRANSFER<br>11/29 09:46 800-990-4828<br>ZELLE GMA | | 400.00 | 8,217.66 |
| Dec 01 | POS PURCHASE NON-PIN<br>GAYLORD NATIONAL F&B OXON HILL MD<br>7880 *****3265 11/28 00:15 | | 13.25 | 8,204.41 |
| Dec 01 | POS PURCHASE NON-PIN<br>CHICK-FIL-A #02553 BALTIMORE MD<br>0027 *****3265 11/28 02:34 | | 37.19 | 8,167.22 |
| Dec 01 | POS PURCHASE WITH PIN<br>GIANT FOOD INC #159 37 PIKESVILLE MD<br>0004 *****3265 11/30 09:38 | | 156.30 | 8,010.92 |
| Dec 01 | POS PURCHASE NON-PIN<br>AMAZON.COM SEATTLE WA 00000101<br>*****3265 11/30 16:39 | | 21.09 | 7,989.83 |
| Dec 01 | POS PURCHASE NON-PIN<br>ROLAND PARK BALTIMORE MD 12702401<br>*****3265 11/30 20:47 | | 76.25 | 7,913.58 |
| Dec 01 | POS PURCHASE NON-PIN<br>VZWRLSS*BILL PAY  VE FOLSOM CA<br>36711802 *****3265 11/30 03:45 | | 85.43 | 7,828.15 |
| Dec 01 | PERSON-TO-PERSON TRANSFER<br>12/01 06:42 800-990-4828<br>ZELLE MOM | | 450.00 | 7,378.15 |
| Dec 01 | VENMO/PAYMENT<br>SETH BLUM | | 93.00 | 7,285.15 |
| Dec 02 | POS PURCHASE NON-PIN<br>AMAZON.COM SEATTLE WA 00000101<br>*****3265 12/02 12:28 | | 23.85 | 7,261.30 |
| Dec 02 | VENMO/PAYMENT<br>SETH BLUM | | 100.00 | 7,161.30 |
| Dec 02 | FUNDS TRANSFER VIA MOBILE TO:  4807 | | 250.00 | 6,911.30 |
| Dec 02 | NEWREZ-SHELLPOIN/WEB PMTS<br>BLUM SETH | | 4,274.18 | 2,637.12 |
| Dec 03 | POS PURCHASE NON-PIN<br>MISSION BBQ COLUMBIA-S COLUMBIA MD<br>99999999 *****3265 12/02 07:25 | | 40.92 | 2,596.20 |
| Dec 03 | POS PURCHASE WITH PIN<br>WEIGHT WISE PIKESVILLE MD 1443CL01<br>*****3265 12/03 08:09 | | 90.00 | 2,506.20 |
| Dec 04 | POS PURCHASE NON-PIN<br>SAFEWAY #0073 BALTIMORE MD 00540054<br>*****3265 12/02 23:56 | | 2.64 | 2,503.56 |
| Dec 04 | POS PURCHASE NON-PIN<br>BETTER CARE PHARMACY PIKESVILLE MD<br>81365753 *****3265 12/03 05:33 | | 15.80 | 2,487.76 |
| Dec 04 | POS PURCHASE NON-PIN<br>DUNKIN #364701 BALTIMORE MD 00210021<br>*****3265 12/03 09:35 | | 5.07 | 2,482.69 |
| Dec 04 | VENMO/PAYMENT<br>SETH BLUM | | 50.00 | 2,432.69 |
| Dec 04 | BALTIMORE GAS &/BILL PAYMT<br>BLUM SETH | | 132.00 | 2,300.69 |
| Dec 04 | CITY OF BALTIMOR/BILL PAYMT<br>BLUM SETH | | 145.73 | 2,154.96 |
| Dec 04 | COMCAST MARYLAN/BILL PAYMT<br>BLUM SETH | | 450.00 | 1,704.96 |

00117219 0442897 0002-0008





**Atlantic Union Bank**

Account Number 4806
Statement Date 12/31/2025
Statement Thru Date 01/01/2026
Page 3

## TRANSACTION DETAIL (Continued)

| Date | Description | Deposits | Withdrawals | Balance |
|------|-------------|----------|-------------|---------|
| Dec 05 | POS PURCHASE NON-PIN<br>BLACKWALL BARN AND LOD COLUMBIA MD<br>00000001 *****3265 12/03 21:42 | | 83.76 | 1,621.20 |
| Dec 05 | PERSON-TO-PERSON TRANSFER<br>12/05 05:11 800-990-4828<br>ZELLE GMA | | 400.00 | 1,221.20 |
| Dec 05 | POS PURCHASE NON-PIN<br>ROYAL FARMS #23 OWINGS MILLS MD<br>64235902 *****3265 12/05 13:13 | | 54.37 | 1,166.83 |
| Dec 05 | POS PURCHASE NON-PIN<br>AMAZON.COM SEATTLE WA 00000101<br>*****3265 12/05 13:32 | | 25.43 | 1,141.40 |
| Dec 08 | POS PURCHASE NON-PIN<br>WWW.GOCOPPERMINE.COM BALTIMORE MD<br>TVWT8IBI *****3265 12/05 21:01 | | 265.50 | 875.90 |
| Dec 08 | POS PURCHASE NON-PIN<br>AMAZON KIDS+*BI5YL80L0 SEATTLE WA<br>00160146 *****3265 12/06 05:21 | | 6.35 | 869.55 |
| Dec 08 | POS PURCHASE NON-PIN<br>STARBUCKS 11686 BALTIMORE MD 99999999<br>*****3265 12/05 10:13 | | 4.72 | 864.83 |
| Dec 08 | POS PURCHASE NON-PIN<br>CHICK-FIL-A #03937 OWINGS MILLS MD<br>0006 *****3265 12/05 02:55 | | 24.73 | 840.10 |
| Dec 08 | POS PURCHASE NON-PIN<br>TST*THB - COLUMBIA COLUMBIA MD<br>781 *****3265 12/06 08:23 | | 35.62 | 804.48 |
| Dec 08 | POS PURCHASE NON-PIN<br>AMAZON.COM SEATTLE WA 00000101<br>*****3265 12/07 09:42 | | 66.73 | 737.75 |
| Dec 08 | POS PURCHASE NON-PIN<br>AMAZON.COM SEATTLE WA 00000101<br>*****3265 12/07 09:42 | | 86.39 | 651.36 |
| Dec 08 | POS PURCHASE NON-PIN<br>CM SOCCER BALTIMORE MD YE2IPTOA<br>*****3265 12/08 09:07 | | 306.25 | 345.11 |
| Dec 08 | POS PURCHASE NON-PIN<br>AMAZON.COM SEATTLE WA 00000101<br>*****3265 12/08 11:55 | | 25.43 | 319.68 |
| Dec 08 | POS PURCHASE NON-PIN<br>AMAZON.COM SEATTLE WA 00000101<br>*****3265 12/08 11:55 | | 17.33 | 302.35 |
| Dec 09 | POS PURCHASE WITH PIN<br>GIANT FOOD INC #159 37 PIKESVILLE MD<br>0009 *****3265 12/09 06:42 | | 43.76 | 258.59 |
| Dec 09 | POS PURCHASE NON-PIN<br>MCDONALD'S F11134 PIIKESVILLE MD<br>00050013 *****3265 12/08 08:28 | | 5.81 | 252.78 |
| Dec 09 | VENMO/PAYMENT<br>SETH BLUM | | 62.00 | 190.78 |
| Dec 11 | POS PURCHASE NON-PIN<br>EXXON VALLEY BROOKLANDVILL MD 00010007<br>*****3265 12/10 09:06 | | 19.99 | 170.79 |
| Dec 11 | POS PURCHASE NON-PIN<br>TST*STONE MILL BAKERY LUTHERVILLE MD<br>646 *****3265 12/10 09:25 | | 16.33 | 154.46 |
| Dec 11 | POS PURCHASE NON-PIN<br>XFINITY MOBILE PHILADELPHIA PA<br>00274581 *****3265 12/11 09:58 | | 47.65 | 106.81 |



*side text:* 00117219 0442898 0003-0008



**Atlantic Union Bank®**

| | |
|---|---|
| Account Number | 4806 |
| Statement Date | 12/31/2025 |
| Statement Thru Date | 01/01/2026 |
| Page | 4 |

## TRANSACTION DETAIL (Continued)

| Date | Description | Deposits | Withdrawals | Balance |
|---|---|---|---|---|
| Dec 11 | POS PURCHASE NON-PIN<br>TST* LENNY'S DELICATES OWINGS MILLS MD<br>99999999 *****3265 12/11 10:57 | | 36.01 | 70.80 |
| Dec 12 | CFG COMMUNITY BA/PAYROLL<br>BLUM, BESSY | 3,630.48 | | 3,701.28 |
| Dec 12 | PINNACLE BANK/PAYROLL<br>BLUM,SETH LOGAN | 5,249.03 | | 8,950.31 |
| Dec 12 | POS PURCHASE NON-PIN<br>AMAZON GROCERY SUBSCRI SEATTLE WA<br>00486760 *****3265 12/11 21:09 | | 9.99 | 8,940.32 |
| Dec 12 | POS PURCHASE WITH PIN<br>GIANT FOOD INC #159 37 PIKESVILLE MD<br>0416 *****3265 12/12 07:09 | | 3.99 | 8,936.33 |
| Dec 12 | PERSON-TO-PERSON TRANSFER<br>12/12 07:27 800-990-4828<br>ZELLE GMA | | 400.00 | 8,536.33 |
| Dec 12 | PERSON-TO-PERSON TRANSFER<br>12/12 07:28 800-990-4828<br>ZELLE MOM | | 450.00 | 8,086.33 |
| Dec 12 | POS PURCHASE NON-PIN<br>SUNOCO 08954729 MC LEAN VA 41739404<br>*****3265 12/12 14:11 | | 30.29 | 8,056.04 |
| Dec 15 | POS PURCHASE WITH PIN<br>GIANT FOOD INC #159 37 PIKESVILLE MD<br>0417 *****3265 12/12 20:24 | | 15.39 | 8,040.65 |
| Dec 15 | POS PURCHASE NON-PIN<br>CHICK-FIL-A #01454 COLUMBIA MD<br>0006 *****3265 12/11 02:29 | | 13.63 | 8,027.02 |
| Dec 15 | POS PURCHASE WITH PIN<br>TARGET T-1541 PIKESVILLE MD 31541075<br>*****3265 12/13 13:09 | | 367.71 | 7,659.31 |
| Dec 15 | POS PURCHASE NON-PIN<br>AMAZON PRIME*G36GS7T23 SEATTLE WA<br>00160146 *****3265 12/13 23:42 | | 21.19 | 7,638.12 |
| Dec 15 | POS PURCHASE NON-PIN<br>DUGOUT ZONE ELLICOTT CITY MD 78483637<br>*****3265 12/13 02:33 | | 49.72 | 7,588.40 |
| Dec 15 | POS PURCHASE NON-PIN<br>CHICK-FIL-A #03937 OWINGS MILLS MD<br>0003 *****3265 12/12 02:41 | | 39.45 | 7,548.95 |
| Dec 15 | POS PURCHASE NON-PIN<br>CHICK-FIL-A #03937 OWINGS MILLS MD<br>0007 *****3265 12/12 03:21 | | 5.38 | 7,543.57 |
| Dec 15 | POS PURCHASE NON-PIN<br>MCDONALD'S F11134 PIIKESVILLE MD<br>00050013 *****3265 12/13 09:18 | | 5.81 | 7,537.76 |
| Dec 15 | POS PURCHASE NON-PIN<br>DICKS SPORTING GOODS COCKEYSVILLE MD<br>01997845 *****3265 12/15 04:16 | | 102.81 | 7,434.95 |
| Dec 15 | PERSON-TO-PERSON TRANSFER<br>12/15 09:45 800-990-4828<br>ZELLE MOM | | 85.00 | 7,349.95 |
| Dec 15 | POS PURCHASE NON-PIN<br>ROYAL FARMS #23 OWINGS MILLS MD<br>64235902 *****3265 12/15 11:07 | | 57.26 | 7,292.69 |
| Dec 15 | POS PURCHASE WITH PIN<br>TARGET T-1541 PIKESVILLE MD 31541174<br>*****3265 12/15 16:24 | | 21.72 | 7,270.97 |
| Dec 15 | ERIE INS GROUP/ERIEXPSPAY<br>SETH BLUM | | 25.58 | 7,245.39 |
| Dec 15 | FUNDS TRANSFER VIA MOBILE TO:  4807 | | 1,300.00 | 5,945.39 |





# Atlantic Union Bank®

| | |
|---|---|
| Account Number | 4806 |
| Statement Date | 12/31/2025 |
| Statement Thru Date | 01/01/2026 |
| Page | 5 |

## TRANSACTION DETAIL (Continued)

| Date | Description | Deposits | Withdrawals | Balance |
|---|---|---|---|---|
| Dec 16 | POS PURCHASE NON-PIN<br>PIZZA MAN RESTAURANT PIKESVILLE MD<br>00000001 *****3265 12/14 23:19 | | 14.83 | 5,930.56 |
| Dec 16 | POS PURCHASE NON-PIN<br>PETRO HOME SVCS WOODBURY NY 2924<br>*****3265 12/15 00:31 | | 250.00 | 5,680.56 |
| Dec 16 | POS PURCHASE NON-PIN<br>DUNKIN #364701 BALTIMORE MD 00210021<br>*****3265 12/15 09:37 | | 5.07 | 5,675.49 |
| Dec 16 | POS PURCHASE NON-PIN<br>TST* LENNY'S DELICATES OWINGS MILLS MD<br>99999999 *****3265 12/16 12:22 | | 64.27 | 5,611.22 |
| Dec 16 | ERIE LIFE/INSUR PREM<br>BLUM, SETH L | | 37.40 | 5,573.82 |
| Dec 16 | ERIE LIFE/INSUR PREM<br>BLUM, BESSY G | | 49.30 | 5,524.52 |
| Dec 16 | ERIE LIFE/INSUR PREM<br>BLUM, BESSY | | 63.33 | 5,461.19 |
| Dec 16 | ERIE LIFE/INSUR PREM<br>BLUM, SETH | | 85.43 | 5,375.76 |
| Dec 16 | ERIE LIFE/INSUR PREM<br>BLUM, BESSY | | 128.78 | 5,246.98 |
| Dec 16 | ERIE LIFE/INSUR PREM<br>BLUM, SETH | | 171.28 | 5,075.70 |
| Dec 17 | POS PURCHASE NON-PIN<br>PRIME VIDEO CHANNELS SEATTLE WA<br>00160146 *****3265 12/17 06:08 | | 11.65 | 5,064.05 |
| Dec 17 | PERSON-TO-PERSON TRANSFER<br>12/17 09:05 800-990-4828<br>ZELLE MOM | | 200.00 | 4,864.05 |
| Dec 17 | FUNDS TRANSFER VIA MOBILE TO:  4807 | | 1,986.00 | 2,878.05 |
| Dec 18 | CFG COMMUNITY BA/PAYROLL<br>BLUM, BESSY | 4,395.07 | | 7,273.12 |
| Dec 18 | POS PURCHASE NON-PIN<br>AMAZON.COM SEATTLE WA 00000101<br>*****3265 12/17 15:51 | | 25.42 | 7,247.70 |
| Dec 18 | POS PURCHASE NON-PIN<br>BLACKWALL BARN AND LOD COLUMBIA MD<br>00000001 *****3265 12/16 22:25 | | 47.96 | 7,199.74 |
| Dec 18 | POS PURCHASE NON-PIN<br>DUNKIN #364701 BALTIMORE MD 00210021<br>*****3265 12/17 09:09 | | 1.69 | 7,198.05 |
| Dec 18 | POS PURCHASE NON-PIN<br>DUNKIN #364701 BALTIMORE MD 00210021<br>*****3265 12/17 09:18 | | 1.69 | 7,196.36 |
| Dec 18 | POS PURCHASE NON-PIN<br>DUNKIN #364701 BALTIMORE MD 00210021<br>*****3265 12/17 09:27 | | 3.49 | 7,192.87 |
| Dec 18 | POS PURCHASE NON-PIN<br>TST* MOBY DICK HOUSE O PIKEVILLE MD<br>99999999 *****3265 12/18 10:26 | | 90.05 | 7,102.82 |
| Dec 18 | CHECK #105 | | 1,000.00 | 6,102.82 |
| Dec 22 | POS PURCHASE NON-PIN<br>MCDONALD'S F898 PIKESVILLE MD 01295405<br>*****3265 12/19 19:53 | | 20.21 | 6,082.61 |
| Dec 22 | PERSON-TO-PERSON TRANSFER<br>12/19 20:41 800-990-4828<br>ZELLE GMA | | 400.00 | 5,682.61 |
| Dec 22 | POS PURCHASE NON-PIN<br>BLACKWALL BARN AND LOD COLUMBIA MD<br>00000001 *****3265 12/18 23:46 | | 70.95 | 5,611.66 |



00117219 0442900 0005-0008



**Atlantic Union Bank**

Account Number 4806
Statement Date 12/31/2025
Statement Thru Date 01/01/2026
Page 6

## TRANSACTION DETAIL (Continued)

| Date | Description | Deposits | Withdrawals | Balance |
|------|-------------|----------|-------------|---------|
| Dec 22 | POS PURCHASE NON-PIN<br>COSTCO GAS #132 OWINGS MILLS MD<br>93132613 *****3265 12/20 10:05 | | 45.75 | 5,565.91 |
| Dec 22 | POS PURCHASE WITH PIN<br>COSTCO WHSE #13 OWINGS MILLS MD<br>99132614 *****3265 12/20 10:32 | | 265.49 | 5,300.42 |
| Dec 22 | POS PURCHASE NON-PIN<br>DICKS SPORTING GOODS COCKEYSVILLE MD<br>01997847 *****3265 12/20 00:37 | | 164.44 | 5,135.98 |
| Dec 22 | POS PURCHASE NON-PIN<br>CHICK-FIL-A #01454 COLUMBIA MD<br>0025 *****3265 12/19 03:24 | | 28.56 | 5,107.42 |
| Dec 22 | POS PURCHASE WITH PIN<br>GIANT FOOD INC #159 37 PIKESVILLE MD<br>0003 *****3265 12/21 16:20 | | 144.00 | 4,963.42 |
| Dec 22 | POS PURCHASE NON-PIN<br>BP#2002000SLADE PIKESVILLE MD 42349301<br>*****3265 12/21 16:38 | | 20.44 | 4,942.98 |
| Dec 22 | POS PURCHASE NON-PIN<br>PLAYSTATION NETWORK FOSTER CITY CA<br>002 *****3265 12/21 16:57 | | 24.37 | 4,918.61 |
| Dec 22 | POS PURCHASE NON-PIN<br>CHICK-FIL-A #03937 OWINGS MILLS MD<br>0003 *****3265 12/20 02:26 | | 3.86 | 4,914.75 |
| Dec 22 | POS PURCHASE NON-PIN<br>CHICK-FIL-A #03937 OWINGS MILLS MD<br>0003 *****3265 12/20 02:26 | | 41.32 | 4,873.43 |
| Dec 23 | POS PURCHASE NON-PIN<br>AMAZON.COM SEATTLE WA 00000101<br>*****3265 12/22 18:06 | | 16.48 | 4,856.95 |
| Dec 23 | POS PURCHASE NON-PIN<br>LE'S NAIL BAR PIKESVIL PIKESVILLE MD<br>8000 *****3265 12/21 03:44 | | 12.20 | 4,844.75 |
| Dec 24 | PINNACLE BANK/ACH<br>PINNACLE BANK/CA0C880F9DD045579E21/ASSOC<br>IATE EXPENSE REPOR<br>SETH BLUM | 612.04 | | 5,456.79 |
| Dec 24 | POS PURCHASE NON-PIN<br>VZWRLSS*BILL PAY  VE FOLSOM CA<br>36711802 *****3265 12/22 23:11 | | 135.43 | 5,321.36 |
| Dec 24 | POS PURCHASE NON-PIN<br>PLAYSTATION NETWORK FOSTER CITY CA<br>002 *****3265 12/24 09:17 | | 9.53 | 5,311.83 |
| Dec 24 | POS PURCHASE NON-PIN<br>PLAYSTATION NETWORK FOSTER CITY CA<br>002 *****3265 12/24 09:24 | | 9.53 | 5,302.30 |
| Dec 24 | POS PURCHASE NON-PIN<br>PLAYSTATION NETWORK FOSTER CITY CA<br>002 *****3265 12/24 09:27 | | 9.53 | 5,292.77 |
| Dec 24 | POS PURCHASE NON-PIN<br>TST*STONE MILL BAKERY TIMONIUM MD<br>919 *****3265 12/23 09:55 | | 39.49 | 5,253.28 |
| Dec 24 | POS PURCHASE NON-PIN<br>ROLAND PARK BALTIMORE MD 12702401<br>*****3265 12/24 17:55 | | 20.09 | 5,233.19 |
| Dec 24 | VENMO/PAYMENT<br>SETH BLUM | | 42.00 | 5,191.19 |
| Dec 26 | POS PURCHASE NON-PIN<br>SA*BT SCHOOL TUITION BALTIMORE MD<br>ASCRCNMQ *****3265 12/24 05:34 | | 1,329.35 | 3,861.84 |

00117219 0442901 0006-0008





Account Number 4806
Statement Date 12/31/2025
Statement Thru Date 01/01/2026
Page 7

## TRANSACTION DETAIL (Continued)

| Date | Description | Deposits | Withdrawals | Balance |
|------|-------------|----------|-------------|---------|
| Dec 26 | POS PURCHASE NON-PIN<br>STORE.PLAYSTATION.COM SAN MATEO CA<br>00000000 *****3265 12/25 10:58 | | 9.53 | 3,852.31 |
| Dec 26 | POS PURCHASE NON-PIN<br>STORE.PLAYSTATION.COM SAN MATEO CA<br>00000000 *****3265 12/25 11:19 | | 9.53 | 3,842.78 |
| Dec 26 | POS PURCHASE NON-PIN<br>STORE.PLAYSTATION.COM SAN MATEO CA<br>00000000 *****3265 12/25 11:22 | | 9.53 | 3,833.25 |
| Dec 26 | POS PURCHASE NON-PIN<br>STORE.PLAYSTATION.COM SAN MATEO CA<br>00000000 *****3265 12/25 11:25 | | 9.53 | 3,823.72 |
| Dec 26 | POS PURCHASE NON-PIN<br>STORE.PLAYSTATION.COM SAN MATEO CA<br>00000000 *****3265 12/25 11:27 | | 9.53 | 3,814.19 |
| Dec 26 | POS PURCHASE NON-PIN<br>STORE.PLAYSTATION.COM SAN MATEO CA<br>00000000 *****3265 12/25 11:31 | | 9.53 | 3,804.66 |
| Dec 26 | POS PURCHASE NON-PIN<br>WWW.WAREHOUSECINEMAS.C BALTIMORE MD<br>FHYY2L9H *****3265 12/25 21:32 | | 10.35 | 3,794.31 |
| Dec 26 | POS PURCHASE NON-PIN<br>STORE.PLAYSTATION.COM SAN MATEO CA<br>00000000 *****3265 12/26 07:04 | | 9.53 | 3,784.78 |
| Dec 26 | PERSON-TO-PERSON TRANSFER<br>12/26 15:09 800-990-4828<br>ZELLE GMA | | 400.00 | 3,384.78 |
| Dec 29 | POS PURCHASE RETURN - PIN<br>DICKS SPORTING GOODS COCKEYSVILLE MD<br>01997847 *****3265 12/26 23:18 | 31.79 | | 3,416.57 |
| Dec 29 | PINNACLE BANK/PAYROLL<br>BLUM,SETH LOGAN | 5,249.04 | | 8,665.61 |
| Dec 29 | POS PURCHASE NON-PIN<br>DICKS SPORTING GOODS COCKEYSVILLE MD<br>02000917 *****3265 12/26 23:18 | | 115.51 | 8,550.10 |
| Dec 29 | POS PURCHASE NON-PIN<br>DICKS SPORTING GOODS COCKEYSVILLE MD<br>02000917 *****3265 12/26 23:18 | | 34.06 | 8,516.04 |
| Dec 29 | POS PURCHASE NON-PIN<br>GAMESTOP #4678 OWINGS MILLS MD<br>99999999 *****3265 12/26 10:06 | | 51.30 | 8,464.74 |
| Dec 29 | POS PURCHASE NON-PIN<br>HOOKS LANE PIKESVILLE MD 12678401<br>*****3265 12/27 11:27 | | 47.01 | 8,417.73 |
| Dec 29 | POS PURCHASE NON-PIN<br>CHICK-FIL-A #03937 OWINGS MILLS MD<br>0006 *****3265 12/26 02:46 | | 39.26 | 8,378.47 |
| Dec 29 | POS PURCHASE NON-PIN<br>L.A. BURDICK CHOCOLATE WASHINGTON DC<br>00000001 *****3265 12/27 20:41 | | 22.50 | 8,355.97 |
| Dec 29 | POS PURCHASE NON-PIN<br>PETRO HOME SVCS WOODBURY NY 2924<br>*****3265 12/28 00:14 | | 225.20 | 8,130.77 |
| Dec 29 | POS PURCHASE NON-PIN<br>AMAZON PRIME*BQ01H18U3 SEATTLE WA<br>00089047 *****3265 12/29 05:32 | | 15.89 | 8,114.88 |
| Dec 30 | POS PURCHASE NON-PIN<br>SUNOCO 0479785802  QPS ABERDEEN MD<br>00030112 *****3265 12/28 21:48 | | 57.86 | 8,057.02 |

00117219 0442902 0007-0008





| | |
|---|---|
| Account Number | 4806 |
| Statement Date | 12/31/2025 |
| Statement Thru Date | 01/01/2026 |
| Page | 8 |

## TRANSACTION DETAIL (Continued)

| Date | Description | Deposits | Withdrawals | Balance |
|---|---|---|---|---|
| Dec 30 | POS PURCHASE NON-PIN | | 7.41 | 8,049.61 |
| | AMAZON.COM SEATTLE WA 00000101 | | | |
| | *****3265 12/30 09:32 | | | |
| Jan 01 | ENDING BALANCE | | | $8,049.61 |

## CHECK TRANSACTION SUMMARY                    * Indicates a Skip in Check Number(s)

| Date | Check No. | Amount | | |
|---|---|---|---|---|
| Dec 18 | 105 | 1,000.00 | | |

## FEE RECAP

| | Total For This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $58.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

00117219 0442903 0008-0008

