# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| In re: | * | |
| | * | |
| SETH L. BLUM | * | Case No. 25-10005 |
| BESSY G. BLUM, | * | Chapter 11 (Subchapter V) |
| | * | |
| Debtors. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

## APPLICATION FOR COMPENSATION
## IN A CASE UNDER SUBCHAPTER V OF CHAPTER 11

Monique D. Almy, Subchapter V Trustee herein, (the "Applicant"), hereby requests entry of an order approving compensation incurred on behalf of the Debtors in this case under Subchapter V of Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code"). By this Application, Applicant requests that the Court allow an administrative claim for fees of $13,760. Applicant submits this application pursuant to § 330 and § 503 of the Bankruptcy Code and Federal Rule of Bankruptcy Procedure 2016, and states as follows:

1. Date petition filed: January 1, 2025

2. Date plan confirmed: January 22, 2026

3. The Applicant was appointed by the U.S. Trustee to serve as the Subchapter V Trustee in this case on January 2, 2025.

4. Amount of fees and expenses previously approved:

   a. Fees: $0

   b. Expenses: $0

5. Amounts of fees and expenses received to date:

   a. Fees: $0

   b. Expenses: $0

6. Time period covered by this Application: January 14, 2025 through January 22, 2026.

7. Fees requested in this Application: $13,760.00

    a. Partner: 800 x 17.2 hours = $13,760.00

8. Total hours in this Application: 17.2

9. Total expenses requested in this Application: $0.00

10. Total fees and expenses requested: $13,760.00

11. A brief billing statement is attached as Exhibit A.

12. Brief description of services: Served as Subchapter V Trustee as detailed in the attached entries.

13. Applicant is currently holding $6,000 in escrow, which will be used to pay the fees if approved.

14. Applicant hereby affirms to the Court that the fees requested by this Application are (i) for actual, reasonable, and necessary services rendered by the Applicant, (ii) based upon customary fees charged and generally approved by this Court for services of this nature provided by comparably skilled professionals, and (iii) consistent with Part C (Reimbursement of Disbursements and Expenses) of Appendix D to the Local Bankruptcy Rules.

15. Applicant submits that this Application satisfies the lodestar formula and factors set forth in § 330(a) of the Bankruptcy Code and in *Johnson v. Georgia Highway Express, Inc.*, 488 F.2d 714 (5th Cir. 1974) (as adopted by the Fourth Circuit in *Barber v. Kimbrells, Inc.*, 577 F.2d 216, 226 (4th Cir. 1978)).

16. No agreement or understanding exists between the Applicant and any other person for the division or sharing of the compensation or expenses that are the subject of this Application.

17. Use of this short form fee application was authorized for this case by the Court's Initial Scheduling Order in this case entered on January 3, 2025.

WHEREFORE, the Applicant prays that the Court enter an Order approving the compensation as sought in this Application as an allowed administrative expense priority claim and allow the Applicant to apply funds held in escrow to the fees requested in this Application.

Dated:  January 27, 2026                         /S/ Monique D. Almy
                                                                 Monique D. Almy (Fed. Bar No. 04479)
                                                                 Crowell & Moring LLP
                                                                 1001 Pennsylvania Avenue, N.W., 10th Floor
                                                                 Washington, DC 20004
                                                                 Telephone: (202) 624-2935
                                                                 SubChapter V Trustee

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of January, 2026, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the Trustee's Interim Application for Compensation in a Case Under Subchapter V of Chapter 11 will be served electronically by the Court's CM/ECF system on the following:

- Hugh M. (UST) Bernstein    hugh.m.bernstein@usdoj.gov
- Richard J Hackerman    Richard@RichardHackerman.com, 6923530420@filings.docketbird.com; Hackerman.RichardR106256@notify.bestcase.com
- Jonathan E. Levine    jlevine@mbhylaw.com
- Daniel M. Press    dpress@chung-press.com, pressdm@gmail.com;danpress@recap.email
- US Trustee - Baltimore    USTPRegion04.BA.ECF@USDOJ.GOV
- Eric VandeLinde    eric.vandelinde@bww-law.com, bankruptcy@bww-law.com


                                                                  /S/ Monique D. Almy
                                                                 Monique D. Almy

DCACTIVE-85715428.1