**846433**

**BILLABLE PROFORMA**

| | |
|---|---|
| Billing Attorney: 001830/ Monique D. Almy | Fees, Disbursements and Charges Through: 01/22/26 |
| Client: 118688/ Monique D. Almy, Subchapter V Trustee | Last Date Billed 12/17/25 (Through 01/22/26) |
| Matter: 118688.0000050/ Seth and Bessy Blum | Bill Cycle: Upon Conclusion |
| EBill Vendor: | Matter Open Date: Jan 21, 2025 |
| Ebill Invoice: N | Client Reference Number: |
| | Proforma Group # : |
| | Time Increment: Tenths of an hour |
| | Proforma Generation Date: 1/22/2026 12:58:55 PM |

**Billing Instructions: Client Level: Almy, M = $800; else 2023 Standard Rates (103)**

| | | | |
|---|---:|---|---:|
| Total Fees (discount added in) | $13,760.00 | Trust Retainer Portion: | $0.00 |
| Total Other Services and Expenses | $0.00 | Full Trust Balance: | $0.00 |
| Total Charges | $0.00 | Unallocated Balance: | ($6,000.00) |
| Subtotal | $13,760.00 | | |
| | | YTD Fees Billed | $0.00 |
| Unallocated Amount Applied | $0.00 | YTD Disb Billed | $0.00 |
| Retainer / Trust Amount Applied | $0.00 | | |
| Billed on Account | $0.00 | LTD Fees Billed | $0.00 |
| | | LTD Disb Billed: | $0.00 |
| TOTAL THIS PROFORMA | $13,760.00 | | |
| | | AR Balance This Matter | ($6,000.00) |

Address:   Monique D. Almy, Subchapter V Trustee
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004

## BILLABLE PROFORMA

Billing Attorney: 001830/ Monique D. Almy  
Client: 118688/ Monique D. Almy, Subchapter V Trustee  
Matter: 118688.0000050/ Seth and Bessy Blum  

Fees, Disbursements and Charges Through: 01/22/26  
Last Date Billed 12/17/25 (Through 01/22/26)  
Proforma Group # :

### Professional Services Detail

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| 18806588 | 01/14/25 | Almy, Monique | Attend IDI | 1.10 | 880.00 |
| | | | Washington D.C. | | |
| 18917547 | 02/07/25 | Almy, Monique | Attend 341 meeting. | 1.00 | 800.00 |
| | | | Washington D.C. | | |
| 18917549 | 02/07/25 | Almy, Monique | Call with Elmo's attorney. | 0.80 | 640.00 |
| | | | Washington D.C. | | |
| 18929937 | 02/11/25 | Almy, Monique | Call with Debtor's counsel re strategy on avoidance and plan generally. | 0.20 | 160.00 |
| | | | Washington D.C. | | |
| 19054695 | 02/28/25 | Almy, Monique | Follow up with Mr. Hackerman. | 0.10 | 80.00 |
| | | | Washington D.C. | | |
| 19070384 | 03/06/25 | Almy, Monique | Call with creditor Elmo and his counsel re consensual judgment avoidance and related issues. | 0.50 | 400.00 |
| | | | Washington D.C. | | |
| 19070385 | 03/06/25 | Almy, Monique | Follow up with Debtor's attorney to request preparation of judgment release and plan related issues. | 0.10 | 80.00 |
| | | | Washington D.C. | | |
| 19097063 | 03/13/25 | Almy, Monique | Review POC identified as secured and review Debtor's counsel email to creditor's counsel. | 0.10 | 80.00 |
| | | | Washington D.C. | | |

## BILLABLE PROFORMA

Billing Attorney: 001830/ Monique D. Almy  
Client: 118688/ Monique D. Almy, Subchapter V Trustee  
Matter: 118688.0000050/ Seth and Bessy Blum

Fees, Disbursements and Charges Through: 01/22/26  
Last Date Billed 12/17/25 (Through 01/22/26)  
Proforma Group # :

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| 19119862 | 03/18/25 | Almy, Monique | Respond to Mr. Hackerman re lien | 0.10 | 80.00 |
| | | | Washington D.C. | | |
| 19123027 | 03/19/25 | Almy, Monique | Review and approve to add signature motion to allow secured late filed claim. | 0.10 | 80.00 |
| | | | Washington D.C. | | |
| 19240131 | 04/03/25 | Almy, Monique | Review proposed plan. | 0.90 | 720.00 |
| | | | Washington D.C. | | |
| 19563289 | 06/09/25 | Almy, Monique | Discuss objection to plan confirmation with counsel for the debtor. | 0.10 | 80.00 |
| | | | Washington D.C. | | |
| 19563297 | 06/09/25 | Almy, Monique | Discuss objection to plan confirmation with UST attorney. | 0.10 | 80.00 |
| | | | Washington D.C. | | |
| 19583293 | 06/13/25 | Almy, Monique | Discuss amended plan options with Debtor's counsel and related issues. | 0.50 | 400.00 |
| | | | Washington D.C. | | |
| 19730598 | 07/14/25 | Almy, Monique | Review Amended Plan. | 0.30 | 240.00 |
| | | | Washington D.C. | | |
| 19767820 | 07/23/25 | Almy, Monique | Review Application to Employ Realtor for Delaware Property and MOR. | 0.10 | 80.00 |
| | | | Washington D.C. | | |
| 19796881 | 07/29/25 | Almy, Monique | Review Motion to Sell. | 0.10 | 80.00 |
| | | | Washington D.C. | | |

## BILLABLE PROFORMA

Billing Attorney: 001830/ Monique D. Almy  
Client: 118688/ Monique D. Almy, Subchapter V Trustee  
Matter: 118688.0000050/ Seth and Bessy Blum  

Fees, Disbursements and Charges Through: 01/22/26  
Last Date Billed 12/17/25 (Through 01/22/26)  
Proforma Group # :

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| 19853966 | 08/05/25 | Almy, Monique | Call from creditor's attorney (Hackerman) re motion to sell and amended plan. | 0.50 | 400.00 |
|  |  |  | Washington D.C. |  |  |
| 19925286 | 08/22/25 | Almy, Monique | Discuss upcoming confirmation issues with UST. | 0.60 | 480.00 |
|  |  |  | Washington D.C. |  |  |
| 19925297 | 08/22/25 | Almy, Monique | Call to objecting creditor's attorney. | 0.10 | 80.00 |
|  |  |  | Washington D.C. |  |  |
| 19925295 | 08/22/25 | Almy, Monique | Discuss confirmation with Debtor's attorney. | 0.40 | 320.00 |
|  |  |  | Washington D.C. |  |  |
| 19940002 | 08/26/25 | Almy, Monique | Review Tally of ballots. | 0.10 | 80.00 |
|  |  |  | Washington D.C. |  |  |
| 19940009 | 08/26/25 | Almy, Monique | Discuss confirmation with Mr. Hackerman. | 0.50 | 400.00 |
|  |  |  | Washington D.C. |  |  |
| 19946758 | 08/27/25 | Almy, Monique | Discuss UST concerns with Debtor's counsel and other related issues related to upcoming confirmation hearing. | 0.70 | 560.00 |
|  |  |  | Washington D.C. |  |  |
| 20030606 | 08/28/25 | Almy, Monique | Prepare for confirmation hearing. | 0.40 | 320.00 |
|  |  |  | Washington D.C. |  |  |
| 20030620 | 08/28/25 | Almy, Monique | Call with objecting creditor's counsel regarding possible solution and withdrawal of objection. | 0.60 | 480.00 |
|  |  |  | Washington D.C. |  |  |

## BILLABLE PROFORMA

Billing Attorney: 001830/ Monique D. Almy  
Client: 118688/ Monique D. Almy, Subchapter V Trustee  
Matter: 118688.0000050/ Seth and Bessy Blum

Fees, Disbursements and Charges Through: 01/22/26  
Last Date Billed 12/17/25 (Through 01/22/26)  
Proforma Group # :

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| 20030598 | 08/28/25 | Almy, Monique | Call with Debtor's counsel in advance of confirmation hearing | 0.40 | 320.00 |
| | | | Washington D.C. | | |
| 19982838 | 08/29/25 | Almy, Monique | Attend confirmation hearing. | 2.60 | 2,080.00 |
| | | | Washington D.C. | | |
| 19982849 | 08/29/25 | Almy, Monique | Receive call from Debtor's attorney following confirmation hearing. | 0.80 | 640.00 |
| | | | Washington D.C. | | |
| 20094302 | 09/19/25 | Almy, Monique | Discuss adversary with Elmo's counsel. | 0.50 | 400.00 |
| | | | Washington D.C. | | |
| 20112124 | 09/23/25 | Almy, Monique | Call from UST | 0.20 | 160.00 |
| | | | Washington D.C. | | |
| 20112123 | 09/23/25 | Almy, Monique | Review MOR | 0.10 | 80.00 |
| | | | Washington D.C. | | |
| 20311651 | 10/16/25 | Almy, Monique | Receive call from objecting creditor's attorney. | 0.60 | 480.00 |
| | | | Washington D.C. | | |
| 20311653 | 10/16/25 | Almy, Monique | Receive call from Debtor's attorney. | 0.50 | 400.00 |
| | | | Washington D.C. | | |
| 20429433 | 10/29/25 | Almy, Monique | Review MOR | 0.10 | 80.00 |
| | | | Washington D.C. | | |
| 20437142 | 10/30/25 | Almy, Monique | Update from Mr. Hackerman. | 0.10 | 80.00 |
| | | | Washington D.C. | | |

## BILLABLE PROFORMA

Billing Attorney: 001830/ Monique D. Almy  
Client: 118688/ Monique D. Almy, Subchapter V Trustee  
Matter: 118688.0000050/ Seth and Bessy Blum  

Fees, Disbursements and Charges Through: 01/22/26  
Last Date Billed 12/17/25 (Through 01/22/26)  
Proforma Group # :

| **Index** | **Date** | **Timekeeper Name** | **Description of Professional Services** | **Hours** | **Value of Time** |
|---|---|---|---|---|---|
| 20553971 | 11/11/25 | Almy, Monique | Provide feedback on draft Amended Plan. Washington D.C. | 0.70 | 560.00 |
| 21059147 | 01/22/26 | Almy, Monique | Attend confirmation hearing. Washington D.C. | 0.40 | 320.00 |
| 21059148 | 01/22/26 | Almy, Monique | Review proposed order confirming plan. Washington D.C. | 0.10 | 80.00 |
|  |  |  | **Professional Services Total** | **17.20** | **$13,760** |

**846433**

**BILLABLE PROFORMA**

Billing Attorney: 001830/ Monique D. Almy  
Client: 118688/ Monique D. Almy, Subchapter V Trustee  
Matter: 118688.0000050/ Seth and Bessy Blum

Fees, Disbursements and Charges Through: 01/22/26  
Last Date Billed 12/17/25 (Through 01/22/26)  
Proforma Group # :

### Professional Services Summary

| ID | Title | Timekeeper Name | Rate | Hours | Value |
|---|---|---|---:|---:|---:|
| 001830 | Partner | Almy, Monique | 800.00 | 17.20 | $13,760.00 |
| | | **Fees Value** | | **17.20** | **$13,760.00** |