Affirm, Inc.
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

American Express National Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern  PA 19355-0701

American Express
PO Box 981535
El Paso, TX 79998-1535

Atlantic Financial FCU
40 Schilling Road
Hunt Valley, MD 21031-1415

Atlantic Financial Federal Credit Union
c/o Silverman Theologou, LLP
11200 Rockville Pike, Suite 520
N. Bethesda, MD 20852-7105

Audi Financial
1401 Franklin Blvd
Libertyville, IL 60048-4460

Bank of America
PO Box 15284
Wilmington, DE 19850-5284

Blanca Amaya
8450 Loch Raven Blvd
Towson, MD 21286-8121

Capital One
PO Box 30285
Salt Lake City, UT 84130-0285

Capital One, N.A.
4515 N Santa Fe Ave
Oklahoma City, OK 73118-7901

Chase
PO Box 15298
Wilmington, DE 19850-5298

Citibank NA
PO Box 6500
Sioux Falls, SD 57117-6500

COMPTROLLER OF MARYLAND
BANKRUPTCY UNIT
7 ST PAUL STREET SUITE 230
BALTIMORE MD 21202-1626

Daniel M. Press
Chung & Press, P .C.
6718 Whittier Ave., Ste. 200
McLean, VA 22101-4531

Department of the Treasury
Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

Discover Bank
P.O. Box 3025
New Albany, OH 43054-3025

DISCOVER FINANCIAL SERVICES LLC
PO BOX 3025
NEW ALBANY OH 43054-3025

Flagstar Bank
5151 Corporate Dr
Troy, MI 48098-2639

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

JPMorgan Chase Bank, N.A.
s/b/m/t Chase Bank USA, N.A.
c/o National Bankruptcy Services, LLC
P.O. Box 9013
Addison, Texas 75001-9013

Kagan Stern Marinello & Beard, LLC
238 West St
Annapolis, MD 21401-3424

Lakeview Loan Servicing
Eric VandeLinde
BWW Law Group, LLC
6003 Executive Blvd, Suite 101
Rockville, MD 20852-3813

Lakeview Loan Servicing, LLC
Nationstar Mortgage LLC
ATTN: Bankruptcy Dept.
PO Box 619096
Dallas,  TX 75261-9096

Lewicky OConnor Hunt & Meiser LLC
8110 Maple Lawn Blvd Suite 160
Fulton, MD 20759-2694

Lewicky, O'Connor, Hunt & Meiser, LLC
8110 Maple Lawn Blvd., Ste. 160
Fulton, MD 20759-2693

Merrill Thomas
241 QUIET CREEK DRIVE
Gettysburg, PA 17325-9501

Merrill Thomas
Manning Gross + Massenburg LLP
1007 N. Orange Street
Suite 711, 7th Floor
WILMINGTON, DE 19801-1266

Mr. Cooper  
800 State Hwy 121 Bypass  
Lewisville, TX 75067-4180

Nationstar Mortgage LLC  
Todd S. Garan  
ALDRIDGE PITE, LLP  
3333 Camino del Rio South, Suite 225  
San Diego, CA 92108-3808

Case 25-10005    Doc 114-4    Filed 01/27/26    Page 2 of 4

| | | |
|---|---|---|
| NAVY FEDERAL CREDIT UNION<br>P. O. BOX 3000<br>MERRIFIELD, VA 22119-3000 | Peter Elmo<br>2706 Hunting Ridge Court<br>Baldwin, MD 21013-9121 | Peter Elmo<br>c/o Richard Hackerman<br>3635 Old Court Road Suite 208<br>Baltimore, MD 21208-3906 |
| Presidential Bank, FSB<br>Attn: Commercial Lending<br>4520 East-West Hwy.<br>Bethesda, MD 20814-3365 | Presidential Bank, FSB<br>Mahdavi, Bacon, Halfhill & Young, PLLC<br>11350 Random Hills Rd., Suite 700<br>Fairfax, VA 22030-6044 | Richard Jay Hackerman<br>3635 OLD COURT RD<br>STE 208<br>Pikesville, MD 21208-3906 |
| Ryan A. Patino<br>Manning Gross + Massenburg LLP<br>1007 N. Orange Street<br>Suite 711, 7th Floor<br>WILMINGTON, DE 19801-1266 | Sailfish Servicing, LLC C/O Nationstar Mortg<br>Eric VandeLinde<br>BWW Law Group, LLC<br>6003 Executive Blvd, Suite 101<br>Rockville, MD 20852-3813 | Sailfish Servicing, LLC<br>Nationstar Mortgage LLC<br>ATTN: Bankruptcy Dept.<br>PO Box 619096<br>Dallas, TX 75261-9096 |
| Seth L Blum<br>Bessy G. Blum<br>3317 Woodvalley Rd<br>Pikesville, MD 21208-1956 | Shellpoint Mortgage<br>PO Box 10826<br>Greenville, SC 29603-0826 | Signature FCU<br>12 Herbert St,<br>Alexandria, VA 22305-2628 |
| Small Business Administration<br>409 3rd St., SW<br>Washington, DC 20416-0002 | Todd S. Garan<br>ALDRIDGE PITE, LLP<br>3333 Camino del Rio South, Suite 225<br>San Diego, CA 92108-3808 | Truist Bank<br>Attn: Support Services<br>P.O. Box 85092<br>Richmond, VA 23286-0001 |
| Truist Bank/Lightstream<br>150 S Stratford Rd<br>Winston Salem, NC 27104-4227 | US Attorney<br>36 S Charles St<br>Baltimore, MD 21201-2692 | US Trustee - Baltimore<br>Garmatz Federal Courthouse<br>101 West Lombard Street, Suite 2625<br>Baltimore, MD 21201-2668 |
| Verizon by American InfoSource as agent<br>4515 N Santa Fe Ave<br>Oklahoma City OK 73118-7901 | VW Credit, Inc.<br>PO Box 9013<br>Addison, Texas 75001-9013 | Wells Fargo Bank, N.A.<br>435 Ford Road, Suite 300<br>St. Louis Park, MN 55426-4927 |
| Wells Fargo Bank, N.A.<br>Wells Fargo Card Services<br>PO Box 10438, MAC F8235-02F<br>Des Moines, IA 50306-0438 | Wells Fargo<br>PO Box 10347<br>Des Moines, IA 50306-0347 | Wells Fargo<br>PO Box 522<br>Des Moines, IA 50306-0522 |
| WILLIAM B LARSON JR.,<br>Manning Gross + Massenburg LLP<br>1007 N. ORANGE STREET #711<br>Wilmington, DE 19801-1266 | | |

Case 25-10005    Doc 114-4    Filed 01/27/26    Page 4 of 4