✓ RETAIN

**Nancy V. Alquist , U. S. BANKRUPTCY JUDGE**          Evidentiary Hrg: (Y) N
                                                       Exhibits Filed: (Y) (N)

PROCEEDING MEMO - CHAPTER 11

Date: 01/22/2026  Time: 11:00

CASE: 25-10005 Seth L Blum and Bessy G Blum

Daniel M. Press representing Seth L Blum (Debtor)
Daniel M. Press representing Bessy G Blum (Debtor)

representing Monique Desiree Almy (Trustee)
Hugh M. (UST) Bernstein representing US Trustee - Baltimore (U.S. Trustee)

[97] Amended Chapter 11 Plan Small Business Subchapter V Filed by Bessy G Blum, Seth L Blum. (Attachments: #s1 Redline)(Press, Daniel)Modified on 11/17/2025 to enhance text. (McKenna, Shannon).

MOVANT : Seth Blum Bessy Blum BY D Press D Press

[107] Tally of Ballots on behalf of Bessy G Blum, Seth L Blum Filed by Daniel M. Press.

MOVANT : Seth Blum Bessy Blum BY D Press D Press

PLAN/DISCLOSURE STATEMENT DISPOSITIONS:

Approved_____ Denied Approval_____ Deadline to file Amended D/S_____
Other_____
**Confirmed 97** as modified by _____
Denied Confirmation_____ with leave to amend by_____
Other_____

DISPOSITIONS: Mr Bernstein excused witness / UST has no objection to confirmation

Granted___ Denied___ Withdrawn___ Consent___ Default___ Under Adv.___
Moot___ Dismissed___ Relief by Operation of Law (no order req.)___
Continued to: _____

DECISION:

[ ] Signed by Court          [ ] Filed by Counsel
[ ] To be prepared by:
    [ ] Movant's counsel     [ ] Court
    [ ] Respondent's counsel [ ] Other _____

NOTES:

25-10005: 2 of 2