United States Bankruptcy Court
District of Maryland

In re:                                                                                          Case No. 25-10005-NVA
Seth L Blum                                                                                     Chapter 11
Bessy G Blum
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0416-1                    User: admin                                             Page 1 of 2
Date Rcvd: Mar 05, 2026                 Form ID: pdfparty                                       Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 07, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/db | + Seth L Blum, Bessy G Blum, 3317 Woodvalley Rd, Pikesville, MD 21208-1956 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
|  | + Email/Text: ustpregion04.ba.ecf@usdoj.gov | Mar 05 2026 19:14:00 | U.S. Trustee Baltimore, 101 W. Lombard St, Room 2650, Baltimore MD 21201-2623 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 07, 2026                      Signature:              /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 4, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brent C. Strickland | bstrickland@whitefordlaw.com  mbaum@whitefordlaw.com,brent-strickland-3227@ecf.pacerpro.com |
| Daniel M. Press | dpress@chung-press.com  pressdm@gmail.com,danpress@recap.email |
| Eric VandeLinde | bkecfinbox@aldridgepite.com  evandelinde@ecf.courtdrive.com |

| | | |
|---|---|---|
| District/off: 0416-1 | User: admin | Page 2 of 2 |
| Date Rcvd: Mar 05, 2026 | Form ID: pdfparty | Total Noticed: 2 |

Hugh M. (UST) Bernstein
    hugh.m.bernstein@usdoj.gov

Jonathan E. Levine
    jlevine@mbhylaw.com

Monique Desiree Almy
    malmy@crowell.com   cbest@crowell.com,malmy@ecf.axosfs.com,monique-almy-7127@ecf.pacerpro.com

Richard J Hackerman
    Richard@RichardHackerman.com   6923530420@filings.docketbird.com,Hackerman.RichardR106256@notify.bestcase.com

US Trustee - Baltimore
    USTPRegion04.BA.ECF@USDOJ.GOV

TOTAL: 8

Entered: March 4th, 2026
Signed: March 4th, 2026
**SO ORDERED**



Nancy V. Alquist
**NANCY V. ALQUIST
U. S. BANKRUPTCY JUDGE**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| In re: | * | |
| | * | |
| SETH L. BLUM | * | Case No. 25-10005 |
| BESSY G. BLUM, | * | Chapter 11 (Subchapter V) |
| | * | |
| Debtors. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER GRANTING APPLICATION FOR COMPENSATION
### IN A CASE UNDER SUBCHAPTER V OF CHAPTER 11

Upon consideration of the Application for Compensation in a Case Under Subchapter V of Chapter 11 (the "Application") filed by Monique D. Almy, Subchapter V Trustee herein, ("Applicant"), seeking an order allowing payment of Trustee's fees and expenses as an administrative claim pursuant to § 330 and § 503 of the Bankruptcy Code and Federal Rule of Bankruptcy Procedure 2016, and good cause having been shown, it is, by the United States Bankruptcy Court for the District of Maryland, ORDERED:

1. That the Application be and hereby is GRANTED.

2. The Applicant's claim is allowed as an administrative expense claim pursuant to 11 U.S.C. §§ 330(a), 503(a), 503(b)(2), 503(b)(3)(d) and 503(b)(4) in the amount of $13,760 for Trustee's fees.

3. The Applicant is permitted to apply funds held in escrow to pay this allowed amount.

4. That the Court shall retain jurisdiction over all matters related to this Order.

cc: Monique D. Almy, Esq, Subchapter V Trustee
Office of the United States Trustee
Daniel M. Press, Esq., Debtors' Counsel
Debtors

### END OF ORDER

DCACTIVE-85713907.1