**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
BALTIMORE DIVISION**

**In re:**

**SETH L BLUM
BESSY G BLUM**                                    **CHAPTER 11**
**FKA BESSY HENRIQUEZ,**

                 **DEBTORS.**                       **CASE NO. 25-10005**

**VW CREDIT, INC.,**

                **MOVANT,**

**vs.**

**SETH L BLUM
BESSY G BLUM,**

                **RESPONDENTS.**

**MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

       VW Credit, Inc. ("Movant") hereby moves this Court, pursuant to 11 U.S.C. §362, for relief from the automatic stay with respect to a **2023 Audi Q7 VIN WA1ACBF74PD002827** (the "Property"), for all purposes allowed by the Retail Installment Sale Contract and applicable law. In further support of this Motion, Movant respectfully states:

       1.      A petition under Chapter 11 of the United States Bankruptcy Code was filed with respect to the Debtors on January 1, 2025.

       2.      Upon information and belief, the Movant has a validly perfected security interest in a **2023 Audi Q7 VIN WA1ACBF74PD002827**, pursuant to a valid Retail Installment Sale Contract dated November 5, 2022. A copy of the Retail Installment Sale Contract and a copy of the evidence of Title establishing Movant's security interest are attached hereto as <u>Exhibit A</u>.

       3.      As of March 3, 2026, the unpaid principal and interest balance due is $45,418.10 and the approximate outstanding amount of the Obligations less any partial payments or suspense balance is $45,766.96.

       4.      The following chart sets forth the number and amount of payments due pursuant to the terms of the Retail Installment Sale Contract as of March 3, 2026:

Daniel J. Pesachowitz, Esquire
Counsel for Movant
Samuel I White, P.C.
Bar No. 14930
6100 Executive Blvd.
Suite 400
Rockville, MD 20852
(301) 804-3400
File No. 96025

| Number of Payments | From | To | Monthly Payment Amount | Total Payments |
|---|---|---|---|---|
| 1 (partial) | 5/20/2025 | 5/20/2025 | $1,238.56 | $614.70 |
| 9 | 6/20/2025 | 2/20/2026 | $1,238.56 | $11,147.04 |
| Less partial payments: | | | | ($0.00) |

Total:    $11,761.74

5.    As of March 3, 2026, the total arrearage/delinquency is $12,110.60 consisting of (i) the foregoing total of payments in the amount of $11,761.74, plus (ii) the following fees:

| Fee Description | Amount |
|---|---|
| Late Charges | $123.86 |
| Other Fees | $225.00 |

6.    A payment history is attached hereto as Exhibit 1.

7.    The estimated Clean Retail value of the Property is .  The basis for such valuation is: J.D. Power, a copy of which is attached hereto as Exhibit B.

8.    Cause exists for relief from the automatic stay for the following reasons:

    i.    Movant's interest in the Property is not adequately protected.

WHEREFORE, Movant prays that this Court issue an Order terminating or modifying the stay and granting the following:

1.    Relief from the stay for all purposes allowed by applicable law and the Retail Installment Sale Contract to enforce its remedies to obtain possession of the Property and any and all other collateral pledged under the Retail Installment Sale Contract.

2.    That the 14-day stay described by Bankruptcy Rule 4001(a)(4) be waived.

3.    For such other relief as the Court deems proper.


Dated: March 9, 2026

                VW CREDIT, INC.

                 /s/Daniel J. Pesachowitz
                By: _____
                Daniel J. Pesachowitz, Esquire, Bar No. 14930
                Robert A. Jones, Esquire, Bar No. 18707
                D. Carol Sasser, Esquire, Bar No. 21631
                Samuel I. White, P.C.
                6100 Executive Blvd.
                Suite 400
                Rockville, MD 20852
                Tel:(301) 804-3400
                Fax:(301) 838-1954

dpesachowitz@siwpc.com

CERTIFICATE OF SERVICE

I certify that on  March 9, 2026, the foregoing Motion was served via CM/ECF on the Office of the US Trustee, and Daniel M. Press, Counsel for Debtors, <dpress@chung-press.com> at the email addresses registered with the Court, and that a true copy was mailed via first class mail, postage prepaid, to Seth L Blum and Bessy G Blum, Debtors, 3317 Woodvalley Dr, Pikesville, MD 21208, and to the Creditors on the list of 20 largest unsecured creditors, as set forth on the attached mailing list.

/s/Daniel J. Pesachowitz

Daniel J. Pesachowitz, Esquire
Samuel I. White, P.C.

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**BALTIMORE DIVISION**

**In re:**

**SETH L BLUM**
**BESSY G BLUM**                                   **CHAPTER 11**
**FKA BESSY HENRIQUEZ,**

        **DEBTORS.**                          **CASE NO. 25-10005**


**VW CREDIT, INC.,**

        **MOVANT,**

**vs.**

**SETH L BLUM**
**BESSY G BLUM,**

        **RESPONDENTS.**

**NOTICE OF MOTION AND OPPORTUNITY TO OBJECT TO MOTION**
**FOR RELIEF FROM THE AUTOMATIC STAY AND HEARING THEREON**

    VW Credit, Inc. ("Movant"), has filed papers with the court seeking relief from the automatic stay of 11 U.S.C. §362(a) to enable it to proceed to enforce its remedies pursuant to its Retail Installment Sale Contract referencing the subject property known as **2023 Audi Q7 VIN WA1ACBF74PD002827.**  Your rights may be affected.  You should read these papers carefully and discuss them with your lawyer, if you have one in this bankruptcy case.  (If you do not have a lawyer, you may wish to consult one.).

    If you do not want the court to grant the motion for relief from the stay, or if you want the court to consider your views on the motion, then by **March 23, 2026** (parties served by mail may add three (3) additional days to the response deadline) you or your lawyer must file a written response with the Clerk of the Bankruptcy Court explaining your position and mail a copy to:

            Daniel J. Pesachowitz          Office of the US Trustee – Baltimore
            6100 Executive Blvd.             101 West Lombard Street
            Suite 400                    Suite 2625
            Rockville, MD 20852          Baltimore, MD 21201

    If you mail a copy rather than deliver your response to the Clerk of the Bankruptcy Court for filing, you must mail it early enough so that the Court will receive it by the date stated above.

    The hearing is scheduled for in person hearing **April 16, 2026 at 2:00 PM**, in the United States Bankruptcy Court for the District of Maryland, 101 West Lombard Street, Baltimore, MD 21201, **Courtroom 2-A**.

F YOU OR YOUR LAWYER DO NOT TAKE THESE STEPS BY THE DEADLINE, THE COURT MAY DECIDE THAT YOU DO NOT OPPOSE THE RELIEF SOUGHT IN THE MOTION AND MAY GRANT OR OTHERWISE DISPOSE OF THE MOTION BEFORE THE SCHEDULED HEARING DATE.

DATE SERVED:  March 9, 2026

By:   /s/Daniel J. Pesachowitz
_____
Robert A. Jones, Esquire, Bar No. 18707
Daniel J. Pesachowitz, Esquire, Bar No. 14930
D. Carol Sasser, Esquire, Bar No. 21631
Samuel I. White, P.C.
6100 Executive Blvd.
Suite 400
Rockville, MD 20852
Tel: (301) 804-3400
Fax: (301) 838-1954
dpesachowitz@siwpc.com

CERTIFICATE OF SERVICE

I certify that on March 9, 2026, the foregoing Notice of Motion was served via CM/ECF on the Office of the US Trustee, and Daniel M. Press, Counsel for Debtors, <dpress@chung-press.com> at the email addresses registered with the Court, and that a true copy was mailed via first class mail, postage prepaid, to Seth L Blum and Bessy G Blum, Debtors, 3317 Woodvalley Dr, Pikesville, MD 21208, and to the Creditors on the list of 20 largest unsecured creditors, as set forth on the attached mailing list.

/s/Daniel J. Pesachowitz
_____
Daniel J. Pesachowitz, Esquire
Samuel I. White, P. C.

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Seth L Blum | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | Bessy G Blum | | |
| | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: District of Maryland

Case number (If known) _____

☐ Check if this is an amended filing

## Official Form 104

# For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders   12/15

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an *insider*. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

**Part 1:** List the 20 Unsecured Claims in Order from Largest to Smallest. Do Not Include Claims by Insiders.

| | | |
|---|---|---|
| | | **Unsecured claim** |

**1**

Atlantic Financial FCU
Creditor's Name

40 Schilling Road
Number        Street

Hunt Valley        MD    21031
City              State   ZIP Code

Contact

Contact phone

What is the nature of the claim? Monies Loaned / Advanced

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

**Does the creditor have a lien on your property?**
☑ No
☐ Yes. Total claim (secured and unsecured): $_____
    Value of security:  − $_____
    Unsecured claim        $_____

$ 168,892.96

**2**

Truist Bank/Lightstream
Creditor's Name

150 S Stratford Rd
Number        Street

Winston Salem     NC    27104
City              State   ZIP Code

Contact

Contact phone

What is the nature of the claim? Monies Loaned / Advanced

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

**Does the creditor have a lien on your property?**
☑ No
☐ Yes. Total claim (secured and unsecured): $_____
    Value of security:  − $_____
    Unsecured claim        $_____

$ 77,984.00

Debtor 1  Seth L Blum
_____
First Name    Middle Name    Last Name

Case number (if known)_____

|  | | Unsecured claim |
|---|---|---|

**3** | Bank of America
Creditor's Name

PO Box 15284
Number    Street
_____

Wilmington          DE    19850
City                State  ZIP Code
_____

Contact
_____

Contact phone

What is the nature of the claim? Credit Card Debt

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured):    $_____
     Value of security:    − $_____
     Unsecured claim    $_____

$ 29,981.00

**4** | American Express
Creditor's Name

PO Box 981535
Number    Street
_____

El Paso          TX    79998
City             State  ZIP Code
_____

Contact
_____

Contact phone

What is the nature of the claim? Credit Card Debt

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured):    $_____
     Value of security:    − $_____
     Unsecured claim    $_____

$ 24,805.72

**5** | Wells Fargo
Creditor's Name

PO Box 522
Number    Street
_____

Des Moines          IA    50306
City                State  ZIP Code
_____

Contact
_____

Contact phone

What is the nature of the claim? Monies Loaned / Advanced

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured):    $_____
     Value of security:    $_____
     Unsecured claim    $_____

$ 23,794.00

**6** | Chase
Creditor's Name

PO Box 15298
Number    Street
_____

Wilmington          DE    19850
City                State  ZIP Code
_____

Contact
_____

Contact phone

What is the nature of the claim? Credit Card Debt

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured):    $_____
     Value of security:    − $_____
     Unsecured claim    $_____

$ 22,030.00

**7** | Chase
Creditor's Name

PO Box 15298
Number    Street
_____

Wilmington          DE    19850
City                State  ZIP Code
_____

Contact
_____

Contact phone

What is the nature of the claim? Credit Card Debt

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured):    $_____
     Value of security:    − $_____
     Unsecured claim    $_____

$ 19,940.00

Official Form 104    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    page 2

Debtor 1  Seth L Blum
First Name    Middle Name    Last Name

Case number (if known)_____

|  |  | Unsecured claim |
|---|---|---|

**8** Chase
Creditor's Name

PO Box 15298
Number        Street

Wilmington          DE     19850
City               State    ZIP Code

Contact

Contact phone

What is the nature of the claim? Credit Card Debt          $ 19,479.00

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured):     $_____
        Value of security:  −  $_____
        Unsecured claim        $_____

---

**9** Small Business Administration
Creditor's Name

409 3rd St., SW
Number        Street

Washington          DC  20416
City               State    ZIP Code

Contact

Contact phone

What is the nature of the claim? Monies Loaned / Advanced     $ 19,000.00

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured):     $_____
        Value of security:  −  $_____
        Unsecured claim        $_____

---

**10** Wells Fargo
Creditor's Name

PO Box 10347
Number        Street

Des Moines          IA     50306
City               State    ZIP Code

Contact

Contact phone

What is the nature of the claim? Credit Card Debt          $ 14,978.00

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured):     $_____
        Value of security:  −  $_____
        Unsecured claim        $_____

---

**11** American Express
Creditor's Name

PO Box 981535
Number        Street

El Paso          TX   79998
City               State    ZIP Code

Contact

Contact phone

What is the nature of the claim? Credit Card Debt          $ 13,104.00

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured):     $_____
        Value of security:  −  $_____
        Unsecured claim        $_____

---

**12** Capital One
Creditor's Name

PO Box 30285
Number        Street

Salt Lake City      UT   84130
City               State    ZIP Code

Contact

Contact phone

What is the nature of the claim? Credit Card Debt          $ 12,856.00

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured):     $_____
        Value of security:  −  $_____
        Unsecured claim        $_____

---

30

Debtor 1    Seth L Blum
    First Name     Middle Name     Last Name            Case number *(if known)*_____

|  | | **Unsecured claim** |
|---|---|---|

**13** Chase
Creditor's Name

PO Box 15298
Number    Street

Wilmington        DE   19850
City            State    ZIP Code

Contact

Contact phone

What is the nature of the claim? Credit Card Debt

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☑ None of the above apply

Does the creditor have a lien on your property?
- ☑ No
- ☐ Yes. Total claim (secured and unsecured):   $_____
  Value of security:   – $_____
  Unsecured claim   $_____

$ 11,983.00

**14** Chase
Creditor's Name

PO Box 15298
Number    Street

Wilmington        DE   19850
City            State    ZIP Code

Contact

Contact phone

What is the nature of the claim? Credit Card Debt

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☑ None of the above apply

Does the creditor have a lien on your property?
- ☑ No
- ☐ Yes. Total claim (secured and unsecured):   $_____
  Value of security:   – $_____
  Unsecured claim   $_____

$ 7,872.22

**15** Wells Fargo
Creditor's Name

PO Box 10347
Number    Street

Des Moines        IA   50306
City            State    ZIP Code

Contact

Contact phone

What is the nature of the claim? Credit Card Debt

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☑ None of the above apply

Does the creditor have a lien on your property?
- ☑ No
- ☐ Yes. Total claim (secured and unsecured):   $_____
  Value of security:   – $_____
  Unsecured claim   $_____

$ 4,131.00

**16** Discover
Creditor's Name

PO Box 30943
Number    Street

Salt Lake City        UT   84130
City            State    ZIP Code

Contact

Contact phone

What is the nature of the claim? _____

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☑ None of the above apply

Does the creditor have a lien on your property?
- ☑ No
- ☐ Yes. Total claim (secured and unsecured):   $_____
  Value of security:   – $_____
  Unsecured claim   $_____

$ 4,000.00

**17** Kagan Stern Marinello & Beard, LLC
Creditor's Name

238 West St
Number    Street

Annapolis        MD   21401
City            State    ZIP Code

Contact

Contact phone

What is the nature of the claim? Legal services

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed
- ☐ None of the above apply

Does the creditor have a lien on your property?
- ☐ No
- ☐ Yes. Total claim (secured and unsecured):   $_____
  Value of security:   – $_____
  Unsecured claim   $_____

$ 3,500.00

Official Form 104     **For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**     page 4

31

| Debtor 1 | Seth L Blum | | | Case number (*if known*)_____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

| | | Unsecured claim |
|---|---|---|

**18**

Lewicky, O'Connor, Hunt & Meiser, LLC
Creditor's Name

8110 Maple Lawn Blvd Suite 160
Number          Street

Fulton                          MD  20759
City                          State    ZIP Code

_____
Contact

_____
Contact phone

What is the nature of the claim? _____

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed
- ☐ None of the above apply

Does the creditor have a lien on your property?
- ☑ No
- ☐ Yes. Total claim (secured and unsecured):   $_____
        Value of security:      − $_____
        Unsecured claim              $_____

$ 2,500.00

---

**19**

Blanca Amaya
Creditor's Name

8450 Loch Raven Blvd
Number          Street

Towson                          MD  21286
City                          State    ZIP Code

_____
Contact

_____
Contact phone

What is the nature of the claim? Deposits by individuals

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☑ None of the above apply

Does the creditor have a lien on your property?
- ☑ No
- ☐ Yes. Total claim (secured and unsecured):   $_____
        Value of security:      − $_____
        Unsecured claim              $_____

$ 2,100.00

---

**20**

Chase
Creditor's Name

PO Box 15298
Number          Street

Wilmington                      DE  19850
City                          State    ZIP Code

_____
Contact

_____
Contact phone

What is the nature of the claim? Credit Card Debt

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☑ None of the above apply

Does the creditor have a lien on your property?
- ☑ No
- ☐ Yes. Total claim (secured and unsecured):   $_____
        Value of security:      − $_____
        Unsecured claim              $_____

$ 1,449.00

---

**Exhibit A**

*LAW* 553-MD-ARB-e 9/21

## RETAIL INSTALLMENT SALE CONTRACT - SIMPLE FINANCE CHARGE
### (WITH ARBITRATION PROVISION)

| Buyer Name and Address (Including County and Zip Code) | Co-Buyer Name and Address (Including County and Zip Code) | Seller-Creditor (Name and Address) |
|---|---|---|
| KCJ LLC<br>3317 WOODVALLEY DR<br>PIKESVILLE MD 21208 | SETH LOGAN BLUM<br>3317 WOODVALLEY DR<br>PIKESVILLE MD 21208 | AUDI HUNT VALLEY<br>9800 YORK RD.<br>COCKEYSVILLE MD 21030 |

You, the Buyer (and Co-Buyer, if any), may buy the vehicle below for cash or on credit. By signing this contract, you choose to buy the vehicle on credit under the agreements in this contract. You agree to pay the Seller - Creditor (sometimes "we" or "us" in this contract), or, upon assignment, the assignee of this contract, the Amount Financed and Finance Charge in U.S. funds according to the payment schedule below. We will figure your finance charge on a daily basis. The Truth-In-Lending Disclosures below are part of this contract.

| New/Used | Year | Make and Model | Vehicle Identification Number | Primary Use For Which Purchased |
|---|---|---|---|---|
| NEW | 2023 | AUDI<br>Q7 | WA1ACBF74PD002827 | Personal, family, or household unless otherwise indicated below<br>☐ business<br>☐ agricultural   ☐ __N/A__ |

### FEDERAL TRUTH-IN-LENDING DISCLOSURES

| ANNUAL PERCENTAGE RATE<br>The cost of your credit as a yearly rate. | FINANCE CHARGE<br>The dollar amount the credit will cost you. | Amount Financed<br>The amount of credit provided to you or on your behalf. | Total of Payments<br>The amount you will have paid after you have made all payments as scheduled. | Total Sale Price<br>The total cost of your purchase on credit, including your down payment of $0.00 is |
|---|---|---|---|---|
| 7.25 % | $ 17252.65 | $ 71923.67 | $ 89176.32 | $ 89176.32 |

(e) means an estimate

### Your Payment Schedule Will Be:

| Number of Payments | Amount of Payments | When Payments Are Due |
|---|---|---|
| 72 | $ 1238.56 | MONTHLY   beginning 12/20/2022 |
| N/A | $ N/A | N/A |
| N/A | | |

Late Charge. If payment is not received in full within __15__ days after it is due, you will pay a late charge of __10__ % of the part of the payment that is late, with a minimum charge of $ __5.00__ .
Prepayment. If you pay early, you will not have to pay a penalty.
Security Interest. You are giving a security interest in the vehicle being purchased.
Additional Information: See this contract for more information including information about nonpayment, default, and your required repayment in full before the scheduled date and security interest.

### WARRANTIES SELLER DISCLAIMS

The following paragraph does not affect any warranties covering the vehicle that the vehicle manufacturer may provide. It does not apply at all if you bought the vehicle primarily for personal, family, or household use.
**Unless the seller makes a written warranty, or enters into a service contract within 90 days from the date of this contract, the Seller makes no warranties, express or implied, on the vehicle, and there will be no implied warranties of merchantability or of fitness for a particular purpose.**

Used Car Buyers Guide. The information you see on the window form for this vehicle is part of this contract. Information on the window form overrides any contrary provisions in the contract of sale.
Spanish Translation: Guía para compradores de vehículos usados. La información que ve en el formulario de la ventanilla para este vehículo forma parte del presente contrato. La información del formulario de la ventanilla deja sin efecto toda disposición en contrario contenida en el contrato de venta.

### NO COOLING OFF PERIOD
State law does not provide for a "cooling off" or cancellation period for this sale. After you sign this contract, you may only cancel it if the seller agrees or for legal cause. You cannot cancel this contract simply because you change your mind. This notice does not apply to home solicitation sales.

**NOTICE: ANY HOLDER OF THIS CONSUMER CREDIT CONTRACT IS SUBJECT TO ALL CLAIMS AND DEFENSES WHICH THE DEBTOR COULD ASSERT AGAINST THE SELLER OF GOODS OR SERVICES OBTAINED PURSUANT HERETO OR WITH THE PROCEEDS HEREOF. RECOVERY HEREUNDER BY THE DEBTOR SHALL NOT EXCEED AMOUNTS PAID BY THE DEBTOR HEREUNDER.**

The preceding NOTICE applies only to goods or services obtained primarily for personal, family, or household use. In all other cases, Buyer will not assert against any subsequent holder or assignee of this contract any claims or defenses the Buyer (debtor) may have against the Seller, or against the manufacturer of the vehicle or equipment obtained under this contract.

**Agreement to Arbitrate:** By signing below, you agree that, pursuant to the Arbitration Provision on page 5 of this contract, you or we may elect to resolve any dispute by neutral, binding arbitration and not by a court action. See the Arbitration Provision for additional information concerning the agreement to arbitrate.

Buyer Signs X _____ , MEMB          Co-Buyer Signs X _____

11/05/2022  07:26 pm

**ITEMIZATION OF AMOUNT FINANCED**

1 Cash Price

A Cash Price of Motor Vehicle (including accessories, services, and taxes) $ 66225.88 (A)

B Dealer Processing Charge (not required by law) $ 499.00 (B)

C Freight Charge $ N/A (C)

D Other $ N/A (D)
To Whom Paid N/A

E Other $ N/A (E)
To Whom Paid N/A

Total Cash Price $ 66724.88 (1)

2 Total Downpayment =

Trade-in 2021 (Year) LEXUS (Make) GX 460 (Model)

Gross Trade-In Allowance $ 47390.00

Less Pay Off Made By Seller to ATLANTIC FINANCIAL FEDERAL CREDIT UNION $ 52217.79

Equals Net Trade In $ -4827.79

+ Cash $ N/A

+ Other N/A $ N/A

+ Other N/A $ N/A

+ Other N/A $ N/A

(If total downpayment is negative, enter "0" and see 4I below) $ 0.00 (2)

3 Unpaid Balance of Cash Price (1 minus 2) $ 66724.88 (3)

4 Other Charges Including Amounts Paid to Others on Your Behalf

(Seller may keep part of these amounts):

A Cost of Optional Credit Insurance Paid to Insurance Company or Companies.
Life $ N/A
Disability $ N/A $ N/A

B Vendor's Single Interest Insurance Paid to Insurance Company $ N/A

C Other Optional Insurance Paid to Insurance Company or Companies $ N/A

D Official Fees Paid to Government Agencies $ N/A

E Government Taxes Not Included in Cash Price $ 24.00

F Government License and/or Registration Fees $ N/A

Lic$ 187.00  Reg$ 40.00  Lien$ 20.00 $ 247.00

G Government Certificate of Title Fees
(includes $ N/A security interest recording fee) $ 100.00

H Optional Gap Contract $ N/A

I Other Charges (Seller must identify who is paid and describe purpose)
to ATLANTIC FINANCIAL FEDERAL CREDIT UNION Credit or Lease Balance $ 4827.79
to N/A for N/A $ N/A
to N/A for N/A $ N/A
to N/A for N/A $ N/A
to N/A for N/A $ N/A
to N/A for N/A $ N/A
to N/A for N/A $ N/A
to N/A for N/A $ N/A
to N/A for N/A $ N/A
to N/A for N/A $ N/A
to N/A for N/A $ N/A
to N/A for N/A $ N/A
to N/A for N/A $ N/A

Total Other Charges and Amounts Paid to Others on Your Behalf $ 5198.79 (4)

5 Amount Financed (3 + 4) $ 71923.67 (5)

OPTION: ☐ You pay no finance charge if the Amount Financed, item 5, is paid in full on or before N/A , Year N/A . SELLER'S INITIALS N/A

Returned Check Charge: You agree to pay a charge of $ 15.00 if any check you give us is dishonored on the second presentment.

insurance. You may buy the physical damage insurance this contract requires from anyone you choose who is acceptable to us. You may also provide the physical damage insurance through an existing policy owned or controlled by you that is acceptable to us. You are not required to buy any other insurance to obtain credit unless the box indicating Vendor's Single Interest is required is checked on page 3 of this contract.

If any insurance is checked below, policies or certificates from the named insurance companies will describe the terms and conditions.

**Check the insurance you want and sign below:**

**Optional Credit Insurance**

☐ Credit Life: ☐ Buyer ☐ Co-Buyer ☐ Both

☐ Credit Disability: ☐ Buyer ☐ Co-Buyer ☐ Both

Premium
Credit Life $ N/A
Credit Disability $ N/A

Insurance Company Name N/A

Home Office Address N/A

Credit life insurance and credit disability insurance are not required to obtain credit. Your decision to buy or not to buy credit life insurance or credit disability insurance will not be a factor in the credit approval process. They will not be provided unless you sign and agree to pay the extra cost. If you choose this insurance, the cost is shown in item 4A of the Itemization of Amount Financed. Credit life insurance is based on your original payment schedule. This insurance may not pay all you owe on this contract if you make late payments. Credit disability insurance does not cover any increase in your payment or in the number of payments. Coverage for credit life insurance and credit disability insurance ends on the original due date for the last payment unless a different term for the insurance is shown below.

**Other Optional Insurance**

☐ N/A _____ N/A
Type of Insurance    Term

Premium $ N/A

Insurance Company Name N/A

Home Office Address N/A

☐ N/A _____ N/A
Type of Insurance    Term

Premium $ N/A

Insurance Company Name N/A

Home Office Address N/A

Other optional insurance is not required to obtain credit. Your decision to buy or not buy other optional insurance will not be a factor in the credit approval process. It will not be provided unless you sign and agree to pay the extra cost. I want the insurance checked above.

X N/A _____ N/A
Buyer Signature    Date

X N/A _____ N/A
Co-Buyer Signature    Date

**THIS INSURANCE DOES NOT INCLUDE INSURANCE ON YOUR LIABILITY FOR BODILY INJURY OR PROPERTY DAMAGE CAUSED TO OTHERS. WITHOUT SUCH INSURANCE YOU MAY NOT OPERATE THIS VEHICLE ON PUBLIC HIGHWAYS.**

☐ **VENDOR'S SINGLE INTEREST INSURANCE (VSI insurance):** If the preceding box is checked, the Creditor requires VSI insurance for the initial term of the contract to protect the Creditor for loss or damage to the vehicle (collision, fire, theft, concealment, skip). VSI insurance is for the Creditor's sole protection. This insurance does not protect your interest in the vehicle. **You may choose the insurance company through which the VSI insurance is obtained.** If you elect to purchase VSI insurance through the Creditor, **the cost of this insurance is $ __N/A___** and is also shown in item 4B of the Itemization of Amount Financed. The coverage is for the initial term of the contract.

---

**OPTIONAL GAP CONTRACT.** A gap contract (debt cancellation contract) is not required to obtain credit and will not be provided unless you sign below and agree to pay the extra charge. If you choose to buy a gap contract, the charge is shown in Item 4H of the Itemization of Amount Financed. See your gap contract for details on the terms and conditions it provides. It is a part of this contract.

Term ___N/A___ Mos.                     ___N/A___
                                          Name of Gap Contract

I want to buy a gap contract.

Buyer Signs X _____, MEMBER          _____, Guar

---

**NOTICE TO BUYER(S) OF NEW VEHICLES: IF YOU ARE PURCHASING A NEW VEHICLE WHICH IS SUBJECT TO A MANUFACTURER'S EXPRESS WARRANTY AND THE VEHICLE DOES NOT CONFORM TO THAT WARRANTY DURING THE WARRANTY PERIOD, YOU MUST GIVE WRITTEN NOTICE OF THE NONCONFORMITY, DEFECT OR CONDITION TO THE MANUFACTURER OR FACTORY BRANCH DURING THE WARRANTY PERIOD BY CERTIFIED MAIL, RETURN RECEIPT REQUESTED, IN ORDER TO PRESERVE YOUR RIGHTS UNDER THE MARYLAND AUTOMOTIVE WARRANTY ENFORCEMENT ACT.**

---

## OTHER IMPORTANT AGREEMENTS

**1. FINANCE CHARGE AND PAYMENTS**

a. **How we will figure Finance Charge.** We will figure the Finance Charge on a daily basis at the Annual Percentage Rate on the unpaid part of the Amount Financed.

b. **How we will apply payments.** We may apply each payment to the earned and unpaid part of the Finance Charge, to the unpaid part of the Amount Financed and to other amounts you owe under this contract in any order we choose as the law allows.

c. **How late payments or early payments change what you must pay.** We based the Finance Charge, Total of Payments, and Total Sale Price shown on page 1 of this contract on the assumption that you will make every payment on the day it is due. Your Finance Charge, Total of Payments, and Total Sale Price will be more if you pay late and less if you pay early. Changes may take the form of a larger or smaller final payment, or at our option, more or fewer payments of the same amount as your scheduled payment with a smaller final payment. We will send you a notice telling you about these changes before the final scheduled payment is due.

d. **You may prepay.** You may prepay all or part of the unpaid part of the Amount Financed at any time without penalty. If you do so, you must pay the earned and unpaid part of the Finance Charge and all other amounts due up to the date of your payment.

**2. YOUR OTHER PROMISES TO US**

a. **If the vehicle is damaged, destroyed, or missing.** You agree to pay us all you owe under this contract even if the vehicle is damaged, destroyed, or missing.

b. **Using the vehicle.** You agree not to remove the vehicle from the U.S. or Canada, or to sell, rent, lease, or transfer any interest in the vehicle or this contract without our written permission. You agree not to expose the vehicle to misuse, seizure, confiscation, or involuntary transfer. If we pay any repair bills, storage bills, taxes, fines, or charges on the vehicle, you agree to repay the amount when we ask for it.

c. **Security Interest.**
You give us a security interest in:
- The vehicle and all parts or goods put on it;
- All money or goods received (proceeds) for the vehicle;
- All insurance, maintenance, service, or other contracts we finance for you; and
- All proceeds from insurance, maintenance, service, or other contracts we finance for you. This includes any refunds of premiums or charges from the contracts.

This secures payment of all you owe on this contract. It also secures your other agreements in this contract. You will make sure the title shows our security interest (lien) in vehicle. You will not allow any other security interest to be placed on the title without our written permission.

d. **Insurance you must have on the vehicle.**
You agree to have physical damage insurance covering loss of or damage to the vehicle for the term of this contract. The insurance must cover our interest in the vehicle. You agree to name us on your insurance policy as an additional insured and as loss payee. If you do not have this insurance, we may, if we choose, buy physical damage insurance. If we decide to buy physical damage insurance, we may either buy insurance that covers your interest and our interest in the vehicle, or buy insurance that covers only our interest. If we buy either type of insurance, we will tell you which type and the charge you must pay. The charge will be the premium for the insurance and a finance charge computed at the Annual Percentage Rate shown on page 1 of this contract or, at our option, the highest rate the law permits.

If the vehicle is lost or damaged, you agree that we may use any insurance settlement to reduce what you owe or repair the vehicle.

e. **What happens to returned insurance, maintenance, service, or other contract charges.** If we get a refund of insurance, maintenance, service, or other contract charges, we may subtract the refund from what you owe.

3.  **IF YOU PAY LATE OR BREAK YOUR OTHER PROMISES**

    a.  **You may owe late charges. If a payment is not received in full within 15 days after it is due, you will pay a late charge of 10% of the part of the payment that is late, with a minimum charge of $5.** Acceptance of a late payment or late charge does not excuse your late payment or mean that you may keep making late payments.

    If you pay late, we may also take the steps described below.

    b.  **You may have to pay all you owe at once.** If you break your promises (default), we may demand that you pay all you owe on this contract, subject to any right the law gives you to reinstate this contract. Default means:

    •  You do not pay any payment on time;
    •  You give false, incomplete, or misleading information during credit application;
    •  You start a proceeding in bankruptcy or one is started against you or your property; or
    •  You break any agreements in this contract.

    The amount you will owe will be the unpaid part of the Amount Financed plus the earned and unpaid part of the Finance Charge, any late charges, and any amounts due because you defaulted.

    c.  **You may have to pay collection costs.** If we hire an attorney to collect what you owe, you will pay the attorney's reasonable fee, as the law allows. You will also pay any court and collection costs we incur as the law allows.

    d.  **We may take the vehicle from you.** If you default, we may take (repossess) the vehicle from you if we do so peacefully and the law allows it. We may repossess the vehicle with or without resort to judicial process. If your vehicle has an electronic tracking device (such as GPS), you agree that we may use the device to find the vehicle. If we take the vehicle, any accessories, equipment, and replacement parts will stay with the vehicle. If any personal items are in the vehicle, we may store them for you. If you do not ask for these items back, we may dispose of them as the law allows.

    e.  **How you can get the vehicle back if we take it.** If we repossess the vehicle, in many situations, the law gives you the right to pay to get it back. We will tell you what you have to do to get the vehicle back.

    f.  **We will sell the vehicle if you do not get it back.** If you do not do what is required to get the vehicle back, we will sell the vehicle. We will send you a written notice of sale before selling the vehicle.

    We will apply the money from the sale, less allowed expenses, to the amount you owe. Allowed expenses are expenses we pay as a direct result of taking the vehicle, holding it, preparing it for sale, and selling it as the law allows. Attorney fees and court costs the law permits are also allowed expenses. If any money is left (surplus), we will pay it to you unless the law requires us to pay it to someone else. If money from the sale is not enough to pay the amount you owe, you must pay the rest to us unless the law provides otherwise. If you do not pay this amount when we ask, we may charge you interest at a rate not exceeding the highest lawful rate until you pay.

    g.  **What we may do about optional insurance, maintenance, service, or other contracts.** This contract may contain charges for optional insurance, maintenance, service, or other contracts. If we demand that you pay all you owe at once or we repossess the vehicle, you agree that we may claim benefits under these contracts and cancel them to obtain refunds of unearned charges to reduce what you owe or repair the vehicle. If the vehicle is a total loss because it is confiscated, damaged, or stolen, we may claim benefits under these contracts and cancel them to obtain refunds of unearned charges to reduce what you owe.

4.  **SERVICING AND COLLECTION CONTACTS**

    You agree that we may try to contact you in writing, by e-mail, or using prerecorded/artificial voice messages, text messages, and automatic telephone dialing systems, as the law allows. You also agree that we may try to contact you in these and other ways at any address or telephone number you provide us, even if the telephone number is a cell phone number or the contact results in a charge to you.

5.  **APPLICABLE LAW** Federal law and Maryland law apply to this contract. This contract shall be subject to the Credit Grantor Closed End Credit Provisions (Subtitle 10) of Title 12 of the Commercial Law Article of the Maryland Code.

**Electronic Contracting and Signature Acknowledgment.** You agree that (i) this contract is an electronic contract executed by you using your electronic signature, (ii) your electronic signature signifies your intent to enter into this contract and that this contract be legally valid and enforceable in accordance with its terms to the same extent as if you had executed this contract using your written signature and (iii) the authoritative copy of this contract ("Authoritative Copy") shall be that electronic copy that resides in a document management system designated by us for the storage of authoritative copies of electronic records, which shall be deemed held by us in the ordinary course of business. Notwithstanding the foregoing, if the Authoritative Copy is converted by printing a paper copy which is marked by us as the original (the "Paper Contract"), then you acknowledge and agree that (1) your signing of this contract with your electronic signature also constitutes issuance and delivery of such Paper Contract, (2) your electronic signature associated with this contract, when affixed to the Paper Contract, constitutes your legally valid and binding signature on the Paper Contract and (3) subsequent to such conversion, your obligations will be evidenced by the Paper Contract alone.

## ARBITRATION PROVISION
### PLEASE REVIEW - IMPORTANT - AFFECTS YOUR LEGAL RIGHTS

1. **EITHER YOU OR WE MAY CHOOSE TO HAVE ANY DISPUTE BETWEEN US DECIDED BY ARBITRATION AND NOT IN COURT OR BY JURY TRIAL.**
2. **IF A DISPUTE IS ARBITRATED, YOU WILL GIVE UP YOUR RIGHT TO PARTICIPATE AS A CLASS REPRESENTATIVE OR CLASS MEMBER ON ANY CLASS CLAIM YOU MAY HAVE AGAINST US INCLUDING ANY RIGHT TO CLASS ARBITRATION OR ANY CONSOLIDATION OF INDIVIDUAL ARBITRATIONS.**
3. **DISCOVERY AND RIGHTS TO APPEAL IN ARBITRATION ARE GENERALLY MORE LIMITED THAN IN A LAWSUIT, AND OTHER RIGHTS THAT YOU AND WE WOULD HAVE IN COURT MAY NOT BE AVAILABLE IN ARBITRATION.**

Any claim or dispute, whether in contract, tort, statute or otherwise (including the interpretation and scope of this Arbitration Provision, and the arbitrability of the claim or dispute), between you and us or our employees, agents, successors or assigns, which arises out of or relates to your credit application, purchase or condition of this vehicle, this contract or any resulting transaction or relationship (including any such relationship with third parties who do not sign this contract) shall, at your or our election, be resolved by neutral, binding arbitration and not by a court action. If federal law provides that a claim or dispute is not subject to binding arbitration, this Arbitration Provision shall not apply to such claim or dispute. Any claim or dispute is to be arbitrated by a single arbitrator on an individual basis and not as a class action. You expressly waive any right you may have to arbitrate a class action. You may choose the American Arbitration Association (www.adr.org) or any other organization to conduct the arbitration subject to our approval. You may get a copy of the rules of an arbitration organization by contacting the organization or visiting its website.

Arbitrators shall be attorneys or retired judges and shall be selected pursuant to the applicable rules. The arbitrator shall apply governing substantive law and the applicable statute of limitations. The arbitration hearing shall be conducted in the federal district in which you reside unless the Seller-Creditor is a party to the claim or dispute, in which case the hearing will be held in the federal district where this contract was executed. We will pay your filing, administration, service or case management fee and your arbitrator or hearing fee all up to a maximum of $5000, unless the law or the rules of the chosen arbitration organization require us to pay more. The amount we pay may be reimbursed in whole or in part by decision of the arbitrator if the arbitrator finds that any of your claims is frivolous under applicable law. Each party shall be responsible for its own attorney, expert and other fees, unless awarded by the arbitrator under applicable law. If the chosen arbitration organization's rules conflict with this Arbitration Provision, then the provisions of this Arbitration Provision shall control. Any arbitration under this Arbitration Provision shall be governed by the Federal Arbitration Act (9 U.S.C. § 1 et seq.) and not by any state law concerning arbitration. Any award by the arbitrator shall be in writing and will be final and binding on all parties, subject to any limited right to appeal under the Federal Arbitration Act.

You and we retain the right to seek remedies in small claims court for disputes or claims within that court's jurisdiction, unless such action is transferred, removed or appealed to a different court. Neither you nor we waive the right to arbitrate by using self-help remedies, such as repossession, or by filing an action to recover the vehicle, to recover a deficiency balance, or for individual injunctive relief. Any court having jurisdiction may enter judgment on the arbitrator's award. This Arbitration Provision shall survive any termination, payoff or transfer of this contract. If any part of this Arbitration Provision, other than waivers of class action rights, is deemed or found to be unenforceable for any reason, the remainder shall remain enforceable. If a waiver of class action rights is deemed or found to be unenforceable for any reason in a case in which class action allegations have been made, the remainder of this Arbitration Provision shall be unenforceable.

---

*The Annual Percentage Rate may be negotiable with the Seller. The Seller may assign this contract and retain its right to receive a part of the Finance Charge.*

---

**HOW THIS CONTRACT CAN BE CHANGED.** This contract, along with all other documents signed by you in connection with the purchase of this vehicle, comprise the entire agreement between you and us affecting this purchase. No oral agreements or understandings are binding. Upon assignment of this contract: (i) only this contract and the addenda to this contract comprise the entire agreement between you and the assignee relating to this contract; (ii) any change to this contract must be in writing and the assignee must sign it; and (iii) no oral changes are binding. Buyer Signs **X** _KCJ LLC w: KJB Mbr_ Co-Buyer Signs **X** _SB_

If any part of this contract is not valid, all other parts stay valid. We may delay or refrain from enforcing any of our rights under this contract without losing them. For example, we may extend the time for making some payments without extending the time for making others.

**See the rest of this contract for other important agreements.**

**NOTICE TO RETAIL BUYER: Do not sign this contract in blank. You are entitled to a copy of the contract at the time you sign. Keep it to protect your legal rights.**

---

**You agree to the terms of this contract. You confirm that before you signed this contract, we gave it to you, and you were free to take it and review it. You acknowledge that you have read all pages of this contract, including the arbitration provision above, before signing below. You confirm that you received a completely filled-in copy when you signed it.**

Buyer Signs **X** _KCJ LLC w: KJB Mbr_ Date **11/05/2022** Co-Buyer Signs **X** _SB_ Date **11/05/2022**

Buyer Printed Name **KCJ LLC** Co-Buyer Printed Name **SETH LOGAN BLUM**

If the "business" use box is checked in "Primary Use for Which Purchased": Print Name **N/A** Title **N/A**

Co-Buyers and Other Owners — A co-buyer is a person who is responsible for paying the entire debt. An other owner is a person whose name is on the title to the vehicle but does not have to pay the debt. The other owner agrees to the security interest in the vehicle given to us in this contract.

Other owner signs here **X** **N/A** Address **N/A**

Seller signs **AUDI HUNT VALLEY** Date **11/05/2022** By **X** E-SIGNED BY SCOTT BRANSCOME Title **FI MANAGER**

---

**LAW** FORM NO. 553-MD-ARB-e (REV. 9/21)
©2021 The Reynolds and Reynolds Company
THERE ARE NO WARRANTIES, EXPRESS OR IMPLIED, AS TO CONTENT OR
FITNESS FOR PURPOSE OF THIS FORM. CONSULT YOUR OWN LEGAL COUNSEL.



# Electronic Title Copy

| Vehicle ID Number | Year | Make | Model | Body Style | Lic Plate | Reg Exp |
|---|---|---|---|---|---|---|
| WA1ACBF74PD002827 | 2023 | AUDI | [Audi]* | UT | | |

| Weight | New/Used | Vehicle Color | Odometer | State | Date Issued |
|---|---|---|---|---|---|
| | | | 24 | MD | 11-29-2022 |

Title Number
56913075

Full Name of Owner(s)
KCJ LLC
BLUM, SETH LOGAN
3501 ARBORWOOD CT
BALTIMORE, MD 21208

Liens(s)
Audi Financial Services
[1401 Franklin Blvd
Libertyville, IL 60048]*

Lien Date: 11-29-2022

* Information has been supplied by the lienholder, not the state titling agency.

## THIS IS NOT A TITLE

This is an official Premier eTitleLien® Report
generated by a customer of DDI Technology.



**JD POWER**

Exhibit

B

3/3/2026

JD Power Used Cars/Trucks

National Bankruptcy Services, LLC

14841 Dallas Parkway, Suite 300
Dallas, TX 75254
972-643-6612
Joshua.Priddy@NBSDefaultServices.com

## Vehicle Information

| | |
|---|---|
| Vehicle: | 2023 Audi Q7 Utility 4D Premium 45 AWD 2.0L I4 Turbo |
| Region: | Eastern |
| Period: | March 3, 2026 |
| VIN: | WA1ACBF74PD002827 |
| Mileage: | 47,500 |
| Base MSRP: | $59,200 |
| Typically Equipped MSRP: | $63,990 |
| Weight: | 4,806 |

## JD Power Used Cars/Trucks Values

| | Base | Mileage Adj. | Option Adj. | Adjusted Value |
|---|---|---|---|---|
| **Monthly Used** | | | | |
| Rough Trade-In | $26,400 | N/A | N/A | **$26,400** |
| Average Trade-In | $28,700 | N/A | N/A | **$28,700** |
| Clean Trade-In | $30,625 | N/A | N/A | **$30,625** |
| Clean Loan | $27,575 | N/A | N/A | **$27,575** |
| Clean Retail | $33,325 | N/A | N/A | **$33,325** |
| **Weekly Auction** | | | | |
| Low | $25,225 | N/A | N/A | **$25,225** |
| Average | $28,500 | N/A | N/A | **$28,500** |
| High | $31,800 | N/A | N/A | **$31,800** |
| **Weekly Used** | | | | |
| Rough Trade-In | $26,200 | N/A | N/A | **$26,200** |
| Average Trade-In | $28,475 | N/A | N/A | **$28,475** |
| Clean Trade-In | $30,375 | N/A | N/A | **$30,375** |
| Clean Loan | $27,350 | N/A | N/A | **$27,350** |
| Clean Retail | $33,100 | N/A | N/A | **$33,100** |



JD Power Used Cars/Trucks

| Base | Mileage Adj. | Option Adj. | Adjusted Value |
|------|--------------|-------------|----------------|

*The auction values displayed include typical eqiupment and adjustments for mileage and any of the following applicable accessories: engine size, drivetrain, and trim.

**Exhibit 1**

| Creditor: | VW Credit |
|---|---|
| Debtor: | Blum, Seth |
| Case No.: | 25-10005 |
| Loan No.: | xxxxxxxx9545 |
| Our File No.: | ███████ |
| Collateral: | 2023 AUDI Q7 |

**PAYMENTS RECEIVED**

| Loan Status as of: | 3/3/2026 |
|---|---|
| Initial Due Date: | 12/20/2022 |
| Due Date Change: | |
| BK Filing Date: | 1/1/2025 |

| Date Received | Amount Received | Due Date | Amount Due | NSF/Late Charges/Other | Paid Over/Short | Description |
|---|---|---|---|---|---|---|
| | $ - | 12/20/2022 | $ 1,238.56 | $ - | $ (1,238.56) | Payment Accrued |
| 12/21/2022 | $ 2,935.40 | | | $ - | $ 2,935.40 | Funds Received |
| 12/21/2022 | $ (2,935.40) | | | $ - | $ (2,935.40) | Curtailment |
| 1/4/2023 | $ 1,238.56 | | | $ - | $ 1,238.56 | Funds Received |
| | $ - | 1/20/2023 | $ 1,238.56 | $ - | $ (1,238.56) | Payment Accrued |
| 2/1/2023 | $ 1,238.56 | | | $ - | $ 1,238.56 | Funds Received |
| | $ - | 2/20/2023 | $ 1,238.56 | $ - | $ (1,238.56) | Payment Accrued |
| 3/1/2023 | $ 1,238.56 | | | $ - | $ 1,238.56 | Funds Received |
| | $ - | 3/20/2023 | $ 1,238.56 | $ - | $ (1,238.56) | Payment Accrued |
| 3/28/2023 | $ 1,238.56 | | | $ - | $ 1,238.56 | Funds Received |
| | $ - | 4/20/2023 | $ 1,238.56 | $ - | $ (1,238.56) | Payment Accrued |
| 4/27/2023 | $ 1,238.56 | | | $ - | $ 1,238.56 | Funds Received |
| | $ - | 5/20/2023 | $ 1,238.56 | $ - | $ (1,238.56) | Payment Accrued |
| 5/22/2023 | $ 1,238.56 | | | $ - | $ 1,238.56 | Funds Received |
| | $ - | 6/20/2023 | $ 1,238.56 | $ - | $ (1,238.56) | Payment Accrued |
| 7/3/2023 | $ 1,238.56 | | | $ - | $ 1,238.56 | Funds Received |
| | $ - | 7/20/2023 | $ 1,238.56 | $ - | $ (1,238.56) | Payment Accrued |
| 8/1/2023 | $ 1,238.56 | | | $ - | $ 1,238.56 | Funds Received |
| | $ - | 8/20/2023 | $ 1,238.56 | $ - | $ (1,238.56) | Payment Accrued |
| 8/31/2023 | $ 1,238.56 | | | $ - | $ 1,238.56 | Funds Received |
| | $ - | 9/20/2023 | $ 1,238.56 | $ - | $ (1,238.56) | Payment Accrued |
| 10/2/2023 | $ 1,238.56 | | | $ - | $ 1,238.56 | Funds Received |
| | $ - | 10/20/2023 | $ 1,238.56 | $ - | $ (1,238.56) | Payment Accrued |
| 11/1/2023 | $ 1,238.56 | | | $ - | $ 1,238.56 | Funds Received |
| | $ - | 11/20/2023 | $ 1,238.56 | $ - | $ (1,238.56) | Payment Accrued |
| 11/30/2023 | $ 1,238.56 | | | $ - | $ 1,238.56 | Funds Received |
| | $ - | 12/20/2023 | $ 1,238.56 | $ - | $ (1,238.56) | Payment Accrued |
| 1/3/2024 | $ 1,238.56 | | | $ - | $ 1,238.56 | Funds Received |
| | $ - | 1/20/2024 | $ 1,238.56 | $ - | $ (1,238.56) | Payment Accrued |
| 2/2/2024 | $ 1,238.56 | | | $ - | $ 1,238.56 | Funds Received |
| | $ - | 2/20/2024 | $ 1,238.56 | $ - | $ (1,238.56) | Payment Accrued |
| 3/1/2024 | $ 1,238.56 | | | $ - | $ 1,238.56 | Funds Received |
| | $ - | 3/20/2024 | $ 1,238.56 | $ - | $ (1,238.56) | Payment Accrued |
| 4/2/2024 | $ 1,238.56 | | | $ - | $ 1,238.56 | Funds Received |
| | $ - | 4/20/2024 | $ 1,238.56 | $ - | $ (1,238.56) | Payment Accrued |
| 4/29/2024 | $ 1,238.56 | | | $ - | $ 1,238.56 | Funds Received |
| | $ - | 5/20/2024 | $ 1,238.56 | $ - | $ (1,238.56) | Payment Accrued |
| 5/31/2024 | $ 1,238.56 | | | $ - | $ 1,238.56 | Funds Received |
| | $ - | 6/20/2024 | $ 1,238.56 | $ - | $ (1,238.56) | Payment Accrued |
| 7/2/2024 | $ 1,238.56 | | | $ - | $ 1,238.56 | Funds Received |
| | $ - | 7/20/2024 | $ 1,238.56 | $ - | $ (1,238.56) | Payment Accrued |
| 8/1/2024 | $ 1,238.56 | | | $ - | $ 1,238.56 | Funds Received |
| | $ - | 8/20/2024 | $ 1,238.56 | $ - | $ (1,238.56) | Payment Accrued |
| 9/4/2024 | $ - | | | $ (123.86) | $ (123.86) | Late Fees |
| 9/6/2024 | $ 1,238.56 | | | $ - | $ 1,238.56 | Funds Received |
| | $ - | 9/20/2024 | $ 1,238.56 | $ - | $ (1,238.56) | Payment Accrued |
| 10/1/2024 | $ 1,238.56 | | | $ - | $ 1,238.56 | Funds Received |
| | $ - | 10/20/2024 | $ 1,238.56 | $ - | $ (1,238.56) | Payment Accrued |
| 11/4/2024 | $ 1,238.56 | | | $ - | $ 1,238.56 | Funds Received |
| | $ - | 11/20/2024 | $ 1,238.56 | $ - | $ (1,238.56) | Payment Accrued |

| Date | Amount 1 | Date 2 | Amount 2 | Amount 3 | Balance | Description |
|---|---|---|---|---|---|---|
| 12/2/2024 | $ 1,238.56 | | | $ - | $ 1,238.56 | Funds Received |
| | $ - | 12/20/2024 | $ 1,238.56 | $ - | $ (1,238.56) | Payment Accrued |
| 1/2/2025 | $ 1,300.00 | | | $ - | $ 1,300.00 | Funds Received |
| | $ - | 1/20/2025 | $ 1,238.56 | $ - | $ (1,238.56) | Payment Accrued |
| 2/10/2025 | $ 1,300.98 | | | $ - | $ 1,300.98 | Funds Received |
| | $ - | 2/20/2025 | $ 1,238.56 | $ - | $ (1,238.56) | Payment Accrued |
| 3/18/2025 | $ 1,238.56 | | | $ - | $ 1,238.56 | Funds Received |
| | $ - | 3/20/2025 | $ 1,238.56 | $ - | $ (1,238.56) | Payment Accrued |
| | $ - | 4/20/2025 | $ 1,238.56 | $ - | $ (1,238.56) | Payment Accrued |
| 5/15/2025 | $ 1,238.56 | | | $ - | $ 1,238.56 | Funds Received |
| | $ - | 5/20/2025 | $ 1,238.56 | $ - | $ (1,238.56) | Payment Accrued |
| | $ - | 6/20/2025 | $ 1,238.56 | $ - | $ (1,238.56) | Payment Accrued |
| 7/9/2025 | $ 500.00 | | | $ - | $ 500.00 | Funds Received |
| | $ - | 7/20/2025 | $ 1,238.56 | $ - | $ (1,238.56) | Payment Accrued |
| | $ - | 8/20/2025 | $ 1,238.56 | $ - | $ (1,238.56) | Payment Accrued |
| 9/3/2025 | $ 1,238.56 | | | $ - | $ 1,238.56 | Funds Received |
| | $ - | 9/20/2025 | $ 1,238.56 | $ - | $ (1,238.56) | Payment Accrued |
| | $ - | 10/20/2025 | $ 1,238.56 | $ - | $ (1,238.56) | Payment Accrued |
| | $ - | 11/20/2025 | $ 1,238.56 | $ - | $ (1,238.56) | Payment Accrued |
| | $ - | 12/20/2025 | $ 1,238.56 | $ - | $ (1,238.56) | Payment Accrued |
| | $ - | 1/20/2026 | $ 1,238.56 | $ - | $ (1,238.56) | Payment Accrued |
| 2/16/2026 | $ - | | | $ (225.00) | $ (225.00) | Misc Fee |
| | $ - | 2/20/2026 | $ 1,238.56 | $ - | $ (1,238.56) | Payment Accrued |
| **Total:** | **$ 36,542.10** | | **$ 48,303.84** | **$ (348.86)** | **$ (12,110.60)** | |