UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND
BALTIMORE DIVISION

IN RE:                                                          CASE NO.: 25-10005
                                                                CHAPTER 11

Seth L Blum,
  Debtor.

Bessy G Blum,
  Joint Debtor.

_____/

### REQUEST FOR SERVICE

**PLEASE TAKE NOTICE THAT** the undersigned hereby appears on behalf of SAILFISH SERVICING, LLC ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC
13010 MORRIS ROAD, SUITE 450
ALPHARETTA, GA 30004**

Robertson, Anschutz, Schneid, Crane &
Partners, PLLC
Attorney for Secured Creditor
13010 Morris Road, Suite 450
Alpharetta, GA 30004
Telephone: 470-321-7112
Facsimile: 404-393-1425

By: /s/Chetan Gopal
    Chetan Gopal
    Email: cgopal@raslg.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on April 7, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

SETH L BLUM
3317 WOODVALLEY RD
PIKESVILLE, MD 21208

BESSY G BLUM
3317 WOODVALLEY DR
PIKESVILLE, MD 21208

And via electronic mail to:

CHUNG & PRESS, P C.
6718 WHITTIER AVE., STE. 200
MCLEAN, VA 22101

MONIQUE DESIREE ALMY
CROWELL & MORING
1001 PENNSYLVANIA AVENUE, N.W., 10TH FL
WASHINGTON, DC 20004-2595

US TRUSTEE - BALTIMORE
GARMATZ FEDERAL COURTHOUSE
101 WEST LOMBARD STREET
SUITE 2625
BALTIMORE, MD 21201

By: /s/ Angela Zuelke