United States Bankruptcy Court

District of Maryland

In re:      Case No. 25-10005-NVA

Seth L Blum      Chapter 11

Bessy G Blum

        Debtors

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0416-1 | User: admin | Page 1 of 4 |
| Date Rcvd: Apr 22, 2026 | Form ID: pdfall | Total Noticed: 60 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 24, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/db | + | Seth L Blum, Bessy G Blum, 3317 Woodvalley Rd, Pikesville, MD 21208-1956 |
| cr | + | Coastal Club Homeowners Association, c/o Brent C. Strickland, Esq., 8830 Stanford Boulevard, Suite 400, Columbia, MD 21045 UNITED STATES 21045-5425 |
| cr | + | Peter Elmo, c/o Richard Hackerman, 3635 Old Court Road Suite 208, Baltimore, MD 21208-3906 |
| cr | + | Presidential Bank, FSB, Mahdavi, Bacon, Halfhill & Young, PLLC, 11350 Random Hills Rd., Suite 700, Fairfax, VA 22030, UNITED STATES 22030-6044 |
| cr | + | Sailfish Servicing, LLC, Robertson, Anschutz, Schneid, Crane & Pa, 13010 Morris Rd., Suite 450, Alpharetta, GA 30004, UNITED STATES 30004-2001 |
| 32741949 | #+ | Blanca Amaya, 8450 Loch Raven Blvd, Towson, MD 21286-8121 |
| 33147583 | + | Coastal Club Homeowners Association, c/o Brent C. Strickland, Esq., WHITEFORD, TAYLOR & PRESTON L.L.P., 8830 Stanford Boulevard, Suite 400 Columbia, MD 21045-5425 |
| 33149713 | + | First Financial Federal Credit Union, Law Office of John E Lindner, PA, PO Box 507, Linthicum, MD 21090-0507 |
| 32741957 | + | Kagan Stern Marinello & Beard, LLC, 238 West St, Annapolis, MD 21401-3424 |
| 32741958 | + | Lewicky OConnor Hunt & Meiser LLC, 8110 Maple Lawn Blvd Suite 160, Fulton, MD 20759-2694 |
| 32785104 | + | Lewicky, O'Connor, Hunt & Meiser, LLC, 8110 Maple Lawn Blvd., Ste. 160, Fulton, MD 20759-2693 |
| 32798707 | #+ | Merrill Thomas, Manning Gross + Massenburg LLP, 1007 N. Orange Street, Suite 711, 7th Floor, WILMINGTON, DE 19801-1266 |
| 32741959 | + | Merrill Thomas, 241 QUIET CREEK DRIVE, Gettysburg, PA 17325-9501 |
| 32741961 | + | Peter Elmo, 2706 Hunting Ridge Court, Baldwin, MD 21013-9121 |
| 32741962 | + | Presidential Bank, 4520 East West Hwy, Bethesda, MD 20814-3365 |
| 32804747 | + | Presidential Bank, FSB, Attn: Commercial Lending, 4520 East-West Hwy., Bethesda, MD 20814-3365 |
| 32741963 | + | Richard Jay Hackerman, 3635 OLD COURT RD, STE 208, Pikesville, MD 21208-3906 |
| 32798706 | #+ | Ryan A. Patino, Manning Gross + Massenburg LLP, 1007 N. Orange Street, Suite 711, 7th Floor, WILMINGTON, DE 19801-1266 |
| 33222417 | + | SAILFISH SERVICING, LLC, Robertson, Anschutz, Schneid, Crane &, Partners, PLLC, 13010 Morris Road, Suite 450, Alpharetta, GA 30004-2001 |
| 32797960 | + | Sailfish Servicing, LLC, Nationstar Mortgage LLC, ATTN: Bankruptcy Dept., PO Box 619096, Dallas, TX 75261-9096 |
| 32835065 | #+ | Sailfish Servicing, LLC C/O Nationstar Mortgage LL, Eric VandeLinde, BWW Law Group, LLC, 6003 Executive Blvd, Suite 101, Rockville, MD 20852-3813 |
| 32741968 | + | US Attorney, 36 S Charles St, Baltimore, MD 21201-2692 |
| 32741971 | #+ | WILLIAM B LARSON JR.,, MANNING GROSS + MASSENBURG LLP, 1007 N. ORANGE STREET #711, Wilmington, DE 19801-1266 |

TOTAL: 23

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: RASEBN@raslg.com | Apr 22 2026 19:40:00 | Lakeview Loan Servicing, LLC, Robertson, Anschutz, Schneid, Crane & Pa, 13010 Morris Rd., Suite 450, Alpharetta, GA 30004, UNITED STATES 30004-2001 |
| cr | ^ | MEBN | Apr 22 2026 19:37:01 | Lakeview Loan Servicing, LLC c/o Nationstar Mortga, BWW Law Group, LLC, 6003 Executive Blvd, Suite 101, Rockville, MD 20852-3813 |
| 32772303 | | Email/PDF: resurgentbknotifications@resurgent.com | | |

District/off: 0416-1    User: admin    Page 2 of 4

Date Rcvd: Apr 22, 2026    Form ID: pdfall    Total Noticed: 60

| | | | |
|---|---|---|---|
| | | Apr 22 2026 19:39:09 | Affirm, Inc., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 32741945 | + Email/PDF: bncnotices@becket-lee.com | | |
| | | Apr 22 2026 19:39:00 | American Express, PO Box 981535, El Paso, TX 79998-1535 |
| 32769316 | Email/PDF: bncnotices@becket-lee.com | | |
| | | Apr 22 2026 19:39:08 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 32741946 | + Email/Text: collections@affcu.org | | |
| | | Apr 22 2026 19:40:00 | Atlantic Financial FCU, 40 Schilling Road, Hunt Valley, MD 21031-1415 |
| 32798065 | + Email/Text: bankruptcy@silvermanlegal.com | | |
| | | Apr 22 2026 19:40:00 | Atlantic Financial Federal Credit Union, c/o Silverman Theologou, LLP, 11200 Rockville Pike, Suite 520, N. Bethesda, MD 20852-7105 |
| 32741947 | + Email/Text: vci.bkcy@vwcredit.com | | |
| | | Apr 22 2026 19:40:00 | Audi Financial, 1401 Franklin Blvd, Libertyville, IL 60048-4460 |
| 32741948 | + Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | | |
| | | Apr 22 2026 19:40:00 | Bank of America, PO Box 15284, Wilmington, DE 19850-5284 |
| 32741953 | Email/Text: Bankruptcymail@marylandtaxes.gov | | |
| | | Apr 22 2026 19:40:00 | Comptroller of Maryland, 7 St Paul St, Baltimore, MD 21202 |
| 32741950 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | | |
| | | Apr 22 2026 19:39:00 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 32768419 | + Email/PDF: ebn_ais@aisinfo.com | | |
| | | Apr 22 2026 19:39:09 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 32741951 | + Email/PDF: ais.chase.ebn@aisinfo.com | | |
| | | Apr 22 2026 19:39:00 | Chase, PO Box 15298, Wilmington, DE 19850-5298 |
| 32741952 | + Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | Apr 22 2026 19:50:32 | Citibank NA, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 32741954 | Email/Text: mrdiscen@discover.com | | |
| | | Apr 22 2026 19:40:00 | Discover, PO Box 30943, Salt Lake City, UT 84130 |
| 32768768 | Email/Text: sbse.cio.bnc.mail@irs.gov | | |
| | | Apr 22 2026 19:40:00 | Department of the Treasury, Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 32790535 | Email/Text: mrdiscen@discover.com | | |
| | | Apr 22 2026 19:40:00 | Discover Bank, P.O. Box 3025, New Albany, OH 43054-3025 |
| 32741955 | + Email/Text: nsm_bk_notices@mrcooper.com | | |
| | | Apr 22 2026 19:40:00 | Flagstar Bank, 5151 Corporate Dr, Troy, MI 48098-2639 |
| 32762957 | + Email/Text: JPMCBKnotices@nationalbankruptcy.com | | |
| | | Apr 22 2026 19:40:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 33222418 | + Email/Text: RASEBN@raslg.com | | |
| | | Apr 22 2026 19:40:00 | LAKEVIEW LOAN SERVICING, LLC, Robertson, Anschutz, Schneid, Crane &, Partners, PLLC, 13010 Morris Road, Suite 450, Alpharetta, GA 30004-2001 |
| 32844175 | ^ MEBN | | |
| | | Apr 22 2026 19:37:00 | Lakeview Loan Servicing, Eric VandeLinde, BWW Law Group, LLC, 6003 Executive Blvd, Suite 101, Rockville, MD 20852-3813 |
| 32798532 | + Email/Text: nsm_bk_notices@mrcooper.com | | |
| | | Apr 22 2026 19:40:00 | Lakeview Loan Servicing, LLC, Nationstar Mortgage LLC, ATTN: Bankruptcy Dept., PO Box 619096, Dallas, TX 75261-9096 |
| 32741960 | + Email/Text: nsm_bk_notices@mrcooper.com | | |
| | | Apr 22 2026 19:40:00 | Mr. Cooper, 800 State Hwy 121 Bypass, Lewisville, TX 75067-4180 |
| 32793972 | + Email/Text: ext_ebn_inbox@navyfederal.org | | |
| | | Apr 22 2026 19:41:00 | NAVY FEDERAL CREDIT UNION, P. O. BOX 3000, MERRIFIELD, VA 22119-3000 |
| 32839448 | + Email/Text: ecfbnc@aldridgepite.com | | |
| | | Apr 22 2026 19:40:00 | Nationstar Mortgage LLC, Todd S. Garan, ALDRIDGE PITE, LLP, 3333 Camino del Rio South, Suite 225, San Diego, CA 92108-3808 |

| | | | | |
|---|---|---|---|---|
| 32741964 | + | Email/Text: mtgbk@shellpointmtg.com | Apr 22 2026 19:40:00 | Shellpoint Mortgage, PO Box 10826, Greenville, SC 29603-0826 |
| 32741965 | + | Email/Text: evanb@signaturefcu.org | Apr 22 2026 19:41:00 | Signature FCU, 12 Herbert St,, Alexandria, VA 22305-2628 |
| 32741966 | + | Email/Text: bankruptcynotices@sba.gov | Apr 22 2026 19:40:00 | Small Business Administration, 409 3rd St., SW, Washington, DC 20416-0002 |
| 32826702 | + | Email/Text: ecfbnc@aldridgepite.com | Apr 22 2026 19:40:00 | Todd S. Garan, ALDRIDGE PITE, LLP, 3333 Camino del Rio South, Suite 225, San Diego, CA 92108-3808 |
| 32761928 | + | Email/Text: bankruptcy@bbandt.com | Apr 22 2026 19:40:00 | Truist Bank, Attn: Support Services, P.O. Box 85092, Richmond, VA 23286-0001 |
| 32741967 | + | Email/Text: bankruptcy@bbandt.com | Apr 22 2026 19:40:00 | Truist Bank/Lightstream, 150 S Stratford Rd, Winston Salem, NC 27104-4227 |
| 32789196 | + | Email/Text: VWBKNotices@nationalbankruptcy.com | Apr 22 2026 19:40:00 | VW Credit, Inc., PO Box 9013, Addison, Texas 75001-9013 |
| 32797983 | + | Email/PDF: ebn_ais@aisinfo.com | Apr 22 2026 19:39:00 | Verizon by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City OK 73118-7901 |
| 32741970 | + | Email/PDF: ais2.BankruptcynoticesExceptions@aisinfo.com | Apr 22 2026 19:39:08 | Wells Fargo, PO Box 522, Des Moines, IA 50306-0522 |
| 32741969 | + | Email/PDF: ais.BankruptcynoticesCCSBKOperations@aisinfo.com | Apr 22 2026 19:39:08 | Wells Fargo, PO Box 10347, Des Moines, IA 50306-0347 |
| 32766147 | + | Email/PDF: ais.Bankruptcynoticeshomelending@aisinfo.com | Apr 22 2026 19:39:04 | Wells Fargo Bank, N.A., 435 Ford Road, Suite 300, St. Louis Park, MN 55426-4927 |
| 32767660 | | Email/PDF: ais.BankruptcynoticesCCSBKOperations@aisinfo.com | Apr 22 2026 19:39:04 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 37

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| r | | Adam Ask, Northrop Realty |
| cr | | Nationstar Mortgage LLC |
| cr | | Nationstar Mortgage LLC |
| 32769318 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 32769319 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 32741956 | *+ | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 32763882 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 32763887 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 32763891 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 32763966 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 32763967 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 32765068 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 32765071 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 32793977 | *+ | Navy Federal Credit Union, P.O. Box 3000, Merrifield, VA 22119-3000 |

TOTAL: 3 Undeliverable, 11 Duplicate, 0 Out of date forwarding address

District/off: 0416-1      User: admin      Page 4 of 4

Date Rcvd: Apr 22, 2026      Form ID: pdfall      Total Noticed: 60

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 24, 2026      Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 22, 2026 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Brent C. Strickland | bstrickland@whitefordlaw.com  mbaum@whitefordlaw.com,brent-strickland-3227@ecf.pacerpro.com |
| Chaitanya Gopal | cgopal@raslg.com |
| Daniel J. Pesachowitz | dpesacho@siwpc.com rjones@siwpc.com,bkreferrals@siwpc.com,siwbkecf@siwpc.com,siwpc@ecf.courtdrive.com,siwattecf@siwpc.com |
| Daniel M. Press | dpress@chung-press.com  pressdm@gmail.com,danpress@recap.email |
| Eric VandeLinde | bkecfinbox@aldridgepite.com  evandelinde@ecf.courtdrive.com |
| Hugh M. (UST) Bernstein | hugh.m.bernstein@usdoj.gov |
| Jonathan E. Levine | jlevine@mbhylaw.com |
| Monique Desiree Almy | malmy@crowell.com  cbest@crowell.com,malmy@ecf.axosfs.com,monique-almy-7127@ecf.pacerpro.com |
| Richard J Hackerman | Richard@RichardHackerman.com  6923530420@filings.docketbird.com,Hackerman.RichardR106256@notify.bestcase.com |
| US Trustee - Baltimore | USTPRegion04.BA.ECF@USDOJ.GOV |

TOTAL: 10

Entered: April 22nd, 2026
Signed: April 22nd, 2026

**SO ORDERED**

NO TIMELY OPPOSITION.



**NANCY V. ALQUIST**
**U. S. BANKRUPTCY JUDGE**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
## BALTIMORE DIVISION

**In re:**

**SETH L BLUM**
**BESSY G BLUM**                                       **CHAPTER 11**
**FKA BESSY HENRIQUEZ,**

       **DEBTORS.**                                      **CASE NO. 25-10005**


**VW CREDIT, INC.,**

       **MOVANT,**

**vs.**
**SETH L BLUM**
**BESSY G BLUM,**

       **RESPONDENTS.**

### ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY

The Motion for Relief from the Automatic Stay filed by VW Credit, Inc., its assignees and/or successors in interest ("Movant") having been properly served, no responsive opposition having been filed with the Court by the Debtor or Counsel for Debtor; it is by the United States Bankruptcy Court for the District of Maryland,

**ORDERED** that the Movant, is hereby granted Relief from the Automatic Stay of 11 U.S.C. §362(a) to allow the Movant to obtain possession of the **2023 Audi Q7 WA1ACBF74PD002827** ("Vehicle") to the exclusion of the Debtors, to exercise its State Law Remedies with respect to the Vehicle, including, but not limited to, disposing of the Vehicle in a commercially reasonable manner.

**ORDERED** that entry of this Order shall be deemed to constitute relief from the Automatic Stay.

**ORDERED** that the provisions set forth in this Order shall apply to any subsequent assignee of the Movant and/or their successors in interest.

File No. 96025

## SERVICE LIST

Seth L Blum, and Bessy G Blum
3317 Woodvalley Dr                          Debtors
Pikesville, MD 21208

Daniel M. Press
6718 Whittier Ave, Suite 200                Counsel for Debtors
McLean, VA 22101

VW Credit, Inc.
P.O. Box 610353                             Movant
Dallas, TX 75261-0353

Daniel J. Pesachowitz
dpesachowitz@siwpc.com
6100 Executive Blvd.                        Counsel for Movant
Suite 400
Rockville, MD 20852

The 20 largest unsecured creditors on the
Debtors's mailing matrix, as listed on the
attached mailing list.

## END OF ORDER

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Seth L Blum | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | Bessy G Blum | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: District of Maryland

Case number _____
(If known)

☐ Check if this is an
amended filing

## Official Form 104

# For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders

**12/15**

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an *insider*. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

| Part 1: | List the 20 Unsecured Claims in Order from Largest to Smallest. Do Not Include Claims by Insiders. |
|---|---|

**Unsecured claim**

**1**

Atlantic Financial FCU
Creditor's Name

40 Schilling Road
Number          Street

Hunt Valley          MD          21031
City                    State        ZIP Code

Contact

Contact phone

**What is the nature of the claim?** Monies Loaned / Advanced

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

**Does the creditor have a lien on your property?**
☑ No
☐ Yes. Total claim (secured and unsecured):     $_____
    Value of security:                    − $_____
    Unsecured claim                         $_____

$ 168,892.96

**2**

Truist Bank/Lightstream
Creditor's Name

150 S Stratford Rd
Number          Street

Winston Salem          NC          27104
City                      State        ZIP Code

Contact

Contact phone

**What is the nature of the claim?** Monies Loaned / Advanced

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

**Does the creditor have a lien on your property?**
☑ No
☐ Yes. Total claim (secured and unsecured):     $_____
    Value of security:                    − $_____
    Unsecured claim                         $_____

$ 77,984.00

Debtor 1    Seth L Blum
First Name    Middle Name    Last Name

Case number (if known)_____

**Unsecured claim**

---

**3** Bank of America
Creditor's Name

PO Box 15284
Number    Street

_____

Wilmington          DE    19850
City                State    ZIP Code

_____
Contact

_____
Contact phone

What is the nature of the claim? Credit Card Debt

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured):    $_____
          Value of security:              − $_____
          Unsecured claim                   $_____

$29,981.00

---

**4** American Express
Creditor's Name

PO Box 981535
Number    Street

_____

El Paso              TX    79998
City                State    ZIP Code

_____
Contact

_____
Contact phone

What is the nature of the claim? Credit Card Debt

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured):    $_____
          Value of security:              − $_____
          Unsecured claim                   $_____

$24,805.72

---

**5** Wells Fargo
Creditor's Name

PO Box 522
Number    Street

_____

Des Moines          IA    50306
City                State    ZIP Code

_____
Contact

_____
Contact phone

What is the nature of the claim? Monies Loaned / Advanced

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured):    $_____
          Value of security:              − $_____
          Unsecured claim                   $_____

$23,794.00

---

**6** Chase
Creditor's Name

PO Box 15298
Number    Street

_____

Wilmington          DE    19850
City                State    ZIP Code

_____
Contact

_____
Contact phone

What is the nature of the claim? Credit Card Debt

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured):    $_____
          Value of security:              − $_____
          Unsecured claim                   $_____

$22,030.00

---

**7** Chase
Creditor's Name

PO Box 15298
Number    Street

_____

Wilmington          DE    19850
City                State    ZIP Code

_____
Contact

_____
Contact phone

What is the nature of the claim? Credit Card Debt

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured):    $_____
          Value of security:              − $_____
          Unsecured claim                   $_____

$19,940.00

---

Debtor 1    Seth L Blum
            First Name    Middle Name    Last Name

Case number (if known)_____

| | | | Unsecured claim |
|---|---|---|---|

**8** Chase
Creditor's Name

PO Box 15298
Number        Street

_____

Wilmington            DE    19850
City                  State  ZIP Code

_____
Contact

_____
Contact phone

What is the nature of the claim? Credit Card Debt

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☑ None of the above apply

Does the creditor have a lien on your property?
- ☑ No
- ☐ Yes. Total claim (secured and unsecured):    $_____
  - Value of security:    − $_____
  - Unsecured claim    $_____

$ 19,479.00

---

**9** Small Business Administration
Creditor's Name

409 3rd St., SW
Number        Street

_____

Washington            DC    20416
City                  State  ZIP Code

_____
Contact

_____
Contact phone

What is the nature of the claim? Monies Loaned / Advanced

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☑ None of the above apply

Does the creditor have a lien on your property?
- ☑ No
- ☐ Yes. Total claim (secured and unsecured):    $_____
  - Value of security:    − $_____
  - Unsecured claim    $_____

$ 19,000.00

---

**10** Wells Fargo
Creditor's Name

PO Box 10347
Number        Street

_____

Des Moines            IA    50306
City                  State  ZIP Code

_____
Contact

_____
Contact phone

What is the nature of the claim? Credit Card Debt

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☑ None of the above apply

Does the creditor have a lien on your property?
- ☑ No
- ☐ Yes. Total claim (secured and unsecured):    $_____
  - Value of security:    − $_____
  - Unsecured claim    $_____

$ 14,978.00

---

**11** American Express
Creditor's Name

PO Box 981535
Number        Street

_____

El Paso            TX    79998
City                  State  ZIP Code

_____
Contact

_____
Contact phone

What is the nature of the claim? Credit Card Debt

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☑ None of the above apply

Does the creditor have a lien on your property?
- ☑ No
- ☐ Yes. Total claim (secured and unsecured):    $_____
  - Value of security:    − $_____
  - Unsecured claim    $_____

$ 13,104.00

---

**12** Capital One
Creditor's Name

PO Box 30285
Number        Street

_____

Salt Lake City            UT    84130
City                  State  ZIP Code

What is the nature of the claim? Credit Card Debt

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☑ None of the above apply

Does the creditor have a lien on your property?
- ☑ No
- ☐ Yes. Total claim (secured and unsecured):    $_____
  - Value of security:    − $_____
  - Unsecured claim    $_____

_____
Contact

_____
Contact phone

$ 12,856.00

---

Official Form 104    **For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**    30    page 3

Debtor 1    Seth L Blum

First Name    Middle Name    Last Name

Case number (*if known*)_____

| | | Unsecured claim |
|---|---|---|

**13**

Chase
Creditor's Name

PO Box 15298
Number    Street

_____

Wilmington          DE    19850
City                State    ZIP Code

_____
Contact

_____
Contact phone

**What is the nature of the claim?** Credit Card Debt

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

**Does the creditor have a lien on your property?**
☑ No
☐ Yes. Total claim (secured and unsecured):    $_____
                    Value of security:    – $_____
                    Unsecured claim        $_____

$11,983.00

---

**14**

Chase
Creditor's Name

PO Box 15298
Number    Street

_____

Wilmington          DE    19850
City                State    ZIP Code

_____
Contact

_____
Contact phone

**What is the nature of the claim?** Credit Card Debt

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

**Does the creditor have a lien on your property?**
☑ No
☐ Yes. Total claim (secured and unsecured):    $_____
                    Value of security:    – $_____
                    Unsecured claim        $_____

$7,872.22

---

**15**

Wells Fargo
Creditor's Name

PO Box 10347
Number    Street

_____

Des Moines          IA    50306
City                State    ZIP Code

_____
Contact

_____
Contact phone

**What is the nature of the claim?** Credit Card Debt

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

**Does the creditor have a lien on your property?**
☑ No
☐ Yes. Total claim (secured and unsecured):    $_____
                    Value of security:    – $_____
                    Unsecured claim        $_____

$4,131.00

---

**16**

Discover
Creditor's Name

PO Box 30943
Number    Street

_____

Salt Lake City      UT    84130
City                State    ZIP Code

_____
Contact

_____
Contact phone

**What is the nature of the claim?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

**Does the creditor have a lien on your property?**
☑ No
☐ Yes. Total claim (secured and unsecured):    $_____
                    Value of security:    – $_____
                    Unsecured claim        $_____

$4,000.00

---

**17**

Kagan Stern Marinello & Beard, LLC
Creditor's Name

238 West St
Number    Street

_____

Annapolis          MD    21401
City                State    ZIP Code

_____
Contact

_____
Contact phone

**What is the nature of the claim?** Legal services

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
☐ No
☐ Yes. Total claim (secured and unsecured):    $_____
                    Value of security:    – $_____
                    Unsecured claim        $_____

$3,500.00

---

Official Form 104    **For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**    31    page 4

Debtor 1    Seth L Blum
            First Name    Middle Name    Last Name

Case number (if known)_____

|  | | Unsecured claim |
|---|---|---|

**18**

Lewicky, O'Connor, Hunt & Meiser, LLC
Creditor's Name

8110 Maple Lawn Blvd Suite 160
Number        Street

_____

Fulton                        MD  20759
City                          State    ZIP Code

_____
Contact

_____
Contact phone

**What is the nature of the claim?** _____    $ 2,500.00

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
☑ No
☐ Yes. Total claim (secured and unsecured):    $_____
            Value of security:            − $_____
            Unsecured claim                  $_____

---

**19**

Blanca Amaya
Creditor's Name

8450 Loch Raven Blvd
Number        Street

_____

Towson                        MD  21286
City                          State    ZIP Code

_____
Contact

_____
Contact phone

**What is the nature of the claim?** Deposits by individuals_____    $ 2,100.00

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

**Does the creditor have a lien on your property?**
☑ No
☐ Yes. Total claim (secured and unsecured):    $_____
            Value of security:            − $_____
            Unsecured claim                  $_____

---

**20**

Chase
Creditor's Name

PO Box 15298
Number        Street

_____

Wilmington                    DE  19850
City                          State    ZIP Code

_____
Contact

_____
Contact phone

**What is the nature of the claim?** Credit Card Debt_____    $ 1,449.00

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

**Does the creditor have a lien on your property?**
☑ No
☐ Yes. Total claim (secured and unsecured):    $_____
            Value of security:            − $_____
            Unsecured claim                  $_____

---

32

Official Form 104    **For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**    page 5