**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MARYLAND**
**Baltimore Division**

---------------------------------------------------------------X
In re:                                              :        **Chapter 11 (Subchapter V)**
                                                    :
**Seth L Blum and Bessy G Blum**                    :        **Case No.  25-10005**
                                                    :
                          **Debtors.**              :
                                                    :
---------------------------------------------------------------X

### NOTICE OF SUBSTANTIAL CONSUMMATION

Now come the Debtors, through counsel, pursuant to 11 U.S.C. § 1183(c)(2), and give notice that the Chapter 11 Plan filed on November 17, 2025, and confirmed pursuant to 11 U.S.C. § 1191(a) on January 27, 2026, with an Effective Date of March 13, 2026, has been substantially consummated.

Substantially all of the property proposed by the plan to be transferred has been transferred. The Debtors have assumed the business and management of all or substantially all of the property dealt with by the plan, and have commenced distribution under the plan.

. Dated: June 3, 2026.

Respectfully submitted,

 /s/ Daniel M. Press
Daniel M. Press, #07300
Chung & Press, P.C.
6718 Whittier Ave., Suite 200
McLean, VA 22101
(703) 734-3800
dpress@chung-press.com

CERTIFICATE OF SERVICE

This is to certify that on June 3, 2026, I caused the foregoing notice to be served by CM/ECF upon the United States Trustee, Subchapter V Trustee, and the following parties:

Monique Desiree Almy malmy@crowell.com,
cbest@crowell.com,
malmy@ecf.axosfs.com,
monique-almy-7127@ecf.pacerpro.com

Hugh M. (UST) Bernstein hugh.m.bernstein@usdoj.gov

Chaitanya Gopal cgopal@raslg.com

Richard J Hackerman Richard@RichardHackerman.com,
6923530420@filings.docketbird.com,
Hackerman.RichardR106256@notify.bestcase.com

Jonathan E. Levine jlevine@mbhylaw.com

Daniel J. Pesachowitz dpesacho@siwpc.com,
rjones@siwpc.com,
bkreferrals@siwpc.com,
siwbkecf@siwpc.com,
siwpc@ecf.courtdrive.com,
siwattecf@siwpc.com

Brent C. Strickland bstrickland@whitefordlaw.com,
mbaum@whitefordlaw.com,
brent-strickland-3227@ecf.pacerpro.com

US Trustee - Baltimore USTPRegion04.BA.ECF@USDOJ.GOV

Eric VandeLinde bkecfinbox@aldridgepite.com,
evandelinde@ecf.courtdrive.com

And by first class mail, postage prepaid, upon all creditors and parties in interest on the attached matrix.

_/s/ Daniel M. Press_____

Label Matrix for local noticing
0416-1
Case 25-10005
District of Maryland
Baltimore
Wed Jun  3 09:43:02 EDT 2026

Coastal Club Homeowners Association
Whiteford, Taylor & Preston L.L.P.
c/o Brent C. Strickland, Esq.
8830 Stanford Boulevard
Suite 400
Columbia, MD 21045-5425

Lakeview Loan Servicing, LLC
Robertson, Anschutz, Schneid, Crane & Pa
13010 Morris Rd., Suite 450
Alpharetta, GA 30004-2001

Lakeview Loan Servicing, LLC c/o Nationstar
BWW Law Group, LLC
6003 Executive Blvd, Suite 101
Rockville, MD 20852-3813

Presidential Bank, FSB
Mahdavi, Bacon, Halfhill & Young, PLLC
11350 Random Hills Rd., Suite 700
Fairfax, VA 22030-6044

Sailfish Servicing, LLC
Robertson, Anschutz, Schneid, Crane & Pa
13010 Morris Rd., Suite 450
Alpharetta, GA 30004-2001

Affirm, Inc.
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

American Express
PO Box 981535
El Paso, TX 79998-1535

American Express National Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern  PA 19355-0701

Atlantic Financial FCU
40 Schilling Road
Hunt Valley, MD 21031-1415

Atlantic Financial Federal Credit Union
c/o Silverman Theologou, LLP
11200 Rockville Pike, Suite 520
N. Bethesda, MD 20852-7105

Audi Financial
1401 Franklin Blvd
Libertyville, IL 60048-4460

Bank of America
PO Box 15284
Wilmington, DE 19850-5284

Blanca Amaya
8450 Loch Raven Blvd
Towson, MD 21286-8121

Capital One
PO Box 30285
Salt Lake City, UT 84130-0285

Capital One, N.A.
4515 N Santa Fe Ave
Oklahoma City, OK 73118-7901

Chase
PO Box 15298
Wilmington, DE 19850-5298

Citibank NA
PO Box 6500
Sioux Falls, SD 57117-6500

Coastal Club Homeowners Association
c\o Brent C. Strickland, Esq.
WHITEFORD, TAYLOR & PRESTON L.L.P.
8830 Stanford Boulevard
Suite 400
Columbia, MD 21045-5425

(p)COMPTROLLER OF MARYLAND
BANKRUPTCY UNIT
7 ST PAUL STREET SUITE 230
BALTIMORE MD 21202-1626

Department of the Treasury
Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

(p)DISCOVER FINANCIAL SERVICES LLC
PO BOX 3025
NEW ALBANY OH 43054-3025

Discover Bank
P.O. Box 3025
New Albany, OH 43054-3025

First Financial Federal Credit Union
Law Office of John E Lindner, PA
PO Box 507
Linthicum, MD 21090-0507

Flagstar Bank
5151 Corporate Dr
Troy, MI 48098-2639

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

JPMorgan Chase Bank, N.A.
s/b/m/t Chase Bank USA, N.A.
c/o National Bankruptcy Services, LLC
P.O. Box 9013
Addison, Texas 75001-9013

Kagan Stern Marinello & Beard, LLC
238 West St
Annapolis, MD 21401-3424

LAKEVIEW LOAN SERVICING, LLC
Robertson, Anschutz, Schneid, Crane &
Partners, PLLC
13010 Morris Road, Suite 450
Alpharetta, GA 30004-2001

Lakeview Loan Servicing
Eric VandeLinde
BWW Law Group, LLC
6003 Executive Blvd, Suite 101
Rockville, MD 20852-3813

Lakeview Loan Servicing, LLC
Nationstar Mortgage LLC
ATTN: Bankruptcy Dept.
PO Box 619096
Dallas,  TX 75261-9096

Lewicky OConnor Hunt & Meiser LLC
8110 Maple Lawn Blvd Suite 160
Fulton, MD 20759-2694

Lewicky, O'Connor, Hunt & Meiser, LLC
8110 Maple Lawn Blvd., Ste. 160
Fulton, MD 20759-2693

Merrill Thomas
241 QUIET CREEK DRIVE
Gettysburg, PA 17325-9501

Merrill Thomas
Manning Gross + Massenburg LLP
1007 N. Orange Street
Suite 711, 7th Floor
WILMINGTON, DE 19801-1266

Mr. Cooper
800 State Hwy 121 Bypass
Lewisville, TX 75067-4180

NAVY FEDERAL CREDIT UNION
P. O. BOX 3000
MERRIFIELD, VA 22119-3000

Nationstar Mortgage LLC
Todd S. Garan
ALDRIDGE PITE, LLP
3333 Camino del Rio South, Suite 225
San Diego, CA 92108-3808

Peter Elmo
2706 Hunting Ridge Court
Baldwin, MD 21013-9121

Presidential Bank
4520 East West Hwy
Bethesda, MD 20814-3365

Presidential Bank, FSB
Attn: Commercial Lending
4520 East-West Hwy.
Bethesda, MD 20814-3365

Richard Jay Hackerman
3635 OLD COURT RD
STE 208
Pikesville, MD 21208-3906

Ryan A. Patino
Manning Gross + Massenburg LLP
1007 N. Orange Street
Suite 711, 7th Floor
WILMINGTON, DE 19801-1266

SAILFISH SERVICING, LLC
Robertson, Anschutz, Schneid, Crane &
Partners, PLLC
13010 Morris Road, Suite 450
Alpharetta, GA 30004-2001

Sailfish Servicing, LLC
Nationstar Mortgage LLC
ATTN: Bankruptcy Dept.
PO Box 619096
Dallas,  TX 75261-9096

Sailfish Servicing, LLC C/O Nationstar Mortg
Eric VandeLinde
BWW Law Group, LLC
6003 Executive Blvd, Suite 101
Rockville, MD 20852-3813

Shellpoint Mortgage
PO Box 10826
Greenville, SC 29603-0826

Signature FCU
12 Herbert St,
Alexandria, VA 22305-2628

Small Business Administration
409 3rd St., SW
Washington, DC 20416-0002

Todd S. Garan
ALDRIDGE PITE, LLP
3333 Camino del Rio South, Suite 225
San Diego, CA 92108-3808

Truist Bank
Attn: Support Services
P.O. Box 85092
Richmond, VA 23286-0001

Truist Bank/Lightstream
150 S Stratford Rd
Winston Salem, NC 27104-4227

US Attorney
36 S Charles St
Baltimore, MD 21201-2692

US Trustee - Baltimore
Garmatz Federal Courthouse
101 West Lombard Street
Suite 2625
Baltimore, MD 21201-2668

VW Credit, Inc.
PO Box 9013
Addison, Texas 75001-9013

Verizon by American InfoSource as agent
4515 N Santa Fe Ave
Oklahoma City OK 73118-7901

WILLIAM B LARSON JR.,
MANNING GROSS + MASSENBURG LLP
1007 N. ORANGE STREET #711
Wilmington, DE 19801-1266

Wells Fargo
PO Box 10347
Des Moines, IA 50306-0347

Wells Fargo
PO Box 522
Des Moines, IA 50306-0522

Wells Fargo Bank, N.A.
435 Ford Road, Suite 300
St. Louis Park, MN 55426-4927

Wells Fargo Bank, N.A.
Wells Fargo Card Services
PO Box 10438, MAC F8235-02F
Des Moines, IA 50306-0438

Bessy G Blum
3317 Woodvalley Dr
Pikesville, MD 21208-1956

Daniel M. Press
Chung & Press, P.C.
6718 Whittier Ave. #200
McLean, VA 22101-4531


Monique Desiree Almy
Crowell & Moring LLP
600 5th Street, N.W.
Washington, DC 20001-2610

Peter Elmo
c/o Richard Hackerman
3635 Old Court Road Suite 208
Baltimore, MD 21208-3906

Seth L Blum
3317 Woodvalley Rd
Pikesville, MD 21208-1956


The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


Comptroller of Maryland
7 St Paul St
Baltimore, MD 21202

Discover
PO Box 30943
Salt Lake City, UT 84130


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)Nationstar Mortgage LLC

(u)Sailfish Servicing, LLC C/O Nationstar Mor

(u)VW Credit, Inc.


(d)Navy Federal Credit Union
P.O. Box 3000
Merrifield, VA 22119-3000

(u)Adam Ask
Northrop Realty

End of Label Matrix
Mailable recipients    65
Bypassed recipients     5
Total                  70