UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND
BALTIMORE Division

In Re                                              |
BLUM, SETH L                                       |     Case No. 25-10005
BLUM, BESSY G                                      |
                                                   |
            Debtors                                |
                                                   |

### Chapter 11 Subchapter V Trustee's Report of No Distribution

I, Monique Desiree Almy, having been appointed trustee of the estate of the above-named debtors, report I collected funds totaling: $0.00.  A plan was confirmed on January 27, 2026.  No plan payments were made to the trustee.  According to the debtors, the plan was substantially consummated on June 3, 2026, and, pursuant to 11 U.S.C. § 330(a), on March 4, 2026, the Court ordered compensation of $13,760 be awarded to the trustee. These funds have been paid by the debtors to the trustee.  I hereby certify that my administration of the estate of the above-named debtors has been completed.  I request that I be discharged from any further duties as trustee.

Date: 06/04/2026                              By: MONIQUE DESIREE ALMY
                                                         Trustee

STATEMENT:  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-11(v)-NDR E**

DCACTIVE-87564765.1