UNITED STATED BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

In re                                                    *

SETH L. BLUM                                             *        Case No. 25-10005
BESSY G. BLUM                                                     Chapter 11
                                                         *
                         Debtors.
*        *        *        *        *        *        *        *        *        *        *        *        *

## ORDER DISCHARGING SUBCHAPTER V TRUSTEE

It appearing to the court that the SubChapter V Trustee in the above-entitled case has performed all duties required of her in the administration of said estate; IT IS HEREBY

ORDERED, that the Subchapter V Trustee be and she hereby is discharged from and relieved of her trust.


cc:    Monique D. Almy, Esq., SubChapter V Trustee
       Office of the United States Trustee
       Daniel M. Press, Esq., Debtor's Counsel


END OF ORDER

DCACTIVE-87564835.1