Entered: June 9th, 2026
Signed: June 8th, 2026

**SO ORDERED**



NANCY V. ALQUIST
U. S. BANKRUPTCY JUDGE

UNITED STATED BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

In re                                    *

SETH L. BLUM                   *        Case No. 25-10005
BESSY G. BLUM                           Chapter 11
                                         *
                    Debtors.
*    *    *    *    *    *    *    *    *    *    *    *    *

## ORDER DISCHARGING SUBCHAPTER V TRUSTEE

It appearing to the court that the SubChapter V Trustee in the above-entitled case has performed all duties required of her in the administration of said estate; IT IS HEREBY

ORDERED, that the Subchapter V Trustee be and she hereby is discharged from and relieved of her trust.


cc:    Monique D. Almy, Esq., SubChapter V Trustee
       Office of the United States Trustee
       Daniel M. Press, Esq., Debtor's Counsel


END OF ORDER

DCACTIVE-87564835.1