United States Bankruptcy Court

District of Maryland

In re:                                                                                          Case No. 25-10005-NVA

Seth L Blum                                                                                 Chapter 11

Bessy G Blum

    Debtors

# CERTIFICATE OF NOTICE

| District/off: 0416-1 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jun 10, 2026 | Form ID: pdfparty | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**        **Definition**

+                Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 12, 2026:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| | + Email/Text: ustpregion04.ba.ecf@usdoj.gov | Jun 10 2026 19:25:00 | U.S. Trustee Baltimore, 101 W. Lombard St, Room 2650, Baltimore MD 21201-2623 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 12, 2026                         Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 9, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brent C. Strickland | bstrickland@whitefordlaw.com  mbaum@whitefordlaw.com,brent-strickland-3227@ecf.pacerpro.com |
| Chaitanya Gopal | cgopal@raslg.com |
| Daniel J. Pesachowitz | dpesacho@siwpc.com rjones@siwpc.com,bkreferrals@siwpc.com,siwbkecf@siwpc.com,siwpc@ecf.courtdrive.com,siwattecf@siwpc.com |
| Daniel M. Press | dpress@chung-press.com  pressdm@gmail.com,danpress@recap.email |
| Eric VandeLinde | |

District/off: 0416-1                                    User: admin                                    Page 2 of 2
Date Rcvd: Jun 10, 2026                          Form ID: pdfparty                          Total Noticed: 1

bkecfinbox@aldridgepite.com  evandelinde@ecf.courtdrive.com

Hugh M. (UST) Bernstein

hugh.m.bernstein@usdoj.gov

Jonathan E. Levine

jlevine@mbhylaw.com

Monique Desiree Almy

malmy@crowell.com  cbest@crowell.com,malmy@ecf.axosfs.com,monique-almy-7127@ecf.pacerpro.com

Richard J Hackerman

Richard@RichardHackerman.com  6923530420@filings.docketbird.com,Hackerman.RichardR106256@notify.bestcase.com

US Trustee - Baltimore

USTPRegion04.BA.ECF@USDOJ.GOV


TOTAL: 10

Entered: June 9th, 2026
Signed: June 8th, 2026

**SO ORDERED**



**NANCY V. ALQUIST**
**U. S. BANKRUPTCY JUDGE**

UNITED STATED BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

In re                                         *

SETH L. BLUM                             *       Case No. 25-10005
BESSY G. BLUM                                    Chapter 11
                                              *

                        Debtors.
*      *      *      *      *      *      *      *      *      *      *      *      *

### ORDER DISCHARGING SUBCHAPTER V TRUSTEE

It appearing to the court that the SubChapter V Trustee in the above-entitled case has performed all duties required of her in the administration of said estate; IT IS HEREBY

ORDERED, that the Subchapter V Trustee be and she hereby is discharged from and relieved of her trust.

cc:    Monique D. Almy, Esq., SubChapter V Trustee
       Office of the United States Trustee
       Daniel M. Press, Esq., Debtor's Counsel

END OF ORDER

DCACTIVE-87564835.1