UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND
Baltimore Division

-------------------------------------------------------------X

In re:                                                  :        Chapter 11 (Subchapter V)
                                                        :
Seth L Blum and Bessy G Blum                            :        Case No.  25-10005
                                                        :
            Debtors.                                    :
                                                        :
-------------------------------------------------------------X

## PROGRESS REPORT

Now come the Debtors, through counsel, pursuant to L.R. 3022-1(a), and hereby submit the following progress report.     The Debtors have made payments under the confirmed Plan filed on November 17, 2025, and confirmed pursuant to 11 U.S.C. § 1191(a) on January 27, 2026, with an Effective Date of March 13, 2026,as follows:

A.      Administrative Expenses: All approved administrative expenses have been paid. Debtor's counsel has not yet filed an application for compensation.

B.      Priority Tax Claims: Debtor has paid the first quarterly payment to the Internal Revenue Service, due 5/12/26 ($13968).  The sale of the NC property has yet to close, so the payment of net proceeds (after administrative expenses) has not yet been made.

C.      Class A: Priority Non-Tax Claims (return of Amaya security deposit) have been paid in full.

D.      Classes B and G: do not exist.  The IRS secured claim was withdrawn and the Sand Cove mortgage was paid upon sale.

E.      Class C: VW/Audi Secured Claim.   Debtors have surrendered the car.  No deficiency claim was filed.

F.      Classes D, E, H and I: Debtors are current on the Nationstar, Signature and Shellpoint mortgages on the properties being retained.

G.      Class F: Calinda Cay mortgage, to be paid upon sale.  This property is under contract but has yet to close.

H.      Class J: SBA.  $502 paid in full on the March 13 effective date.

I.     Class K: unsecured creditors.  To be paid once priority tax claims have been paid in full.

In sum, apart from a slight delay in closing on the N.C. property, Debtors are current on their plan obligations.

Dated: July 27, 2026.

Respectfully submitted,

_/s/ Daniel M. Press_____
Daniel M. Press, #07300
Chung & Press, P.C.
6718 Whittier Ave., Suite 200
McLean, VA 22101
(703) 734-3800
dpress@chung-press.com

<u>CERTIFICATE OF SERVICE</u>

This is to certify that on July 27, 2026, I caused the foregoing notice to be served by CM/ECF upon the United States Trustee and the following parties:

Monique Desiree Almy malmy@crowell.com,
cbest@crowell.com,
malmy@ecf.axosfs.com,
monique-almy-7127@ecf.pacerpro.com

Hugh M. (UST) Bernstein hugh.m.bernstein@usdoj.gov

Chaitanya Gopal cgopal@raslg.com

Richard J Hackerman Richard@RichardHackerman.com,
6923530420@filings.docketbird.com,
Hackerman.RichardR106256@notify.bestcase.com

Jonathan E. Levine jlevine@mbhylaw.com

Daniel J. Pesachowitz dpesacho@siwpc.com,
rjones@siwpc.com,
bkreferrals@siwpc.com,
siwbkecf@siwpc.com,
siwpc@ecf.courtdrive.com,
siwattecf@siwpc.com

Brent C. Strickland bstrickland@whitefordlaw.com,
mbaum@whitefordlaw.com,
brent-strickland-3227@ecf.pacerpro.com

US Trustee - Baltimore USTPRegion04.BA.ECF@USDOJ.GOV

Eric VandeLinde bkecfinbox@aldridgepite.com,
evandelinde@ecf.courtdrive.com

　　　　　　　　　　　　　　　　　　　　　/s/ Daniel M. Press