**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MARYLAND**
**Baltimore Division**

---------------------------------------------------------------X
In re:                                          :     **Chapter 11 (Subchapter V)**
                                                :
**Seth L Blum and Bessy G Blum**                :     **Case No.  25-10005**
                                                :
            **Debtors.**                        :
                                                :
---------------------------------------------------------X

**NOTICE OF CHANGE OF COUNSEL'S  ADDRESS**

Please take notice that effective August 15, 2026, the undersigned is changing firms.  The new address is below.

　　　　Dated: August 14, 2026.

　　　　　　　　　　　　　　　　　　　 /s/ Daniel M. Press_____
　　　　　　　　　　　　　　　　　　　Daniel M. Press, #07300
　　　　　　　　　　　　　　　　　　　Law Offices of Daniel M. Press
　　　　　　　　　　　　　　　　　　　201 Washington St.
　　　　　　　　　　　　　　　　　　　Cumberland MD 21502
　　　　　　　　　　　　　　　　　　　(703) 725-7600
　　　　　　　　　　　　　　　　　　　dan@danpress.us

**<u>CERTIFICATE OF SERVICE</u>**

This is to certify that on this 14th day of August, 2026, I caused to be served the foregoing Notice on the U.S. Trustee, the Subchapter V Trustee, and all parties requesting notice by CM/ECF, as follows:

Monique Desiree Almy malmy@crowell.com,
cbest@crowell.com,
malmy@ecf.axosfs.com,
monique-almy-7127@ecf.pacerpro.com

Hugh M. (UST) Bernstein hugh.m.bernstein@usdoj.gov

Chaitanya Gopal cgopal@raslg.com

Richard J Hackerman Richard@RichardHackerman.com,
6923530420@filings.docketbird.com,
Hackerman.RichardR106256@notify.bestcase.com

Jonathan E. Levine jlevine@mbhylaw.com

Daniel J. Pesachowitz dpesacho@siwpc.com,
rjones@siwpc.com,
bkreferrals@siwpc.com,
siwbkecf@siwpc.com,
siwpc@ecf.courtdrive.com,
siwattecf@siwpc.com

Daniel M. Press dpress@chung-press.com,
pressdm@gmail.com,
danpress@recap.email

Brent C. Strickland bstrickland@whitefordlaw.com,
mbaum@whitefordlaw.com,
brent-strickland-3227@ecf.pacerpro.com

US Trustee - Baltimore USTPRegion04.BA.ECF@USDOJ.GOV

Eric VandeLinde bkecfinbox@aldridgepite.com,
evandelinde@ecf.courtdrive.com

    /s/ Daniel M. Press
    Daniel M. Press